IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Lois Joyce Evans,    20-20387-CMB

Debtor(s).

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

As of the date of this statement, a Committee of Unsecured Creditors has not been appointed by the United States Trustee for the reason(s) checked below:

( )    Debtors schedules reflect only ___ unsecured creditors.

(X)    No unsecured creditors responded to U.S. Trustee's communication/contact for service on the committee.

( )    Insufficient response to U.S. Trustee's communication/contact for service on the committee.

( )    Non-operating debtor-in-possession; no creditor interest.

( )    Motion to convert to Chapter 7 or dismiss pending.

( )    Case converted or dismissed.

( )    Other.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9


By: /s/Larry Wahlquist
    Larry Wahlquist
    Trial Attorney
Larry.E.Wahlquist@usdoj.gov

Dated: March 3, 2020

cc:  Brian C. Thompson, Esquire

Accepting Creditor(s)