# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 20-20387-CMB |
| | : | |
| LOIS JOYCE EVANS, | : | Chapter 11 |
|     Debtor. | : | |

## ENTRY OF APPEARANCE

TO:    CLERK, UNITED STATES BANKRUPTCY COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case be given to the Commonwealth by serving the undersigned counsel.

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

DATE:  March 9, 2020        By:    /s/ Anthony T. Kovalchick
Anthony T. Kovalchick
Deputy Attorney General
Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
(412) 565-2543
PA Attorney I.D. #89056
akovalchick@attorneygeneral.gov