# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 20-20387** |
| **Lois Joyce Evans** | **Chapter 11** |
| | **Judge Carlota M. Bohm** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| **Movant,** | _____ |
| vs | |
| | **Place of Hearing** |
| **Lois Joyce Evans** | **Courtroom B, 54th Floor** |
| | **U.S. Steel Tower** |
| **Respondents.** | **600 Grant Street** |
| | **Pittsburgh, PA 15219** |

**Related Document #**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

         Respectfully submitted,

         /s/ Karina Velter
         _____
         Karina Velter, Esquire (94781)
         Adam B. Hall (323867)
         Sarah E. Barngrover (323972)
         Edward H. Cahill (0088985)
         Manley Deas Kochalski LLC
         P.O. Box 165028
         Columbus, OH  43216-5028
         Telephone: 614-220-5611
         Fax: 614-627-8181
         Attorneys for Creditor
         Contact email is amps@manleydeas.com

20-008674_AIA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 20-20387** |
| **Lois Joyce Evans** | **:** | **Chapter 11** |
| | **:** | **Judge Carlota M. Bohm** |
| **Debtor(s)** | **:** | *** * * * * * * * * * * * * * * * * * * *** |
| | **:** | |
| **JPMorgan Chase Bank, N.A.** | **:** | **Date and Time of Hearing** |
| **Movant,** | **:** | _____ |
| **vs** | **:** | |
| | **:** | **Place of Hearing** |
| **Lois Joyce Evans** | **:** | **Courtroom B, 54th Floor** |
| | **:** | **U.S. Steel Tower** |
| **Respondents.** | **:** | **600 Grant Street** |
| | **:** | **Pittsburgh, PA 15219** |

**Related Document #**

**<u>CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR
NOTICES</u>**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 18, 2020.

<u>Service by ECF:</u>
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Brian C. Thompson, Attorney for Lois Joyce Evans,
bthompson@ThompsonAttorney.com

<u>Service by First-Class Mail:</u>
Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA  15015

EXECUTED ON: <u>March 18, 2020</u>

By: <u>/s/ Karina Velter</u>
Signature
<u>Karina Velter, Esquire</u>
Typed Name
<u>P.O. Box 165028, Columbus, OH 43216-5028</u>
Address
<u>614-220-5611</u>
Phone No.

20-008674_AIA

<u>94781</u>
List Bar I.D. and State of Admission

20-008674_AIA