UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                               CASE NO. 20-20387 CMB

LOIS JOYCE EVANS,                                    CHAPTER 11

       DEBTOR.

UNITED STATES TRUSTEE,

       MOVANT,                                                 Related to Doc. No. 20

       v.

NO RESPONDENT.

### Notice of Telephonic Meeting of Creditors

Please be advised that the Meeting of Creditors in this case will take place as scheduled on April 1, 2020 at 1:30 AM VIA TELEPHONE.   Any party in interest who wishes to participate should call 1-877-612-9054 from a touch-tone phone and enter Participant Code 4831906 followed by the # sign when prompted.

Date: March 30, 2020                              Andrew R. Vara
                                                             United States Trustee
                                                              Regions 3 and 9

                                                              By: */s/ Joseph S. Sisca*
                                                              Joseph S. Sisca
                                                              Assistant United States Trustee
                                                              PA ID 46719
                                                              Liberty Center, Suite 970
                                                              1001 Liberty Avenue
                                                              Pittsburgh, Pennsylvania 15222
                                                              (412) 644-4716 Telephone
                                                              (412) 644-4785 Facsimile
                                                              Joseph.S. Sisca@usdoj.gov