

U.S. Department of Justice

Office of the United States Trustee

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*  (412) 644-4756
*Pittsburgh, PA   15222*  *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Lois Joyce Evans,                                                                CASE NO. 20-20387-CMB

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **convened** on April 1, 2020 and closed.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By: /s/ Larry Wahlquist
     Larry Wahlquist
     Trial Attorney
     Presiding Officer
     Larry.E.Wahlquist@usdoj.gov

Date: April 1, 2020