## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Bankruptcy Case No.: 20-20387-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| | : | Document No.: 5 |
| | : | |
| | : | Related to Document No.: 21, 27 |

### CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, hereby certify that a copy of the Notice to Creditors and Exhibit List of Claims was served by electronic mail and/or First Class U.S. mail postage prepaid on April 2, 2020, to the parties listed on the attached mailing matrix.

Dated: April 2, 2020

/s/ Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com