# PROCEEDING MEMO

**Date: 04/30/2020 01:30 pm**

**In re:   Lois Joyce Evans**

                                         **Bankruptcy No. 20-20387-CMB**
                                         **Chapter: 11-NOT A SMALL BUSINESS**
                                         **Doc. # 1**

**Appearances:  BY PHONE:  Brent Lemon**

**Nature of Proceeding: #1 Status Conference Hearing Re: Voluntary Petition**

**Additional Pleadings:**

**Judge's Notes:**
 - Chapter 13 dismissed last year; filed Chapter 11 to address significant IRS debt.
 - Debtor attempting to negotiate a reasonable payment plan with IRS, the largest claim. Also working toward mortgage loan modification.
 - Debtor hopes to have plan filed in 90-120 days.
 - Total amount due to IRS around $2.1 million with a significant portion being unsecured and hoping to work that out to make it manageable.
 - Significant income and Debtor to be advised regarding any high expenses. Do not want to see post-petition IRS debt incurred.
 - Debtor to check the mortgage expense on Schedule J.
 - Status Conference continued to 8/26/20 at 1:30pm

                                         **Carlota M. Böhm**
                                         **Chief U.S. Bankruptcy Judge**

                                         FILED
                                         4/30/20 2:25 pm
                                         CLERK
                                         U.S. BANKRUPTCY
                                         COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lois Joyce Evans  
     Debtor

Case No. 20-20387-CMB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Apr 30, 2020  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2020.
db         +Lois Joyce Evans,    113 Burry Avenue,    Bradfordwoods, PA 15015-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2020 at the address(es) listed below:
           Anthony T. Kovalchick   on behalf of Creditor Dep't of Revenue    Office of Attorney General
            akovalchick@attorneygeneral.gov
           Brian C. Thompson   on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com,
            blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
           James Warmbrodt   on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com
           Karina Velter   on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
           Larry E. Wahlquist   on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Thomas Song   on behalf of Creditor    PNC Bank, National Association, et.al. pawb@fedphe.com
                                                                                                                                                 TOTAL: 7