# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Bankruptcy Case No.: 20-20387-CMB |
| Debtor. | : | Chapter 11 |
| Lois Joyce Evans, | : | Related to: Document No. 36 |
| Movant, | : | |
| v. | : | |
| PNC Mortgage, | : | |
| Respondent. | : | |

## LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by *Lois Joyce Evans* on May 1, 2020.  The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this  21st  day of  May    , *2020*, it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's **Loss Mitigation Program (LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

   Debtor:    Lois Joyce Evans

   Creditor:    PNC Mortgage

(2)    ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $4,888.00 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    ***Within sixty (60) days from the entry of this Order***, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)    **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)    **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)    Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
5/21/20 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lois Joyce Evans  
    Debtor

Case No. 20-20387-CMB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: May 21, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2020.  
db         +Lois Joyce Evans,    113 Burry Avenue,    Bradfordwoods, PA 15015-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:

          Anthony T. Kovalchick     on behalf of Creditor  Dep't of Revenue    Office of Attorney General  akovalchick@attorneygeneral.gov  
          Brian C. Thompson     on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com,   blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
          James Warmbrodt     on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com  
          Karina Velter     on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com  
          Larry E. Wahlquist     on behalf of U.S. Trustee    Office of the United States Trustee  larry.e.wahlquist@usdoj.gov  
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
          Thomas Song     on behalf of Creditor    PNC Bank, National Association, et.al. pawb@fedphe.com  
                                                                                                           TOTAL: 7