## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Bankruptcy Case No.: 20-20387-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |
| Lois Joyce Evans, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 41, 42 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | July 16, 2020 at 2:30 p.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND EXCLUSIVITY PERIOD TO FILE A CHPATER 11 PLAN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on May 29, 2020 at Document No. 41 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 42, Objections were to be filed and served no later than June 18, 2020.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 41 be entered by the Court.

Date: <u>June 19, 2020</u>          /s/ Brian C. Thompson
                                                                  Brian C. Thompson, Esquire
                                                                  Attorney for Debtor
                                                                  PA ID No. 91197
                                                                  THOMPSON LAW GROUP, P.C.
                                                                  125 Warrendale Bayne Road, Suite 200
                                                                  Warrendale, PA 15086
                                                                  (724) 799-8404 Telephone
                                                                  (724) 799-8409 Facsimile
                                                                  bthompson@thompsonattorney.com