**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re: Lois Joyce Evans,** | : | **Case No.: 20-20387-CMB** |
| | : | |
| | : | **Reporting Period: March, 2020** |
| | : | |
| | : | **Chapter 11** |

# MONTHLY OPERATING REPORT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No. 20-20387-CMB

Reporting Period: March, 2020

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR- 5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

[signature]
Signature of Debtor

4-10-20
Date

Signature of Joint Debtor

Date

Signature of Preparer

Date

Printed Name of Preparer

Evans, Lois Joyce
Debtor

**Case No. 20-20387-CMB**

**Reporting Period:** March, 2020

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursementsmade during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliationmust be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Wages (Net) | 20,480 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 5,000 | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 1,225 | |
| Insurance | 246 | |
| Auto Expense | 210 | |
| Lease Payments | 811 | |
| IRA Contributions | | |
| Repairs and Maintenance | 130 | |
| Medical Expenses | 180 | |
| Household Expenses | 1,200 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | |
| **Cash - End of Month** (Must equal reconciled bank statement) | | |

FORM MOR-1(INDV)
(9/99)

Evans, Lois Joyce
Debtor

Case No 20-20387-CMB

Reporting Period: March, 2020

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

# DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

Evans, Lois Joyce
Debtor

Case No. 20-20387-CMB
Reporting Period: March, 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE: 02/22/20 THRU 03/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| /ERYTHING CK | 211.76 | 7,269.55 | 5,781.03 | 1,276.76- | 1,058.11 | 0.05% | 0.04 |
| /ERYTHING SV | 586.16 | 456.00 | 500.20 | 630.36 | 388.00 | 0.65% | 0.20 |

EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/23 | POS<br>PIN | SHEETZ 0277<br>WEXFORD PA | 9.02 |
| 02/23 | POS<br>MC | APPLE.COM/BILL<br>866-712-7753 CA | 54.52 |
| 02/26 | POS<br>MC | VENMO<br>NY | 200.00 |
| 02/26 | FEE | POS OVERDRAFT FEE | 36.00 |
| 02/26 | DIR | NEW YORK LIFE<br>INS. PREM. | 151.00 |
| 02/26 | FEE | OVERDRAFT FEE | 36.00 |
| 02/27 | POS<br>MC | IPHONE CITIZENSO<br>BRIDGEPORT CT | 64.50 |
| 02/27 | FEE | POS OVERDRAFT FEE | 36.00 |
| 02/27 | POS<br>MC | APPLE.COM/BILL<br>866-712-7753 CA | 16.04 |
| 02/27 | FEE | POS OVERDRAFT FEE | 36.00 |
| 02/28 | DIR | CAPGEMINI<br>REG.SALARY | 2,740.49+ |
| 02/28 | POS<br>MC | APPLE.COM/BILL<br>866-712-7753 CA | 10.68 |
| 03/02 | POS<br>MC | VENMO<br>NY | 110.00 |
| 03/02 | POS<br>MC | VENMO<br>NY | 200.00 |
| 03/03 | POS<br>PIN | RITE AID STORE -<br>WEXFORD PA | 25.48 |
| 03/03 | POS<br>PIN | RITE AID STORE -<br>WEXFORD PA | 10.88 |
| 03/03 | ECK | MACYS CITIAUTFDR<br>AUTO PYMT | 100.00 |
| 03/04 | POS<br>MC | APPLE.COM/BILL<br>866-712-7753 CA | 9.99 |
| 03/05 | POS<br>MC | GREATER PGH ORTH<br>CRANBERRY TOW PA | 30.00 |
| 03/05 | ONL | PAYMENT TO | 350.00 |
| 03/06 | POS<br>PIN | OASIS #1<br>HALIFAX NC | 15.38 |
| 03/06 | POS<br>MC | CVS/PHARMACY #02<br>800-746-7287 PA | 77.31 |
| 03/06 | POS<br>MC | TST* BEL CIBO<br>HENRICO VA | 33.33 |
| 03/06 | POS<br>MC | PROOF OF THE PUD<br>ATLANTA GA | 12.50 |
| 03/09 | POS<br>MC | STARBUCKS TC RDU<br>RALEIGH NC | 8.61 |
| 03/09 | POS<br>MC | PASCHALS B<br>ATLANTA GA | 16.25 |
| 03/09 | POS<br>PIN | COSTCO WHSE #03<br>CRANBERRY TPK PA | 132.60 |
| 03/09 | POS<br>PIN | WAL-MART #1770<br>CRANBERRY TWP PA | 21.55 |
| 03/10 | ONL | TRANSFER DOLLAR BANK INTERNET<br>FROM | 150.00+ |
| 03/10 | ONL | TRANSFER DOLLAR BANK INTERNET<br>TO | 50.00 |
| 03/10 | ECK | ARMSTRONG UTIL | 149.50 |
| 03/11 | POS<br>MC | VENMO<br>NY | 125.00 |
| 03/11 | POS<br>MC | VENMO<br>NY | 300.00 |
| 03/12 | ONL | TRANSFER DOLLAR BANK INTERNET<br>TO | 125.00 |
| 03/13 | DIR | CAPGEMINI<br>REG.SALARY | 2,740.50+ |
| 03/13 | ONL | TRANSFER DOLLAR BANK INTERNET<br>TO | 200.00 |
| 03/13 | ONL | TRANSFER DOLLAR BANK INTERNET<br>TO | 150.00 |
| 03/13 | ONL | TRANSFER DOLLAR BANK INTERNET<br>FROM | 150.00+ |
| 03/14 | POS<br>PIN | TARGET T-1218<br>Pittsburgh PA | 131.00 |
| 03/15 | ONL | TRANSFER DOLLAR BANK INTERNET<br>TO | 500.00 |
| 03/16 | POS<br>MC | APPLE.COM/BILL<br>866-712-7753 CA | 13.88 |
| 03/16 | POS<br>MC | APPLE.COM/BILL<br>866-712-7753 CA | 0.99 |
| 03/16 | DIR | FIRSTENERGY OPCO<br>FE ECHECK | 3,398.72 |

