## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Case No.: 20-20387-CMB |
| | : | |
| | : | Reporting Period:    May, 2020 |
| | : | |
| | : | Chapter 11 |

## MONTHLY OPERATING REPORT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No. 20-20387-CMB
Reporting Period: May 2020

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | ✓ | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Debtor Questionnaire | MOR-4 | | |
| | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    6-10-20
Signature of Debtor                Date

_____    _____
Signature of Joint Debtor          Date

_____    _____
Signature of Preparer              Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Eva Bella, Inc.

Debtor

Case No. 20-20387-CMB

Reporting Period: May, 2020

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

Evans, Lois Joyce  Case 20-20387-CMB  Doc 56  Filed 07/28/20  Entered 07/28/20 15:38:30  Desc Main
Debtor                    Document      Page 4 of 8                    Case No. 20-20387-CMB

Reporting Period: May/20

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | 9,240.00 | |
| Alimony and Child Support | | |
| Social Security and Pension Income | — | |
| Sale of Assets | — | |
| Other Income (attach schedule) | — | |
| **Total Receipts** | — | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 5,000.00 | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | 907.84 | |
| Auto Expense | | |
| Lease Payments | 878.25 | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 65.73 | |
| Household Expenses | | |
| Charitable Contributions | 460.40 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | 6.61 | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | 123.03 | |
| Other Reorganization Expenses (attach schedule) | 325.00 | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | | |

FORM MOR-1(INDV)
(9/99)

Evans, Lois L
Debtor

Case No. 20-20387-CMB

Reporting Period: May/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Liberty Mutual | 246.00 | |
| Tru-Green | 189.00 | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | \multicolumn{4}{c}{Number of Days Past Due} | Total |
| | | 0-30 | 31-60 | 61-90 | Over 90 | |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

**Citizens Bank**

Checking Account Statement

1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

1 OF 2

Beginning April 24, 2020
through May 26, 2020

US259 BR934                                 1

LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA   15015-1239

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 11,997.00 |
| Checks | 1,327.25 - |
| Withdrawals & Debits | 7,139.77 - |
| Deposits & Credits | .00 + |
| **Current Balance** | 3,529.98 = |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
   You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account acivity.

Your next statement period will end on June 23, 2020.

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 101 | 43.00 | 05/14 | 103 | 491.10 | 05/26 |
| 102 | 180.00 | 05/18 | 105* | 613.15 | 05/26 |

Previous Balance  11,997.00

Total Checks  1,327.25

**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description | |
|---|---|---|---|
| 05/07 | 78.25 | 1509 POS Debit - | Usps PO 41918403 1wexford PA |
| 05/07 | 10.88 | 1509 POS Debit - | CVS/Pharmacy # Wexford PA |
| 05/11 | 69.55 | 1509 Dbt Purchase - | 300 Hallmark Cleaners Pittsburgh PA |
| 05/11 | 159.86 | 1509 POS Debit - | Costco Whse #0328 Cranberry Tpkpa |
| 05/11 | 144.83 | 1509 POS Debit - | Giant-Eagle #0 Cranberry PA |
| 05/13 | 1.00 | 1509 POS Debit - | CVS/Pharmacy #02 0wexford PA |
| 05/14 | 23.85 | 1509 POS Debit - | CVS/Pharmacy # Wexford PA |
| 05/15 | 81.54 | 1509 POS Debit - | Market District 15wexford PA |
| 05/18 | 6.61 | 1509 Dbt Purchase - | 0 Taco Bell 05656 Pittsburgh PA |
| 05/21 | 123.03 | 1509 Dbt Purchase - | Hrb Online Tax Pro800-472-56 25 M |
| 05/26 | 30.00 | 1509 Dbt Purchase - | Pti - Warrendale Warrendale PA |
| 05/26 | 123.14 | 1509 POS Debit - | Costco Whse #0328 Cranberry Tpkpa |
| 05/26 | 31.41 | 1509 POS Debit - | Market Distric Wexford PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 04/28 | 9.99 | Deluxe Check Check/Acc. |
| 05/05 | 5,000.00 | Pnc Mortgage 2 Mortgage |

Member FDIC   Equal Housing Lender

**Citizens Bank**

Checking Account Statement

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 2 OF 2

Beginning April 24, 2020
through May 26, 2020

*Checking continued from previous page*

### Other Withdrawals & Debits (continued)

| Date | Amount | Description |
|---|---|---|
| 05/05 | 907.84 | Firstenergy Opco Fe Echeck |
| 05/12 | 9.99 | Deluxe Check Check/Acr |
| 05/19 | 325.00 | Quarterly Fee Payment |
| 05/26 | 3.00 | Service Charge Statement Delivery |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

⊖ Total Withdrawals & Debits
7,139.77

⊜ Current Balance
3,529.98

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/28 | 11,987.01 | 05/12 | 5,605.81 | 05/18 | 5,269.81 |
| 05/05 | 6,079.17 | 05/13 | 5,604.81 | 05/19 | 4,944.81 |
| 05/07 | 5,990.04 | 05/14 | 5,537.96 | 05/21 | 4,821.78 |
| 05/11 | 5,615.80 | 05/15 | 5,456.42 | 05/26 | 3,529.98 |

### NEWS FROM CITIZENS

--Still writing checks for your bills or visiting multiple websites to pay online? Try Bill Pay through Online Banking to quickly and easily pay your bills and manage your accounts all in one place, with one password.
--IMPORTANT NOTICE ABOUT YOUR ACCOUNTS
Changes to our Funds Availability Disclosure
Effective July 1, 2020 we are increasing the amount of funds available to you by the next business day when a longer delay may be applied to your deposits. The amount available increases from $200 to $225 and from $5,000 to $5,525. The first $225 of your deposit will normally be available on the next business day after the day of your deposit. In the case of large deposits totaling more than $5,525, the first $5,525 will normally be available on the next business day after the day of your deposit if the deposit meets certain conditions. For additional information or to obtain our full disclosures on this topic call us any time at the number on your statement or visit your local branch.
--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.

Member FDIC   Equal Housing Lender