# PROCEEDING MEMO

**Date: 08/04/2020 01:30 pm**

**In re:   Lois Joyce Evans**

        Bankruptcy No. 20-20387-CMB
        Chapter: 11-NOT A SMALL BUSINESS
        Doc. # 48

**Appearances:  BY PHONE:  Larry Wahlquist; Brent Lemon**

**Nature of Proceeding: #48 Motion To Convert Case Pursuant To 11 U.S.C. Section 1112 (b)**

**Additional Pleadings: #52 Response by Debtor**
                            **#53 Monthly Operating Report for February, 2020**
                            **#54 Monthly Operating Report for March, 2020**
                            **#55 Monthly Operating Report for April, 2020**
                            **#56 Monthly Operating Report for May, 2020**

**Judge's Notes:**
 - Wahlquist: Since filing the Motion, Debtor filed MORs, but there are significant problems. It does not appear that Debtor is providing adequate information. It does not appear Debtor is providing all of the banking statements.
 - Lemon: Seek time to get this straightened out. Need to revise these.
 - Additional time will be provided but Debtor's counsel needs to work with Debtor and UST to resolve these issues. At continued hearing, answers need to be provided or will convert this case.
 OUTCOME: Continued to 8/25 at 3pm.

 HOUSEKEEPING MATTER-
 - Debtor filed a motion to extend exclusivity (Doc. No. 57). The motion is not clear and refers to both small business and regular Chapter 11 deadlines. By Thursday, Debtor to file an amended motion so that the matter can be scheduled.

                                                **Carlota M. Böhm**
                                                **Chief U.S. Bankruptcy Judge**

                                                FILED
                                                8/4/20 2:18 pm
                                                CLERK
                                                U.S. BANKRUPTCY
                                                COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lois Joyce Evans  
     Debtor

Case No. 20-20387-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Aug 04, 2020  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
```
db             +Lois Joyce Evans,   113 Burry Avenue,   Bradfordwoods, PA 15015-1239
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
```
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Brian C. Thompson    on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James   Warmbrodt     on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National
               Association bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Larry E. Wahlquist    on behalf of U.S. Trustee   Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Thomas   Song    on behalf of Creditor    PNC Bank, National Association, et.al. pawb@fedphe.com
                                                                                             TOTAL: 7
```