**PROCEEDING MEMO**

**Date:  08/25/2020 03:00 pm**

 **In re:    Lois Joyce Evans**

**Bankruptcy No. 20-20387-CMB**
**Chapter: 11-NOT A SMALL BUSINESS**
**Doc. # 59**

**Appearances:  BY PHONE:  Larry Wahlquist;  Brent Lemon**

**Nature of Proceeding: #59 Amended Second Motion of Debtor Pursuant To 11 U.S.C. Section 1121 and Federal Rule of Bankruptcy Procedure 9006 To Extend Exclusivity Period To File A Chapter 11 Plan**

**Additional Pleadings: #61 Order Signed 08/07/2020 Setting Telephonic Hearing for 08/25/2020 at 3:00 p.m.**

**Judge's Notes**:

 Debtor has not shown good faith.
 Motion Denied. Order entered.

FILED
8/25/20 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**

**Chief U.S. Bankruptcy
Judge**