# PROCEEDING MEMO

**Date:** 08/25/2020 03:00 pm

**In re:** Lois Joyce Evans

                                               **Bankruptcy No. 20-20387-CMB**
                                               **Chapter: 11- NOT A SMALL BUSINESS**
                                               **Doc. # 48**

**Appearances:** BY PHONE: Larry Wahlquist; Brent Lemon

**Nature of Proceeding:** #48 Continued Hearing Re: Motion To Convert Case Pursuant To 11 U.S.C. Section 1112(b)

**Additional Pleadings:** #52 Response by Debtor
                            #53 Monthly Operating Report for February, 2020
                            #54 Monthly Operating Report for March, 2020
                            #55 Monthly Operating Report for April, 2020
                            #56 Monthly Operating Report for May, 2020
                            #58 Proceeding Memo from 08/04/2020 - Telephonic Hearing Continued for 08/25/2020 at 3:00 p.m.

**Judge's Notes:**

Lemon: continuing to work with Debtor on MOR issues. Sent some revised MORs to Attorney Wahlquist but not in sufficient form to file.

Wahlquist: Sent an email on 8/4 with bullet points of issues and what is needed. Briefly reviewed what was sent to him but issues still remain. Appears Debtor is just picking numbers without any basis. Questions regarding the DIP account. Appears to be time to convert this case.

Debtor needs to understand that this is starting to look like abuse and on the verge of conversion. Must cooperate and get this case moving.
OUTCOME:
- Attorney Wahlquist to file status report identifying what is needed.
- By 9/1, corrected MORs to be filed.
- If those items are not complied with, then will convert this case. This is the last chance.
- Continued to 9/9/20 at 2pm by phone. Debtor to dial-in and participate on 9/9. Unless drastic change, Court intends to convert on that date. Come prepared to answer questions regarding MORs, issues identified by Attorney Wahlquist, and what is the plan for this case.

FILED
8/25/20 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**

**Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 20-20387-CMB
Lois Joyce Evans                                                    Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Aug 25, 2020
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.
db          +Lois Joyce Evans,    113 Burry Avenue,    Bradfordwoods, PA 15015-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:
      Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue    Office of Attorney General akovalchick@attorneygeneral.gov
      Brian C. Thompson    on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
      James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com
      Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
      Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Thomas Song    on behalf of Creditor    PNC Bank, National Association, et.al. pawb@fedphe.com
                                                                                                                   TOTAL: 7