# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Lois Joyce Evans, | Bankruptcy Case No.: 20-20387-CMB |
| Debtor. | Chapter 11 |
| Lois Joyce Evans, | Related to:  Document No. 59 |
| Movant, | |
| v. | |
| No Respondents, | |
| Respondent. | |

## ORDER

AND NOW this __25th__ day of __August__, 2020, upon the Debtor's Second Motion to Extend Exclusivity Period, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Debtor's Motion is DENIED.

*Carlota M. Böhm* /glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/25/20 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lois Joyce Evans  
    Debtor

Case No. 20-20387-CMB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Aug 25, 2020  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.  
db          +Lois Joyce Evans,    113 Burry Avenue,    Bradfordwoods, PA 15015-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:

         Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue    Office of Attorney General akovalchick@attorneygeneral.gov  
         Brian C. Thompson    on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
         James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com  
         Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com  
         Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Thomas Song    on behalf of Creditor    PNC Bank, National Association, et.al. pawb@fedphe.com  
                                                                                                                        TOTAL: 7