# PROCEEDING MEMO

**Date:** 08/25/2020 03:00 pm

**In re:**  Lois Joyce Evans

                                                                                    **Bankruptcy No. 20-20387-CMB**
                                                                                     **Chapter: 11-NOT A SMALL BUSINESS**
                                                                                      **Doc. # 1**

**Appearances:** BY PHONE:  Brent Lemon; Larry Wahlquist

**Nature of Proceeding:** #1 RESCHEDULED Status Conference Hearing Re: Voluntary Petition

**Additional Pleadings:** #31 Proceeding Memo from Status Conference Hearing Held 04/30/2020 - Status Conference Hearing CONTINUED to: 08/26/2020 at 1:30 p.m.
                      **#56** Monthly Financial Report for May, 2020
                      **#62 TEXT ORDER:**  Status Conference Hearing scheduled for 08/26/2020 at 1:30 p.m. has been RESCHEDULED to: 08/25/2020 at 3:00 p.m.

**Judge's Notes:**

Lemon: continuing to work with Debtor on MOR issues. Sent some revised MORs to Attorney Wahlquist but not in sufficient form to file.

Wahlquist: Sent an email on 8/4 with bullet points of issues and what is needed. Briefly reviewed what was sent to him but issues still remain. Appears Debtor is just picking numbers without any basis. Questions regarding the DIP account. Appears to be time to convert this case.

Debtor needs to understand that this is starting to look like abuse and on the verge of conversion. Must cooperate and get this case moving.

OUTCOME:
- Attorney Wahlquist to file status report identifying what is needed.
- By 9/1, corrected MORs to be filed.
- If those items are not complied with, then will convert this case. This is the last chance.
- Continued to 9/9/20 at 2pm by phone. Debtor to dial-in and participate on 9/9. Unless drastic change, Court intends to convert on that date. Come prepared to answer questions regarding MORs, issues identified by Attorney Wahlquist, and what is the plan for this case.

FILED
8/25/20 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**

**Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lois Joyce Evans  
    Debtor  

Case No. 20-20387-CMB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Aug 25, 2020  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.  
db          +Lois Joyce Evans,    113 Burry Avenue,    Bradfordwoods, PA 15015-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:  
      Anthony T. Kovalchick   on behalf of Creditor Dep't of Revenue   Office of Attorney General akovalchick@attorneygeneral.gov  
      Brian C. Thompson   on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
      James Warmbrodt   on behalf of Creditor   PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com  
      Karina Velter   on behalf of Creditor   JPMorgan Chase Bank, N.A. amps@manleydeas.com  
      Larry E. Wahlquist   on behalf of U.S. Trustee   Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Thomas Song   on behalf of Creditor   PNC Bank, National Association, et.al. pawb@fedphe.com  
                                                                                                  TOTAL: 7