**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Evans, Lois Joyce

Case No. 20-20387-CMB

Reporting Period: **FEB, 2020**

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____ /s/ Lois Joyce Evans
Signature of Debtor

Date: 10-1-2020

_____
Signature of Joint Debtor

Date

_____
Signature of Preparer

Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Evans, Lois Joyce  
Debtor  

Case No. 20-20387-CMB  
Reporting Period: **FEB, 2020**

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 2,117 | 2,117 |
| **RECEIPTS** | | |
| Wages (Net) | 5,421 | 5,421 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 12,597 | 12,597 |
| **Total Receipts** | 18,018 | 18,018 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 10,000 | 10,000 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | 728 | 728 |
| Auto Expense | 151 | 151 |
| Lease Payments | 239 | 239 |
| IRA Contributions | 1,600 | 1,600 |
| Repairs and Maintenance | | |
| Medical Expenses | 2,300 | 2300 |
| Household Expenses | 139 | 139 |
| Charitable Contributions | 2,828 | 2828 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | 287 | 287 |
| Other (attach schedule) | 741 | 741 |
| **Total Ordinary Disbursements** | 19,013 | 19013 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (995) | (995) |
| **Cash - End of Month** (Must equal reconciled bank statement) | 1,122.00 | 1122.00 |

FORM MOR-1(INDV)  
(9/99)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: **Feb, 2020**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Evans, Lois Joyce  
Debtor

Case No. 20-20387-CMB

Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: _____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:         XXXXX9586
STATEMENT DATE:         01/22/20 THRU 02/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 1,529.21 | 18,386.94 | 17,069.49 | 211.76 | 1,634.83 | 0.05% | 0.07 |
| EVERYTHING SV | 585.87 | 500.00 | 500.29 | 586.16 | 424.57 | 0.81% | 0.29 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2445 | 115.12 | 2446 | 175.00 | 2494 * | 88.32 | | |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/22 | DIR | VIVINT   J203754038<br>VIVINT | 74.19 | 01/30 | POS<br>MC | VENMO<br>8558124430        NY | 10.00 |
| 01/24 | POS<br>MC | 5-057-PITTSBURGH<br>MIDDLETOWN    PA | 2.50 | 01/31 | DIR | CAPGEMINI  1222575929<br>REG.SALARY | 2,679.67+ |
| 01/24 | POS<br>MC | APPLE.COM/BILL<br>866-712-7753   CA | 45.97 | 01/31 | POS<br>MC | APPLE.COM/BILL<br>866-712-7753   CA | 32.06 |
| 01/24 | POS<br>MC | 5-067-IRWIN<br>MIDDLETOWN    PA | 7.80 | 01/31 | POS<br>MC | CRICKETDEBTCOUNS<br>8667190400       OR | 24.00 |
| 01/24 | CHK | 2494  SEQ# 18012538 | 88.32 | 01/31 | FEE | POS OVERDRAFT FEE | 36.00 |
| 01/25 | POS<br>MC | CENCIS PIZZERIA<br>WEXFORD       PA | 58.32 | 01/31 | POS<br>MC | VENMO<br>8558124430        NY | 1,600.00 |
| 01/25 | DEP | CASH - WASHINGTON OFFICE | 1,400.00+ | 01/31 | FEE | POS OVERDRAFT FEE | 36.00 |
| 01/25 | POS<br>PIN | MARKET DI 155 To<br>Wexford      PA | 165.53 | 02/03 | POS<br>MC | KFC J625172<br>PITTSBURGH     PA | 7.48 |
| 01/25 | POS<br>PIN | MARKET DI 155 To<br>Wexford      PA | 35.87 | 02/03 | POS<br>MC | VENMO<br>8558124430        NY | 80.00 |
| 01/26 | POS<br>MC | VISITORS GARAGE<br>PITTSBURGH    PA | 6.00 | 02/03 | POS<br>MC | UPMCSHADYSIDE GI<br>PITTSBURGH    PA | 3.51 |
| 01/27 | POS<br>MC | IPHONE CITIZENSO<br>BRIDGEPORT    CT | 64.50 | 02/03 | POS<br>MC | CARIBBEAN VYBZ<br>PITTSBURGH    PA | 53.00 |
| 01/27 | POS<br>MC | FUN FORE ALL<br>CRANBERRY TOW  PA | 16.49 | 02/03 | POS<br>PIN | THE UPS STORE #1<br>WEXFORD      PA | 5.00 |
| 01/27 | POS<br>MC | VENMO<br>8558124430        NY | 200.00 | 02/03 | POS<br>MC | VENMO<br>8558124430        NY | 200.00 |
| 01/27 | DIR | NEW YORK LIFE  1135582869<br>INS. PREM. | 151.00 | 02/03 | ECK | MACYS CITIAUTFDR<br>AUTO PYMT | 100.00 |
| 01/27 | CHK | 2445  SEQ# 18029090 | 115.12 | 02/04 | POS<br>MC | UPMC SHADYSIDE C<br>PITTSBURGH    PA | 0.90 |
| 01/28 | POS<br>MC | ATL  11 ALIVE NE<br>ATLANTA      GA | 6.24 | 02/04 | POS<br>MC | APPLE.COM/BILL<br>866-712-7753   CA | 9.99 |
| 01/28 | POS<br>MC | VENMO<br>8558124430        NY | 300.00 | 02/04 | POS<br>MC | VENMO<br>8558124430        NY | 41.00 |
| 01/28 | CHK | 2446  SEQ# 18002428 | 175.00 | 02/06 | POS<br>MC | FOXS PIZZA DEN L<br>724-6202803   PA | 16.00 |
| 01/29 | POS<br>MC | APPLE.COM/US<br>8006927753     CA | 266.43 | | | | |

