**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Evans, Lois Joyce

Case No. 20-20387-CMB

Reporting Period: _March, 2020_

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signature]_    10-1-20
Signature of Debtor    Date

_____    _____
Signature of Joint Debtor    Date

_____    _____
Signature of Preparer    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: _MARCH, 2020_

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 1,225.58 | |
| **RECEIPTS** | | |
| Wages (Net) | 5,481.00 | 10,902.00 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 975.20 | 13,072.49 |
| **Total Receipts** | 6,456.20 | 23,974.49 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | 10,000.00 |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 3,086.00 | |
| Insurance | 151.00 | |
| Auto Expense | 150.00 | (89.00) |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | (2,300.00) |
| Medical Expenses | 68.00 | 68.00 |
| Household Expenses | 3,711.00 | 883.00 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | 53.00 | 53.00 |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 144.00 | (597.00) |
| Gifts | (3.00) | (3.00) |
| Other (attach schedule) | 350.00 | 350.00 |
| **Total Ordinary Disbursements** | 8,391.00 | 10,928.00 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 8,391.00 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 14,847.20 | 13,046.49 |
| **Cash - End of Month** (Must equal reconciled bank statement) | 16,069.78 | |

FORM MOR-1(INDV)
(9/99)

Evans, Lois Joyce  
Debtor

Case No. 20-20387-CMB  
Reporting Period: _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Evans, Lois Joyce                                                                              Case No. 20-20387-CMB

Debtor                                           **Reporting Period:** _____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER: XXXXX9586
STATEMENT DATE:  02/22/20 THRU 03/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 211.76 | 7,269.55 | 5,781.03 | 1,276.76- | 1,058.11 | 0.05% | 0.04 |
| EVERYTHING SV | 586.16 | 456.00 | 500.20 | 630.36 | 388.00 | 0.65% | 0.20 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | | AMOUNT | DATE | | TRANSACTION DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 02/23 | POS | SHEETZ 0277 | | 9.02 | 03/06 | POS | PROOF OF THE PUD | | 12.50 |
| | PIN | WEXFORD | PA | | | MC | ATLANTA | GA | |
| 02/23 | POS | APPLE.COM/BILL | | 54.52 | 03/09 | POS | STARBUCKS TC RDU | | 8.61 |
| | MC | 866-712-7753 | CA | | | MC | RALEIGH | NC | |
| 02/26 | POS | VENMO | | 200.00 | 03/09 | POS | PASCHALS B | | 16.25 |
| | MC | 8558124430 | NY | | | MC | ATLANTA | GA | |
| 02/26 | FEE | POS OVERDRAFT FEE | | 36.00 | 03/09 | POS | COSTCO WHSE #03 | | 132.60 |
| 02/26 | DIR | NEW YORK LIFE 1135582869 | | 151.00 | | PIN | CRANBERRY TPK | PA | |
| | | INS. PREM. | | | 03/09 | POS | WAL-MART #1770 | | 21.55 |
| 02/26 | FEE | OVERDRAFT FEE | | 36.00 | | PIN | CRANBERRY TWP | PA | |
| 02/27 | POS | IPHONE CITIZENSO | | 64.50 | 03/10 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 41674599586 | | 150.00+ |
| | MC | BRIDGEPORT | CT | | 03/10 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652324 | | 50.00 |
| 02/27 | FEE | POS OVERDRAFT FEE | | 36.00 | | | | | |
| 02/27 | POS | APPLE.COM/BILL | | 16.04 | 03/10 | ECK | ARMSTRONG UTIL 1222528268 | | 149.50 |
| | MC | 866-712-7753 | CA | | | | 8772775711 | | |
| 02/27 | FEE | POS OVERDRAFT FEE | | 36.00 | 03/11 | POS | VENMO | | 125.00 |
| 02/28 | DIR | CAPGEMINI 1222575929 | | 2,740.49+ | | MC | 8558124430 | NY | |
| | | REG.SALARY | | | 03/11 | POS | VENMO | | 300.00 |
| 02/28 | POS | APPLE.COM/BILL | | 10.68 | | MC | 8558124430 | NY | |
| | MC | 866-712-7753 | CA | | 03/12 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | | 125.00 |
| 03/02 | POS | VENMO | | 110.00 | | | | | |
| | MC | 8558124430 | NY | | 03/13 | DIR | CAPGEMINI 1222575929 REG.SALARY | | 2,740.50+ |
| 03/02 | POS | VENMO | | 200.00 | | | | | |
| | MC | 8558124430 | NY | | 03/13 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | | 200.00 |
| 03/03 | POS | RITE AID STORE - | | 25.48 | | | | | |
| | PIN | WEXFORD | PA | | 03/13 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652324 | | 150.00 |
| 03/03 | POS | RITE AID STORE - | | 10.88 | | | | | |
| | PIN | WEXFORD | PA | | 03/13 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674652324 | | 150.00+ |
| 03/03 | ECK | MACYS CITIAUTFDR AUTO PYMT | | 100.00 | | | | | |
| | | | | | 03/14 | POS | TARGET T-1218 | | 131.00 |
| 03/04 | POS | APPLE.COM/BILL | | 9.99 | | PIN | Pittsburgh | PA | |
| | MC | 866-712-7753 | CA | | 03/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO 41674599586 | | 500.00 |
| 03/05 | POS | GREATER PGH ORTH | | 30.00 | | | | | |
| | MC | CRANBERRY TOW | PA | | 03/16 | POS | APPLE.COM/BILL | | 13.88 |
| 03/05 | ONL | PAYMENT TO 51674652449 | | 350.00 | | MC | 866-712-7753 | CA | |
| 03/06 | POS | OASIS #1 | | 15.38 | 03/16 | POS | APPLE.COM/BILL | | 0.99 |
| | PIN | HALIFAX | NC | | | MC | 866-712-7753 | CA | |
| 03/06 | POS | CVS/PHARMACY #02 | | 77.31 | 03/16 | DIR | FIRSTENERGY OPCO 2341968288 FE ECHECK | | 3,398.72 |
| | MC | 800-746-7287 | PA | | | | | | |
| 03/06 | POS | TST* BEL CIBO | | 33.33 | | | | | |
| | MC | HENRICO | VA | | | | | | |



