UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No. 20-20387-CMB

Reporting Period: **MAY, 2020**

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed]_ / 10-1-20

Signature of Debtor / Date

_____ / _____

Signature of Joint Debtor / Date

_____ / _____

Signature of Preparer / Date

_____

Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: **May, 2020**

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 37,239.02 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | 9,301.59 | 67,291.35 |
| Alimony and Child Support | .87 | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | .36 | 13,073.04 |
| **Total Receipts** | 9,302.82 | 80,365.63 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 5,000.00 | 15,000.00 |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | 1,196.03 | |
| Auto Expense | 151.00 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 811.00 | |
| Medical Expenses | | |
| Household Expenses | 4,847.70 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | 1,922.00 | 4,448.00 |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | 5,500.60 | 5,515.60 |
| **REORGANIZATION ITEMS:** | 25,933.18 | 48,064.79 |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 25,933.18 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 18,630.36 | |
| **Cash - End of Month** (Must equal reconciled bank statement) | 18,606.66 | |

FORM MOR-1(INDV)
(9/99)

Evans, Lois Joyce                                                                      Case No. 20-20387-CMB

Debtor                                                           Reporting Period:_____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA-Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 |  |
| Accounts Payable |  |  |  |  |  |  |
| Wages Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases-Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders* |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due postpetition debts.
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: _____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:     xxxxx586
STATEMENT DATE:     04/22/20 THRU 05/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 24,718.55 | 16,277.13 | 7,452.29 | 15,893.71 | 21,297.97 | 0.05% | 0.87 |
| EVERYTHING SV | 728.05 | 0.00 | 500.35 | 1,228.40 | 844.71 | 0.51% | 0.35 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2447 | 5,000.00 | | | | | | |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/22 | POS MC | CELLC *CARLISLE 212-246-2555 NY | 859.76 | 04/30 | ONL | TRANSFER DOLLAR BANK INTERNET (HUSBAND) TO 51674652449 | 350.00 |
| 04/22 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 10.69 | 04/30 | ONL | TRANSFER DOLLAR BANK INTERNET (HUSBAND) TO 51674652324 | 100.00 |
| 04/23 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 5.34 | 04/30 | DIR | AMEX EPAYMENT  0005000008 ACH PMT | 15.00 |
| 04/23 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 21.39 | 05/01 | POS MC | APPLE.COM/US 800-676-2775 CA | 84.53 |
| 04/24 | POS MC | VENMO 8558124430 NY | 200.00 | 05/01 | ECK | AMEX EPAYMENT 0005000008 (WORK EXP) ACH PMT | 2,500.60 |
| 04/25 | POS MC | SQ *WILLIAMS 877-417-4551 PA | 100.00 | 05/02 | POS MC | GNC.COM 412-288-4600 PA | 59.99 |
| 04/25 | POS PIN | ROBERT WHOLEY & PITTSBURGH PA | 88.00 | 05/02 | POS MC | GET GO #3043 WEXFORD PA | 36.06 |
| 04/25 | POS PIN | SAMS CLUB #6678 PITTSBURGH PA | 133.79 | 05/02 | POS PIN | NNT WEXFORD ACE WEXFORD PA | 92.37 |
| 04/25 | POS PIN | GIANT-EAG 132 Be Pittsburgh PA | 27.12 | 05/04 | POS MC | CHICK-FIL-A #038 WEXFORD PA | 26.38 |
| 04/25 | POS PIN | MARKET DI 155 To Wexford PA | 49.99 | 05/04 | POS MC | VENMO 8558124430 NY | 120.00 |
| 04/27 | POS MC | IPHONE CITIZENSO BRIDGEPORT CT | 64.50 | 05/04 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 10.68 |
| 04/27 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 19.24 | 05/04 | POS MC | COUSINS MAINE LO GIBSONIA PA | 40.96 |
| 04/27 | DIR | NEW YORK LIFE  1135582869 INS. PREM. | 151.00 | 05/04 | POS MC | NORDSTROM DIRECT 800-285-5800 IA | 118.80 |
| 04/28 | POS MC | HERBALIFE - INTE 3104109600 CA | 181.40 | 05/04 | POS MC | AMZN Mktp US*AF4 Amzn.com/bill WA | 29.67 |
| 04/29 | POS MC | CVS/PHARMACY #02 WEXFORD PA | 6.40 | 05/04 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 3.20 |
| 04/29 | POS PIN | MARKET DISTRICT Wexford PA | 5.00 | 05/04 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 9.99 |
| 04/30 | DIR | CAPGEMINI  1222575929 REG.SALARY | 3,772.62+ | 05/04 | POS PIN | AMAZON.COM*CA8WP SEATTLE WA | 198.21 |

# Dollar Bank℠
### Since 1855

XXXX9586                                                                                                          PAGE    2

