UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No. 20-20387-CMB
Reporting Period: July, 2020

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signature]_ _____     10-2-20 _____
Signature of Debtor                            Date

_____                    _____
Signature of Joint Debtor                      Date

_____                    _____
Signature of Preparer                          Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: _____

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | **Number of Days Past Due** | | | | |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: July, 2020

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 11,582.88 |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| Interest and Dividend Income | 7,010.38 | 81,312.12 |
| Alimony and Child Support | .29 | 2.18 |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) | 1,400.52 | 21,474.10 |
| Total Receipts | 8,411.19 | 102,788.40 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  |  |
| Rental Payment(s) |  | 31,000.00 |
| Other Secured Note Payments |  |  |
| Utilities |  |  |
| Insurance | 2,078.50 |  |
| Auto Expense |  |  |
| Lease Payments | 527.22 | 664.32 |
| IRA Contributions | 811.00 | 1,600.00 |
| Repairs and Maintenance |  | 2,300.00 |
| Medical Expenses |  | 883.00 |
| Household Expenses | 283.02 | 566.07 |
| Charitable Contributions | 2,948.86 | 19,543.57 |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property  TRANSFERS to DP1 |  |  |
| Taxes - Other (attach schedule)  HUSBAND |  | 12,050.00 |
| Travel and Entertainment | 350.00 | 875.00 |
| Gifts |  | 287.00 |
| Other (attach schedule) | 500.00 | 6,680.87 |
| Total Ordinary Disbursements | 7,498.60 | 76,449.75 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items |  |  |
| **Total Disbursements (Ordinary + Reorganization)** | 7,498.60 | 76,449.75 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 912.59 | 26,338.65 |
| Cash - End of Month (Must equal reconciled bank statement) | 12,495.47 | 12,495.47 |

FORM MOR-1 (INDV)
(9/99)

# Dollar Bank
### Since 1855

L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER: xxxx_____9586
STATEMENT DATE: 07/22/20 THRU 08/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 5,414.22 | 4,816.46 | 7,010.66 | 7,608.42 | 6,538.81 | 0.05% | 0.28 |
| EVERYTHING SV | 1,579.46 | 75.00 | 500.40 | 2,004.86 | 1,689.94 | 0.28% | 0.40 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2165 | 420.00 | | | | | | |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/22 | POS MC | WINE AND SPIRITS WEXFORD        PA | 40.65 | 07/29 | POS MC | CASH APP* 4153753176       CA | 140.00 |
| 07/22 | POS MC | APPLE.COM/BILL 1111111111      CA | 37.41 | 07/29 | POS MC | CASH APP* 4153753176       CA | 25.00 |
| 07/23 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.69 | 07/29 | POS MC | DUNKIN #357081 PITTSBURGH      PA | 6.67 |
| 07/24 | POS MC | DUNKIN #343581 Q WEXFORD        PA | 12.89 | 07/29 | POS MC | AMZN Mktp US*MV4 Amzn.com/bill  WA | 29.63 |
| 07/25 | POS MC | LA STUDIO NAIL & PITTSBURGH     PA | 148.00 | 07/30 | POS MC | AMZN Mktp US*MF0 Amzn.com/bill  WA | 86.90 |
| 07/25 | POS PIN | GET GO #3 140 To Wexford        PA | 49.71 | 07/30 | POS PIN | AMAZON.COM*MV59R SEATTLE        WA | 136.00 |
| 07/26 | POS PIN | SHEETZ 0327 MONROEVILLE    PA | 6.41 | 07/31 | DIR | CAPGEMINI  1222575929 REG.SALARY | 3,505.18+ |
| 07/26 | ATM | PNC BANK     2100 MOSSIDE MONROEVILLE    PA | 60.00 | 08/03 | ECK | MACYS CITIAUTFDR AUTO PYMT | 100.00 |
| 07/26 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 3.73 | 08/04 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 9.99 |
| 07/26 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 3.73 | 08/04 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 18.14 |
| 07/27 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 24.58 | 08/04 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652324 | 175.00 |
| 07/27 | POS MC | IPHONE CITIZENSO BRIDGEPORT     CT | 64.50 | 08/10 | POS MC | Amazon.com*MF4N3 Amzn.com/bill  WA | 46.48 |
| 07/27 | POS MC | CASH APP*DWAYNE 4153753176     CA | 100.00 | 08/10 | ECK | ARMSTRONG UTIL 1222528268 8772775711 | 149.50 |
| 07/27 | DIR | NEW YORK LIFE  1135582869 INS. PREM. | 151.00 | 08/11 | POS MC | WWW.BOOHOO.COM ONLINE          NY | 100.10 |
| 07/28 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652324 | 100.00 | 08/11 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.67 |
| 07/28 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 300.00 | 08/11 | CHK | 2165  SEQ# 18023823 | 420.00 |
| 07/28 | ECK | WESTVIEW WATER 1256000510 WEB PAY | 290.91 | 08/13 | POS MC | AMZN Mktp US*MM1 Amzn.com/bill  WA | 30.48 |

