# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No. 20-20387-CMB

Reporting Period: _August. 2020_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR- 5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____10-1-20_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Preparer

_____
Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Case No. 20-20387-CMB

Debtor

Reporting Period: _August, 2020_

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 12,495.47 | 24,078.35 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | 7,010.38 | 88,322.50 |
| Alimony and Child Support | .28 | 2.46 |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | .40 | 21,474.50 |
| | 7,011.06 | 109,799.46 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | 31,000.00 |
| Utilities | | |
| Insurance | 1,262.19 | |
| Auto Expense | 442.24 | |
| Lease Payments | 43.00 | |
| IRA Contributions | | 707.32 |
| Repairs and Maintenance | | 1,600.00 |
| Medical Expenses | | 2,300.00 |
| Household Expenses | 189.00 | |
| Charitable Contributions | | 756.06 |
| Alimony and Child Support Payments | 700.00 | 33,323.00 |
| Taxes - Real Estate | | 700.00 |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 189.16 | 792.38 |
| Total Ordinary Disbursements | 84.11 | 433.61 |
| **REORGANIZATION ITEMS:** | 5,229.51 | 10,066.95 |
| Professional Fees | | 81,679.32 |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 5,229.51 | 81,679.32 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 1,781.49 | 28,120.14 |
| | 2.6 ___ | 26,772.43 |
| | 14,276.96 | |

FORM MOR-1(INDV)
(9/99)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Evans, Lois Joyce

        Debtor                                    Case No. 20-20387-CMB

                                Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

                                                FORM MOR-4
                                                (9/99)

Evans, Lois Joyce

        Debtor

Case No. 20-20387-CMB

Reporting Period: _____

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

# DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | | |

FORM MOR-5
(9/99)



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:        XXXX9586
STATEMENT DATE:        07/22/20 THRU 08/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| VERYTHING CK | 5,414.22 | 4,816.46 | 7,010.66 | 7,608.42 | 6,538.81 | 0.05% | 0.28 |
| VERYTHING SV | 1,579.46 | 75.00 | 500.40 | 2,004.86 | 1,689.94 | 0.28% | 0.40 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2165 | 420.00 | | | | | | |

