IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Bankruptcy Case No.: 20-20387-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| Lois Joyce Evans, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondent. | : | |

### VERIFIED STATEMENT UNDER BANKRUPTCY RULE 2014(a)

I, Maria Stromple, CPA and Wilke & Associates, CPAs & Business Advisors, have been employed by Lois Joyce Evans (hereafter the "Debtor") to perform accounting services. More specifically, I have been hired to prepare the Debtor's Monthly Operating Reports.

I do not hold or represent an interest adverse to the estate. I have agreed to charge the Debtor a retainer fee of $500.00 for engagement of services, and an hourly rate ranging from $100.00 to $195.00 for the above described accounting services depending on the professional. I have no agreement to share this compensation with any party. I am a disinterested person as defined in 11 U.S.C. § 101 (14). To the best of the applicant's knowledge, I have no other connections with the Debtor, creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the Office of the United States Trustee. This statement is made under penalties of perjury.

Date: 10/1/2020

_Maria Stromple CPA_
Maria Stromple, CPA