## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Bankruptcy Case No.: 20-20387-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |
| Lois Joyce Evans, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 76, 86, 88 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | October 29, 2020 at 2:00 p.m. |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey Castello, Paralegal, hereby certify that a copy of the Motion at Document No. 76, Exhibit at Document No. 86, and the Order Setting Hearing and Response Deadline at Document No. 88 were served by First Class U.S. mail postage prepaid and/or electronic correspondence on October 5, 2020 on the parties on the attached Bankruptcy Clerk's mailing matrix.

Dated:   October 5, 2020                    /s/ Jeffrey Castello
                                            Jeffrey Castello, Paralegal
                                            Thompson Law Group, P.C.
                                            125 Warrendale Bayne Road, Suite 200
                                            Warrendale, PA 15086
                                            (724) 799-8404 Telephone
                                            (724) 799-8409 Facsimile
                                            jcastello@thompsonattorney.com