UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

April, 2020

Evans, Lois Joyce

Case No. 20-20387-CMB

Reporting Period:

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    _____10-6-30_____
Signature of Debtor                Date

_____    _____
Signature of Joint Debtor          Date

_____    _____
Signature of Preparer              Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Evans, Lois Joyce  
Debtor

Case No. 20-20387-CMB  
Reporting Period: April, 2020

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 1,346.06 | |
| **RECEIPTS** | | |
| Wages (Net) | 49,087.76 | 59,889.76 |
| **Interest and Dividend Income** | .37 | .37 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | 13,072.88 |
| **Total Receipts** | 49,088.32 | 73,062.81 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 5,000.00 | 10,000.00 |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 2,970.43 | |
| Insurance | 302.00 | 453.00 |
| Auto Expense | 811.00 | 811.00 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Household Expenses | 2,120 | 5,636.00 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | 12,500.00 |
| **Total Ordinary Disbursements** | 11,203.61 | 29,400.61 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 11,203.61 | 29,400.61 |
| **Total Disbursements (Ordinary + Reorganization)** | 37,884.71 | 43,662.20 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | |
| **Cash - End of Month** (Must equal reconciled bank statement) | 39,230.77 | |

FORM MOR-1(INDV)  
(9/99)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: April 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Evans, Lois Joyce

Debtor

Case No. 20-20387-CMB

Reporting Period: April, 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |

FORM MOR-5
(9/99)

Evans, Lois Joyce
Debtor

Case No. 20-20387-CMB
Reporting Period: April, 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER: XXXX
STATEMENT DATE: 03/22/20 THRU 04/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 1,276.76- | 22,211.70 | 48,207.01 | 24,718.55 | 8,831.33 | 0.05% | 0.37 |
| EVERYTHING SV | 630.36 | 402.50 | 500.19 | 728.05 | 460.68 | 0.49% | 0.19 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2349 | 3,500.00 | 2464 * | 12,000.00 | | | | |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 03/22 | POS | VENMO | 200.00 | 04/08 | ECK | ARMSTRONG UTIL 1222528268 | 149.50 |
| | MC | 8558124430    NY | | | | 8772775711 | |
| 03/22 | FEE | POS OVERDRAFT FEE | 36.00 | 04/11 | POS | COSTCO WHSE #03 | 126.18 |
| 03/22 | POS | DAVES COUNTRY ME | 106.10 | | PIN | CRANBERRY TPK    PA | |
| | MC | VALENCIA    PA | | 04/11 | POS | ARBYS #1773 WARR | 13.34 |
| 03/22 | FEE | POS OVERDRAFT FEE | 36.00 | | PIN | WARRENDALE    PA | |
| 03/22 | FEE | CONTINUOUS OD (4 DAYS @ $9) | 36.00 | 04/14 | POS | APPLE.COM/BILL | 0.99 |
| 03/23 | POS | CVS/PHARMACY #02 | 11.34 | | MC | 1111111111    CA | |
| | MC | 800-746-7287    PA | | 04/15 | DIR | CAPGEMINI    1222575929 | 45,315.14+ |
| 03/23 | FEE | POS OVERDRAFT FEE | 36.00 | | | REG.SALARY | |
| 03/23 | DIR | VIVINT    J203754038 | 74.19 | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00 |
| | | VIVINT | | | | TO 41674599586 | |
| 03/23 | FEE | OVERDRAFT FEE | 36.00 | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 750.00 |
| 03/26 | POS | APPLE.COM/BILL | 40.62 | | | TO 51674652449 | |
| | MC | 866-712-7753    CA | | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 125.00 |
| 03/26 | FEE | POS OVERDRAFT FEE | 36.00 | | | TO 51674652324 | |
| 03/26 | DIR | NEW YORK LIFE   1135582869 | 151.00 | 04/15 | POS | APPLE.COM/BILL | 11.74 |
| | | INS. PREM. | | | MC | 866-712-7753    CA | |
| 03/26 | FEE | NSF FEE | 36.00 | 04/15 | POS | PAYPAL *TIFFANYC | 364.00 |
| 03/27 | RET | NEW YORK LIFE | 151.00+ | | MC | 4029357733    CA | |
| 03/31 | DIR | CAPGEMINI    1222575929 | 2,740.50+ | 04/16 | POS | VENMO | 200.00 |
| | | REG.SALARY | | | MC | 8558124430    NY | |
| 04/02 | POS | IPHONE CITIZENSO | 64.50 | 04/17 | POS | VENMO | 300.00 |
| | MC | BRIDGEPORT    CT | | | MC | 8558124430    NY | |
| 04/03 | POS | LINS ORIENTAL EX | 38.98 | 04/17 | ECK | WESTVIEW WATER 1256000510 | 338.27 |
| | MC | WEXFORD    PA | | | | WEB PAY | |
| 04/03 | DIR | NEW YORK LIFE   1135582869 | 151.00 | 04/19 | POS | CENCIS PIZZERIA | 65.89 |
| | | RETRY PYMT | | | MC | WEXFORD    PA | |
| 04/03 | ECK | MACYS CITIAUTFDR | 100.00 | 04/20 | POS | APPLE.COM/BILL | 13.90 |
| | | AUTO PYMT | | | MC | 866-712-7753    CA | |
| 04/04 | POS | APPLE.COM/BILL | 35.26 | 04/20 | POS | APPLE.COM/BILL | 3.20 |
| | MC | 866-712-7753    CA | | | MC | 866-712-7753    CA | |
| 04/04 | POS | APPLE.COM/BILL | 9.99 | 04/20 | POS | APPLE.COM/BILL | 10.69 |
| | MC | 866-712-7753    CA | | | MC | 866-712-7753    CA | |



