# PROCEEDING MEMO

**Date:** 10/08/2020 01:30 pm

**In re:** Lois Joyce Evans

**Bankruptcy No. 20-20387-CMB**
**Chapter: 11-NOT A SMALL BUSINESS**
**Doc. # 1**

**Appearances:** BY PHONE Brent Lemon; Larry Wahlquist
Debtor also present.

**Nature of Proceeding:** #1 Continued Status Conference Hearing Re: Voluntary Petition

**Additional Pleadings:** #31 Proceeding Memo from Status Conference Hearing Held 04/30/2020 - Status Conference Hearing CONTINUED to: 08/26/2020 at 1:30 p.m.
#56 Monthly Financial Report for May, 2020
#62 TEXT ORDER: Status Conference Hearing Rescheduled for 08/25/2020 at 3:00 p.m.
#66 Telephonic Status Conference Hearing Held 08/25/2020 - Telephonic Hearing Continued to: 09/09/2020 at 2:00 p.m. Debtor to dial-in and participate in Hearing
#71 Telephonic Status Conference Hearing Held 09/09/2020 - Continued for 10/08/20202 at 1:30 p.m.
#79 Monthly Operating Report for February, 2020
#80 Monthly Operating Report for March, 2020
#81 Monthly Operating Report for May, 2020
#82 Monthly Operating Report ofr June, 2020
#83 Monthly Operating Report for July, 2020
#84 Monthly Operating Report for August, 2020
#92 Monthly Operating Report for April, 2020
#93 Monthly Operating Report for September, 2020
#94 Chapter 11 Plan Dated 10/07/2020
#95 Disclosure Statement Dated 10/07/2020
#96 Summary of Chapter 11 Plan Dated 10/07/2020

**Judge's Notes:**
- Late last night Debtor filed Plan, Disclosure Statement, and Summary. Court had ordered those to be filed a week before this hearing.
- Debtor has been given so many opportunities and extensions, but still see problems.
- Counsel must carefully review the Summary, Plan, and Disclosure Statement for any discrepancies and inconsistencies and make corrections if necessary. Court does not want to get to a Disclosure Statement hearing and have to resolve those kinds of problems.
OUTCOME:
- If Disclosure Statement needs amended must do it by Tuesday morning. By Tuesday morning, Attorney Lemon to contact Gerri Lynn in Chambers to advise that either an amended disclosure statement has been filed or counsel is seeking to have the disclosure statement at Doc. No. 95 scheduled. The Court will then issue a scheduling order setting the disclosure statement hearing.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/8/20 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA