# PROCEEDING MEMO

**Date:** 10/08/2020 01:30 pm

**In re:**   Lois Joyce Evans

Bankruptcy No. 20-20387-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 48

**Appearances:**  BY PHONE:  Brent Lemon;  Larry Wahlquist
Debtor also present.

**Nature of Proceeding:** #48 Continued Hearing Re: Motion To Convert Case Pursuant To 11 U.S.C. Section 1112(b)

**Additional Pleadings:**  #52 Response by Debtor
#56 Monthly Financial Report for May, 2020
#58 Proceeding Memo from 08/04/2020 Hearing - Telephonic Hearing Continued for 08/25/2020 at 3:00 p.m.
#63 Proceeding Memo from 08/25/2020 Telephonic Hearing - Telephonic Hearing Continued for 09/09/2020 at 2:00 p.m.   Debtor to dial-in and participate in Hearing
#67 Status Report filed by United States Trustee
#72 Proceeding Memo from Telephonic Hearing Held 09/09/2020 - Telephonic Hearing Continued for 10/08/2020 at 1:30 p.m.

**Judge's Notes:**
- Disclosure Statement, Plan, and Summary have now been filed.
- Wahlquist: Revised MORs filed. Still some issues, but generally minor items that can be fixed. Debtor Questionnaire needs to be completed on each MOR.  Check registers need to be sent in. Need explanations detailing the "other" category in MORs.
- Debtor filed motion to employ accountant. Will provide assistance with MORs.
- Wahlquist: Seeks a continuance to the time of the disclosure statement hearing to see if all issues have been resolved. If so, then can withdraw the motion at that time.
- MORs must be done correctly going forward and must resolve the issues raised by UST.

OUTCOME:
- Motion continued to the same time of the disclosure statement hearing, which will be scheduled by an order issued on Tuesday. When that date is selected, a Text Order will be issued scheduling the continued hearing for the same date and time on the UST's Motion.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
10/8/20 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA