# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Lois Joyce Evans, | : | Bankruptcy Case No.: 20-20387-CMB |
| Debtor. | : | Chapter 11 |
| Lois Joyce Evans, | : | |
| Movant, | : | Document No.: |
| | : | Related to Document No.: 76, 86, 88 |
| v. | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | October 29, 2020 at 2:00 p.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION OF LOIS JOYCE EVANS TO EMPLOY MARIA STROMPLE, CPA, AND WILKE & ASSOCIATES, CPAs & BUSINESS ADVISORS AS ACCOUNTANTS FOR THE DEBTOR NUNC PRO TUNC

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on October 1, 2020 at Document No. 76 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 88, Objections were to be filed and served no later than October 22, 2020.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 76 be entered by the Court.

Date: October 23, 2020    /s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com