# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-20387** |
| **Lois Joyce Evans** : | **Chapter 11** |
| : | **Judge Carlota M. Bohm** |
| **Debtor(s)** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| **PNC Bank, National Association** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Lois Joyce Evans** : | |
| **Samuel E Evans** : | |
| : | |
| : | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Edward H. Cahill (0088985)
        Stephen R. Franks (0075345)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

20-019468_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 20-20387 |
| **Lois Joyce Evans** | : **Chapter 11** |
| | : **Judge Carlota M. Bohm** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, National Association** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **Lois Joyce Evans** | : |
| **Samuel E Evans** | : |
| | : |
| | : |
| **Respondents.** | |

### CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 27, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Brian C. Thompson, Attorney for Lois Joyce Evans,
bthompson@ThompsonAttorney.com

Service by First-Class Mail:
Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA  15015

Lois Joyce Evans and Samuel E Evans, 113 Burry Ave, Bradfordwoods, PA  15015

EXECUTED ON: October 27, 2020

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address

20-019468_PS

614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission
