BL9684529

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

In Re:    LOIS JOYCE EVANS          Chapter: 11
                                                          Bankruptcy No: 20-20387

## WITHDRAWAL OF CLAIM

American Express Travel Related Services Company, Inc., by and through its counsel, withdraws its Proof of Claim Number 5 filed on March 18th, 2020, for account number 1004 and in the amount of $1,518.55.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

DATE:      11/4/2020