**Date: 11/17/2020 02:30 pm**

**In re:** Lois Joyce Evans

          **Bankruptcy No. 20-20387-CMB**
          **Chapter: 11-NOT A SMALL BUSINESS**
          **Doc. # 48**

**Appearances:** Brent Lemon; Larry Wahlquist

**Nature of Proceeding:** #48 ZOOM Continued Hearing Re: Motion to Convert Case Pursuant To 11 U.S.C. Section 1112(b)

**Additional Pleadings:** #52 Response by Debtor
                         #67 Status Report filed by United States Trustee
                         #98 Proceeding Memo from 10/08/2020 Telephonic Hearing
                         #103 TEXT ORDER: Continuing ZOOM Hearing for 11/17/2020 at 2:30 p.m via Zoom Video Conference Application

**Judge's Notes:**
- Wahlquist: Issues with MORs unresolved. No revised reports filed.
- With CPA now, these issues should be resolved.
OUTCOME:
- Motion continued to 1/8/21 at 2pm via Zoom.
- Debtor must revise MORs. Questionnaires need to be completed and signed; bank statements appended must actually correspond to and cover the entire month; all of the "other" income and disbursements must be identified; math must add up. Debtor must provide check registers to UST. Debtor must comply by 1/4/21.

          **Carlota Böhm**
          **Chief U.S. Bankruptcy Judge**

          FILED
          11/18/20 8:00 am
          CLERK
          U.S. BANKRUPTCY
          COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20387-CMB |
| Lois Joyce Evans | Chapter 11 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC Mortgage A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Karina Velter | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| Karina Velter | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Larry E. Wahlquist
  on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Thomas Song
  on behalf of Creditor PNC Bank National Association, et.al. pawb@fedphe.com

TOTAL: 8