UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Lois Joyce Evans,                :       Case No.: 20-20387-CMB
                                        :
                                        :       Reporting Period: __March, 2020__
                                        :
                                        :       Chapter 11

# MONTHLY OPERATING REPORT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce                                           Case No.: 20-20387-CMB

Reporting Period: March 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | ✓ | |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____                                    1/4/2021
Signature of Debtor                                          Date

_____                                    _____
Signature of Joint Debtor                                    Date

_____                                    1/4/2021
Signature of Preparer                                        Date

PETER E. FLEMING, CPA
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Unaudited, for Management
Purposes Only

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: March 2020

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 2,592.71 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 5,481.00 | 10,961.99 |
| Interest and Dividend Income | 0.24 | 0.60 |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) |  | 10,200.00 |
| **Total Receipts** | 5,481.24 | 21,162.59 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  |  |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  |  |
| Utilities | 3,622.41 | 4,036.91 |
| Insurance |  | 151.00 |
| Auto Expense |  |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses | 30.00 | 30.00 |
| Household Expenses | 1,267.04 | 1,418.79 |
| Charitable Contributions | , |  |
| Alimony and Child Support Payments | , |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment | 74.36 | 577.37 |
| Gifts |  |  |
| Other (attach schedule) | 1,922.60 | 15,943.05 |
| **Total Ordinary Disbursements** | 6,916.41 | 22,157.12 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | .. |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| **Total Reorganization Items** |  |  |
| **Total Disbursements (Ordinary + Reorganization)** | 6,916.41 | 22,157.12 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (1,435.17) | (994.53) |
| **Cash - End of Month (Must equal reconciled bank** | 1,157.54 |  |

FORM MOR-1 (INDV)

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: March 2020

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NY Life Insurance | | 10,200.00 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Detail Included in General Ledger | 1,922.60 | 15,943.05 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce                                        Case No.: 20-20387-CMB

Reporting Period: March 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____
_____
_____

Unaudited, for Management Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)

**Evans, Lois Joyce**

FORM MOR-4 (9/99)

Case No.: 20-20387-CMB

Reporting Period: March 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | ✓ |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | ✓ |

Unaudited, for Management Purposes Only

**FORM MOR-5**
**(9/99)**

Unaudited, for
Management
Purposes Only

## Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US002 BR934

**LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA   15015-1239**

Checking Account Statement

 OF 1

Beginning February 20, 2020
through March 24, 2020

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | .00 |
| Checks | .00 - |
| Withdrawals & Debits | 3.00 - |
| Deposits & Credits | .00 + |
| **Current Balance** | **-3.00 =** |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
  No deposit made.

Your next statement period will end on April 23, 2020.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

Previous Balance
.00

### TRANSACTION DETAILS
**Withdrawals & Debits**

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 03/24 | 3.00 | Service Charge Statement Delivery |

