**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Lois Joyce Evans,  :  Case No.: 20-20387-CMB
 :
 :  Reporting Period:  __April, 2020__
 :
 :  Chapter 11

**MONTHLY OPERATING REPORT**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce                                       Case No.: 20-20387-CMB

Reporting Period: April 2020

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | ✓ | |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | ⊘ | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____            01/04/2021
Signature of Debtor                                         Date

_____            _____
Signature of Joint Debtor                                   Date

_____            1/4/2021
Signature of Preparer                                       Date

PETER E. FLEMING, CPA
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Unaudited, for Management
Purposes Only

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: April 2020

### INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 1,157.54 | |
| **RECEIPTS** | | |
| Wages (Net) | 49,087.76 | 60,049.75 |
| Interest and Dividend Income | 0.56 | 1.16 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | 10,200.00 |
| **Total Receipts** | 49,088.32 | 70,250.91 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 3,099.43 | 7,136.34 |
| Insurance | 302.00 | 453.00 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 30.00 |
| Household Expenses | 1,174.51 | 2,593.30 |
| Charitable Contributions | , | |
| Alimony and Child Support Payments | , | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 148.21 | 725.58 |
| Gifts | | |
| Other (attach schedule) | 6,290.94 | 22,233.99 |
| **Total Ordinary Disbursements** | 11,015.09 | 33,172.21 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | .. | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | 11,015.09 | 33,172.21 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 38,073.23 | 37,078.70 |
| **Cash - End of Month (Must equal reconciled bank** | 39,230.77 | |

FORM MOR-1 (INDV)

Unaudited, for Management
Purposes Only

(9/99)

**Evans, Lois Joyce**  Case No.: 20-20387-CMB
April 2020
Reporting Period:_____

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NY Life Insurance | | 10,200.00 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Detail Included in General Ledger | 6,290.94 | 22,233.99 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce                                                    Case No.: 20-20387-CMB

Reporting Period: April 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.
_____
_____
_____

Unaudited, for Management Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)　　　　　　　　　　　　　　　FORM MOR-4 (9/99)

**Evans, Lois Joyce**　　　　　　　　　　　　　　　　　　　　　Case No.: 20-20387-CMB

Reporting Period: April 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | ✓ |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | ✓ |

Unaudited, for Management Purposes Only

**FORM MOR-5**
**(9/99)**

Unaudited, for
Management Purposes
Only



Checking Account Statement

1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 OF 2

Beginning March 25, 2020
through April 23, 2020

US002 BR934

LOI S JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA    15015-1239

## Checking

### SUMMARY

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | -3.00 | |
| Checks | .00 | - |
| Withdrawals & Debits | 3.00 | - |
| Deposits & Credits | 12,003.00 | + |
| **Current Balance** | **11,997.00** | = |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
    You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account acivity.

Your next statement period will end on May 26, 2020.

**Previous Balance**
-3.00

### TRANSACTION DETAILS

**Withdrawals & Debits**

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 04/23 | 3.00 | Service Charge Statement Delivery |

⊖ **Total Withdrawals & Debits**
3.00

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 04/20 | 12,000.00 | Deposit |
| 04/20 | 3.00 | Fee Rebate Fee Rebate Original Fee Date On 03/24/20 For Statement Delivery |

⊕ **Total Deposits & Credits**
12,003.00

⊜ **Current Balance**
11,997.00

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/20 | 12,000.00 | 04/23 | 11,997.00 | | |

### NEWS FROM CITIZENS

--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch



**Checking Account Statement**

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 OF 2

Beginning March 25, 2020
through April 23, 2020

*Checking continued from previous page*

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

| NEWS FROM CITIZENS (continued) |

a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.

