UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Lois Joyce Evans,    :    Case No.: 20-20387-CMB
:
:    Reporting Period:  __May, 2020__
:
:    Chapter 11

**MONTHLY OPERATING REPORT**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce                                    Case No.: 20-20387-CMB

Reporting Period: May 2020

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | ✓ | |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    01/04/2021
Signature of Debtor           Date

_____    _____
Signature of Joint Debtor     Date

_____    1/4/2021
Signature of Preparer         Date

PETER E. FLEMING, CPA
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Unaudited, for Management
Purposes Only

**Evans, Lois Joyce**  Case No.: 20-20387-CMB

Reporting Period: May 2020

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 39,230.77 | |
| **RECEIPTS** | | |
| Wages (Net) | 7,301.59 | 67,351.34 |
| Interest and Dividend Income | 1.23 | 2.39 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | 10,200.00 |
| **Total Receipts** | 7,302.82 | 77,553.73 |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 5,000.00 | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1,809.18 | 8,945.52 |
| Insurance | 642.10 | 1,095.10 |
| Auto Expense | 43.00 | 43.00 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 5,060.00 | 5,090.00 |
| Household Expenses | 2,186.41 | 4,779.71 |
| Charitable Contributions | , | |
| Alimony and Child Support Payments | , | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 227.91 | 953.49 |
| Gifts | | |
| Other (attach schedule) | 10,841.55 | 33,075.54 |
| **Total Ordinary Disbursements** | 25,810.15 | 58,982.36 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 123.03 | 123.03 |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | 25,933.18 | 59,105.39 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (18,630.36) | 18,448.34 |
| **Cash - End of Month (Must equal reconciled bank** | 20,600.41 | |

FORM MOR-1 (INDV)

Unaudited, for Management Purposes Only

(9/99)

**Evans, Lois Joyce**  Case No.: 20-20387-CMB

Reporting Period: May 2020

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NY Life Insurance | | 10,200.00 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Detail Included in General Ledger | 10,841.55 | 33,075.54 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce                                                                 Case No.: 20-20387-CMB

Reporting Period: May 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 |  |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____
_____
_____

Unaudited, for Management Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)

**Evans, Lois Joyce**

FORM MOR-4
(9/99)

Case No.: 20-20387-CMB

**Reporting Period:** May 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | ✓ |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | ✓ |

Unaudited, for Management Purposes Only

**FORM MOR-5**
**(9/99)**

Unaudited, for
Management
Purposes Only



**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US259 BR934                                            1

LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA    15015-1239

Checking Account Statement

 OF 2

Beginning April 24, 2020
through May 26, 2020

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 11,997.00 |
| Checks | 1,327.25 - |
| Withdrawals & Debits | 7,139.77 - |
| Deposits & Credits | .00 + |
| **Current Balance** | **3,529.98 =** |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
   You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account acivity.

Your next statement period will end on June 23, 2020.

| | Previous Balance |
|---|---|
| **TRANSACTION DETAILS** | 11,997.00 |

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 101 | 43.00 | 05/14 | 103 | 491.10 | 05/26 |
| 102 | 180.00 | 05/18 | 105* | 613.15 | 05/26 |

| | Total Checks |
|---|---|
| | 1,327.25 |

**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 05/07 | 78.25 | 1509 POS Debit - 999999 Usps PO 419918403 1wexford PA |
| 05/07 | 10.88 | 1509 POS Debit - 302449 CVS/Pharmacy # Wexford PA |
| 05/11 | 69.55 | 1509 Dbt Purchase - 260300 Hallmark Cleaners Pittsburgh PA |
| 05/11 | 159.86 | 1509 POS Debit - 990328 Costco Whse #0328 Cranberry Tpkpa |
| 05/11 | 144.83 | 1509 POS Debit - 650011 Giant-Eagle #0 Cranberry PA |
| 05/13 | 1.00 | 1509 POS Debit - 999999 CVS/Pharmacy #02 0wexford PA |
| 05/14 | 23.85 | 1509 POS Debit - 302449 CVS/Pharmacy # Wexford PA |
| 05/15 | 81.54 | 1509 POS Debit - 999999 Market District 15wexford PA |
| 05/18 | 6.61 | 1509 Dbt Purchase - 000000 Taco Bell 05656 Pittsburgh PA |
| 05/21 | 123.03 | 1509 Dbt Purchase - 220834 Hrb Online Tax Pro800-472-56 25 M |
| 05/26 | 30.00 | 1509 Dbt Purchase - 165939 Pti - Warrendale Warrendale PA |
| 05/26 | 123.14 | 1509 POS Debit - 990328 Costco Whse #0328 Cranberry Tpkpa |
| 05/26 | 31.41 | 1509 POS Debit - 430396 Market Distric Wexford PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 04/28 | 9.99 | Deluxe Check Check/Acc. 200424 |
| 05/05 | 5,000.00 | Pnc Mortgage 2 Mortgage |

