**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Lois Joyce Evans,                    :                    Case No.: 20-20387-CMB
                                             :
                                             :                    Reporting Period:   June, 2020
                                             :
                                             :                    Chapter 11

### MONTHLY OPERATING REPORT

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: June 2020

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | √ | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | √ | |
| Bank Reconciliation | | √ | |
| Copies of bank statements | | √ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | √ | |
| Debtor Questionnaire | MOR-5 | √ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are
true and correct to the best of my knowledge and belief.

_____        01-04-2021
**Signature of Debtor**                        **Date**


_____        _____
**Signature of Joint Debtor**                  **Date**


_____        1/4/2021
**Signature of Preparer**                      **Date**

PETER E. FLEMING , CPA
**Printed Name of Preparer**

**FORM MOR (INDV)**
**(10/00)**

Unaudited, for Management
Purposes Only

Evans, Lois Joyce

**Case No.: 20-20387-CMB**

**Reporting Period:** June 2020

### INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

**Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.**
**A bank reconciliation must be attached for each account .**

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 20,600.41 | |
| **RECEIPTS** | | |
| Wages (Net) | 7,010.39 | 74,361.73 |
| Interest and Dividend Income | 1.19 | 3.58 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 7,000.00 | 17,200.00 |
| **Total Receipts** | 14,011.58 | 91,565.31 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 16,000.00 | 21,000.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 288.19 | 9,233.71 |
| Insurance | 151.00 | 1,246.10 |
| Auto Expense | 48.10 | 91.10 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 90.00 | 5,180.00 |
| Household Expenses | 1,343.18 | 6,122.89 |
| Charitable Contributions | , | |
| Alimony and Child Support Payments | , | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 273.78 | 1,227.27 |
| Gifts | | |
| Other (attach schedule) | 2,843.11 | 35,918.65 |
| **Total Ordinary Disbursements** | 21,037.36 | 80,019.72 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 123.03 |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | 21,037.36 | 80,142.75 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (7,025.78) | 11,422.56 |
| **Cash - End of Month (Must equal reconciled bank** | 13,574.63 | |

**FORM MOR-1 (INDV)**

Unaudited, for Management
Purposes Only

**(9/99)**

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: June 2020

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | 7,000.00 | 7,000.00 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Detail Included in General Ledger | 2,843.11 | 35,918.65 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FORM MOR-1 (INDV) (CON'T)**

Unaudited, for Management Purposes Only

**(9/99)**

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: June 2020

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FI CA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____
_____
_____

Unaudited, for Management Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)

**FORM MOR-4**
**(9/99)**

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: June 2020

## ACCOUINTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | ✓ |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | ✓ |

Unaudited, for Management
Purposes Only

**FORM MOR-5**
(9/99)

Unaudited, for Management
Purposes Only


# Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US002  BR934

LOI S JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA   15015-1239

Checking Account
Statement

 1 OF 2

Beginning May 27, 2020
through June 23, 2020

---

## Checking

### SUMMARY

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | 3,529.98 | |
| Checks | .00 | - |
| Withdrawals & Debits | 5,692.09 | - |
| Deposits & Credits | 7,000.00 | + |
| Current Balance | 4,837.89 | = |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
   You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account acivity.

Your next statement period will end on July 23, 2020.

