UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Lois Joyce Evans, | : | Case No.: 20-20387-CMB |
| | : | |
| | : | Reporting Period:  July, 2020 |
| | : | |
| | : | Chapter 11 |

## MONTHLY OPERATING REPORT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: July 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | ✓ | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | ✓ | |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          01-04-2021
Signature of Debtor                  Date

_____          _____
Signature of Joint Debtor            Date

_____          1/4/2021
Signature of Preparer                Date

PETER E. FLEMING, CPA
Printed Name of Preparer

FORM MOR (INDV)
(10/00)
Unaudited, for Management
Purposes Only

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: July 2020

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 13,574.63 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 7,010.38 | 81,372.11 |
| Interest and Dividend Income | 0.81 | 4.39 |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) | 1,400.00 | 18,600.00 |
| **Total Receipts** | 8,411.19 | 99,976.50 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  | 21,000.00 |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  |  |
| Utilities | 579.10 | 9,812.81 |
| Insurance | 151.00 | 1,397.10 |
| Auto Expense | 527.22 | 618.32 |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses | 35.00 | 5,215.00 |
| Household Expenses | 1,371.17 | 7,494.06 |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment | 314.80 | 1,542.07 |
| Gifts |  |  |
| Other (attach schedule) | 4,520.31 | 40,438.96 |
| **Total Ordinary Disbursements** | 7,498.60 | 87,518.32 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  | 123.03 |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| **Total Reorganization Items** |  |  |
| **Total Disbursements (Ordinary + Reorganization)** | 7,498.60 | 87,641.35 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 912.59 | 12,335.15 |
| **Cash - End of Month (Must equal reconciled bank** | 14,487.22 |  |

FORM MOR-1 (INDV)

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce  Case No.: 20-20387-CMB

Reporting Period: July 2020

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | 1,400.00 | 8,400.00 |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| Detail Included in General Ledger | 4,520.31 | 40,438.96 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce                                                  Case No.: 20-20387-CMB

Reporting Period: July 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____
_____

Unaudited, for Management
Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)

**Evans, Lois Joyce**

FORM MOR-4
(9/99)

Case No.: 20-20387-CMB

Reporting Period: _July 2020_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | ✓ |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | ✓ |

Unaudited, for Management Purposes Only

**FORM MOR-5**
**(9/99)**

Unaudited, for
Management Purposes
Only

**Citizens Bank**

**Checking Account Statement**

1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 OF 2

Beginning June 24, 2020 through July 23, 2020

US002 BR934

LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA   15015-1239

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---:|
| Previous Balance | 4,837.89 |
| Checks | .00 - |
| Withdrawals & Debits | 499.16 - |
| Deposits & Credits | 1,400.00 + |
| **Current Balance** | **5,738.73 =** |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
   You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account acivity.

Your next statement period will end on August 25, 2020.

Previous Balance

4,837.89

### TRANSACTION DETAILS

**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---:|---|
| 06/24 | 17.19 | 1509 Dbt Purchase - 1 Mcdonald's F20464 Glen Allen VA |
| 06/26 | 4.66 | 1509 Dbt Purchase - 1 Mcdonald's F16260 Littlestow N PA |
| 06/26 | 199.00 | 1509 POS Debit - 216378 Sp * Tamaramellon.866 NY |
| 06/29 | 7.04 | 1509 Dbt Purchase - 1 Mcdonald's F6141 Mars PA |
| 06/29 | 18.16 | 1509 POS Debit - 302449 CVS/Pharmacy # Wexford PA |
| 06/30 | 34.38 | 1509 POS Debit - 430008 Market Distric Wexford PA |
| 07/01 | 4.96 | 1509 Dbt Purchase - 357000 Dunkin #357081 Pittsburgh PA |
| 07/03 | 24.84 | 1509 Dbt Purchase - 231005 Rite Aid Store - 4millsboro DE |
| 07/06 | 10.98 | 1509 POS Debit - 999999 Walgreens Store 20cranberry Towpa |
| 07/06 | 58.21 | 1509 POS Debit - 999999 Walgreens Store 20cranberry Towpa |
| 07/07 | 5.00 | 1509 Dbt Purchase - 291000 Rite Aid Store - 7wexford PA |
| 07/10 | 6.05 | 1509 Dbt Purchase - 1 Mcdonald's F714 Wexford PA |
| 07/10 | 39.17 | 1509 Dbt Purchase - 468389 Ichiban Steakhouse412-78 0 PA |
| 07/14 | 5.00 | 1509 Dbt Purchase - 271009 Medical Center Garpittsburgh PA |
| 07/17 | 47.86 | 1509 POS Debit - 999999 Get Go #3043 140 Twexford PA |
| 07/20 | 4.39 | 1509 Dbt Purchase - 1 Mcdonald's F7560 Pittsburgh PA |
| 07/22 | 5.00 | 1509 POS Debit - 215971 Www.CVS.Com 888-607-42 87 IN |
| 07/23 | 4.27 | 1509 Dbt Purchase - 343500 Dunkin #343581 Q35wexford PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---:|---|
| 07/23 | 3.00 | Service Charge Statement Delivery |

