UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Lois Joyce Evans,                :         Case No.: 20-20387-CMB
                                         :
                                         :         Reporting Period:  August, 2020
                                         :
                                         :         Chapter 11

**MONTHLY OPERATING REPORT**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce                                                    Case No.: 20-20387-CMB

Reporting Period: August 2020

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | ✓ | |
| | MOR-I (INDV) (CONT) | | |
| Schedule of Cash Receipts and Disbursements - | | ✓ | |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____           01-04/2021
Signature of Debtor                                Date

_____           _____
Signature of Joint Debtor                        Date

_____           1/4/2021
Signature of Preparer                            Date

PETER E. FLEMING, CPA
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Unaudited, for Management
Purposes Only

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: August 2020

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 14,487.22 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 7,010.38 | 88,382.49 |
| Interest and Dividend Income | 0.68 | 5.07 |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) |  | 18,600.00 |
| **Total Receipts** | 7,011.06 | 106,987.56 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  | 21,000.00 |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  |  |
| Utilities | 542.19 | 10,355.00 |
| Insurance | 442.24 | 1,839.34 |
| Auto Expense | 43.00 | 661.32 |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses |  | 5,215.00 |
| Household Expenses | 1,454.62 | 8,948.68 |
| Charitable Contributions | 700.00 | 700.00 |
| Alimony and Child Support Payments | , |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment | 273.27 | 1,815.34 |
| Gifts |  |  |
| Other (attach schedule) | 1,774.25 | 42,213.21 |
| **Total Ordinary Disbursements** | 5,229.57 | 92,747.89 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  | 123.03 |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| **Total Reorganization Items** |  |  |
| **Total Disbursements (Ordinary + Reorganization)** | 5,229.57 | 92,870.92 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 1,781.49 | 14,116.64 |
| **Cash - End of Month (Must equal reconciled bank** | 16,268.71 |  |

FORM MOR-1 (INDV)
Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: August 2020

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | | 8,400.00 |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Detail Included in General Ledger | 1,774.25 | 42,213.21 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce  
Case No.: 20-20387-CMB

Reporting Period: August 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____
_____
_____

Unaudited, for Management Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)

**Evans, Lois Joyce**

FORM MOR-4
(9/99)

Case No.: 20-20387-CMB

Reporting Period: August 2020

## ACCOUUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | ✓ |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | ✓ |

Unaudited, for Management Purposes Only

**FORM MOR-5**
**(9/99)**

Unaudited, for
Management Purposes
Only

## Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US259 BR934                                1

LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA    15015-1239

**Checking Account Statement**

 OF 2

Beginning July 24, 2020
through August 25, 2020

---

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 5,738.73 |
| Checks | 300.00 - |
| Withdrawals & Debits | 1,503.75 - |
| Deposits & Credits | .00 + |
| **Current Balance** | **3,934.98 =** |

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
    No deposit made.

Your next statement period will end on September 24, 2020.

Previous Balance    5,738.73

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 104 | 300.00 | 08/11 | | | |