Dollar Bank
Since 1855



EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/16 | FEE | OVERDRAFT FEE | 36.00 |
| 03/19 | POS | APPLE.COM/BILL | 29.92 |
| | MC | : CA | |
| 03/19 | FEE | POS OVERDRAFT FEE | 36.00 |
| 03/19 | POS | APPLE.COM/BILL | 3.20 |
| | MC | 866-712-7753 CA | |
| 03/19 | POS | APPLE.COM/BILL | 10.69 |
| | MC | 866-712-7753 CA | |
| 03/19 | FEE | POS OVERDRAFT FEE | 36.00 |
| 03/21 | POS | GIANT EAG 5600 W | 134.01 |
| | PIN | Gibsonia PA | |
| 03/21 | FEE | POS OVERDRAFT FEE | 36.00 |
| 03/21 | INT | INTEREST CREDIT | 0.04+ |

EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/26 | ATM | SKYLINE NAIL 1500 VILLAGE | 102.50 |
| | | WEXFORD PA | |
| 02/27 | ATM | PNC BANK 1000 AIRPORT | 203.50 |
| | | PITTSBURGH PA | |
| 03/10 | ONL | TRANSFER DOLLAR BANK INTERNET | 150.00 |
| | | TO | |
| 03/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00+ |
| | | FROM | |
| 03/21 | INT | INTEREST CREDIT | 0.20+ |

2020 TAX INFORMATION:

| | | | | |
|---|---|---|---|---|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 0.24+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 0.66+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 288.00 | 360.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

ACCOUNT BALANCES MAINTAINED DURING FEBRUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $427.32- | $1,325.10 | $85.87 | $378.34 | $1,703.44 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.