# Dollar Bank
### Since 1855

XXXXXX9586

PAGE 2

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/07 | ADJ | Cash App*Cash Ou | 49.25+ | 02/14 | POS | MT. ARARAT | 9.99 |
| | PIN | San Francisco   CA | | | MC | PITTSBURGH    PA | |
| 02/08 | POS | MCDONALD'S F714 | 13.52 | 02/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00 |
| | PIN | WEXFORD    PA | | | | TO 41674599586 | |
| 02/10 | POS | PPAP THIRD AVE 2 | 18.00 | 02/17 | POS | VENMO | 120.00 |
| | MC | PITTSBURGH    PA | | | MC | 8558124430    NY | |
| 02/10 | POS | SKYLINE NAILS | 50.00 | 02/17 | POS | SQ *TIFFANY | 115.00 |
| | MC | WEXFORD    PA | | | MC | 877-417-4551    PA | |
| 02/10 | ECK | ARMSTRONG UTIL 1222528268 | 149.50 | 02/17 | POS | APPLE.COM/BILL | 12.81 |
| | | 8772775711 | | | MC | 866-712-7753    CA | |
| 02/10 | ECK | WESTVIEW WATER 1256000510 | 126.31 | 02/18 | POS | HUDSONNEWS ST118 | 14.87 |
| | | WEB PAY | | | PIN | DES PLAINES    IL | |
| 02/11 | POS | 2075-CLT CNBC NE | 4.80 | 02/19 | DIR | NEW YORK LIFE  9617785808 | 10,200.00+ |
| | MC | CHARLOTTE    NC | | | | CASH LOAN | |
| 02/14 | DIR | CAPGEMINI   1222575929 | 2,740.50+ | 02/19 | POS | APPLE.COM/BILL | 10.69 |
| | | REG.SALARY | | | MC | 866-712-7753    CA | |
| 02/14 | POS | EINSTEIN BROS BA | 19.97 | 02/19 | POS | VENMO | 2,000.00 |
| | MC | PITTSBURGH    PA | | | MC | 8558124430    NY | |
| 02/14 | POS | VISITORS GARAGE | 7.00 | 02/19 | POS | VENMO | 150.00 |
| | MC | PITTSBURGH    PA | | | MC | 8558124430    NY | |
| 02/14 | ONL | TRANSFER DOLLAR BANK INTERNET | 350.00 | 02/19 | POS | APPLE.COM/BILL | 10.69 |
| | | TO 51674652449 | | | MC | 866-712-7753    CA | |
| 02/14 | POS | GET GO #3 20110 | 41.85 | 02/19 | DIR | AMEX EPAYMENT   0005000099 | 10,000.00 |
| | PIN | Cranberry Tow    PA | | | | ACH PMT | |
| 02/14 | POS | VENMO | 200.00 | 02/21 | POS | DUNKIN #343581 Q | 2.54 |
| | MC | 8558124430    NY | | | MC | WEXFORD    PA | |
| 02/14 | POS | APPLE.COM/BILL | 0.99 | 02/21 | DIR | VIVINT  J203754038 | 74.19 |
| | MC | 866-712-7753    CA | | | | VIVINT | |
| 02/14 | POS | VENMO | 350.00 | 02/21 | INT | INTEREST CREDIT | 0.07+ |
| | MC | 8558124430    NY | | | | | |

## EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/05 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00 | 02/21 | INT | INTEREST CREDIT | 0.29+ |
| | | TO 51674652449 | | | | | |
| 02/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00+ | | | | |
| | | FROM 51674599586 | | | | | |

2020 TAX INFORMATION:

| | | | | |
|---|---|---|---|---|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 0.20+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 0.46+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 72.00 | 72.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

# Dollar Bank℠
### Since 1855

XXXXX0586

PAGE 3

ACCOUNT BALANCES MAINTAINED DURING JANUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $1,139.93 | $2,755.16 | $85.70 | $359.94 | $3,115.10 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR JANUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JANUARY

|  | CHECKING # OF USES | CHECKING TOTAL CHARGED | SAVINGS # OF USES | SAVINGS TOTAL CHARGED |
|---|---|---|---|---|
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 15 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 40 | .00 |  |  |
| THE TOTAL CHARGE: | 55 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR JANUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND EARN MONEY WHEN THEY OPEN AN
EVERYTHING CHECKING ACCOUNT. PLUS, THEY'LL EARN
MONEY NOW TOO DURING OUR SPECIAL OFFER.
VISIT DOLLAR.BANK/400.