XXXXX9586                                                                                           PAGE    2

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 03/16 | FEE | OVERDRAFT FEE | 36.00 | 03/19 | FEE | POS OVERDRAFT FEE | 36.00 |
| 03/19 | POS | APPLE.COM/BILL | 29.92 | 03/21 | POS | GIANT EAG 5600 W | 134.01 |
| | MC | 1111111111      CA | | | PIN | Gibsonia          PA | |
| 03/19 | FEE | POS OVERDRAFT FEE | 36.00 | 03/21 | FEE | POS OVERDRAFT FEE | 36.00 |
| 03/19 | POS | APPLE.COM/BILL | 3.20 | 03/21 | INT | INTEREST CREDIT | 0.04+ |
| | MC | 866-712-7753    CA | | | | | |
| 03/19 | POS | APPLE.COM/BILL | 10.69 | | | | |
| | MC | 866-712-7753    CA | | | | | |

## EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/26 | ATM | SKYLINE NAIL 1500 VILLAGE | 102.50 | 03/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00+ |
| | | WEXFORD         PA | | | | FROM 51674599586 | |
| 02/27 | ATM | PNC BANK    1000 AIRPORT | 203.50 | 03/21 | INT | INTEREST CREDIT | 0.20+ |
| | | PITTSBURGH      PA | | | | | |
| 03/10 | ONL | TRANSFER DOLLAR BANK INTERNET | 150.00 | | | | |
| | | TO 51674599586 | | | | | |

2020 TAX INFORMATION:
EVERYTHING CK:    INTEREST CREDITED YEAR-TO-DATE     0.24+     INTEREST WITHHELD YEAR-TO-DATE     0.00
EVERYTHING SV:    INTEREST CREDITED YEAR-TO-DATE     0.66+     INTEREST WITHHELD YEAR-TO-DATE     0.00

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 288.00 | 360.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