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05/04 | ECK | MACYS CITIAUTFDR AUTO PYMT | 100.00 | 05/13 | POS MC | AMZN Mktp US*G59 Amzn.com/bill    WA | 26.48 |
| 05/05 | POS MC | OVR*O.CO/OVERSTO 800-8432446    UT | 105.29 | 05/13 | POS MC | HERBALIFE - INTE 3104109600    CA | 32.90 |
| 05/05 | POS MC | UBER    TRIP 8005928996    CA | 5.00 | 05/13 | POS MC | HERBALIFE - INTE 3104109600    CA | 38.00 |
| 05/05 | POS PIN | AMAZON.COM*NQ5OA SEATTLE    WA | 5.70 | 05/13 | POS MC | AMZN Mktp US*MC6 Amzn.com/bill    WA | 19.07 |
| 05/05 | POS PIN | AMAZON.COM*WX0KI SEATTLE    WA | 23.29 | 05/14 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 0.99 |
| 05/06 | POS MC | Amazon.com*OW8LA Amzn.com/bill    WA | 30.61 | 05/15 | DIR | CAPGEMINI  1222575929 REG.SALARY | 3,678.80+ |
| 05/06 | POS MC | AMZN Mktp US*SM2 Amzn.com/bill    WA | 43.40 | 05/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO 41674599586 | 500.00 |
| 05/06 | DIR | AMEX EPAYMENT   0005000008 ACH PMT    (Wok Exp) | 3,000.00 | 05/17 | POS MC | CASH APP* 4153753176    CA | 200.00 |
| 05/07 | POS MC | UBER    TRIP 8005928996    CA | 34.61 | 05/17 | POS MC | WWW COSTCO COM 800-955-2292    WA | 120.00 |
| 05/07 | POS MC | Amazon.com*NF6T8 Amzn.com/bill    WA | 30.61 | 05/18 | POS MC | CASH APP* 4153753176    CA | 1.00 |
| 05/07 | POS MC | UBER    TRIP 8005928996    CA | 28.28 | 05/19 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 250.00 |
| 05/08 | POS MC | CVS/PHARMACY #02 800-746-7287    PA | 107.74 | 05/19 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652324 | 75.00 |
| 05/10 | POS MC | AMZN Mktp US*KC8 Amzn.com/bill    WA | 19.90 | 05/19 | POS MC | APPLE.COM/BILL 1111111111    CA | 35.26 |
| 05/11 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 8.54 | 05/19 | POS MC | APPLE.COM/BILL 1111111111    CA | 10.69 |
| 05/11 | ECK | ARMSTRONG UTIL 1222528268 8772775711 | 149.50 | 05/20 | POS PIN | SAMS CLUB #4859 BUTLER    PA | 119.89 |
| 05/12 | POS MC | AMZN Mktp US*MC3 Amzn.com/bill    WA | 20.24 | 05/20 | CHK | 2447 SEQ# 18008649    (Mortgage | 5,000.00 |
| 05/12 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 250.00 | 05/21 | POS MC | FREETAXUSA.COM 877-2699027    UT | 15.89 |
| 05/12 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652324 | 75.00 | 05/21 | DIR | VIVINT  J203754038 VIVINT | 74.19 |
| | | | | 05/21 | INT | INTEREST CREDIT | 0.87+ |

## EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 500.00+ | 05/21 | INT | INTEREST CREDIT | 0.35+ |

2020 TAX INFORMATION:
EVERYTHING CK:    INTEREST CREDITED YEAR-TO-DATE        1.48+    INTEREST WITHHELD YEAR-TO-DATE        0.00
EVERYTHING SV:    INTEREST CREDITED YEAR-TO-DATE        1.20+    INTEREST WITHHELD YEAR-TO-DATE        0.00

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | 36.00 |



XXXX9586

PAGE    3

ACCOUNT BALANCES MAINTAINED DURING APRIL
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $89.75 | $16,180.64 | $227.86 | $494.58 | $16,675.22 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR APRIL

THERE ARE NO CHARGES FOR BANKING CARD USE IN APRIL

|  | CHECKING # OF USES | CHECKING TOTAL CHARGED | SAVINGS # OF USES | SAVINGS TOTAL CHARGED |
|---|---|---|---|---|
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 7 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 25 | .00 |  |  |
| THE TOTAL CHARGE: | 32 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR APRIL.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND EARN MONEY WHEN THEY OPEN AN
EVERYTHING CHECKING ACCOUNT. PLUS, THEY'LL EARN
MONEY NOW TOO DURING OUR SPECIAL OFFER.
VISIT DOLLAR.BANK/400.