# Dollar Bank
### Since 1855

XXXXX586                                                                                          PAGE    2

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|---|---|---|---|---|---|---|
| 08/14 | DIR | CAPGEMINI 1222575929 REG.SALARY | 3,505.20+ | 08/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 42.77 |
| 08/14 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 500.00 | 08/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.69 |
| 08/14 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 0.99 | 08/19 | POS MC | Amazon.com*MM04T Amzn.com/bill   WA | 15.78 |
| 08/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO 41674599586 | 500.00 | 08/20 | POS MC | MT ARARAT COMMUN 4124411852    PA | 700.00 |
| 08/17 | POS MC | Amazon.com*MM5E3 Amzn.com/bill   WA | 37.48 | 08/20 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 17.10 |
| 08/17 | POS MC | Amazon.com*MF18T Amzn.com/bill   WA | 15.89 | 08/21 | DIR | VIVINT  J203754038 VIVINT | 74.19 |
| 08/17 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 12.80 | 08/21 | INT | INTEREST CREDIT | 0.28+ |

## EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|---|---|---|---|---|---|---|
| 08/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 500.00+ | 08/21 | INT | INTEREST CREDIT | 0.40+ |
| 08/21 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652324 | 75.00 | | | | |

```
2020 TAX INFORMATION:
EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE       2.70+     INTEREST WITHHELD YEAR-TO-DATE       0.00
EVERYTHING SV:   INTEREST CREDITED YEAR-TO-DATE       2.66+     INTEREST WITHHELD YEAR-TO-DATE       0.00
```

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | 36.00 |

### ACCOUNT BALANCES MAINTAINED DURING JULY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $3,504.41 | $5,587.19 | $1,228.94 | $1,543.62 | $7,130.81 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

# Dollar Bank
### Since 1855

XXXX9586                                                                                           PAGE    3

BANKING CARD ACTIVITY FOR JULY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JULY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) |  |  |  |  |
| -NON-DOLLAR ATM ACTIVITY | 1 | .00 |  |  |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 12 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 35 | .00 |  |  |
| THE TOTAL CHARGE: | 48 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR JULY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

VISIT DOLLAR.BANK/REFER FOR
DETAILS ON EARNING EXTRA CASH!

# Citizens Bank

**Checking Account Statement**

1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**1** OF 2

US002 BR934

LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA  15015-1239

Beginning June 24, 2020
through July 23, 2020

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 4,837.89 |
| Checks | .00 - |
| Withdrawals & Debits | 499.16 - |
| Deposits & Credits | 1,400.00 + |
| **Current Balance** | **5,738.73 =** |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**
XXXX922-6

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
    You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account acivity.

Your next statement period will end on August 25, 2020.