## EVERYTHING CHECKING ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 07/22 POS | WINE AND SPIRITS | 40.65 | 07/29 POS | CASH APP* | 140.00 |
| MC | WEXFORD          PA | | MC | 4153753176      CA | |
| 07/22 POS | APPLE.COM/BILL | 37.41 | 07/29 POS | CASH APP* | 25.00 |
| MC | 1111111111      CA | | MC | 4153753176      CA | |
| 07/23 POS | APPLE.COM/BILL | 10.69 | 07/29 POS | DUNKIN #357081 | 6.67 |
| MC | 866-712-7753    CA | | MC | PITTSBURGH      PA | |
| 07/24 POS | DUNKIN #343581 Q | 12.89 | 07/29 POS | AMZN Mktp US*MV4 | 29.63 |
| MC | WEXFORD          PA | | MC | Amzn.com/bill   WA | |
| 07/25 POS | LA STUDIO NAIL & | 148.00 | 07/30 POS | AMZN Mktp US*MF0 | 86.90 |
| MC | PITTSBURGH      PA | | MC | Amzn.com/bill   WA | |
| 07/25 POS | GET GO #3 140 To | 49.71 | 07/30 POS | AMAZON.COM*MV59R | 136.00 |
| PIN | Wexford          PA | | MC | SEATTLE          WA | |
| 07/26 POS | SHEETZ 0327 | 6.41 | 07/31 DIR | CAPGEMINI 1222575929 | 3,505.18+ |
| PIN | MONROEVILLE      PA | | | REG.SALARY | |
| 07/26 ATM | PNC BANK    2100 MOSSIDE | 60.00 | 08/03 ECK | MACYS CITIAUTFDR | 100.00 |
| | MONROEVILLE      PA | | | AUTO PYMT | |
| 07/26 POS | APPLE.COM/BILL | 3.73 | 08/04 POS | APPLE.COM/BILL | 9.99 |
| MC | 866-712-7753    CA | | MC | 866-712-7753    CA | |
| 07/26 POS | APPLE.COM/BILL | 3.73 | 08/04 POS | APPLE.COM/BILL | 18.14 |
| MC | 866-712-7753    CA | | MC | 866-712-7753    CA | |
| 07/27 POS | APPLE.COM/BILL | 24.58 | 08/04 ONL | TRANSFER DOLLAR BANK INTERNET | 175.00 |
| MC | 866-712-7753    CA | | | TO 51674652324 | |
| 07/27 POS | IPHONE CITIZENSO | 64.50 | 08/10 POS | Amazon.com*MF4N3 | 46.48 |
| MC | BRIDGEPORT      CT | | MC | Amzn.com/bill   WA | |
| 07/27 POS | CASH APP*DWAYNE | 100.00 | 08/10 ECK | ARMSTRONG UTIL 1222528268 | 149.50 |
| MC | 4153753176      CA | | | 8772775711 | |
| 07/27 DIR | NEW YORK LIFE 1135582869 | 151.00 | 08/11 POS | WWW.BOOHOO.COM | 100.10 |
| | INS. PREM. | | MC | ONLINE          NY | |
| 07/28 ONL | TRANSFER DOLLAR BANK INTERNET | 100.00 | 08/11 POS | APPLE.COM/BILL | 10.67 |
| | TO 51674652324 | | MC | 866-712-7753    CA | |
| 07/28 ONL | TRANSFER DOLLAR BANK INTERNET | 300.00 | 08/11 CHK | 2165 SEQ# 18023823 | 420.00 |
| | TO 51674652449 | | 08/13 POS | AMZN Mktp US*MM1 | 30.48 |
| 07/28 ECK | WESTVIEW WATER 1256000510 | 290.91 | MC | Amzn.com/bill   WA | |
| | WEB PAY | | | | |

# Dollar Bank
### Since 1855

XXXX9586

PAGE   2

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|---|---|---|------|---|---|---|
| 08/14 | DIR | CAPGEMINI  1222575929 REG.SALARY | 3,505.20+ | 08/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 42.77 |
| 08/14 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 500.00 | 08/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.69 |
| 08/14 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 0.99 | 08/19 | POS MC | Amazon.com*MM04T Amzn.com/bill   WA | 15.78 |
| 08/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO 41674599586 | 500.00 | 08/20 | POS MC | MT ARARAT COMMUN 4124411852      PA | 700.00 |
| 08/17 | POS MC | Amazon.com*MM5E3 Amzn.com/bill   WA | 37.48 | 08/20 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 17.10 |
| 08/17 | POS MC | Amazon.com*MF18T Amzn.com/bill   WA | 15.89 | 08/21 | DIR | VIVINT  J203754038 VIVINT | 74.19 |
| 08/17 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 12.80 | 08/21 | INT | INTEREST CREDIT | 0.28+ |

## EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|---|---|---|------|---|---|---|
| 08/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 500.00+ | 08/21 | INT | INTEREST CREDIT | 0.40+ |
| 08/21 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652324 | 75.00 | | | | |

2020 TAX INFORMATION:

| | | | |
|---|---|---|---|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 2.70+ | INTEREST WITHHELD YEAR-TO-DATE  0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 2.66+ | INTEREST WITHHELD YEAR-TO-DATE  0.00 |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | 36.00 |

### ACCOUNT BALANCES MAINTAINED DURING JULY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $3,504.41 | $5,587.19 | $1,228.94 | $1,543.62 | $7,130.81 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

# Dollar Bank

## Since 1855

XXXX9586

BANKING CARD ACTIVITY FOR JULY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JULY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -NON-DOLLAR ATM ACTIVITY | 1 | .00 | | |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 12 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 35 | .00 | | |
| THE TOTAL CHARGE: | 48 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR JULY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

VISIT DOLLAR.BANK/REFER FOR
DETAILS ON EARNING EXTRA CASH!