XXX9586                                                                                           PAGE    2

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/20 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 10.67 | 04/20 | ECK | BILLPAY-COLGASPA 0000000160 UTIL-PMNT | 587.88 |
| 04/20 | POS MC | APPLE.COM/BILL 1111111111   CA | 10.69 | 04/21 | CHK | 2349   SEQ#   18001288 | 3,500.00 |
| 04/20 | CHK | 2464   SEQ#   18025588 | 12,000.00 | 04/21 | DIR | VIVINT   J203754038 VIVINT | 74.19 |
| 04/20 | DIR | FIRSTENERGY OPCO  2341968288 FE ECHECK | 1,820.59 | 04/21 | INT | INTEREST CREDIT | 0.37+ |

## EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 03/29 | ATM | OM SHIVA FIN 3580 WASHING FINLEYVILLE   PA | 102.50 | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 500.00+ |
| 04/01 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 300.00 | 04/21 | INT | INTEREST CREDIT | 0.19+ |

```
2020 TAX INFORMATION:
EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE      0.61+   INTEREST WITHHELD YEAR-TO-DATE      0.00
EVERYTHING SV:   INTEREST CREDITED YEAR-TO-DATE      0.85+   INTEREST WITHHELD YEAR-TO-DATE      0.00
```

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 216.00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | 36.00 | 36.00 |

ACCOUNT BALANCES MAINTAINED DURING MARCH
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $2,112.01- | $82.19 | $130.16 | $438.04 | $520.23 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



XXXX586

PAGE 3

## BANKING CARD ACTIVITY FOR MARCH

THERE ARE NO CHARGES FOR BANKING CARD USE IN MARCH

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
|   -NON-DOLLAR ATM ACTIVITY | | | 1 | .00 |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
|   -PIN-BASED PURCHASES (PIN) | 7 | .00 | | |
|   -MASTERCARD PURCHASES (MC) | 20 | .00 | | |
| THE TOTAL CHARGE: | 27 | .00 | 1 | .00 |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR MARCH.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND EARN MONEY WHEN THEY OPEN AN
EVERYTHING CHECKING ACCOUNT. PLUS, THEY'LL EARN
MONEY NOW TOO DURING OUR SPECIAL OFFER.
VISIT DOLLAR.BANK/400.

## Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US002  BR934

LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA   15015-1239

**Checking Account Statement**

**1** OF **2**

Beginning August 26, 2020
through September 24, 2020

---

# Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---:|
| Previous Balance | 3,934.98 |
| Checks | .00 - |
| Withdrawals & Debits | 280.48 - |
| Deposits & Credits | .00 + |
| Current Balance | 3,654.50 = |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**
XXXX-XXX-922-6

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
   No deposit made.

Your next statement period will end on October 26, 2020.

**Previous Balance**
3,934.98

### TRANSACTION DETAILS
**Withdrawals & Debits**
#### ATM/Purchases

| Date | Amount | Description |
|---|---:|---|
| 08/26 | 41.80 | 1509 POS Debit - 302449 CVS/Pharmacy # Wexford PA |
| 08/28 | 4.57 | 1509 Dbt Purchase - 1 Chick-Fil-A #01583cranberry Twppa |
| 09/10 | 50.94 | 1509 Dbt Purchase - 962200 Bp#9622747bp Oil 9wexford PA |
| 09/14 | 30.00 | 1509 Dbt Purchase - 260300 Best Brows Glen Allen VA |
| 09/21 | 47.33 | 1509 Dbt Purchase - 001 Exxonmobil 4203warrendale PA |
| 09/21 | 4.76 | 1509 POS Debit - 430055 Market Distric Wexford PA |
| 09/21 | 83.09 | 1509 POS Debit - 430008 Market Distric Wexford PA |
| 09/22 | 5.00 | 1509 POS Debit - 203352 Www.CVS.Com 888-607-42 87 IN |