Total Withdrawals & Debits
3.00

Current Balance
-3.00

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/24 | -3.00 | | | | |

### NEWS FROM CITIZENS

--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:    02/22/20 THRU 03/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 211.76 | 7,269.55 | 5,781.03 | 1,276.76- | 1,058.11 | 0.05% | 0.04 |
| EVERYTHING SV | 586.16 | 456.00 | 500.20 | 630.36 | 388.00 | 0.65% | 0.20 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/23 | POS | SHEETZ 0277 | 9.02 | 03/06 | POS | PROOF OF THE PUD | 12.50 |
|  | PIN | WEXFORD     PA |  |  | MC | ATLANTA     GA |  |
| 02/23 | POS | APPLE.COM/BILL | 54.52 | 03/09 | POS | STARBUCKS TC RDU | 8.61 |
|  | MC | 866-712-7753     CA |  |  | MC | RALEIGH     NC |  |
| 02/26 | POS | VENMO | 200.00 | 03/09 | POS | PASCHALS B | 16.25 |
|  | MC | 8558124430     NY |  |  | MC | ATLANTA     GA |  |
| 02/26 | FEE | POS OVERDRAFT F** | 36.00 | 03/09 | POS | COSTCO WHSE #03 | 132.60 |
| 02/26 | DIR | NEW YORK LIFE | 151.00 |  | PIN | CRANBERRY TPK     PA |  |
|  |  | INS. PREM. |  | 03/09 | POS | WAL-MART #1770 | 21.55 |
| 02/26 | FEE | OVERDRAFT FEE | 36.00 |  | PIN | CRANBERRY TWP     PA |  |
| 02/27 | POS | IPHONE CITIZENSO | 64.50 | 03/10 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 150.00+ |
|  | MC | BRIDGEPORT     CT |  |  |  |  |  |
| 02/27 | FEE | POS OVERDRAFT FEE | 36.00 | 03/10 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 50.00 |
| 02/27 | POS | APPLE.COM/BILL | 16.04 |  |  |  |  |
|  | MC | 866-712-7753     CA |  | 03/10 | ECK | ARMSTRONG UTI | 149.50 |
| 02/27 | FEE | POS OVERDRAFT FEE | 36.00 |  |  | 8772775711 |  |
| 02/28 | DIR | CAPGEMINI | 2,740.49+ | 03/11 | POS | VENMO | 125.00 |
|  |  | REG.SALARY |  |  | MC | 8558124430     NY |  |
| 02/28 | POS | APPLE.COM/BILL | 10.68 | 03/11 | POS | VENMO | 300.00 |
|  | MC | 866-712-7753     CA |  |  | MC | 8558124430     NY |  |
| 03/02 | POS | VENMO | 110.00 | 03/12 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 125.00 |
|  | MC | 8558124430     NY |  |  |  |  |  |
| 03/02 | POS | VENMO | 200.00 | 03/13 | DIR | CAPGEMINI | 2,740.50+ |
|  | MC | 8558124430     NY |  |  |  | REG.SALARY |  |
| 03/03 | POS | RITE AID STORE - | 25.48 | 03/13 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 200.00 |
|  | PIN | WEXFORD     PA |  |  |  |  |  |
| 03/03 | POS | RITE AID STORE - | 10.88 | 03/13 | ONL | TRANSF** **** *** BANK INTERNET TO | 150.00 |
|  | PIN | WEXFORD     PA |  |  |  |  |  |
| 03/03 | ECK | MACYS CITIAUTFDR AUTO PYMT | 100.00 | 03/13 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 150.00+ |
| 03/04 | POS | APPLE.COM/BILL | 9.99 | 03/14 | POS | TARGET T-1218 | 131.00 |
|  | MC | 866-712-7753     CA |  |  | PIN | Pittsburgh     PA |  |
| 03/05 | POS | GREATER PGH ORTH | 30.00 | 03/15 | ONL | TRANSFER DOLLAR BANK INTERNET TC | 500.00 |
|  | MC | CRANBERRY TOW     PA |  |  |  |  |  |
| 03/05 | ONL | PAYMENT TO | 350.00 | 03/16 | POS | APPLE.COM/BILL | 13.88 |
| 03/06 | POS | OASIS #1 | 15.38 |  | MC | 866-712-7753     CA |  |
|  | PIN | HALIFAX     NC |  | 03/16 | POS | APPLE.COM/BILL | 0.99 |
| 03/06 | POS | CVS/PHARMACY #02 | 77.31 |  | MC | 866-712-7753     CA |  |
|  | MC | 800-746-7287     PA |  | 03/16 | DIR | FIRSTENERGY OPCO FE ECHECK | 3,398.72 |
| 03/06 | POS | TST* BEL CIBO | 33.33 |  |  |  |  |
|  | MC | HENRICO     VA |  |  |  |  |  |



PAGE 2

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 03/16 | FEE | OVERDRAFT FEE | 36.00 | 03/19 | FEE | POS OVERDRAFT FEE | 36.00 |
| 03/19 | POS | APPLE.COM/BILL | 29.92 | 03/21 | POS | GIANT EAG 5600 W | 134.01 |
| | MC | 1111111111    CA | | | PIN | Gibsonia    PA | |
| 03/19 | FEE | POS OVERDRAFT FEE | 36.00 | 03/21 | FEE | POS OVERDRAFT FEE | 36.00 |
| 03/19 | POS | APPLE.COM/BILL | 3.20 | 03/21 | INT | INTEREST CREDIT | 0.04+ |
| | MC | 866-712-7753    CA | | | | | |
| 03/19 | POS | APPLE.COM/BILL | 10.69 | | | | |
| | MC | 866-712-7753    CA | | | | | |

### EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/26 | ATM | SKYLINE NAIL 1500 VILLAGE WEXFORD    PA | 102.50 | 03/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ |
| 02/27 | ATM | PNC BANK    1000 AIRPORT PITTSBURGH    PA | 203.50 | 03/21 | INT | INTEREST CREDIT | 0.20+ |
| 03/10 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 150.00 | | | | |

2020 TAX INFORMATION:
EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE    0.24+    INTEREST WITHHELD YEAR-TO-DATE    0.00
EVERYTHING SV:   INTEREST CREDITED YEAR-TO-DATE    0.66+    INTEREST WITHHELD YEAR-TO-DATE    0.00

---

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 288.00 | 360.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

ACCOUNT BALANCES MAINTAINED DURING FEBRUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $427.32- | $1,325.10 | $85.87 | $378.34 | $1,703.44 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



PAGE 3

BANKING CARD ACTIVITY FOR FEBRUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN FEBRUARY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -NON-DOLLAR ATM ACTIVITY | | | 3 | .00 |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 5 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 31 | .00 | | |
| THE TOTAL CHARGE: | 36 | .00 | 3 | .00 |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR FEBRUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND EARN MONEY WHEN THEY OPEN AN
EVERYTHING CHECKING ACCOUNT. PLUS, THEY'LL EARN
MONEY NOW TOO DURING OUR SPECIAL OFFER.
VISIT DOLLAR.BANK/400.



**Dollar Bank** — Since 1855

```
L JOYCE EVANS OR                          ACCOUNT NUMBER:
SAMUEL EVANS                              STATEMENT DATE:     02/17/20 THRU 03/16/20
113 BURRY AVE                             PINE TOWNSHIP OFFICE
BRADFORDWOODS PA 15015-1239               11974 PERRY HIGHWAY

                                          (724) 933-6900
```

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| VERYTHING CK | 324.66 | 775.21 | 675.00 | 224.45 | 132.17 | 0.00% | 0.00 |
| VERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | | AMOUNT | DATE | | TRANSACTION DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 02/17 | POS MC | THE CLUB AT EAGL RESTON | VA | 12.58 | 03/06 | POS PIN | MARKET DI 155 To Wexford | PA | 68.37 |
| 02/18 | POS PIN | RACETRAC 148 GROVELAND | FL | 36.23 | 03/08 | POS PIN | GET GO #3 140 To Wexford | PA | 37.00 |
| 02/19 | POS MC | MARATHON PETRO26 TOWNSEND | GA | 27.01 | 03/08 | POS PIN | MARKET DI 155 To Wexford | PA | 45.76 |
| 02/20 | POS PIN | BP#9058421SANTE SANTEE | SC | 28.64 | 03/10 | POS PIN | WHOLEFDS WEX #10 WEXFORD | PA | 54.08 |
| 02/21 | POS PIN | WHOLEFDS SPP 102 GLEN ALLEN | VA | 26.56 | 03/12 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | | 125.00+ |
| 02/21 | POS MC | SHELL OIL 575444 WELDON | NC | 32.00 | 03/12 | POS PIN | MARKET DI 155 To Wexford | PA | 134.00 |
| 02/24 | POS MC | SHEETZ 0192   00 BOYCE | VA | 26.99 | 03/13 | POS PIN | MARKET DI 155 To Wexford | PA | 24.31 |
| 02/26 | POS PIN | MARKET DI 155 To Wexford | PA | 125.19 | 03/13 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | | 200.00+ |
| 03/05 | ONL | PAYMENT FROM | | 350.00+ | | | | | |
| 03/05 | POS PIN | MARKET DI 155 To Wexford | PA | 97.09 | | | | | |