Member FDIC  Equal Housing Lender



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:    03/22/20 THRU 04/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 1,276.76- | 22,211.70 | 48,207.01 | 24,718.55 | 8,831.33 | 0.05% | 0.37 |
| EVERYTHING SV | 630.36 | 402.50 | 500.19 | 728.05 | 460.68 | 0.49% | 0.19 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2349 | 3,500.00 | 2464 * | 12,000.00 | | | | |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 03/22 | POS MC | VENMO 8558124430   NY | 200.00 | 04/08 | ECK | ARMSTRONG UTIL 8772775711 | 149.50 |
| 03/22 | FEE | POS OVERDRAFT FEE | 36.00 | 04/11 | POS | COSTCO WHSE #03 | 126.18 |
| 03/22 | POS MC | DAVES COUNTRY ME VALENCIA   PA | 106.10 | 04/11 | PIN POS | CRANBERRY TPK   PA ARBYS #1773 WARR | 13.34 |
| 03/22 | FEE | POS OVERDRAFT FEE | 36.00 | | PIN | WARRENDALE   PA | |
| 03/22 | FEE | CONTINUOUS OD (4 DAYS @ $9) | 36.00 | 04/14 | POS MC | APPLE.COM/BILL 1111111111   CA | 0.99 |
| 03/23 | POS MC | CVS/PHARMACY #02 800-746-7287   PA | 11.34 | 04/15 | DIR | CAPGEMINI  1222575929 REG.SALARY | 45,315.14+ |
| 03/23 | FEE | POS OVERDRAFT FEE | 36.00 | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 |
| 03/23 | DIR | VIVINT  J203754038 VIVINT | 74.19 | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 750.00 |
| 03/23 | FEE | OVERDRAFT FEE | 36.00 | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 125.00 |
| 03/26 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 40.62 | 04/15 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 11.74 |
| 03/26 | FEE | POS OVERDRAFT FEE | 36.00 | | | | |
| 03/26 | DIR | NEW YORK LIFE INS. PREM. | 151.00 | 04/15 | POS MC | PAYPAL *TIFFANYC 4029357733   CA | 364.00 |
| 03/26 | FEE | NSF FEE | 36.00 | 04/16 | POS MC | VENMO 8558124430   NY | 200.00 |
| 03/27 | RET | NEW YORK LIFE | 151.00+ | | | | |
| 03/31 | DIR | CAPGEMINI REG.SALARY | 2,740.50+ | 04/17 | POS MC | VENMO 8558124430   NY | 300.00 |
| 04/02 | POS MC | IPHONE CITIZENSO BRIDGEPORT   CT | 64.50 | 04/17 | ECK | WESTVIEW WATER WEB PAY | 338.27 |
| 04/03 | POS MC | LINS ORIENTAL EX WEXFORD   PA | 38.98 | 04/19 | POS MC | CENCIS PIZZERIA WEXFORD   PA | 65.89 |
| 04/03 | DIR | NEW YORK LIFE RETRY PYMT | 151.00 | 04/20 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 13.90 |
| 04/03 | ECK | MACYS CITIAUTFDR AUTO PYMT | 100.00 | 04/20 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 3.20 |
| 04/04 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 35.26 | | | | |
| 04/04 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 9.99 | 04/20 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 10.69 |



PAGE  2

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/20 | POS | APPLE.COM/BILL 866-712-7753   CA | 10.67 | 04/20 | ECK | BILLPAY-COLGASPA 0000000160 UTIL-PMNT | 587.88 |
| 04/20 | POS | APPLE.COM/BILL 1111111111   CA | 10.69 | 04/21 | CHK | 2349  SEQ#  18001288 | 3,500.00 |
| 04/20 | CHK | 2464  SEQ#  18025588 | 12,000.00 | 04/21 | DIR | VIVINT  J203754038 VIVINT | 74.19 |
| 04/20 | DIR | FIRSTENERGY OPCO FE ECHECK | 1,820.59 | 04/21 | INT | INTEREST CREDIT | 0.37+ |

### EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 03/29 | ATM | OM SHIVA FIN 3580 WASHING FINLEYVILLE    PA | 102.50 | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ |
| 04/01 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 300.00 | 04/21 | INT | INTEREST CREDIT | 0.19+ |

2020 TAX INFORMATION:
| | | |
|---|---|---|
| EVERYTHING CK:  INTEREST CREDITED YEAR-TO-DATE | 0.61+ | INTEREST WITHHELD YEAR-TO-DATE    0.00 |
| EVERYTHING SV:  INTEREST CREDITED YEAR-TO-DATE | 0.85+ | INTEREST WITHHELD YEAR-TO-DATE    0.00 |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 216.00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | 36.00 | 36.00 |