# Citizens Bank

**Checking Account Statement**

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 2 OF 2

Beginning April 24, 2020 through May 26, 2020

*Checking continued from previous page*

## Other Withdrawals & Debits (continued)

| Date | Amount | Description |
|---|---|---|
| 05/05 | 907.84 | Firstenergy Opco Fe Echeck 200505 |
| 05/12 | 9.99 | Deluxe Check Check/Acc. 200508 |
| 05/19 | 325.00 | Quarterly Fee Payment 200518 6o069to1rs1 |
| 05/26 | 3.00 | Service Charge Statement Delivery |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

⊖ **Total Withdrawals & Debits**
7,139.77

⊜ **Current Balance**
3,529.98

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/28 | 11,987.01 | 05/12 | 5,605.81 | 05/18 | 5,269.81 |
| 05/05 | 6,079.17 | 05/13 | 5,604.81 | 05/19 | 4,944.81 |
| 05/07 | 5,990.04 | 05/14 | 5,537.96 | 05/21 | 4,821.78 |
| 05/11 | 5,615.80 | 05/15 | 5,456.42 | 05/26 | 3,529.98 |

## NEWS FROM CITIZENS

--Still writing checks for your bills or visiting multiple websites to pay online? Try Bill Pay through Online Banking to quickly and easily pay your bills and manage your accounts all in one place, with one password.
--IMPORTANT NOTICE ABOUT YOUR ACCOUNTS
Changes to our Funds Availability Disclosure
Effective July 1, 2020 we are increasing the amount of funds available to you by the next business day when a longer delay may be applied to your deposits. The amount available increases from $200 to $225 and from $5,000 to $5,525. The first $225 of your deposit will normally be available on the next business day after the day of your deposit. In the case of large deposits totaling more than $5,525, the first $5,525 will normally be available on the next business day after the day of your deposit if the deposit meets certain conditions. For additional information or to obtain our full disclosures on this topic call us any time at the number on your statement or visit your local branch.
--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.

Member FDIC   Equal Housing Lender



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:       04/22/20 THRU 05/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 24,718.55 | 16,277.13 | 7,452.29 | 15,893.71 | 21,297.97 | 0.05% | 0.87 |
| EVERYTHING SV | 728.05 | 0.00 | 500.35 | 1,228.40 | 844.71 | 0.51% | 0.35 |

### SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2447 | 5,000.00 | | | | | | |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/22 | POS MC | CELLC *CARLISLE 212-246-2555 NY | 859.76 | 04/30 | ONL | TRANSFER DOLLAR BANK INTERNET TO (Unsaved) | 350.00 |
| 04/22 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 10.69 | 04/30 | ONL | TRANSFER DOLLAR BANK INTERNET TO (1 month) | 100.00 |
| 04/23 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 5.34 | 04/30 | DIR | AMEX EPAYMENT ACH PMT | 15.00 |
| 04/23 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 21.39 | 05/01 | POS MC | APPLE.COM/US 800-676-2775 CA | 84.53 |
| 04/24 | POS MC | VENMO 8558124430 NY | 200.00 | 05/01 | ECK | AMEX EPAYMENT ACH PMT (WORK EXP) | 2,500.60 |
| 04/25 | POS MC | SQ *WILLIAMS 877-417-4551 PA | 100.00 | 05/02 | POS MC | GNC.COM 412-288-4600 PA | 59.99 |
| 04/25 | POS PIN | ROBERT WHOLEY & PITTSBURGH PA | 88.00 | 05/02 | POS MC | GET GO #3043 WEXFORD PA | 36.06 |
| 04/25 | POS PIN | SAMS CLUB #6678 PITTSBURGH PA | 133.79 | 05/02 | POS PIN | NNT WEXFORD ACE WEXFORD PA | 92.37 |
| 04/25 | POS PIN | GIANT-EAG 132 Be Pittsburgh PA | 27.12 | 05/04 | POS MC | CHICK-FIL-A #038 WEXFORD PA | 26.38 |
| 04/25 | POS PIN | MARKET DI 155 To Wexford PA | 49.99 | 05/04 | POS MC | VENMO 8558124430 NY | 120.00 |
| 04/27 | POS MC | IPHONE CITIZENSO BRIDGEPORT CT | 64.50 | 05/04 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 10.68 |
| 04/27 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 19.24 | 05/04 | POS MC | COUSINS MAINE LO GIBSONIA PA | 40.96 |
| 04/27 | DIR | NEW YORK LIFE INS. PREM. | 151.00 | 05/04 | POS MC | NORDSTROM DIRECT 800-285-5800 IA | 118.80 |
| 04/28 | POS MC | HERBALIFE - INTE 3104109600 CA | 181.40 | 05/04 | POS MC | AMZN Mktp US*AF4 Amzn.com/bill WA | 29.67 |
| 04/29 | POS MC | CVS/PHARMACY #02 WEXFORD PA | 6.40 | 05/04 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 3.20 |
| 04/29 | POS PIN | MARKET DISTRICT Wexford PA | 5.00 | 05/04 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 9.99 |
| 04/30 | DIR | CAPGEMINI REG.SALARY | 3,772.62+ | 05/04 | POS PIN | AMAZON.COM*CA8WP SEATTLE WA | 198.21 |



PAGE 2

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05/04 | ECK | MACYS CITIAUTFDR AUTO PYMT | 100.00 | 05/13 | POS MC | AMZN Mktp US*G59 Amzn.com/bill WA | 26.48 |
| 05/05 | POS MC | OVR*O.CO/OVERSTO 800-8432446 UT | 105.29 | 05/13 | POS MC | HERBALIFE - INTE J CA | 32.90 |
| 05/05 | POS MC | UBER TRIP 8005928996 CA | 5.00 | 05/13 | POS MC | HERBALIFE - INTE CA | 38.00 |
| 05/05 | POS PIN | AMAZON.COM*NQ50A SEATTLE WA | 5.70 | 05/13 | POS MC | AMZN Mktp US*MC6 Amzn.com/bill WA | 19.07 |
| 05/05 | POS PIN | AMAZON.COM*WX0KI SEATTLE WA | 23.29 | 05/14 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 0.99 |
| 05/06 | POS MC | Amazon.com*OW8LA Amzn.com/bill WA | 30.61 | 05/15 | DIR | CAPGEMINI REG.SALARY | 3,678.80+ |
| 05/06 | POS MC | AMZN Mktp US*SM2 Amzn.com/bill WA | 43.40 | 05/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 |
| 05/06 | DIR | AMEX EPAYMENT ACH PMT   (WRK EYO) | 3,000.00 | 05/17 | POS MC | CASH APP* 4153753176 CA | 200.00 |
| 05/07 | POS MC | UBER TRIP 8005928996 CA | 34.61 | 05/17 | POS MC | WWW COSTCO COM 800-955-2292 WA | 120.00 |
| 05/07 | POS MC | Amazon.com*NF6T3 Amzn.com/bill WA | 30.61 | 05/18 | POS MC | CASH APP* 4153753176 CA | 1.00 |
| 05/07 | POS MC | UBER TRIP 8005928996 CA | 28.28 | 05/19 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 250.00 |
| 05/08 | POS MC | CVS/PHARMACY #02 800-746-7287 PA | 107.74 | 05/19 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 75.00 |
| 05/10 | POS MC | AMZN Mktp US*KC8 Amzn.com/bill WA | 19.90 | 05/19 | POS MC | APPLE.COM/BILL 1111111111 CA | 35.26 |
| 05/11 | POS MC | APPLE.COM/BILL 866-712-7753 CA | 8.54 | 05/19 | POS MC | APPLE.COM/BILL 1111111111 CA | 10.69 |
| 05/11 | ECK | ARMSTRONG UTIL 8772775711 | 149.50 | 05/20 | POS PIN | SAMS CLUB #4859 BUTLER PA | 119.89 |
| 05/12 | POS MC | AMZN Mktp US*MC3 Amzn.com/bill WA | 20.24 | 05/20 | CHK | 2447 SEQ#  (MORTGAGE) | 5,000.00 |
| 05/12 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 250.00 | 05/21 | POS MC | FREETAXUSA.COM 877-2699027 UT | 15.89 |
| 05/12 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 75.00 | 05/21 | DIR | VIVINT J203754038 VIVINT | 74.19 |
| | | | | 05/21 | INT | INTEREST CREDIT | 0.87+ |

## EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ | 05/21 | INT | INTEREST CREDIT | 0.35+ |

2020 TAX INFORMATION:
EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE    1.48+    INTEREST WITHHELD YEAR-TO-DATE    0.00
EVERYTHING SV:   INTEREST CREDITED YEAR-TO-DATE    1.20+    INTEREST WITHHELD YEAR-TO-DATE    0.00

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | 36.00 |



PAGE  3

ACCOUNT BALANCES MAINTAINED DURING APRIL
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $89.75 | $16,180.64 | $227.86 | $494.58 | $16,675.22 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR APRIL

THERE ARE NO CHARGES FOR BANKING CARD USE IN APRIL

|  | CHECKING # OF USES | CHECKING TOTAL CHARGED | SAVINGS # OF USES | SAVINGS TOTAL CHARGED |
|---|---|---|---|---|
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 7 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 25 | .00 |  |  |
| THE TOTAL CHARGE: | 32 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR APRIL.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND EARN MONEY WHEN THEY OPEN AN
EVERYTHING CHECKING ACCOUNT. PLUS, THEY'LL EARN
MONEY NOW TOO DURING OUR SPECIAL OFFER.
VISIT DOLLAR.BANK/400.



L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:    04/17/20 THRU 05/16/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 605.59 | 1,030.66 | 600.01 | 174.94 | 273.94 | 0.04% | 0.01 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/20 | POS PIN | WM SUPERCENTER # EVANS CITY    PA | 240.16 | 05/04 | POS PIN | GIANT-EAG Cranbe Cranberry    PA | 117.26 |
| 04/20 | POS PIN | GIANT-EAG Cranbe Cranberry    PA | 38.68 | 05/06 | POS PIN | MARKET DI 155 To Wexford    PA | 107.82 |
| 04/23 | POS PIN | MARKET DI 155 To Wexford    PA | 124.81 | 05/06 | POS PIN | GET GO #3 140 To Wexford    PA | 21.01 |
| 04/26 | POS MC | SUNOCO 007061840 MARS    PA | 30.00 | 05/09 | POS PIN | MARKET DI 155 To Wexford    PA | 69.46 |
| 04/29 | POS MC | LOWES #00653* CRANBERRY TOW    PA | 13.98 | 05/12 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 250.00+ |
| 04/29 | POS MC | FRESH THYME #453 CRANBERRY    PA | 17.62 | 05/12 | POS PIN | MARKET DI 155 To Wexford    PA | 90.58 |
| 04/30 | POS PIN | FRESH THYME #453 CRANBERRY    PA | 45.41 | 05/15 | POS PIN | MARKET DI 155 To Wexford    PA | 82.10 |
| 04/30 | POS PIN | MARKET DI 155 To Wexford    PA | 31.77 | 05/16 | INT | INTEREST CREDIT | 0.01+ |
| 04/30 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 350.00+ | | | | |

NO SAVINGS ACTIVITY

2020 TAX INFORMATION:
EVERYTHING CK:    INTEREST CREDITED YEAR-TO-DATE    0.01+    INTEREST WITHHELD YEAR-TO-DATE    0.00

Lois Joyce Evans

**Checking, Period Ending 05/26/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 11,997.00 |
| Checks and payments cleared (23) | -8,467.02 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 3,529.98 |
| | |
| Register balance as of 05/26/2020 | 3,529.98 |
| Cleared transactions after 05/26/2020 | 0.00 |
| Uncleared transactions after 05/26/2020 | -2,778.10 |
| Register balance as of 12/29/2020 | 751.88 |