| | Previous Balance |
|---|---|
| TRANSACTION DETAILS | 3,529.98 |

**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 05/29 | 30.00 | 1509 Dbt Purchase - 408587 Pti - Warrendale 724-719-23 26 PA |
| 06/01 | 30.00 | 1509 Dbt Purchase - 436189 Pti - Warrendale Warrendale PA |
| 06/01 | 1.62 | 1509 POS Debit - 302449 CVS/Pharmacy # Wexford PA |
| 06/01 | 41.93 | 1509 POS Debit - 302449 CVS/Pharmacy # Wexford PA |
| 06/01 | 69.26 | 1509 POS Debit - 999999 Market District 15wexford PA |
| 06/02 | 30.00 | 1509 Dbt Purchase - 437222 Pti - Warrendale Warrendale PA |
| 06/03 | 2.56 | 1509 Dbt Purchase - 000000 Taco Bell 05656 Pittsburgh PA |
| 06/04 | 5.65 | 1509 Dbt Purchase - 1 Mcdonald's F6141 Mars PA |
| 06/08 | 30.00 | 1509 Dbt Purchase - 455732 Pti - Warrendale Warrendale PA |
| 06/10 | 5.24 | 1509 Dbt Purchase - 1 Mcdonald's F714 Wexford PA |
| 06/12 | 48.10 | 1509 Dbt Purchase - 001 Sheetz 0487 0000uniontown PA |
| 06/15 | 26.95 | 1509 Dbt Purchase - 1 Mcdonald's F6822 Bridgevill E PA |
| 06/15 | 8.72 | 1509 POS Debit - 430231 Get Go #3043 Wexford PA |
| 06/15 | 11.98 | 1509 POS Debit - 423448 Sunoco 0363403 Monroevill E PA |
| 06/17 | 5.00 | 1509 Dbt Purchase - 230006 Walgreens #11812 Cranberry Towpa |
| 06/17 | 4.38 | 1509 Dbt Purchase - 1 Mcdonald's F6141 Mars PA |
| 06/19 | 100.00 | 1509 Dbt Purchase - 000007 Apple Cash 877-233-85 52 CA |
| 06/19 | 5.24 | 1509 Dbt Purchase - 1 Mcdonald's F714 Wexford PA |
| 06/22 | 54.21 | 1509 Dbt Purchase - 356969 Cencis Pizzeria An724-940550 0 PA |
| 06/22 | 146.27 | 1509 POS Debit - 450391 Giant-Eagle #0 Pittsburgh PA |
| 06/22 | 31.98 | 1509 POS Debit - 305790 CVS/Pharmacy # Glen Allen VA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 06/05 | 5,000.00 | Pnc Mortgage 2 Mortgage |
| 06/23 | 3.00 | Service Charge |
| | | Statement Delivery |

Member FDIC   Equal Housing Lender

 **Citizens Bank**

Checking Account
Statement

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

 **2** OF  2

Beginning May 27, 2020
through June 23, 2020

*Checking continued from previous page*

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

⊖ Total Withdrawals & Debits

5,692.09

## Deposits & Credits

| Date | Amount | Description |
|------|--------|-------------|
| 06/02 | 7,000.00 | Deposit |

⊕ Total Deposits & Credits

7,000.00

⊜ Current Balance

4,837.89

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/29 | 3,499.98 | 06/05 | 5,318.96 | 06/17 | 5,178.59 |
| 06/01 | 3,357.17 | 06/08 | 5,288.96 | 06/19 | 5,073.35 |
| 06/02 | 10,327.17 | 06/10 | 5,283.72 | 06/22 | 4,840.89 |
| 06/03 | 10,324.61 | 06/12 | 5,235.62 | 06/23 | 4,837.89 |
| 06/04 | 10,318.96 | 06/15 | 5,187.97 | | |

## MEMO

--Effective August 1, 2020, One Deposit Checking from Citizens Bank(R) will no longer waive
the monthly maintenance fee when any account signer is under 18 or 65 or older based on
the date of birth on file. This waiver went into effect March 29, 2020.

## NEWS FROM CITIZENS

--Online and mobile banking make it easy to bank from anywhere, even your couch. Enroll in
Online Banking at citizensbank.com - after that, it's easy to set up our mobile app*. Use
either online banking or the app to send money to friends and family via Zelle(R)1, view
your balances and transactions, transfer funds between accounts or pay bills. You can
also deposit checks remotely within the mobile app. We're made ready together.
*Wireless carrier charges may apply.
1 Must have a bank account in the U.S. to use Zelle. Zelle and the Zelle related marks
are wholly owned by Early Warning Services, LLC and are used herein under license.
Don't use Zelle to send money to people you don't know.
--Saving can be easier than you think! With small changes in your spending, your savings
can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense)
could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch
a few times a week and set up an automatic transfer to your savings for the amount you
saved and watch your savings add up! For more information visit a branch or call
888-821-3900. Member FDIC.

Member FDIC ⌂ Equal Housing Lender



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:      05/22/20 THRU 06/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| VERYTHING CK | 15,893.71 | 7,684.09 | 7,972.53 | 16,182.15 | 15,266.05 | 0.05% | 0.65 |
| VERYTHING SV | 1,228.40 | 0.00 | 500.54 | 1,728.94 | 1,341.30 | 0.48% | 0.54 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2448 | 80.00 |  |  |  |  |  |  |