Total Withdrawals & Debits

499.16

Member FDIC   Equal Housing Lender

 Checking Account Statement

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 OF 2

Beginning June 24, 2020 through July 23, 2020

*Checking continued from previous page*

### Deposits & Credits

| Date | Amount | Description |
|------|--------|-------------|
| 07/09 | 1,400.00 | Deposit |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

**Total Deposits & Credits**
1,400.00

**Current Balance**
5,738.73

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06/24 | 4,820.70 | 07/03 | 4,527.66 | 07/14 | 5,803.25 |
| 06/26 | 4,617.04 | 07/06 | 4,458.47 | 07/17 | 5,755.39 |
| 06/29 | 4,591.84 | 07/07 | 4,453.47 | 07/20 | 5,751.00 |
| 06/30 | 4,557.46 | 07/09 | 5,853.47 | 07/22 | 5,746.00 |
| 07/01 | 4,552.50 | 07/10 | 5,808.25 | 07/23 | 5,738.73 |

### NEWS FROM CITIZENS

--Online and mobile banking make it easy to bank from anywhere, even your couch. Enroll in Online Banking at citizensbank.com - after that, it's easy to set up our mobile app*. Use either online banking or the app to send money to friends and family via Zelle(R)1, view your balances and transactions, transfer funds between accounts or pay bills. You can also deposit checks remotely within the mobile app. We're made ready together.
*Wireless carrier charges may apply.
1 Must have a bank account in the U.S. to use Zelle. Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license. Don't use Zelle to send money to people you don't know.
--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.

Member FDIC    Equal Housing Lender



```
L JOYCE EVANS                              ACCOUNT NUMBER:
113 BURRY AVE                              STATEMENT DATE:        06/22/20 THRU 07/21/20
BRADFORDWOODS PA 15015-1239                PINE TOWNSHIP OFFICE
                                           11974 PERRY HIGHWAY

                                           (724) 933-6900
```