Total Checks    300.00

### Withdrawals & Debits

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 07/27 | 30.00 | 1509 Dbt Purchase - 159332 North Park Ophthalpittsburg PA |
| 07/27 | 84.41 | 1509 Dbt Purchase - 200012 CVS/Pharmacy #0244wexford PA |
| 07/27 | 9.18 | 1509 Dbt Purchase - 962400 Bp#9624826bfs Foodmonroevill E PA |
| 07/30 | 7.15 | 1509 Dbt Purchase - 000015 Kfc J089008 Pittsburgh PA |
| 07/31 | 10.68 | 1509 Dbt Purchase - 1 Mcdonald's F714 Wexford PA |
| 08/03 | 5.24 | 1509 Dbt Purchase - 1 Mcdonald's F714 Wexford PA |
| 08/03 | 43.00 | 1509 Dbt Purchase - 280833 PA Driver & Vehicl717-412-53 00 P |
| 08/03 | 49.85 | 1509 Dbt Purchase - 962200 Bp#9622747bp Oil 9wexford PA |
| 08/03 | 93.95 | 1509 POS Debit - 999999 CVS/Pharmacy #02 Orichmond VA |
| 08/10 | 21.91 | 1509 Dbt Purchase - 000014 Popeyes 8952 Frederick MD |
| 08/11 | 46.48 | 1509 Dbt Purchase - 000092 Lins Oriental Exprwexford PA |
| 08/13 | 127.93 | 1509 POS Debit - 990328 Costco Whse #0328 Cranberry Tpkpa |
| 08/17 | 138.03 | 1509 Dbt Purchase - 291006 Apple.Com/US 800-676-27 75 CA |
| 08/24 | 5.00 | 1509 POS Debit - 255482 Www.CVS.Com 888-607-42 87 IN |
| 08/24 | 35.68 | 1509 POS Debit - 080350 Wexford Ace Hdwe Wexford PA |
| 08/25 | 34.91 | 1509 POS Debit - 999999 Get Go #3043 140 Twexford PA |
| 08/25 | 102.12 | 1509 POS Debit - 430007 Market Distric Wexford PA |
| 08/25 | 100.00 | 1509 ATM Cash - MI7619 Gnt Eagle Pine Township, Wexford PA |

Member FDIC    Equal Housing Lender



**Checking Account Statement**

1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 OF 2

Beginning July 24, 2020
through August 25, 2020

*Checking continued from previous page*

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

### Other Withdrawals & Debits

| Date | Amount | Description |
|---|---|---|
| 08/11 | 254.00 | Columbia Gas Of Billpay 200810 Columbia Gas Of |
| 08/17 | 291.24 | Liberty Mutual Insrnc Pmt |
| 08/25 | 9.99 | Monthly Maintenance Fee |
| 08/25 | 3.00 | Service Charge Statement Delivery |

⊖ Total Withdrawals & Debits
1,503.75

⊜ Current Balance
3,934.98

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/27 | 5,615.14 | 08/10 | 5,383.36 | 08/17 | 4,225.68 |
| 07/30 | 5,607.99 | 08/11 | 4,782.88 | 08/24 | 4,185.00 |
| 07/31 | 5,597.31 | 08/13 | 4,654.95 | 08/25 | 3,934.98 |
| 08/03 | 5,405.27 | | | | |

### NEWS FROM CITIZENS

--Online and mobile banking make it easy to bank from anywhere, even your couch. Enroll in Online Banking at citizensbank.com - after that, it's easy to set up our mobile app*. Use either online banking or the app to send money to friends and family via Zelle(R)1, view your balances and transactions, transfer funds between accounts or pay bills. You can also deposit checks remotely within the mobile app. We're made ready together.
*Wireless carrier charges may apply.
1 Must have a bank account in the U.S. to use Zelle. Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license. Don't use Zelle to send money to people you don't know.
--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.