ACCOUNT BALANCES MAINTAINED DURING FEBRUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $427.32- | $1,325.10 | $85.87 | $378.34 | $1,703.44 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

**Dollar Bank**
Since 1855

XXXX9586

PAGE  3

BANKING CARD ACTIVITY FOR FEBRUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN FEBRUARY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -NON-DOLLAR ATM ACTIVITY | | | 3 | .00 |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 5 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 31 | .00 | | |
| THE TOTAL CHARGE: | 36 | .00 | 3 | .00 |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR FEBRUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND EARN MONEY WHEN THEY OPEN AN
EVERYTHING CHECKING ACCOUNT. PLUS, THEY'LL EARN
MONEY NOW TOO DURING OUR SPECIAL OFFER.
VISIT DOLLAR.BANK/400.



```
L JOYCE EVANS OR                              ACCOUNT NUMBER:    XXXXXX2449
SAMUEL EVANS                                  STATEMENT DATE:    02/17/20 THRU 03/16/20
113 BURRY AVE                                 PINE TOWNSHIP OFFICE
BRADFORDWOODS PA 15015-1239                   11974 PERRY HIGHWAY

                                              (724) 933-6900
```

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 324.66 | 775.21 | 675.00 | 224.45 | 132.17 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | | AMOUNT | DATE | | TRANSACTION DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 02/17 | POS | THE CLUB AT EAGL | | 12.58 | 03/06 | POS | MARKET DI 155 To | | 68.37 |
| | MC | RESTON | VA | | | PIN | Wexford | PA | |
| 02/18 | POS | RACETRAC 148 | | 36.23 | 03/08 | POS | GET GO #3 140 To | | 37.00 |
| | PIN | GROVELAND | FL | | | PIN | Wexford | PA | |
| 02/19 | POS | MARATHON PETRO26 | | 27.01 | 03/08 | POS | MARKET DI 155 To | | 45.76 |
| | MC | TOWNSEND | GA | | | PIN | Wexford | PA | |
| 02/20 | POS | BP#9058421SANTE | | 28.04 | 03/10 | POS | WHOLEFDS WEX #10 | | 54.08 |
| | PIN | SANTEE | SC | | | PIN | WEXFORD | PA | |
| 02/21 | POS | WHOLEFDS SPP 102 | | 26.56 | 03/12 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | | 125.00+ |
| | PIN | GLEN ALLEN | VA | | | | | | |
| 02/21 | POS | SHELL OIL 575444 | | 32.00 | 03/12 | POS | MARKET DI 155 To | | 134.00 |
| | MC | WELDON | NC | | | PIN | Wexford | PA | |
| 02/24 | POS | SHEETZ 0192  00 | | 26.99 | 03/13 | POS | MARKET DI 155 To | | 24.31 |
| | MC | BOYCE | VA | | | PIN | Wexford | PA | |
| 02/26 | POS | MARKET DI 155 To | | 125.19 | 03/13 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | | 200.00+ |
| | PIN | Wexford | PA | | | | | | |
| 03/05 | ONL | PAYMENT FROM 51674599586 | | 350.00+ | | | | | |
| 03/05 | POS | MARKET DI 155 To | | 97.09 | | | | | |
| | PIN | Wexford | PA | | | | | | |

NO SAVINGS ACTIVITY

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 315.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00 | 99.00 |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES | .00 | 216.00 |



XXXXX449

PAGE    2

ACCOUNT BALANCES MAINTAINED DURING FEBRUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $474.52- | $41.37 | $0.00 | $0.00 | $41.37 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR FEBRUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN FEBRUARY

|  | CHECKING # OF USES | CHECKING TOTAL CHARGED | SAVINGS # OF USES | SAVINGS TOTAL CHARGED |
|---|---|---|---|---|
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 9 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 6 | .00 |  |  |
| THE TOTAL CHARGE: | 15 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR FEBRUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND EARN MONEY WHEN THEY OPEN AN
EVERYTHING CHECKING ACCOUNT. PLUS, THEY'LL EARN
MONEY NOW TOO DURING OUR SPECIAL OFFER.
VISIT DOLLAR.BANK/400.