**Dollar Bank** — Since 1855

```
L JOYCE EVANS OR                          ACCOUNT NUMBER:    XXXX  2449
SAMUEL EVANS                              STATEMENT DATE:    04/17/20 THRU 05/16/20
113 BURRY AVE                             PINE TOWNSHIP OFFICE
BRADFORDWOODS PA 15015-1239               11974 PERRY HIGHWAY

                                          (724) 933-6900
```

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 605.59 | 1,030.66 | 600.01 | 174.94 | 273.94 | 0.04% | 0.01 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | | AMOUNT | DATE | | TRANSACTION DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 04/20 | POS | WM SUPERCENTER # | | 240.16 | 05/04 | POS | GIANT-EAG Cranbe | | 117.26 |
| | PIN | EVANS CITY | PA | | | PIN | Cranberry | PA | |
| 04/20 | POS | GIANT-EAG Cranbe | | 38.68 | 05/06 | POS | MARKET DI 155 To | | 107.82 |
| | PIN | Cranberry | PA | | | PIN | Wexford | PA | |
| 04/23 | POS | MARKET DI 155 To | | 124.81 | 05/06 | POS | GET GO #3 140 To | | 21.01 |
| | PIN | Wexford | PA | | | PIN | Wexford | PA | |
| 04/26 | POS | SUNOCO 007061840 | | 30.00 | 05/09 | POS | MARKET DI 155 To | | 69.46 |
| | MC | MARS | PA | | | PIN | Wexford | PA | |
| 04/29 | POS | LOWES #00653* | | 13.98 | 05/12 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | | 250.00+ |
| | MC | CRANBERRY TOW | PA | | 05/12 | POS | MARKET DI 155 To | | 90.58 |
| 04/29 | POS | FRESH THYME #453 | | 17.62 | | PIN | Wexford | PA | |
| | MC | CRANBERRY | PA | | 05/15 | POS | MARKET DI 155 To | | 82.10 |
| 04/30 | POS | FRESH THYME #453 | | 45.41 | | PIN | Wexford | PA | |
| | PIN | CRANBERRY | PA | | 05/16 | INT | INTEREST CREDIT | | 0.01+ |
| 04/30 | POS | MARKET DI 155 To | | 31.77 | | | | | |
| | PIN | Wexford | PA | | | | | | |
| 04/30 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | | 350.00+ | | | | | |

### NO SAVINGS ACTIVITY

```
2020 TAX INFORMATION:
EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE       0.01+      INTEREST WITHHELD YEAR-TO-DATE       0.00
```



1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US259  BR934                                    1

LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS  PA    15015-1239

Checking Account Statement

 OF  2

Beginning April 24, 2020
through May 26, 2020

## Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 11,997.00 |
| Checks | 1,327.25 - |
| Withdrawals & Debits | 7,139.77 - |
| Deposits & Credits | .00 + |
| **Current Balance** | 3,529.98 = |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
    You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account acivity.

Your next statement period will end on June 23, 2020.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**
XXXX-922-6

**Previous Balance**
11,997.00

**TRANSACTION DETAILS**

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 101 | 43.00 | 05/14 | 103 | 491.10 | 05/26 |
| 102 | 180.00 | 05/18 | 105* | 613.15 | 05/26 |

**Total Checks**
1,327.25

**Withdrawals & Debits**
**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 05/07 | 78.25 | 1509 POS Debit - 999999 Usps PO 41918403 1wexford PA |
| 05/07 | 10.88 | 1509 POS Debit - 302449 CVS/Pharmacy # Wexford PA |
| 05/11 | 69.55 | 1509 Dbt Purchase - 260300 Hallmark Cleaners Pittsburgh PA |
| 05/11 | 159.86 | 1509 POS Debit - 990328 Costco Whse #0328 Cranberry Tpkpa |
| 05/11 | 144.83 | 1509 POS Debit - 650011 Giant-Eagle #0 Cranberry PA |
| 05/13 | 1.00 | 1509 POS Debit - 999999 CVS/Pharmacy #02 0wexford PA |
| 05/14 | 23.85 | 1509 POS Debit - 302449 CVS/Pharmacy # Wexford PA |
| 05/15 | 81.54 | 1509 POS Debit - 999999 Market District 15wexford PA |
| 05/18 | 6.61 | 1509 Dbt Purchase - 000000 Taco Bell 05656 Pittsburgh PA |
| 05/21 | 123.03 | 1509 Dbt Purchase - 220834 Hrb Online Tax Pro800-472-56 25 M |
| 05/26 | 30.00 | 1509 Dbt Purchase - 165939 Pti - Warrendale Warrendale PA |
| 05/26 | 123.14 | 1509 POS Debit - 990328 Costco Whse #0328 Cranberry Tpkpa |
| 05/26 | 31.41 | 1509 POS Debit - 430396 Market Distric Wexford PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 04/28 | 9.99 | Deluxe Check Check/Acc. 200424 |
| 05/05 | 5,000.00 | Pnc Mortgage 2 Mortgage 200504 0003455596 |

Member FDIC   Equal Housing Lender