Previous Balance

4,837.89

### TRANSACTION DETAILS
**Withdrawals & Debits**
**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 06/24 | 17.19 | 1509 Dbt Purchase - 1 Mcdonald's F20464 Glen Allen VA |
| 06/26 | 4.66 | 1509 Dbt Purchase - 1 Mcdonald's F16260 Littlestow N PA |
| 06/26 | 199.00 | 1509 POS Debit - 216378 Sp * Tamaramellon.866 NY |
| 06/29 | 7.04 | 1509 Dbt Purchase - 1 Mcdonald's F6141 Mars PA |
| 06/29 | 18.16 | 1509 POS Debit - 302449 CVS/Pharmacy # Wexford PA |
| 06/30 | 34.38 | 1509 POS Debit - 430008 Market Distric Wexford PA |
| 07/01 | 4.96 | 1509 Dbt Purchase - 357000 Dunkin #357081 Pittsburgh PA |
| 07/03 | 24.84 | 1509 Dbt Purchase - 231005 Rite Aid Store - 4millsboro DE |
| 07/06 | 10.98 | 1509 POS Debit - 999999 Walgreens Store 20cranberry Towpa |
| 07/06 | 58.21 | 1509 POS Debit - 999999 Walgreens Store 20cranberry Towpa |
| 07/07 | 5.00 | 1509 Dbt Purchase - 291000 Rite Aid Store - 7wexford PA |
| 07/10 | 6.05 | 1509 Dbt Purchase - 1 Mcdonald's F714 Wexford PA |
| 07/10 | 39.17 | 1509 Dbt Purchase - 468389 Ichiban Steakhouse412-78 0 PA |
| 07/14 | 5.00 | 1509 Dbt Purchase - 271009 Medical Center Garpittsburgh PA |
| 07/17 | 47.86 | 1509 POS Debit - 999999 Get Go #3043 140 Twexford PA |
| 07/20 | 4.39 | 1509 Dbt Purchase - 1 Mcdonald's F7560 Pittsburgh PA |
| 07/22 | 5.00 | 1509 POS Debit - 215971 Www.CVS.Com 888-607-42 87 IN |
| 07/23 | 4.27 | 1509 Dbt Purchase - 343500 Dunkin #343581 Q35wexford PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 07/23 | 3.00 | Service Charge Statement Delivery |

Total Withdrawals & Debits

499.16

Member FDIC   Equal Housing Lender

# Citizens Bank

**Checking Account Statement**

1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 2 OF 2

Beginning June 24, 2020
through July 23, 2020

*Checking continued from previous page*

## Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 07/09 | 1,400.00 | Deposit |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**
XXXXX-922-6

**+** Total Deposits & Credits
1,400.00

**=** Current Balance
5,738.73

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/24 | 4,820.70 | 07/03 | 4,527.66 | 07/14 | 5,803.25 |
| 06/26 | 4,617.04 | 07/06 | 4,458.47 | 07/17 | 5,755.39 |
| 06/29 | 4,591.84 | 07/07 | 4,453.47 | 07/20 | 5,751.00 |
| 06/30 | 4,557.46 | 07/09 | 5,853.47 | 07/22 | 5,746.00 |
| 07/01 | 4,552.50 | 07/10 | 5,808.25 | 07/23 | 5,738.73 |

## NEWS FROM CITIZENS

--Online and mobile banking make it easy to bank from anywhere, even your couch. Enroll in Online Banking at citizensbank.com - after that, it's easy to set up our mobile app*. Use either online banking or the app to send money to friends and family via Zelle(R)1, view your balances and transactions, transfer funds between accounts or pay bills. You can also deposit checks remotely within the mobile app. We're made ready together.
*Wireless carrier charges may apply.
1 Must have a bank account in the U.S. to use Zelle. Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license. Don't use Zelle to send money to people you don't know.
--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.

**ELECTRONIC TRANSFERS**

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

**OVERDRAFT LINES OF CREDIT**

**BILLING RIGHTS SUMMARY**

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report.

**Thank you for banking with Citizens Bank.**

---

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement     $ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____ Total of 2

**3** Subtotal by adding 1 and 2     (=) $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance     (=) $ _____ Total

**CUSTOMER SERVICE**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

**Citizens Bank**
**Customer Service Center**
**P.O. Box 42001**
**Providence, RI 02940-2001**

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CPOT2108Y_Stmt_8.5x11 Rev. Dec 2018