**Dollar Bank**
*Since 1855*

L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:        XXXXX449
STATEMENT DATE:        07/17/20 THRU 08/16/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 31.88 | 792.79 | 1,150.00 | 389.09 | 166.11 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/17 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 350.00+ | 07/29 | POS PIN | MARKET DI 155 To Wexford           PA | 116.68 |
| 07/18 | POS MC | AUNTIE ANNE'S #P PITTSBURGH      PA | 5.99 | 08/01 | POS MC | MARSHALLS #0562 PITTSBURGH      PA | 36.99 |
| 07/19 | POS PIN | MARKET DI 155 To Wexford          PA | 101.01 | 08/02 | POS PIN | GIANT-EAG Cranbe Cranberry      PA | 50.58 |
| 07/20 | POS MC | BP#9622747BP OIL WEXFORD          PA | 9.51 | 08/06 | POS PIN | GIANT-EAG Cranbe Cranberry      PA | 70.25 |
| 07/20 | POS PIN | WAL-MART #1770 CRANBERRY TWP     PA | 46.07 | 08/08 | POS PIN | LOWE'S #2219 TARENTUM         PA | 20.97 |
| 07/22 | POS PIN | GET GO #3 140 To Wexford          PA | 20.04 | 08/10 | POS MC | AMERICAN NATURAL MARS            PA | 25.00 |
| 07/23 | POS PIN | MARKET DI 155 To Wexford          PA | 78.99 | 08/10 | POS PIN | MARKET DI 155 To Wexford          PA | 34.59 |
| 07/24 | POS PIN | WM SUPERCENTER # EVANS CITY      PA | 32.04 | 08/10 | FEE | POS OVERDRAFT FEE | 36.00 |
| 07/25 | POS PIN | SUNOCO 03634037 MONROEVILLE     PA | 9.20 | 08/12 | POS PIN | CVS/PHARM 02589- MARS            PA | 19.99 |
| 07/27 | POS PIN | WAL SAM'S Club PITTSBURGH       PA | 42.89 | 08/12 | FEE | POS OVERDRAFT FEE | 36.00 |
| 07/28 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 300.00+ | 08/14 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 500.00+ |

### NO SAVINGS ACTIVITY

2020 TAX INFORMATION:

| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 0.01+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |
|---|---|---|---|---|

# Dollar Bank
### Since 1855

XXXX2449

PAGE    2

---

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|                                    | THIS PERIOD | YEAR TO DATE |
|------------------------------------|-------------|--------------|
| TOTAL OVERDRAFT FEES               | 72.00       | 747.00       |
| TOTAL RETURNED UNPAID ITEM FEES    | .00         | .00          |

---

NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|                                           | THIS PERIOD | YEAR TO DATE |
|-------------------------------------------|-------------|--------------|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00     | 99.00        |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES    | 72.00   | 648.00       |

ACCOUNT BALANCES MAINTAINED DURING JULY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|------------------|------------------|-----------------|-----------------|------------------|
| $77.52-          | $111.15          | $0.00           | $0.00           | $111.15          |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR JULY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JULY

|                                           | CHECKING # OF USES | CHECKING TOTAL CHARGED | SAVINGS # OF USES | SAVINGS TOTAL CHARGED |
|-------------------------------------------|--------------------|------------------------|-------------------|-----------------------|
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |                    |                        |                   |                       |
| -PIN-BASED PURCHASES (PIN)                | 16                 | .00                    |                   |                       |
| -MASTERCARD PURCHASES (MC)                | 2                  | .00                    |                   |                       |
| THE TOTAL CHARGE:                         | 18                 | .00                    |                   |                       |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR JULY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

VISIT DOLLAR.BANK/REFER FOR
DETAILS ON EARNING EXTRA CASH!