#### Other Withdrawals & Debits

| Date | Amount | Description |
|---|---:|---|
| 09/24 | 9.99 | Monthly Maintenance Fee |
| 09/24 | 3.00 | Service Charge Statement Delivery |

**Total Withdrawals & Debits**
280.48

**Current Balance**
3,654.50

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 08/26 | 3,893.18 | 09/14 | 3,807.67 | 09/22 | 3,667.49 |
| 08/28 | 3,888.61 | 09/21 | 3,672.49 | 09/24 | 3,654.50 |
| 09/10 | 3,837.67 | | | | |

Member FDIC   Equal Housing Lender

✳✳ **Citizens Bank**

**Checking Account Statement**

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**2** OF 2

Beginning August 26, 2020
through September 24, 2020

Checking continued from previous page

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**
631445-922-6

### NEWS FROM CITIZENS

--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.

Member FDIC  Equal Housing Lender

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |

+ $ _____ Total of 2

**3** Subtotal by adding 1 and 2

= $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
|                |        |                |        |

− $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

= $ _____ Total

**CUSTOMER SERVICE**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

**Citizens Bank**
**Customer Service Center**
**P.O. Box 42001**
**Providence, RI 02940-2001**

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CPOT2108Y_Stmt_8.5x11 Rev. Dec 2018

---

**ELECTRONIC TRANSFERS**

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

**OVERDRAFT LINES OF CREDIT**

**BILLING RIGHTS SUMMARY**

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*



```
L JOYCE EVANS QR                              ACCOUNT NUMBER:      XXXX1674652449
SAMUEL EVANS                                  STATEMENT DATE:      03/17/20 THRU 04/16/20
113 BURRY AVE                                 PINE TOWNSHIP OFFICE
BRADFORDWOODS PA 15015-1239                   11974 PERRY HIGHWAY

                                              (724) 933-6900
```

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 224.45 | 668.86 | 1,050.00 | 605.59 | 51.46 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | | AMOUNT | DATE | | TRANSACTION DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 03/17 | POS | MARKET DI 155 To | | 141.07 | 04/02 | POS | FRESH THYME #453 | | 27.98 |
| | PIN | Wexford | PA | | | PIN | CRANBERRY | PA | |
| 03/18 | POS | MARKET DI 155 To | | 16.98 | 04/06 | POS | GIANT-EAG Cranbe | | 55.91 |
| | PIN | Wexford | PA | | | PIN | Cranberry | PA | |
| 03/20 | POS | MARKET DI 155 To | | 115.68 | 04/06 | FEE | POS OVERDRAFT FEE | | 36.00 |
| | PIN | Wexford | PA | | 04/07 | POS | FRESH THYME #453 | | 20.21 |
| 03/20 | FEE | POS OVERDRAFT FEE | | 36.00 | | MC | CRANBERRY | PA | |
| 03/24 | POS | FRESH THYME #453 | | 25.53 | 04/07 | FEE | POS OVERDRAFT FEE | | 36.00 |
| | MC | CRANBERRY | PA | | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET | | 750.00+ |
| 03/24 | FEE | POS OVERDRAFT FEE | | 36.00 | | | FROM 51674599586 | | |
| 04/01 | ONL | TRANSFER DOLLAR BANK INTERNET | | 300.00+ | | | | | |
| | | FROM 41674599586 | | | | | | | |
| 04/02 | POS | MARKET DI 155 To | | 121.50 | | | | | |
| | PIN | Wexford | PA | | | | | | |

NO SAVINGS ACTIVITY

---

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 144.00 | 459.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

---

NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00 | 99.00 |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES | 144.00 | 360.00 |



XXXX2449

PAGE   2

ACCOUNT BALANCES MAINTAINED DURING MARCH
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $146.81- | $21.89 | $0.00 | $0.00 | $21.89 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR MARCH

THERE ARE NO CHARGES FOR BANKING CARD USE IN MARCH

|  | CHECKING # OF USES | CHECKING TOTAL CHARGED | SAVINGS # OF USES | SAVINGS TOTAL CHARGED |
|---|---|---|---|---|
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 10 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 1 | .00 |  |  |
| THE TOTAL CHARGE: | 11 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR MARCH.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND EARN MONEY WHEN THEY OPEN AN
EVERYTHING CHECKING ACCOUNT. PLUS, THEY'LL EARN
MONEY NOW TOO DURING OUR SPECIAL OFFER.
VISIT DOLLAR.BANK/400.