NO SAVINGS ACTIVITY

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 315.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

## NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00 | 99.00 |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES | .00 | 216.00 |



PAGE   2

ACCOUNT BALANCES MAINTAINED DURING FEBRUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $474.52- | $41.37 | $0.00 | $0.00 | $41.37 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR FEBRUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN FEBRUARY

|  | CHECKING # OF USES | CHECKING TOTAL CHARGED | SAVINGS # OF USES | SAVINGS TOTAL CHARGED |
|---|---|---|---|---|
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 9 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 6 | .00 |  |  |
| THE TOTAL CHARGE: | 15 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR FEBRUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND EARN MONEY WHEN THEY OPEN AN
EVERYTHING CHECKING ACCOUNT. PLUS, THEY'LL EARN
MONEY NOW TOO DURING OUR SPECIAL OFFER.
VISIT DOLLAR.BANK/400.

Lois Joyce Evans

**Checking, Period Ending 03/24/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---:|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (1) | -3.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | -3.00 |
| | |
| Register balance as of 03/24/2020 | -3.00 |
| Cleared transactions after 03/24/2020 | 0.00 |
| Uncleared transactions after 03/24/2020 | 754.88 |
| Register balance as of 12/29/2020 | 751.88 |

## Details

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/24/2020 | Expense | | | -3.00 |

| Total | -3.00 |
|---|---:|

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 03/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---|
| Statement beginning balance | 211.76 |
| Checks and payments cleared (4) | -3,579.25 |
| Deposits and other credits cleared (1) | 2,090.73 |
| Statement ending balance | -1,276.76 |
| | |
| Register balance as of 03/21/2020 | -1,276.76 |
| Cleared transactions after 03/21/2020 | 0.00 |
| Uncleared transactions after 03/21/2020 | 6,632.02 |
| Register balance as of 12/29/2020 | 5,355.26 |

## Details

### Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/05/2020 | Journal | 30 | | -350.00 |
| 03/12/2020 | Journal | 25 | | -125.00 |
| 03/13/2020 | Journal | 26 | | -200.00 |
| 03/21/2020 | Journal | 15 | | -2,904.25 |
| **Total** | | | | **-3,579.25** |

### Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/29/2020 | Journal | 14 | | 2,090.73 |
| **Total** | | | | **2,090.73** |

12/29/2020

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 03/16/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

## Summary USD

| | |
|---|---|
| Statement beginning balance | 324.66 |
| Checks and payments cleared (2) | -775.21 |
| Deposits and other credits cleared (3) | 675.00 |
| Statement ending balance | 224.45 |
| | |
| Register balance as of 03/16/2020 | 224.45 |
| Cleared transactions after 03/16/2020 | 0.00 |
| Uncleared transactions after 03/16/2020 | -104.57 |
| Register balance as of 12/29/2020 | 119.88 |

## Details

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/29/2020 | Journal | 22 | | -314.60 |
| 03/16/2020 | Journal | 24 | | -460.61 |
| **Total** | | | | **-775.21** |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/05/2020 | Journal | 30 | | 350.00 |
| 03/12/2020 | Journal | 25 | | 125.00 |
| 03/13/2020 | Journal | 26 | | 200.00 |
| **Total** | | | | **675.00** |

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 03/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

|  | USD |
|---|---|
| Statement beginning balance | 586.16 |
| Checks and payments cleared (2) | -456.00 |
| Deposits and other credits cleared (2) | 500.20 |
| Statement ending balance | 630.36 |
| | |
| Register balance as of 03/21/2020 | 630.36 |
| Cleared transactions after 03/21/2020 | 0.00 |
| Uncleared transactions after 03/21/2020 | 2,375.90 |
| Register balance as of 12/29/2020 | 3,006.26 |

### Details

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/29/2020 | Journal | 16 | | -306.00 |
| 03/21/2020 | Journal | 15 | | -150.00 |

Total         -456.00

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/21/2020 | Journal | 15 | | 500.00 |
| 03/21/2020 | Journal | 17 | | 0.20 |

Total         500.20