ACCOUNT BALANCES MAINTAINED DURING MARCH
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $2,112.01- | $82.19 | $130.16 | $438.04 | $520.23 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



PAGE   3

BANKING CARD ACTIVITY FOR MARCH

THERE ARE NO CHARGES FOR BANKING CARD USE IN MARCH

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -NON-DOLLAR ATM ACTIVITY | | | 1 | .00 |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 7 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 20 | .00 | | |
| THE TOTAL CHARGE: | 27 | .00 | 1 | .00 |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR MARCH.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND EARN MONEY WHEN THEY OPEN AN
EVERYTHING CHECKING ACCOUNT. PLUS, THEY'LL EARN
MONEY NOW TOO DURING OUR SPECIAL OFFER.
VISIT DOLLAR.BANK/400.



L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:    03/17/20 THRU 04/16/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| VERYTHING CK | 224.45 | 668.86 | 1,050.00 | 605.59 | 51.46 | 0.00% | 0.00 |
| VERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 03/17 | POS PIN | MARKET DI 155 To Wexford         PA | 141.07 | 04/02 | POS PIN | FRESH THYME #453 CRANBERRY    PA | 27.98 |
| 03/18 | POS PIN | MARKET DI 155 To Wexford         PA | 16.98 | 04/06 | POS PIN | GIANT-EAG Cranbe Cranberry    PA | 55.91 |
| 03/20 | POS PIN | MARKET DI 155 To Wexford         PA | 115.68 | 04/06 | FEE | POS OVERDRAFT FEE | 36.00 |
| 03/20 | FEE | POS OVERDRAFT FEE | 36.00 | 04/07 | POS MC | FRESH THYME #453 CRANBERRY    PA | 20.21 |
| 03/24 | POS MC | FRESH THYME #453 CRANBERRY    PA | 25.53 | 04/07 | FEE | POS OVERDRAFT FEE | 36.00 |
| 03/24 | FEE | POS OVERDRAFT FEE | 36.00 | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 750.00+ |
| 04/01 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 300.00+ | | | | |
| 04/02 | POS PIN | MARKET DI 155 To Wexford         PA | 121.50 | | | | |

NO SAVINGS ACTIVITY

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 144.00 | 459.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

## NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00 | 99.00 |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES | 144.00 | 360.00 |



PAGE   2

ACCOUNT BALANCES MAINTAINED DURING MARCH
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $146.81- | $21.89 | $0.00 | $0.00 | $21.89 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR MARCH

THERE ARE NO CHARGES FOR BANKING CARD USE IN MARCH

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 10 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 1 | .00 | | |
| THE TOTAL CHARGE: | 11 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR MARCH.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND EARN MONEY WHEN THEY OPEN AN
EVERYTHING CHECKING ACCOUNT. PLUS, THEY'LL EARN
MONEY NOW TOO DURING OUR SPECIAL OFFER.
VISIT DOLLAR.BANK/400.

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 04/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

|  | USD |
|---|---|
| Statement beginning balance | -1,276.76 |
| Checks and payments cleared (29) | -21,376.45 |
| Deposits and other credits cleared (3) | 47,371.76 |
| Statement ending balance | 24,718.55 |
| | |
| Register balance as of 04/21/2020 | 24,718.55 |
| Cleared transactions after 04/21/2020 | 0.00 |
| Uncleared transactions after 04/21/2020 | -19,363.29 |
| Register balance as of 12/29/2020 | 5,355.26 |