### Details

Checks and payments cleared (23)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/28/2020 | Expense | | | -9.99 |
| 05/05/2020 | Expense | | | -907.84 |
| 05/05/2020 | Expense | | | -5,000.00 |
| 05/07/2020 | Expense | | | -10.88 |
| 05/07/2020 | Expense | | | -78.25 |
| 05/11/2020 | Expense | | | -159.86 |
| 05/11/2020 | Expense | | | -144.83 |
| 05/11/2020 | Expense | | | -69.55 |
| 05/12/2020 | Expense | | | -9.99 |
| 05/13/2020 | Expense | | | -1.00 |
| 05/14/2020 | Expense | | | -23.85 |
| 05/14/2020 | Check | 101 | | -43.00 |
| 05/15/2020 | Expense | | | -81.54 |
| 05/18/2020 | Check | 102 | | -180.00 |
| 05/18/2020 | Expense | | | -6.61 |
| 05/19/2020 | Expense | | | -325.00 |
| 05/21/2020 | Expense | | | -123.03 |
| 05/26/2020 | Check | 103 | | -491.10 |
| 05/26/2020 | Expense | | | -30.00 |
| 05/26/2020 | Expense | | | -123.14 |
| 05/26/2020 | Expense | | | -31.41 |
| 05/26/2020 | Check | 105 | | -613.15 |
| 05/26/2020 | Expense | | | -3.00 |

12/29/2020

| | |
|---|---:|
| Total | -8,467.02 |

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 05/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---:|
| Statement beginning balance | 24,718.55 |
| Checks and payments cleared (68) | -16,277.13 |
| Deposits and other credits cleared (3) | 7,452.29 |
| Statement ending balance | 15,893.71 |
| | |
| Register balance as of 05/21/2020 | 15,893.71 |
| Cleared transactions after 05/21/2020 | 0.00 |
| Uncleared transactions after 05/21/2020 | -10,538.45 |
| Register balance as of 12/29/2020 | 5,355.26 |

### Details

Checks and payments cleared (68)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/22/2020 | Expense | | | -10.69 |
| 04/22/2020 | Expense | | | -859.76 |
| 04/23/2020 | Expense | | | -5.34 |
| 04/23/2020 | Expense | | | -21.39 |
| 04/24/2020 | Expense | | | -200.00 |
| 04/25/2020 | Expense | | | -88.00 |
| 04/25/2020 | Expense | | | -100.00 |
| 04/25/2020 | Expense | | | -27.12 |
| 04/25/2020 | Expense | | | -49.99 |
| 04/25/2020 | Expense | | | -133.79 |
| 04/27/2020 | Expense | | | -19.24 |
| 04/27/2020 | Expense | | | -151.00 |
| 04/27/2020 | Expense | | | -64.50 |
| 04/28/2020 | Expense | | | -181.40 |
| 04/29/2020 | Expense | | | -6.40 |
| 04/29/2020 | Expense | | | -5.00 |
| 04/30/2020 | Transfer | | | -350.00 |
| 04/30/2020 | Expense | | | -15.00 |
| 04/30/2020 | Expense | | | -100.00 |
| 05/01/2020 | Expense | | | -2,500.60 |
| 05/01/2020 | Expense | | | -84.53 |
| 05/02/2020 | Expense | | | -36.06 |
| 05/02/2020 | Expense | | | -59.99 |
| 05/02/2020 | Expense | | | -92.37 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/04/2020 | Expense | | | -118.80 |
| 05/04/2020 | Expense | | | -26.38 |
| 05/04/2020 | Expense | | | -9.99 |
| 05/04/2020 | Expense | | | -3.20 |
| 05/04/2020 | Expense | | | -10.68 |
| 05/04/2020 | Expense | | | -29.67 |
| 05/04/2020 | Expense | | | -40.96 |
| 05/04/2020 | Expense | | | -120.00 |
| 05/04/2020 | Expense | | | -100.00 |
| 05/04/2020 | Expense | | | -198.21 |
| 05/05/2020 | Expense | | | -5.70 |
| 05/05/2020 | Expense | | | -23.29 |
| 05/05/2020 | Expense | | | -5.00 |
| 05/05/2020 | Expense | | | -105.29 |
| 05/06/2020 | Expense | | | -30.61 |
| 05/06/2020 | Expense | | | -43.40 |
| 05/06/2020 | Expense | | | -3,000.00 |
| 05/07/2020 | Expense | | | -30.61 |
| 05/07/2020 | Expense | | | -34.61 |
| 05/07/2020 | Expense | | | -28.28 |
| 05/08/2020 | Expense | | | -107.74 |
| 05/10/2020 | Expense | | | -19.90 |
| 05/11/2020 | Expense | | | -8.54 |
| 05/11/2020 | Expense | | | -149.50 |
| 05/12/2020 | Transfer | | | -250.00 |
| 05/12/2020 | Expense | | | -20.24 |
| 05/12/2020 | Expense | | | -75.00 |
| 05/13/2020 | Expense | | | -38.00 |
| 05/13/2020 | Expense | | | -32.90 |
| 05/13/2020 | Expense | | | -26.48 |
| 05/13/2020 | Expense | | | -19.07 |
| 05/14/2020 | Expense | | | -0.99 |
| 05/15/2020 | Transfer | | | -500.00 |
| 05/17/2020 | Expense | | | -200.00 |
| 05/17/2020 | Expense | | | -120.00 |
| 05/18/2020 | Expense | | | -1.00 |
| 05/19/2020 | Transfer | | | -250.00 |
| 05/19/2020 | Expense | | | -75.00 |
| 05/19/2020 | Expense | | | -35.26 |
| 05/19/2020 | Expense | | | -10.69 |
| 05/20/2020 | Expense | | | -119.89 |
| 05/20/2020 | Check | 2447 | | -5,000.00 |
| 05/21/2020 | Expense | | | -74.19 |
| 05/21/2020 | Expense | | | -15.89 |