## EVERYTHING CHECKING ACTIVITY

| DATE |  | TRANSACTION DESCRIPTION |  | AMOUNT | DATE |  | TRANSACTION DESCRIPTION |  | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 05/22 | POS MC | PAYPAL *TIFFANYC | CA | 551.00 | 06/03 | ECK | MACYS CITIAUTFDR AUTO PYMT |  | 100.00 |
| 05/22 | POS MC | APPLE.COM/BILL 866-712-7753 | CA | 19.23 | 06/04 | POS MC | APPLE.COM/BILL 866-712-7753 | CA | 9.99 |
| 05/22 | POS MC | APPLE.COM/BILL 866-712-7753 | CA | 21.39 | 06/04 | POS MC | APPLE.COM/BILL 866-712-7753 | CA | 16.01 |
| 05/25 | POS MC | APPLE.COM/BILL 866-712-7753 | CA | 3.58 | 06/05 | POS MC | CHICK-FIL-A #038 WEXFORD | PA | 5.44 |
| 05/26 | POS MC | APPLE.COM/US 800-676-2775 | CA | 840.30 | 06/07 | ONL | TRANSFER DOLLAR BANK INTERNET TO : | | 350.00 |
| 05/26 | POS MC | APPLE.COM/BILL 866-712-7753 | CA | 21.37 | 06/08 | POS MC | VENMO | NY | 48.00 |
| 05/26 | POS MC | APPLE.COM/BILL 1111111111 | CA | 3.58 | 06/08 | POS PIN | MARKET DI 155 To Wexford | PA | 53.77 |
| 05/26 | POS MC | APPLE.COM/BILL 866-712-7753 | CA | 3.58 | 06/09 | POS MC | LINS ORIENTAL EX WEXFORD | PA | 35.32 |
| 05/26 | POS MC | IPHONE CITIZENSO BRIDGEPORT | CT | 64.50 | 06/09 | POS MC | CVS/PHARMACY #02 800-746-7287 | PA | 27.69 |
| 05/26 | DIR | NEW YORK LIFE INS. PREM. |  | 151.00 | 06/09 | POS MC | AMZN Mktp US*MY1 Amzn.com/bill | WA | 21.52 |
| 05/27 | POS MC | APPLE.COM/US 800-676-2775 | CA | 903.48 | 06/09 | ECK | ARMSTRONG UTIL 8772775711 |  | 149.50 |
| 05/27 | POS MC | VENMO 8558124430 | NY | 950.00 | 06/11 | ADJ MC | APPLE.COM/US 800-676-2775 | CA | 420.15+ |
| 05/29 | DIR | CAPGEMINI REG.SALARY |  | 3,622.79+ | 06/11 | ADJ MC | APPLE.COM/US 800-676-2775 | CA | 420.15+ |
| 05/30 | POS PIN | CVS/PHARM 02449- Wexford | PA | 56.48 | 06/11 | POS MC | APPLE.COM/BILL 866-712-7753 | CA | 10.67 |
| 05/30 | ONL | TRANSFER DOLLAR BANK INTERNET TO |  | 150.00 | 06/11 | POS MC | CASH APP* 4153753176 | CA | 50.00 |
| 06/01 | ECK | AMEX EPAYMENT ACH PMT |  | 600.74 | 06/11 | ADJ MC | APPLE.COM/BILL 866-712-7753 | CA | 3.58+ |
| 06/03 | POS MC | CASH APP* 4153753176 | CA | 275.00 | 06/15 | DIR | CAPGEMINI REG.SALARY |  | 3,505.21+ |



PAGE    2

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|----|------|--------|------|----|------|--------|
| 06/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 | 06/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 13.89 |
| 06/15 | POS PIN | WALGREENS STORE WEXFORD    PA | 18.32 | 06/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.69 |
| 06/15 | POS MC | APPLE.COM/BILL 1111111111    CA | 0.99 | 06/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 32.04 |
| 06/16 | POS MC | UBER   TRIP 8005928996    CA | 13.67 | 06/19 | POS MC | AMZN Mktp US*MS8 Amzn.com/bill    WA | 15.36 |
| 06/16 | CHK | 2448  SEQ# 11018089 | 80.00 | 06/20 | POS PIN | MCDONALD'S F714 WEXFORD    PA | 5.35 |
| 06/19 | POS MC | CASH APP*DWAYNE 4153753176    CA | 300.00 | 06/20 | POS PIN | WAL SAM'S Club PITTSBURGH    PA | 249.77 |
| 06/18 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 | 06/21 | POS MC | APPLE.COM/US 800-676-2775    CA | 297.46 |
| 06/19 | POS MC | DUNKIN #343581 Q WEXFORD    PA | 3.41 | 06/21 | INT | INTEREST CREDIT | 0.65+ |
| 06/19 | ATM | DB - PINE TOWNSHIP | 150.00 | | | | |

### EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|----|------|--------|------|----|------|--------|
| 06/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 500.00+ | 06/21 | INT | INTEREST CREDIT | 0.54+ |

2020 TAX INFORMATION:

| | | | | | |
|---|---|---|---|---|---|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 2.13+ | INTEREST WITHHELD YEAR-TO-DATE | | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 1.74+ | INTEREST WITHHELD YEAR-TO-DATE | | 0.00 |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | 36.00 |

### ACCOUNT BALANCES MAINTAINED DURING MAY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $12,360.70 | $18,522.25 | $728.05 | $1,002.35 | $19,524.60 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



PAGE    3

BANKING CARD ACTIVITY FOR MAY

THERE ARE NO CHARGES FOR BANKING CARD USE IN MAY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 6 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 44 | .00 | | |
| THE TOTAL CHARGE: | 50 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR MAY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REPAIRS? REFINANCE? IMPROVEMENTS? WEDDING?
GET LOW RATES DURING OUR HOME EQUITY LOAN SALE!
CALL 1-800-242-BANK TO TALK TO A LOAN EXPERT
OR VISIT DOLLAR.BANK/LOANSALE FOR DETAILS.



# Dollar Bank.
### Since 1855

L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:        05/17/20 THRU 06/16/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 174.94 | 1,002.58 | 600.00 | 227.64- | 130.11 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05/19 | POS | COSTCO WHSE #03 | 137.82 | 06/10 | POS | WENDYS 574 | 19.11 |
| | PIN | CRANBERRY TPK    PA | | | PIN | WEXFORD        PA | |
| 05/19 | ONL | TRANSFER DOLLAR BANK INTERNET | 250.00+ | 06/11 | POS | MARKET DI 155 To | 75.77 |
| | | FROM | | | PIN | Wexford        PA | |
| 05/22 | POS | FRESH THYME #453 | 25.65 | 06/11 | POS | 7-ELEVEN 36144 | 37.88 |
| | MC | CRANBERRY        PA | | | PIN | WARRENDALE     PA | |
| 05/25 | POS | MARKET DI 155 To | 58.87 | 06/12 | POS | NST THE HOME DEP | 9.84 |
| | PIN | Wexford        PA | | | PIN | PITTSBURGH     PA | |
| 05/25 | POS | GET GO #3 140 To | 29.00 | 06/12 | POS | STEIN MART 316 | 52.68 |
| | PIN | Wexford        PA | | | PIN | Pittsburgh     PA | |
| 05/30 | POS | COSTCO WHSE #03 | 78.58 | 06/12 | FEE | POS OVERDRAFT FEE | 36.00 |
| | PIN | CRANBERRY TPK    PA | | 06/12 | POS | ROSS STORES #141 | 28.47 |
| 06/01 | POS | MARKET DI 155 To | 92.64 | | MC | PITTSBURGH     PA | |
| | PIN | Wexford        PA | | 06/15 | POS | MARKET DI 155 To | 48.25 |
| 06/06 | POS | LOWES #03051* | 26.30 | | PIN | Wexford        PA | |
| | MC | PITTSBURGH      PA | | 06/15 | FEE | POS OVERDRAFT FEE | 36.00 |
| 06/06 | FEE | POS OVERDRAFT FEE | 36.00 | 06/16 | POS | COSTCO WHSE #03 | 45.04 |
| 06/07 | ONL | TRANSFER DOLLAR BANK INTERNET | 350.00+ | | PIN | CRANBERRY TPK    PA | |
| | | FROM | | 06/16 | FEE | POS OVERDRAFT FEE | 36.00 |
| 06/08 | POS | NST THE HOME DEP | 52.61 | | | | |
| | PIN | CRANBERRY TWP    PA | | | | | |
| 06/09 | POS | LOWE'S #653 | 40.07 | | | | |
| | PIN | CRANBERRY TWN    PA | | | | | |

## NO SAVINGS ACTIVITY

2020 TAX INFORMATION:
EVERYTHING CK:    INTEREST CREDITED YEAR-TO-DATE        0.01+    INTEREST WITHHELD YEAR-TO-DATE        0.00



REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 144.00 | 603.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00 | 99.00 |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES | 144.00 | 504.00 |

ACCOUNT BALANCES MAINTAINED DURING MAY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $95.02 | $219.35 | $0.00 | $0.00 | $219.35 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR MAY

THERE ARE NO CHARGES FOR BANKING CARD USE IN MAY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 10 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 1 | .00 |  |  |
| THE TOTAL CHARGE: | 11 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR MAY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REPAIRS? REFINANCE? IMPROVEMENTS? WEDDING?
GET LOW RATES DURING OUR HOME EQUITY LOAN SALE!
CALL 1-800-242-BANK TO TALK TO A LOAN EXPERT
OR VISIT DOLLAR.BANK/LOANSALE FOR DETAILS.