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 16,182.15 | 18,278.60 | 7,510.67 | 5,414.22 | 6,966.58 | 0.05% | 0.29 |
| EVERYTHING SV | 1,728.94 | 650.00 | 500.52 | 1,579.46 | 1,587.27 | 0.40% | 0.52 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2163 | 695.00 | 2164 | 1,500.00 | | | | |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 06/22 | POS MC | DUNKIN #357081 PITTSBURGH     PA | 8.50 | 07/03 | ECK | MACYS CITIAUTFDR AUTO PYMT | 100.00 |
| 06/22 | POS MC | CASH APP* 4153753176     CA | 250.00 | 07/04 | POS MC | APPLE.COM/BILL 866-712-7753     CA | 37.39 |
| 06/22 | POS MC | APPLE.COM/BILL 866-712-7753     CA | 13.89 | 07/04 | POS MC | APPLE.COM/BILL 866-712-7753     CA | 9.99 |
| 06/22 | POS MC | Amazon.com*MS96V Amzn.com/bill     WA | 26.31 | 07/07 | POS PIN | MCDONALD'S F714 WEXFORD     PA | 4.07 |
| 06/22 | POS MC | Amazon.com*MS2CF Amzn.com/bill     WA | 15.78 | 07/08 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 300.00 |
| 06/22 | POS MC | APPLE.COM/BILL 1111111111     CA | 23.52 | 07/08 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ |
| 06/23 | DIR | VIVINT  J203754038 VIVINT | 74.19 | 07/08 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 100.00 |
| 06/25 | CHK | 2163  SEQ# 18011791 | 695.00 | 07/09 | POS MC | CHICK-FIL-A #038 WEXFORD     PA | 15.25 |
| 06/26 | POS MC | APPLE.COM/BILL 866-712-7753     CA | 3.73 | 07/09 | CHK | 2164  SEQ# 11001337 | 1,500.00 |
| 06/26 | POS MC | APPLE.COM/BILL 866-712-7753     CA | 3.73 | 07/09 | ECK | ARMSTRONG UTIL 1222528268 8772775711 | 149.50 |
| 06/26 | WIR | WTH-WIRE DOMESTIC GEN-BRN | 11,000.00 | 07/10 | POS MC | VENMO 8558124430     NY | 200.00 |
| 06/26 | FEE | OUTGOING WIRE | 18.00 | | | | |
| 06/26 | DIR | NEW YORK LIFE INS. PREM. | 151.00 | 07/10 | POS MC | CASH APP* 4153753176     CA | 200.00 |
| 06/27 | POS MC | IPHONE CITIZENSO BRIDGEPORT     CT | 64.50 | 07/10 | ECK | AMEX EPAYMENT ACH PMT | 500.00 |
| 06/30 | DIR | CAPGEMINI REG.SALARY | 3,505.18+ | 07/11 | POS MC | DUNKIN #357081 PITTSBURGH     PA | 6.94 |
| 06/30 | POS MC | AMZN Mktp US*MS0 Amzn.com/bill     WA | 12.99 | 07/11 | POS MC | VENMO 8558124430     NY | 100.00 |
| 06/30 | DIR | AMEX EPAYMENT ACH PMT | 64.53 | 07/11 | POS MC | DAIRY QUEEN #179 CRANBERRY TOW     PA | 2.11 |
| 07/01 | POS MC | CASH APP* 4153753176     CA | 100.00 | 07/11 | POS MC | APPLE.COM/BILL 866-712-7753     CA | 10.67 |



PAGE    2

EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/11 | POS | COSTCO WHSE #03 | 257.24 | 07/16 | POS | WENDYS 540 | 4.79 |
| | PIN | CRANBERRY TPK    PA | | | PIN | PITTSBURGH    PA | |
| 07/11 | POS | SHEETZ 0152 | 21.56 | 07/17 | ONL | TRANSFER DOLLAR BANK INTERNET | 350.00 |
| | PIN | BEAVER FALLS    PA | | | | TO | |
| 07/12 | POS | RITE AID STORE - | 65.85 | 07/18 | POS | AMZN Mktp US*MV8 | 37.05 |
| | PIN | WEXFORD    PA | | | MC | Amzn.com/bill    WA | |
| 07/12 | POS | BP#9622747BP OI | 2.13 | 07/19 | POS | APPLE.COM/US | 37.77 |
| | PIN | WEXFORD    PA | | | MC | 800-676-2775    CA | |
| 07/13 | POS | SOERGEL ORCHARDS | 40.56 | 07/20 | POS | APPLE.COM/US | 262.20 |
| | MC | WEXFORD    PA | | | MC | 800-676-2775    CA | |
| 07/13 | POS | APPLE.COM/BILL | 5.33 | 07/20 | POS | SUMMERSALT, INC. | 110.21 |
| | MC | 866-712-7753    CA | | | MC | 3147278002    MO | |
| 07/14 | POS | BOBBY RAHAL MOTO | 499.25 | 07/20 | POS | APPLE.COM/BILL | 10.69 |
| | MC | 7249359300    PA | | | MC | 866-712-7753    CA | |
| 07/14 | POS | MCDONALD'S F6141 | 28.42 | 07/20 | POS | APPLE.COM/BILL | 35.26 |
| | PIN | MARS    PA | | | MC | 866-712-7753    CA | |
| 07/14 | POS | APPLE.COM/BILL | 0.99 | 07/21 | POS | WALGREENS 30 PIN | 28.73 |
| | MC | 1111111111    CA | | | PIN | WEXFORD    PA | |
| 07/15 | DIR | CAPGEMINI  1222575929 | 3,505.20+ | 07/21 | DIR | VIVINT  J203754038 | 74.19 |
| | | REG.SALARY | | | | VIVINT | |
| 07/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00 | 07/21 | INT | INTEREST CREDIT | 0.29+ |
| | | TO | | | | | |
| 07/15 | POS | MARKET DI 155 To | 144.79 | | | | |
| | PIN | Wexford    PA | | | | | |

EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/08 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 | 07/17 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 150.00 |
| 07/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ | 07/21 | INT | INTEREST CREDIT | 0.52+ |

2020 TAX INFORMATION:
EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE       2.42+      INTEREST WITHHELD YEAR-TO-DATE           0.00
EVERYTHING SV:   INTEREST CREDITED YEAR-TO-DATE       2.26+      INTEREST WITHHELD YEAR-TO-DATE           0.00

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | 36.00 |

ACCOUNT BALANCES MAINTAINED DURING JUNE
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $3,834.00 | $13,689.69 | $1,228.40 | $1,495.22 | $15,184.91 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

Dollar Bank
Since 1855

BANKING CARD ACTIVITY FOR JUNE

THERE ARE NO CHARGES FOR BANKING CARD USE IN JUNE

| | CHECKING | | SAVINGS | |
|---|---|---|---|---|
| | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -DOLLAR ATM ACTIVITY | 1 | .00 | | |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 4 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 29 | .00 | | |
| THE TOTAL CHARGE: | 34 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR JUNE.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

WE ARE CELEBRATING 165 YEARS!
THANK YOU FOR CHOOSING DOLLAR BANK.
WE APPRECIATE YOU! LEARN ABOUT OUR
HISTORY AT DOLLAR.BANK/HERITAGECENTER.



```
L JOYCE EVANS OR                              ACCOUNT NUMBER:
SAMUEL EVANS                                  STATEMENT DATE:        06/17/20 THRU 07/16/20
113 BURRY AVE                                 PINE TOWNSHIP OFFICE
BRADFORDWOODS PA 15015-1239                   11974 PERRY HIGHWAY

                                              (724) 933-6900
```

## ACCOUNT SUMMARY

|              | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 227.64- | 540.48 | 800.00 | 31.88 | 73.63 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 06/18 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ | 07/08 | POS PIN | 3305 GET GO CAFE  Mars          PA | 14.22 |
| 06/19 | POS PIN | MARKET DI 155 To  Wexford       PA | 66.83 | 07/10 | POS PIN | SAMS CLUB #6678  PITTSBURGH    PA | 24.86 |
| 06/22 | POS PIN | MARKET DI 155 To  Wexford       PA | 106.14 | 07/10 | POS PIN | LOWE'S #3051  PITTSBURG     PA | 20.97 |
| 06/25 | POS MC | FRESH THYME #453  CRANBERRY     PA | 20.16 | 07/10 | POS PIN | MARKET DI 155 To  Wexford       PA | 88.62 |
| 06/28 | POS PIN | GIANT-EAG Cranbe  Cranberry    PA | 52.66 | 07/10 | POS PIN | MARKET DI 155 To  Wexford       PA | 9.45 |
| 07/01 | POS PIN | SY8 DICKS SPORTI  PITTSBURGH   PA | 32.09 | 07/12 | POS PIN | WENDYS 580  PITTSBURGH   PA | 3.51 |
| 07/01 | FEE | POS OVERDRAFT FEE | 36.00 | 07/12 | POS PIN | MARKET DI 155 To  Wexford       PA | 28.97 |
| 07/07 | FEE | CONTINUOUS OD (4 DAYS @ $9) | 36.00 | | | | |
| 07/08 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 300.00+ | | | | |

## NO SAVINGS ACTIVITY

```
2020 TAX INFORMATION:
EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE     0.01+    INTEREST WITHHELD YEAR-TO-DATE                    0.00
```



PAGE    2

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 72.00 | 675.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00 | 99.00 |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES | 72.00 | 576.00 |

ACCOUNT BALANCES MAINTAINED DURING JUNE
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $227.64- | $54.51 | $0.00 | $0.00 | $54.51 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR JUNE

THERE ARE NO CHARGES FOR BANKING CARD USE IN JUNE

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 13 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 3 | .00 | | |
| THE TOTAL CHARGE: | 16 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR JUNE.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

WE ARE CELEBRATING 165 YEARS!
THANK YOU FOR CHOOSING DOLLAR BANK.
WE APPRECIATE YOU! LEARN ABOUT OUR
HISTORY AT DOLLAR.BANK/HERITAGECENTER.