Member FDIC. Equal Housing Lender



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:           07/22/20 THRU 08/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 5,414.22 | 4,816.46 | 7,010.66 | 7,608.42 | 6,538.81 | 0.05% | 0.28 |
| EVERYTHING SV | 1,579.46 | 75.00 | 500.40 | 2,004.86 | 1,689.94 | 0.28% | 0.40 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2165 | 420.00 | | | | | | |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/22 | POS MC | WINE AND SPIRITS WEXFORD          PA | 40.65 | 07/29 | POS MC | CASH APP* 4153753176       CA | 140.00 |
| 07/22 | POS MC | APPLE.COM/BILL 1111111111        CA | 37.41 | 07/29 | POS MC | CASH APP* 4153753176       CA | 25.00 |
| 07/23 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 10.69 | 07/29 | POS MC | DUNKIN #357081 PITTSBURGH        PA | 6.67 |
| 07/24 | POS MC | DUNKIN #343581 Q WEXFORD          PA | 12.89 | 07/29 | POS MC | AMZN Mktp US*MV4 Amzn.com/bill   WA | 29.63 |
| 07/25 | POS MC | LA STUDIO NAIL & PITTSBURGH       PA | 148.00 | 07/30 | POS MC | AMZN Mktp US*MF0 Amzn.com/bill   WA | 86.90 |
| 07/25 | POS PIN | GET GO #3 140 To Wexford          PA | 49.71 | 07/30 | POS PIN | AMAZON.COM*MV59R SEATTLE          WA | 136.00 |
| 07/26 | POS PIN | SHEETZ 0327 MONROEVILLE      PA | 6.41 | 07/31 | DIR | CAPGEMINI REG.SALARY | 3,505.18+ |
| 07/26 | ATM | PNC BANK      2100 MOSSIDE MONROEVILLE      PA | 60.00 | 08/03 | ECK | MACYS CITIAUTFDR AUTO PYMT | 100.00 |
| 07/26 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 3.73 | 08/04 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 9.99 |
| 07/26 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 3.73 | 08/04 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 18.14 |
| 07/27 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 24.58 | 08/04 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 175.00 |
| 07/27 | POS MC | IPHONE CITIZENSO BRIDGEPORT       CT | 64.50 | 08/10 | POS MC | Amazon.com*MF4NJ Amzn.com/bill   WA | 46.48 |
| 07/27 | POS MC | CASH APP*DWAYNE 4153753176       CA | 100.00 | 08/10 | ECK | ARMSTRONG UTIL 8772775711 | 149.50 |
| 07/27 | DIR | NEW YORK LIFE INS. PREM. | 151.00 | 08/11 | POS MC | WWW.BOOHOO.COM ONLINE          NY | 100.10 |
| 07/28 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 100.00 | 08/11 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 10.67 |
| 07/28 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 300.00 | 08/11 | CHK | 2165  SEQ#  18023823 | 420.00 |
| 07/28 | ECK | WESTVIEW WATER WEB PAY | 290.91 | 08/13 | POS MC | AMZN Mktp US*MM1 Amzn.com/bill   WA | 30.48 |



PAGE 2

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/14 | DIR | CAPGEMINI REG.SALARY | 3,505.20+ | 08/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 42.77 |
| 08/14 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 | 08/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.69 |
| 08/14 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 0.99 | 08/19 | POS MC | Amazon.com*MM04T Amzn.com/bill   WA | 15.78 |
| 08/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 | 08/20 | POS MC | MT ARARAT COMMUN 4124411852    PA | 700.00 |
| 08/17 | POS MC | Amazon.com*MM5E3 Amzn.com/bill   WA | 37.48 | 08/20 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 17.10 |
| 08/17 | POS MC | Amazon.com*MF18T Amzn.com/bill   WA | 15.89 | 08/21 | DIR | VIVINT  J203754038 VIVINT | 74.19 |
| 08/17 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 12.80 | 08/21 | INT | INTEREST CREDIT | 0.28+ |

### EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ | 08/21 | INT | INTEREST CREDIT | 0.40+ |
| 08/21 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 75.00 | | | | |

```
2020 TAX INFORMATION:
EVERYTHING CK:    INTEREST CREDITED YEAR-TO-DATE      2.70+      INTEREST WITHHELD YEAR-TO-DATE      0.00
EVERYTHING SV:    INTEREST CREDITED YEAR-TO-DATE      2.66+      INTEREST WITHHELD YEAR-TO-DATE      0.00
```

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | 36.00 |

ACCOUNT BALANCES MAINTAINED DURING JULY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $3,504.41 | $5,587.19 | $1,228.94 | $1,543.62 | $7,130.81 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



PAGE   3

BANKING CARD ACTIVITY FOR JULY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JULY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -NON-DOLLAR ATM ACTIVITY | 1 | .00 | | |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 12 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 35 | .00 | | |
| THE TOTAL CHARGE: | 48 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR JULY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

VISIT DOLLAR.BANK/REFER FOR
DETAILS ON EARNING EXTRA CASH!