# CITIZENS Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US259 BR934                    1

LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA   15015-1239

Checking Account
Statement

 **1** OF 2

Beginning July 24, 2020
through August 25, 2020

## Checking

SUMMARY

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | 5,738.73 | |
| Checks | 300.00 | - |
| Withdrawals & Debits | 1,503.75 | - |
| Deposits & Credits | .00 | + |
| Current Balance | 3,934.98 | = |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
    No deposit made.

Your next statement period will end on September 24, 2020.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**
XXXXX22-6

TRANSACTION DETAILS

Checks * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 104 | 300.00 | 08/11 | | | |

Previous Balance
5,738.73

Total Checks
300.00

**Withdrawals & Debits**

ATM/Purchases

| Date | Amount | Description |
|---|---|---|
| 07/27 | 30.00 | 1509 Dbt Purchase - 159332 North Park Ophthalpittsburg PA |
| 07/27 | 84.41 | 1509 Dbt Purchase - 200012 CVS/Pharmacy #0244wexford PA |
| 07/27 | 9.18 | 1509 Dbt Purchase - 962400 Bp#9624826bfs Foodmonroevill E PA |
| 07/30 | 7.15 | 1509 Dbt Purchase - 000015 Kfc J089008 Pittsburgh PA |
| 07/31 | 10.68 | 1509 Dbt Purchase - 1 Mcdonald's F714 Wexford PA |
| 08/03 | 5.24 | 1509 Dbt Purchase - 1 Mcdonald's F714 Wexford PA |
| 08/03 | 43.00 | 1509 Dbt Purchase - 280833 PA Driver & Vehicl717-412-53 00 P |
| 08/03 | 49.85 | 1509 Dbt Purchase - 962200 Bp#962274 7bp Oil 0wexford PA |
| 08/03 | 93.95 | 1509 POS Debit - 999999 CVS/Pharmacy #02 Orichmond VA |
| 08/10 | 21.91 | 1509 Dbt Purchase - 000014 Popeyes 8952 Frederick MD |
| 08/11 | 46.48 | 1509 Dbt Purchase - 000092 Lins Oriental Exprwexford PA |
| 08/13 | 127.93 | 1509 POS Debit - 990328 Costco Whse #0328 Cranberry Tpkpa |
| 08/17 | 138.03 | 1509 Dbt Purchase - 291006 Apple.Com/US 800-676-27 75 CA |
| 08/24 | 5.00 | 1509 POS Debit - 255482 Www.CVS.Com 888-607-42 87 IN |
| 08/24 | 35.68 | 1509 POS Debit - 080350 Wexford Ace Hdwe Wexford PA |
| 08/25 | 34.91 | 1509 POS Debit - 999999 Get Go #3043 140 Twexford PA |
| 08/25 | 102.12 | 1509 POS Debit - 430007 Market Distric Wexford PA |
| 08/25 | 100.00 | 1509 ATM Cash - MI7619 Gnt Eagle Pine Township, Wexford PA |

Member FDIC   Equal Housing Lender

# Citizens Bank

1-888-910-4100

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Checking Account
Statement

 **2** OF 2

Beginning July 24, 2020
through August 25, 2020

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**
XXXXXX22-6

*Checking continued from previous page*

## Other Withdrawals & Debits

| Date | Amount | Description |
|------|--------|-------------|
| 08/11 | 254.00 | Columbia Gas Of Billpay 200810 Columbia Gas Of |
| 08/17 | 291.24 | Liberty Mutual Insrnc Pmt 200814 8545045 |
| 08/25 | 9.99 | Monthly Maintenance Fee |
| 08/25 | 3.00 | Service Charge Statement Delivery |

⊖ Total Withdrawals & Debits
1,503.75

═ Current Balance
3,934.98

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/27 | 5,615.14 | 08/10 | 5,383.36 | 08/17 | 4,225.68 |
| 07/30 | 5,607.99 | 08/11 | 4,782.88 | 08/24 | 4,185.00 |
| 07/31 | 5,597.31 | 08/13 | 4,654.95 | 08/25 | 3,934.98 |
| 08/03 | 5,405.27 | | | | |