### Details

Checks and payments cleared (29)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/02/2020 | Journal | 21 | | -64.50 |
| 04/03/2020 | Expense | | | -100.00 |
| 04/03/2020 | Expense | | | -151.00 |
| 04/03/2020 | Expense | | | -38.98 |
| 04/04/2020 | Expense | | | -35.26 |
| 04/04/2020 | Expense | | | -9.99 |
| 04/08/2020 | Expense | | | -149.50 |
| 04/11/2020 | Expense | | | -126.18 |
| 04/11/2020 | Expense | | | -13.34 |
| 04/14/2020 | Expense | | | -0.99 |
| 04/15/2020 | Expense | | | -125.00 |
| 04/15/2020 | Transfer | | | -500.00 |
| 04/15/2020 | Expense | | | -364.00 |
| 04/15/2020 | Transfer | | | -750.00 |
| 04/15/2020 | Expense | | | -11.74 |
| 04/16/2020 | Expense | | | -200.00 |
| 04/17/2020 | Expense | | | -300.00 |
| 04/17/2020 | Expense | | | -338.27 |
| 04/19/2020 | Expense | | | -65.89 |
| 04/20/2020 | Expense | | | -587.88 |
| 04/20/2020 | Expense | | | -10.67 |
| 04/20/2020 | Expense | | | -1,820.59 |
| 04/20/2020 | Expense | | | -10.69 |
| 04/20/2020 | Expense | | | -13.90 |

12/29/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/20/2020 | Expense | | | -3.20 |
| 04/20/2020 | Expense | | | -10.69 |
| 04/20/2020 | Transfer | | | -12,000.00 |
| 04/21/2020 | Check | 2349 | | -3,500.00 |
| 04/21/2020 | Expense | | | -74.19 |
| **Total** | | | | **-21,376.45** |

### Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/31/2020 | Journal | 20 | | 2,056.25 |
| 04/15/2020 | Deposit | | | 45,315.14 |
| 04/21/2020 | Deposit | | | 0.37 |
| **Total** | | | | **47,371.76** |

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 04/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 630.36 |
| Checks and payments cleared (2) | -402.50 |
| Deposits and other credits cleared (2) | 500.19 |
| Statement ending balance | 728.05 |
| | |
| Register balance as of 04/21/2020 | 728.05 |
| Cleared transactions after 04/21/2020 | 0.00 |
| Uncleared transactions after 04/21/2020 | 2,278.21 |
| Register balance as of 12/29/2020 | 3,006.26 |

### Details

**Checks and payments cleared (2)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/31/2020 | Journal | 18 | | -102.50 |
| 04/01/2020 | Journal | 19 | | -300.00 |
| Total | | | | -402.50 |

**Deposits and other credits cleared (2)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/15/2020 | Transfer | | | 500.00 |
| 04/21/2020 | Journal | 1 | | 0.19 |
| Total | | | | 500.19 |

Lois Joyce Evans

**Checking, Period Ending 04/23/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | -3.00 |
| Checks and payments cleared (1) | -3.00 |
| Deposits and other credits cleared (2) | 12,003.00 |
| Statement ending balance | 11,997.00 |
| | |
| Register balance as of 04/23/2020 | 11,997.00 |
| Cleared transactions after 04/23/2020 | 0.00 |
| Uncleared transactions after 04/23/2020 | -11,245.12 |
| Register balance as of 12/29/2020 | 751.88 |

### Details

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/23/2020 | Expense | | | -3.00 |
| Total | | | | -3.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/20/2020 | Transfer | | | 12,000.00 |
| 04/20/2020 | Deposit | | | 3.00 |
| Total | | | | 12,003.00 |

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 04/16/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 224.45 |
| Checks and payments cleared (6) | -668.86 |
| Deposits and other credits cleared (2) | 1,050.00 |
| Statement ending balance | 605.59 |
| | |
| Register balance as of 04/16/2020 | 605.59 |
| Cleared transactions after 04/16/2020 | 0.00 |
| Uncleared transactions after 04/16/2020 | -485.71 |
| Register balance as of 12/29/2020 | 119.88 |

### Details

Checks and payments cleared (6)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/31/2020 | Journal | 28 | | -371.26 |
| 04/02/2020 | Journal | 29 | | -149.48 |
| 04/06/2020 | Expense | | | -36.00 |
| 04/06/2020 | Expense | | | -55.91 |
| 04/07/2020 | Expense | | | -20.21 |
| 04/07/2020 | Expense | | | -36.00 |
| Total | | | | -668.86 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2020 | Journal | 19 | | 300.00 |
| 04/15/2020 | Transfer | | | 750.00 |
| Total | | | | 1,050.00 |