Total                -16,277.13

12/29/2020

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/30/2020 | Deposit | | | 3,772.62 |
| 05/15/2020 | Deposit | | | 3,678.80 |
| 05/21/2020 | Deposit | | | 0.87 |
| Total | | | | 7,452.29 |

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 05/16/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

## Summary                                                                                                    USD

Statement beginning balance............................................................................................................605.59
Checks and payments cleared (14).............................................................................................-1,030.66
Deposits and other credits cleared (3)..........................................................................................600.01
Statement ending balance............................................................................................................174.94

Register balance as of 05/16/2020.............................................................................................174.94
Cleared transactions after 05/16/2020..........................................................................................0.00
Uncleared transactions after 05/16/2020....................................................................................-55.06
Register balance as of 12/29/2020.............................................................................................119.88

## Details

Checks and payments cleared (14)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/20/2020 | Expense | | | -38.68 |
| 04/20/2020 | Expense | | | -240.16 |
| 04/23/2020 | Expense | | | -124.81 |
| 04/26/2020 | Expense | | | -30.00 |
| 04/29/2020 | Expense | | | -13.98 |
| 04/29/2020 | Expense | | | -17.62 |
| 04/30/2020 | Expense | | | -45.41 |
| 04/30/2020 | Expense | | | -31.77 |
| 05/04/2020 | Expense | | | -117.26 |
| 05/06/2020 | Expense | | | -21.01 |
| 05/06/2020 | Expense | | | -107.82 |
| 05/09/2020 | Expense | | | -69.46 |
| 05/12/2020 | Expense | | | -90.58 |
| 05/15/2020 | Expense | | | -82.10 |
| Total | | | | -1,030.66 |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/30/2020 | Transfer | | | 350.00 |
| 05/12/2020 | Transfer | | | 250.00 |
| 05/16/2020 | Deposit | | | 0.01 |
| Total | | | | 600.01 |

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 05/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 728.05 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (2) | 500.35 |
| Statement ending balance | 1,228.40 |
| Register balance as of 05/21/2020 | 1,228.40 |
| Cleared transactions after 05/21/2020 | 0.00 |
| Uncleared transactions after 05/21/2020 | 1,777.86 |
| Register balance as of 12/29/2020 | 3,006.26 |

**Details**

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/15/2020 | Transfer | | | 500.00 |
| 05/21/2020 | Journal | 2 | | 0.35 |
| Total | | | | 500.35 |