12/29/2020

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 06/16/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 174.94 |
| Checks and payments cleared (21) | -1,002.58 |
| Deposits and other credits cleared (2) | 600.00 |
| Statement ending balance | -227.64 |
| | |
| Register balance as of 06/16/2020 | -227.64 |
| Cleared transactions after 06/16/2020 | 0.00 |
| Uncleared transactions after 06/16/2020 | 347.52 |
| Register balance as of 12/29/2020 | 119.88 |

**Details**

Checks and payments cleared (21)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/19/2020 | Expense | | | -137.82 |
| 05/22/2020 | Expense | | | -25.65 |
| 05/25/2020 | Expense | | | -29.00 |
| 05/25/2020 | Expense | | | -58.87 |
| 05/30/2020 | Expense | | | -78.58 |
| 06/01/2020 | Expense | | | -92.64 |
| 06/06/2020 | Expense | | | -36.00 |
| 06/06/2020 | Expense | | | -26.30 |
| 06/08/2020 | Expense | | | -52.61 |
| 06/09/2020 | Expense | | | -40.07 |
| 06/10/2020 | Expense | | | -19.11 |
| 06/11/2020 | Expense | | | -75.77 |
| 06/11/2020 | Expense | | | -37.88 |
| 06/12/2020 | Expense | | | -36.00 |
| 06/12/2020 | Expense | | | -28.47 |
| 06/12/2020 | Expense | | | -52.68 |
| 06/12/2020 | Expense | | | -9.84 |
| 06/15/2020 | Expense | | | -36.00 |
| 06/15/2020 | Expense | | | -48.25 |
| 06/16/2020 | Expense | | | -36.00 |
| 06/16/2020 | Expense | | | -45.04 |

| Total | | | | -1,002.58 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/19/2020 | Transfer | | | 250.00 |
| 06/07/2020 | Transfer | | | 350.00 |

| Total | | | | 600.00 |

12/29/2020

Lois Joyce Evans

**Checking, Period Ending 06/23/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                      USD

Statement beginning balance......................................................................................................................3,529.98
Checks and payments cleared (23)........................................................................................................-5,692.09
Deposits and other credits cleared (1)..................................................................................................7,000.00
Statement ending balance.......................................................................................................................4,837.89

Register balance as of 06/23/2020.........................................................................................................4,837.89
Cleared transactions after 06/23/2020...................................................................................................0.00
Uncleared transactions after 06/23/2020.............................................................................................-4,086.01
Register balance as of 12/29/2020..........................................................................................................751.88

**Details**

Checks and payments cleared (23)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/29/2020 | Expense | | | -30.00 |
| 06/01/2020 | Expense | | | -41.93 |
| 06/01/2020 | Expense | | | -1.62 |
| 06/01/2020 | Expense | | | -69.26 |
| 06/01/2020 | Expense | | | -30.00 |
| 06/02/2020 | Expense | | | -30.00 |
| 06/03/2020 | Expense | | | -2.56 |
| 06/04/2020 | Expense | | | -5.65 |
| 06/05/2020 | Expense | | | -5,000.00 |
| 06/08/2020 | Expense | | | -30.00 |
| 06/10/2020 | Expense | | | -5.24 |
| 06/12/2020 | Expense | | | -48.10 |
| 06/15/2020 | Expense | | | -11.98 |
| 06/15/2020 | Expense | | | -8.72 |
| 06/15/2020 | Expense | | | -26.95 |
| 06/17/2020 | Expense | | | -4.38 |
| 06/17/2020 | Expense | | | -5.00 |
| 06/19/2020 | Expense | | | -5.24 |
| 06/19/2020 | Expense | | | -100.00 |
| 06/22/2020 | Expense | | | -54.21 |
| 06/22/2020 | Expense | | | -146.27 |
| 06/22/2020 | Expense | | | -31.98 |
| 06/23/2020 | Expense | | | -3.00 |

12/29/2020

Total                                                                                                    -5,692.09