Lois Joyce Evans

**Checking, Period Ending 07/23/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 4,837.89 |
| Checks and payments cleared (19) | -499.16 |
| Deposits and other credits cleared (1) | 1,400.00 |
| Statement ending balance | 5,738.73 |
| | |
| Register balance as of 07/23/2020 | 5,738.73 |
| Cleared transactions after 07/23/2020 | 0.00 |
| Uncleared transactions after 07/23/2020 | -4,986.85 |
| Register balance as of 12/29/2020 | 751.88 |

### Details

Checks and payments cleared (19)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/24/2020 | Expense | | | -17.19 |
| 06/26/2020 | Expense | | | -4.66 |
| 06/26/2020 | Expense | | | -199.00 |
| 06/29/2020 | Expense | | | -7.04 |
| 06/29/2020 | Expense | | | -18.16 |
| 06/30/2020 | Expense | | | -34.38 |
| 07/01/2020 | Expense | | | -4.96 |
| 07/03/2020 | Expense | | | -24.84 |
| 07/06/2020 | Expense | | | -58.21 |
| 07/06/2020 | Expense | | | -10.98 |
| 07/07/2020 | Expense | | | -5.00 |
| 07/10/2020 | Expense | | | -6.05 |
| 07/10/2020 | Expense | | | -39.17 |
| 07/14/2020 | Expense | | | -5.00 |
| 07/17/2020 | Expense | | | -47.86 |
| 07/20/2020 | Expense | | | -4.39 |
| 07/22/2020 | Expense | | | -5.00 |
| 07/23/2020 | Expense | | | -3.00 |
| 07/23/2020 | Expense | | | -4.27 |
| Total | | | | -499.16 |

Deposits and other credits cleared (1)

12/29/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/09/2020 | Deposit | | | 1,400.00 |
| Total | | | | 1,400.00 |

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 07/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 16,182.15 |
| Checks and payments cleared (54) | -18,278.60 |
| Deposits and other credits cleared (4) | 7,510.67 |
| Statement ending balance | 5,414.22 |
| | |
| Register balance as of 07/21/2020 | 5,414.22 |
| Cleared transactions after 07/21/2020 | 0.00 |
| Uncleared transactions after 07/21/2020 | -58.96 |
| Register balance as of 12/29/2020 | 5,355.26 |

### Details

Checks and payments cleared (54)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/22/2020 | Expense | | | -250.00 |
| 06/22/2020 | Expense | | | -8.50 |
| 06/22/2020 | Expense | | | -13.89 |
| 06/22/2020 | Expense | | | -23.52 |
| 06/22/2020 | Expense | | | -15.78 |
| 06/22/2020 | Expense | | | -26.31 |
| 06/23/2020 | Expense | | | -74.19 |
| 06/25/2020 | Check | 2163 | | -695.00 |
| 06/26/2020 | Expense | | | -18.00 |
| 06/26/2020 | Expense | | | -151.00 |
| 06/26/2020 | Expense | | | -3.73 |
| 06/26/2020 | Expense | | | -3.73 |
| 06/26/2020 | Expense | | | -11,000.00 |
| 06/27/2020 | Expense | | | -64.50 |
| 06/30/2020 | Expense | | | -12.99 |
| 06/30/2020 | Expense | | | -64.53 |
| 07/01/2020 | Expense | | | -100.00 |
| 07/03/2020 | Expense | | | -100.00 |
| 07/04/2020 | Expense | | | -37.39 |
| 07/04/2020 | Expense | | | -9.99 |
| 07/07/2020 | Expense | | | -4.07 |
| 07/08/2020 | Transfer | | | -300.00 |
| 07/08/2020 | Expense | | | -100.00 |
| 07/09/2020 | Expense | | | -149.50 |