12/29/2020

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 08/16/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

## Summary                                                                                                   USD

| | |
|---|---:|
| Statement beginning balance | 31.88 |
| Checks and payments cleared (19) | -792.79 |
| Deposits and other credits cleared (3) | 1,150.00 |
| Statement ending balance | 389.09 |
| | |
| Register balance as of 08/16/2020 | 389.09 |
| Cleared transactions after 08/16/2020 | 0.00 |
| Uncleared transactions after 08/16/2020 | -269.21 |
| Register balance as of 12/29/2020 | 119.88 |

## Details

Checks and payments cleared (19)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 07/18/2020 | Expense | | | -5.99 |
| 07/19/2020 | Expense | | | -101.01 |
| 07/20/2020 | Expense | | | -9.51 |
| 07/20/2020 | Expense | | | -46.07 |
| 07/22/2020 | Expense | | | -20.04 |
| 07/23/2020 | Expense | | | -78.99 |
| 07/24/2020 | Expense | | | -32.04 |
| 07/25/2020 | Expense | | | -9.20 |
| 07/27/2020 | Expense | | | -42.89 |
| 07/29/2020 | Expense | | | -116.68 |
| 08/01/2020 | Expense | | | -36.99 |
| 08/02/2020 | Expense | | | -50.58 |
| 08/06/2020 | Expense | | | -70.25 |
| 08/08/2020 | Expense | | | -20.97 |
| 08/10/2020 | Expense | | | -25.00 |
| 08/10/2020 | Expense | | | -34.59 |
| 08/10/2020 | Expense | | | -36.00 |
| 08/12/2020 | Expense | | | -36.00 |
| 08/12/2020 | Expense | | | -19.99 |
| Total | | | | -792.79 |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 07/17/2020 | Transfer | | | 350.00 |
| 07/28/2020 | Transfer | | | 300.00 |
| 08/14/2020 | Transfer | | | 500.00 |
| Total | | | | 1,150.00 |

12/29/2020

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 08/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,579.46 |
| Checks and payments cleared (1) | -75.00 |
| Deposits and other credits cleared (2) | 500.40 |
| Statement ending balance | 2,004.86 |
| | |
| Register balance as of 08/21/2020 | 2,004.86 |
| Cleared transactions after 08/21/2020 | 0.00 |
| Uncleared transactions after 08/21/2020 | 1,001.40 |
| Register balance as of 12/29/2020 | 3,006.26 |

### Details

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/21/2020 | Journal | | | -75.00 |
| Total | | | | -75.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/15/2020 | Transfer | | | 500.00 |
| 08/21/2020 | Journal | 5 | | 0.40 |
| Total | | | | 500.40 |

Lois Joyce Evans

**Checking, Period Ending 08/25/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

|  | USD |
|---|---:|
| Statement beginning balance | 5,738.73 |
| Checks and payments cleared (23) | -1,803.75 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 3,934.98 |
| | |
| Register balance as of 08/25/2020 | 3,934.98 |
| Cleared transactions after 08/25/2020 | 0.00 |
| Uncleared transactions after 08/25/2020 | -3,183.10 |
| Register balance as of 12/29/2020 | 751.88 |

### Details

Checks and payments cleared (23)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 07/27/2020 | Expense | | | -9.18 |
| 07/27/2020 | Expense | | | -84.41 |
| 07/27/2020 | Expense | | | -30.00 |
| 07/30/2020 | Expense | | | -7.15 |
| 07/31/2020 | Expense | | | -10.68 |
| 08/03/2020 | Expense | | | -5.24 |
| 08/03/2020 | Expense | | | -93.95 |
| 08/03/2020 | Expense | | | -49.85 |
| 08/03/2020 | Expense | | | -43.00 |
| 08/10/2020 | Expense | | | -21.91 |
| 08/11/2020 | Expense | | | -46.48 |
| 08/11/2020 | Expense | | | -254.00 |
| 08/11/2020 | Check | 104 | | -300.00 |
| 08/13/2020 | Expense | | | -127.93 |
| 08/17/2020 | Expense | | | -291.24 |
| 08/17/2020 | Expense | | | -138.03 |
| 08/24/2020 | Expense | | | -5.00 |
| 08/24/2020 | Expense | | | -35.68 |
| 08/25/2020 | Expense | | | -9.99 |
| 08/25/2020 | Expense | | | -3.00 |
| 08/25/2020 | Expense | | | -100.00 |
| 08/25/2020 | Expense | | | -34.91 |
| 08/25/2020 | Expense | | | -102.12 |