## NEWS FROM CITIZENS

--Online and mobile banking make it easy to bank from anywhere, even your couch. Enroll in Online Banking at citizensbank.com - after that, it's easy to set up our mobile app*. Use either online banking or the app to send money to friends and family via Zelle(R)1, view your balances and transactions, transfer funds between accounts or pay bills. You can also deposit checks remotely within the mobile app. We're made ready together. *Wireless carrier charges may apply.
1 Must have a bank account in the U.S. to use Zelle. Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license. Don't use Zelle to send money to people you don't know.
--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.

Member FDIC    Equal Housing Lender

**ELECTRONIC TRANSFERS**

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure
to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on
this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits,
POS purchases or withdrawals that do not
appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your
checkbook register balance

(=) $ _____
Total

### CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the
number shown on the front of your statement or write to us at the following
address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown on the front of your statement to notify us of a
change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be
transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CPDT2108Y_Stmt_8.5x11  Rev. Dec 2018

### In Case of Errors or Questions About Your Electronic Transfers

(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement
or write to us at the customer service address provided as soon as you can, if you
think your statement or receipt is wrong or if you need more information about an
electronic transfer on the statement or receipt. We must hear from you no later
than 60 days after we sent you the FIRST statement on which the error or problem
appeared.

- Tell us your name and account number, if any.

- Describe the error or the transfer you are unsure about, and explain as clearly
  as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error and, if possible, the date it
  appeared on your statement or receipt.

- It will be helpful to us if you also give us a telephone number at which you can
  be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes,
we will investigate your complaint and will correct any error promptly. If we take
more than 10 business days (20 business days if you are a new customer, for
electronic transfers occurring during the first 30 days after the first deposit is made
to your account) to do this, we will credit your account for the amount you think
is in error, so that you will have the use of the money during the time it takes us to
complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit
your account at the conclusion of our investigation.]

### OVERDRAFT LINES OF CREDIT
### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service
address provided as soon as possible.

In your letter, give us the following information:

- Account information: Your name and account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe
  what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do
we are not required to investigate any potential errors and you may have to pay the
amount in question. While we investigate whether or not there has been an error the
following are true:

- We cannot try to collect the amount in question or report you as delinquent on
  that amount.

- The charge in question may remain on your statement and we may continue
  to charge you interest on that amount. But, if we determine that we made a
  mistake, you will not have to pay the amount in question or any interest or
  other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for
  the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily
Periodic Rate to the Average Daily Balance. Then, we multiply that result by the
number of days in the billing cycle in which a balance is owed on your Overdraft
Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your
Overdraft Line each day (which does not include any unpaid interest charges or
fees), add any new loan advances as of the date of those advances and subtract
any payments or credits. This gives us the daily balance. Then, we add all the daily
balances for the billing cycle together and divide the total by the number of days in
the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each
joint account holder of your checking account. Late payments, missed payments,
or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*

# Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US259  BR934                              1

**LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS  PA   15015-1239**

**1** OF **2**

Beginning July 24, 2020
through August 25, 2020

---

## Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 5,738.73 |
| Checks | 300.00 - |
| Withdrawals & Debits | 1,503.75 - |
| Deposits & Credits | .00 + |
| **Current Balance** | **3,934.98 =** |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
    No deposit made.