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/02/2020 | Deposit | | | 7,000.00 |
| Total | | | | 7,000.00 |

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 06/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                                USD

Statement beginning balance ........................................................................................................................................................ 15,893.71
Checks and payments cleared (45) ............................................................................................................................................... -7,684.09
Deposits and other credits cleared (6) ........................................................................................................................................... 7,972.53
Statement ending balance .............................................................................................................................................................. 16,182.15

Register balance as of 06/21/2020 .................................................................................................................................................. 16,182.15
Cleared transactions after 06/21/2020 .............................................................................................................................................. 0.00
Uncleared transactions after 06/21/2020 ........................................................................................................................................ -10,826.89
Register balance as of 12/29/2020 .................................................................................................................................................... 5,355.26

**Details**

Checks and payments cleared (45)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/22/2020 | Expense | | | -19.23 |
| 05/22/2020 | Expense | | | -551.00 |
| 05/22/2020 | Expense | | | -21.39 |
| 05/25/2020 | Expense | | | -3.58 |
| 05/26/2020 | Expense | | | -840.30 |
| 05/26/2020 | Expense | | | -151.00 |
| 05/26/2020 | Expense | | | -3.58 |
| 05/26/2020 | Expense | | | -21.37 |
| 05/26/2020 | Expense | | | -64.50 |
| 05/26/2020 | Expense | | | -3.58 |
| 05/27/2020 | Expense | | | -950.00 |
| 05/27/2020 | Expense | | | -903.48 |
| 05/30/2020 | Expense | | | -56.48 |
| 05/30/2020 | Expense | | | -150.00 |
| 06/01/2020 | Expense | | | -600.74 |
| 06/03/2020 | Expense | | | -100.00 |
| 06/03/2020 | Expense | | | -275.00 |
| 06/04/2020 | Expense | | | -9.99 |
| 06/04/2020 | Expense | | | -16.01 |
| 06/05/2020 | Expense | | | -5.44 |
| 06/07/2020 | Transfer | | | -350.00 |
| 06/08/2020 | Expense | | | -53.77 |
| 06/08/2020 | Expense | | | -48.00 |
| 06/09/2020 | Expense | | | -21.52 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/09/2020 | Expense | | | -35.32 |
| 06/09/2020 | Expense | | | -149.50 |
| 06/09/2020 | Expense | | | -27.69 |
| 06/11/2020 | Expense | | | -10.67 |
| 06/11/2020 | Expense | | | -50.00 |
| 06/15/2020 | Transfer | | | -500.00 |
| 06/15/2020 | Expense | | | -18.32 |
| 06/15/2020 | Expense | | | -0.99 |
| 06/16/2020 | Check | 2448 | | -80.00 |
| 06/16/2020 | Expense | | | -13.67 |
| 06/18/2020 | Expense | | | -300.00 |
| 06/18/2020 | Transfer | | | -500.00 |
| 06/19/2020 | Expense | | | -3.41 |
| 06/19/2020 | Expense | | | -150.00 |
| 06/19/2020 | Expense | | | -32.04 |
| 06/19/2020 | Expense | | | -10.69 |
| 06/19/2020 | Expense | | | -15.36 |
| 06/19/2020 | Expense | | | -13.89 |
| 06/20/2020 | Expense | | | -249.77 |
| 06/20/2020 | Expense | | | -5.35 |
| 06/21/2020 | Expense | | | -297.46 |

Total                                                                                      -7,684.09

Deposits and other credits cleared (6)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/29/2020 | Deposit | | | 3,622.79 |
| 06/11/2020 | Deposit | | | 420.15 |
| 06/11/2020 | Deposit | | | 420.15 |
| 06/11/2020 | Deposit | | | 3.58 |
| 06/15/2020 | Deposit | | | 3,505.21 |
| 06/21/2020 | Deposit | | | 0.65 |

Total                                                                                       7,972.53

12/29/2020

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 06/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,228.40 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (2) | 500.54 |
| Statement ending balance | 1,728.94 |
| | |
| Register balance as of 06/21/2020 | 1,728.94 |
| Cleared transactions after 06/21/2020 | 0.00 |
| Uncleared transactions after 06/21/2020 | 1,277.32 |
| Register balance as of 12/29/2020 | 3,006.26 |

**Details**

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/15/2020 | Transfer | | | 500.00 |
| 06/21/2020 | Journal | 3 | | 0.54 |
| Total | | | | 500.54 |

1/1