12/29/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/09/2020 | Expense | | | -15.25 |
| 07/09/2020 | Check | 2164 | | -1,500.00 |
| 07/10/2020 | Expense | | | -200.00 |
| 07/10/2020 | Expense | | | -200.00 |
| 07/10/2020 | Expense | | | -500.00 |
| 07/11/2020 | Expense | | | -21.56 |
| 07/11/2020 | Expense | | | -100.00 |
| 07/11/2020 | Expense | | | -6.94 |
| 07/11/2020 | Expense | | | -2.11 |
| 07/11/2020 | Expense | | | -257.24 |
| 07/11/2020 | Expense | | | -10.67 |
| 07/12/2020 | Expense | | | -65.85 |
| 07/12/2020 | Expense | | | -2.13 |
| 07/13/2020 | Expense | | | -5.33 |
| 07/13/2020 | Expense | | | -40.56 |
| 07/14/2020 | Expense | | | -0.99 |
| 07/14/2020 | Expense | | | -28.42 |
| 07/14/2020 | Expense | | | -499.25 |
| 07/15/2020 | Expense | | | -144.79 |
| 07/15/2020 | Transfer | | | -500.00 |
| 07/16/2020 | Expense | | | -4.79 |
| 07/17/2020 | Transfer | | | -350.00 |
| 07/18/2020 | Expense | | | -37.05 |
| 07/19/2020 | Expense | | | -37.77 |
| 07/20/2020 | Expense | | | -262.20 |
| 07/20/2020 | Expense | | | -110.21 |
| 07/20/2020 | Expense | | | -10.69 |
| 07/20/2020 | Expense | | | -35.26 |
| 07/21/2020 | Expense | | | -74.19 |
| 07/21/2020 | Expense | | | -28.73 |
| Total | | | | -18,278.60 |

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/30/2020 | Deposit | | | 3,505.18 |
| 07/08/2020 | Transfer | | | 500.00 |
| 07/15/2020 | Deposit | | | 3,505.20 |
| 07/21/2020 | Deposit | | | 0.29 |
| Total | | | | 7,510.67 |

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 07/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,728.94 |
| Checks and payments cleared (2) | -650.00 |
| Deposits and other credits cleared (2) | 500.52 |
| Statement ending balance | 1,579.46 |
| | |
| Register balance as of 07/21/2020 | 1,579.46 |
| Cleared transactions after 07/21/2020 | 0.00 |
| Uncleared transactions after 07/21/2020 | 1,426.80 |
| Register balance as of 12/29/2020 | 3,006.26 |

### Details

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/08/2020 | Transfer | | | -500.00 |
| 07/17/2020 | Journal | 10 | | -150.00 |
| Total | | | | -650.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/15/2020 | Transfer | | | 500.00 |
| 07/21/2020 | Journal | 4 | | 0.52 |
| Total | | | | 500.52 |

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 07/16/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary USD

| | |
|---|---|
| Statement beginning balance | -227.64 |
| Checks and payments cleared (14) | -540.48 |
| Deposits and other credits cleared (2) | 800.00 |
| Statement ending balance | 31.88 |
| | |
| Register balance as of 07/16/2020 | **31.88** |
| Cleared transactions after 07/16/2020 | 0.00 |
| Uncleared transactions after 07/16/2020 | 88.00 |
| Register balance as of 12/29/2020 | 119.88 |

### Details

Checks and payments cleared (14)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/19/2020 | Expense | | | -66.83 |
| 06/22/2020 | Expense | | | -106.14 |
| 06/25/2020 | Expense | | | -20.16 |
| 06/28/2020 | Expense | | | -52.66 |
| 07/01/2020 | Expense | | | -36.00 |
| 07/01/2020 | Expense | | | -32.09 |
| 07/07/2020 | Expense | | | -36.00 |
| 07/08/2020 | Expense | | | -14.22 |
| 07/10/2020 | Expense | | | -9.45 |
| 07/10/2020 | Expense | | | -88.62 |
| 07/10/2020 | Expense | | | -20.97 |
| 07/10/2020 | Expense | | | -24.86 |
| 07/12/2020 | Expense | | | -3.51 |
| 07/12/2020 | Expense | | | -28.97 |
| **Total** | | | | **-540.48** |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/18/2020 | Transfer | | | 500.00 |
| 07/08/2020 | Transfer | | | 300.00 |
| **Total** | | | | **800.00** |