12/29/2020

| | |
|---|---|
| Total | -1,803.75 |

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 08/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 5,414.22 |
| Checks and payments cleared (45) | -4,816.46 |
| Deposits and other credits cleared (3) | 7,010.66 |
| Statement ending balance | 7,608.42 |
| | |
| Register balance as of 08/21/2020 | 7,608.42 |
| Cleared transactions after 08/21/2020 | 0.00 |
| Uncleared transactions after 08/21/2020 | -2,253.16 |
| Register balance as of 12/29/2020 | 5,355.26 |

### Details

Checks and payments cleared (45)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/22/2020 | Expense | | | -37.41 |
| 07/22/2020 | Expense | | | -40.65 |
| 07/23/2020 | Expense | | | -10.69 |
| 07/24/2020 | Expense | | | -12.89 |
| 07/25/2020 | Expense | | | -49.71 |
| 07/25/2020 | Expense | | | -148.00 |
| 07/26/2020 | Expense | | | -3.73 |
| 07/26/2020 | Expense | | | -3.73 |
| 07/26/2020 | Expense | | | -6.41 |
| 07/26/2020 | Expense | | | -60.00 |
| 07/27/2020 | Expense | | | -24.58 |
| 07/27/2020 | Expense | | | -64.50 |
| 07/27/2020 | Expense | | | -151.00 |
| 07/27/2020 | Expense | | | -100.00 |
| 07/28/2020 | Transfer | | | -300.00 |
| 07/28/2020 | Expense | | | -290.91 |
| 07/28/2020 | Expense | | | -100.00 |
| 07/29/2020 | Expense | | | -25.00 |
| 07/29/2020 | Expense | | | -140.00 |
| 07/29/2020 | Expense | | | -6.67 |
| 07/29/2020 | Expense | | | -29.63 |
| 07/30/2020 | Expense | | | -86.90 |
| 07/30/2020 | Expense | | | -136.00 |
| 08/03/2020 | Expense | | | -100.00 |

12/29/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/04/2020 | Expense | | | -175.00 |
| 08/04/2020 | Expense | | | -18.14 |
| 08/04/2020 | Expense | | | -9.99 |
| 08/10/2020 | Expense | | | -46.48 |
| 08/10/2020 | Expense | | | -149.50 |
| 08/11/2020 | Expense | | | -100.10 |
| 08/11/2020 | Expense | | | -10.67 |
| 08/11/2020 | Check | 2165 | | -420.00 |
| 08/13/2020 | Expense | | | -30.48 |
| 08/14/2020 | Transfer | | | -500.00 |
| 08/14/2020 | Expense | | | -0.99 |
| 08/15/2020 | Transfer | | | -500.00 |
| 08/17/2020 | Expense | | | -12.80 |
| 08/17/2020 | Expense | | | -37.48 |
| 08/17/2020 | Expense | | | -15.89 |
| 08/19/2020 | Expense | | | -10.69 |
| 08/19/2020 | Expense | | | -15.78 |
| 08/19/2020 | Expense | | | -42.77 |
| 08/20/2020 | Expense | | | -17.10 |
| 08/20/2020 | Expense | | | -700.00 |
| 08/21/2020 | Expense | | | -74.19 |

Total                                    -4,816.46

### Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/31/2020 | Deposit | | | 3,505.18 |
| 08/14/2020 | Deposit | | | 3,505.20 |
| 08/21/2020 | Deposit | | | 0.28 |

Total                                     7,010.66