Your next statement period will end on September 24, 2020.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**
631445-922-6

| Previous Balance |
|---|
| 5,738.73 |

---

**TRANSACTION DETAILS**

**Checks** *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 104 | 300.00 | 08/11 | | | |

| Total Checks |
|---|
| 300.00 |

**Withdrawals & Debits**
**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 07/27 | 30.00 | 1509 Dbt Purchase - 159332 North Park Ophthalpittsburg PA |
| 07/27 | 84.41 | 1509 Dbt Purchase - 200012 CVS/Pharmacy #0244wexford PA |
| 07/27 | 9.18 | 1509 Dbt Purchase - 962400 Bp#9624826bfs Foodmonroevill E PA |
| 07/30 | 7.15 | 1509 Dbt Purchase - 000015 Kfc J089008 Pittsburgh PA |
| 07/31 | 10.68 | 1509 Dbt Purchase - 1 Mcdonald's F714 Wexford PA |
| 08/03 | 5.24 | 1509 Dbt Purchase - 1 Mcdonald's F714 Wexford PA |
| 08/03 | 43.00 | 1509 Dbt Purchase - 280833 PA Driver & Vehicl717-412-53 00 P |
| 08/03 | 49.85 | 1509 Dbt Purchase - 962200 Bp#9622747bp Oil 9wexford PA |
| 08/03 | 93.95 | 1509 POS Debit - 999999 CVS/Pharmacy #02 Orichmond VA |
| 08/10 | 21.91 | 1509 Dbt Purchase - 000014 Popeyes 8952 Frederick MD |
| 08/11 | 46.48 | 1509 Dbt Purchase - 000092 Lins Oriental Exprwexford PA |
| 08/13 | 127.93 | 1509 POS Debit - 990328 Costco Whse #0328 Cranberry Tpkpa |
| 08/17 | 138.03 | 1509 Dbt Purchase - 291006 Apple.Com/US 800-676-27 75 CA |
| 08/24 | 5.00 | 1509 POS Debit - 255482 Www.CVS.Com 888-607-42 87 IN |
| 08/24 | 35.68 | 1509 POS Debit - 080350 Wexford Ace Hdwe Wexford PA |
| 08/25 | 34.91 | 1509 POS Debit - 999999 Get Go #3043 140 Twexford PA |
| 08/25 | 102.12 | 1509 POS Debit - 430007 Market Distric Wexford PA |
| 08/25 | 100.00 | 1509 ATM Cash - MI7619 Gnt Eagle Pine Township, Wexford PA |

Member FDIC    Equal Housing Lender

## Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.



Checking Account
Statement

**2** OF **2**

Beginning July 24, 2020
through August 25, 2020

*Checking continued from previous page*

### Other Withdrawals & Debits

| Date | Amount | Description |
|------|--------|-------------|
| 08/11 | 254.00 | Columbia Gas Of Billpay 200810 Columbia Gas Of |
| 08/17 | 291.24 | Liberty Mutual Insrnc Pmt 200814 8545045 |
| 08/25 | 9.99 | Monthly Maintenance Fee |
| 08/25 | 3.00 | Service Charge Statement Delivery |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**
631445-922-6

⊖ Total Withdrawals & Debits
1,503.75

⊜ Current Balance
3,934.98

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/27 | 5,615.14 | 08/10 | 5,383.36 | 08/17 | 4,225.68 |
| 07/30 | 5,607.99 | 08/11 | 4,782.88 | 08/24 | 4,185.00 |
| 07/31 | 5,597.31 | 08/13 | 4,654.95 | 08/25 | 3,934.98 |
| 08/03 | 5,405.27 | | | | |

### NEWS FROM CITIZENS

--Online and mobile banking make it easy to bank from anywhere, even your couch. Enroll in Online Banking at citizensbank.com - after that, it's easy to set up our mobile app*. Use either online banking or the app to send money to friends and family via Zelle(R)1, view your balances and transactions, transfer funds between accounts or pay bills. You can also deposit checks remotely within the mobile app. We're made ready together.
*Wireless carrier charges may apply.
1 Must have a bank account in the U.S. to use Zelle. Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license. Don't use Zelle to send money to people you don't know.
--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.

Member FDIC  Equal Housing Lender

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____ Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____ Total

### CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CPOT2108Y_Stmt_8.5x11  Rev. Dec 2018

### ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

### OVERDRAFT LINES OF CREDIT

### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*