**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  **Lois Joyce Evans,**          :          **Case No.: 20-20387-CMB**
                                       :
                                       :          **Reporting Period:  September, 2020**
                                       :
                                       :          **Chapter 11**

**<u>MONTHLY OPERATING REPORT</u>**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: September 2020

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | ✓ | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | ✓ | |
| **Bank Reconciliation** | | ✓ | |
| **Copies of bank statements** | | ✓ | |
| **Cash disbursements journals** | | | |
| **Copies of tax returns filed during reporting period** | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor                     Date  01/04/2021

Signature of Joint Debtor                     Date

Signature of Preparer                     Date  1/4/2021

Printed Name of Preparer  PETER E. FLEMING, CPA

FORM MOR (INDV)
(10/00)
Unaudited, for Management
Purposes Only

Evans, Lois Joyce

Case No.: **20-20387-CMB**

Reporting Period: September 2020

### INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account .

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 16,268.71 | |
| **RECEIPTS** | | |
| Wages (Net) | 7,497.89 | 95,880.38 |
| Interest and Dividend Income | 0.82 | 5.89 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | 18,600.00 |
| **Total Receipts** | 7,498.71 | 114,486.27 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | 21,000.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 377.19 | 10,732.19 |
| Insurance | 472.44 | 2,311.78 |
| Auto Expense | 50.94 | 712.26 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 5,215.00 |
| Household Expenses | 1,503.50 | 10,452.18 |
| Charitable Contributions | | 700.00 |
| Alimony and Child Support Payments | , | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 211.28 | 2,026.62 |
| Gifts | | |
| Other (attach schedule) | 2,861.51 | 45,074.72 |
| **Total Ordinary Disbursements** | 5,476.86 | 98,224.75 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 123.03 |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | 5,476.86 | 98,347.78 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 2,021.85 | 16,138.49 |
| **Cash - End of Month (Must equal reconciled bank** | 18,290.56 | |

FORM MOR-1 (INDV)

Unaudited, for Management
Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: September 2020

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | | 8,400.00 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| Detail Included in General Ledger | 2,861.51 | 45,074.72 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FORM MOR-1 (INDV) (CON'T)**

Unaudited, for Management
Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: **20-20387-CMB**

**Reporting Period:** September 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| **Withholding** | | | | | | |
| **FI CA- Employee** | | | | | | |
| **FICA-Employer** | | | | | | |
| **Unemployment** | | | | | | |
| **Income** | | | | | | |
| **Other:** | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| **Withholding** | | | | | | |
| **Sales** | | | | | | |
| **Excise** | | | | | | |
| **Unemployment** | | | | | | |
| **Real Property** | | | | | | |
| **Personal Property** | | | | | | |
| **Other:** | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | N umber of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | **Current** | **0-30** | **31-60** | **61-90** | **Over 90** | **Total** |
| **Accounts Payable** | | | | | | |
| **Wages-Payable** | | | | | | |
| **Taxes Payable** | | | | | | |
| **Rent/Leases-Building** | | | | | | |
| **Rent/Leases- Equipment** | | | | | | |
| **Secured Debt/Adequate Protection** | | | | | | |
| **Professional Fees** | | | | | | |
| **Amounts Due to Insiders"** | | | | | | |
| **Other:** | | | | | | |
| **Other:** | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

_____

_____

_____

Unaudited, for Management Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)    **FORM MOR-4**
**(9/99)**

Evans, Lois Joyce    Case No.: 20-20387-CMB

Reporting Period: September 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Accounts billed during the period | | |
| - Accounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |

| Account Receivable Aging | | Amount |
|---|---|---|
| 0 – 30 days old | | |
| 31-60 days old | | |
| 61-90 days old | | |
| 91 + days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | ✓ |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | ✓ |

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Unaudited, for Management
Purposes Only

**FORM MOR-5**
**(9/99)**

Unaudited, for Management
Purposes Only

 Citizens Bank

ROP450
P.O. Box 7000
Providence, RI 02940



Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

Checking Account
Statement

1  OF  2

Beginning August 26, 2020
through September 24, 2020

AV 01 019525 79276B 57 A**5DGT
||ıı||ı||ıı||ıı||ıı|ıı||ı|ıı|ıı||ı||||ı||ı|ıı|ıı||ı
LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA  15015-1239

## Checking

US002

S U M M A R Y

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

### Balance Calculation

| | |
|---|---|
| Previous Balance | 3,934.98 |
| Checks | .00 − |
| Withdrawals & Debits | 280.48 − |
| Deposits & Credits | .00 + |
| **Current Balance** | **3,654.50** = |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
   No deposit made.

Your next statement period will end on October 26, 2020.

Previous Balance

3,934.98

T R A N S A C T I O N   D E T A I L S
Withdrawals & Debits
ATM/Purchases

| Date | Amount | Description |
|---|---|---|
| 08/26 | 41.80 | 1509 POS Debit - 302449 CVS/Pharmacy # Wexford PA |
| 08/28 | 4.57 | 1509 Dbt Purchase - 1 Chick-Fil-A #01583cranberry Twppa |
| 09/10 | 50.94 | 1509 Dbt Purchase - 962200 Bp#9622747bp Oil 9wexford PA |
| 09/14 | 30.00 | 1509 Dbt Purchase - 260300 Best Brows Glen Allen VA |
| 09/21 | 47.33 | 1509 Dbt Purchase - 001 Exxonmobil 4203warrendale PA |
| 09/21 | 4.76 | 1509 POS Debit - 430055 Market Distric Wexford PA |
| 09/21 | 83.09 | 1509 POS Debit - 430008 Market Distric Wexford PA |
| 09/22 | 5.00 | 1509 POS Debit - 203352 Www.CVS.Com 888-607-42 87 IN |

Other Withdrawals & Debits

| Date | Amount | Description |
|---|---|---|
| 09/24 | 9.99 | Monthly Maintenance Fee |
| 09/24 | 3.00 | Service Charge |
| | | Statement Delivery |

Total Withdrawals & Debits

280.48

Current Balance

3,654.50

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/26 | 3,893.18 | 09/14 | 3,807.67 | 09/22 | 3,667.49 |
| 08/28 | 3,888.61 | 09/21 | 3,672.49 | 09/24 | 3,654.50 |
| 09/10 | 3,837.67 | | | | |

Member FDIC 🏠 Equal Housing Lender

**Citizens Bank**

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure
to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement     $ _____ _Current Balance_

**2** List deposits which do not appear on
this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____ _Total of 2_

**3** Subtotal by adding 1 and 2    (=) $ _____ _Subtotal of 1 and 2_

**4** List outstanding checks, transfers, debits,
POS purchases or withdrawals that do not
appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____ _Total of 4_

**5** Subtract 4 from 3. This should match your
checkbook register balance    (=) $ _____ _Total_

### CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the
number shown on the front of your statement or write to us at the following
address:

_Citizens Bank_
_Customer Service Center_
_P.O. Box 42001_
_Providence, RI 02940-2001_

**Change of Address**
Please call the number shown on the front of your statement to notify us of a
change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be
transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
886156_CPOT2106Y_Stmt_7.65x0.165 Rev. Dec 2016

### ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement
or write to us at the customer service address provided as soon as you can, if you
think your statement or receipt is wrong or if you need more information about an
electronic transfer on the statement or receipt. We must hear from you no later
than 60 days after we sent you the FIRST statement on which the error or problem
appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly
  as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it
  appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can
  be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes,
we will investigate your complaint and will correct any error promptly. If we take
more than 10 business days (20 business days if you are a new customer, for
electronic transfers occurring during the first 30 days after the first deposit is made
to your account) to do this, we will credit your account for the amount you think
is in error, so that you will have the use of the money during the time it takes us to
complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit
your account at the conclusion of our investigation.]

### OVERDRAFT LINES OF CREDIT

**BILLING RIGHTS SUMMARY**

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service
address provided as soon as possible.

In your letter, give us the following information:

- Account Information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe
  what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do
we are not required to investigate any potential errors and you may have to pay the
amount in question. While we investigate whether or not there has been an error
the following are true:

- We cannot try to collect the amount in question or report you as delinquent on
  that amount.
- The charge in question may remain on your statement and we may continue
  to charge you interest on that amount. But, if we determine that we made a
  mistake, you will not have to pay the amount in question or any interest or
  other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for
  the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT
ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily
Periodic Rate to the Average Daily Balance. Then, we multiply that result by the
number of days in the billing cycle in which a balance is owed on your Overdraft
Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your
Overdraft Line each day (which does not include any unpaid interest charges or
fees), add any new loan advances as of the date of those advances and subtract
any payments or credits. This gives us the daily balance. Then, we add all the daily
balances for the billing cycle together and divide the total by the number of days in
the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each
joint account holder of your checking account. Late payments, missed payments,
or other defaults on your Overdraft Line may be reflected in your credit report.

_Thank you for banking with Citizens Bank._



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:        08/22/20 THRU 09/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 7,608.42 | 4,541.07 | 7,110.85 | 10,178.20 | 8,831.50 | 0.05% | 0.37 |
| EVERYTHING SV | 2,004.86 | 0.00 | 500.45 | 2,505.31 | 2,117.76 | 0.25% | 0.45 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/22 | POS | EDIBLE ARRANGEME | 87.99 | 09/03 | POS | CVS/PHARM 02449- | 40.31 |
|  | MC | 8773637848    GA |  |  | PIN | Wexford    PA |  |
| 08/23 | POS | AMZN Mktp US*MM1 | 29.43 | 09/03 | ECK | MACYS CITIAUTFDR | 100.00 |
|  | MC | Amzn.com/bill    WA |  |  |  | AUTO PYMT |  |
| 08/23 | POS | APPLE.COM/BILL | 37.42 | 09/04 | ADJ | WWW.BOOHOO.COM | 100.10+ |
|  | MC | 866-712-7753    CA |  |  | MC | ONLINE    NY |  |
| 08/24 | POS | BRUSTER'S SEVEN | 15.49 | 09/04 | POS | CVS/PHARMACY #02 | 13.00 |
|  | MC | SEVEN FIELDS    PA |  |  | MC | 800-746-7287    PA |  |
| 08/24 | POS | APPLE.COM/BILL | 88.79 | 09/04 | POS | APPLE.COM/BILL | 9.99 |
|  | MC | 866-712-7753    CA |  |  | MC | 866-712-7753    CA |  |
| 08/26 | POS | APPLE.COM/BILL | 3.73 | 09/04 | POS | APPLE.COM/BILL | 5.34 |
|  | MC | 866-712-7753    CA |  |  | MC | 1111111111    CA |  |
| 08/26 | POS | APPLE.COM/BILL | 3.73 | 09/06 | POS | SAMS CLUB #6678 | 290.71 |
|  | MC | 866-712-7753    CA |  |  | PIN | PITTSBURGH    PA |  |
| 08/26 | DIR | NEW YORK LIFE | 151.00 | 09/07 | POS | PIZZA HUT 033977 | 25.39 |
|  |  | INS. PREM. |  |  | MC | CRANBERRY    PA |  |
| 08/27 | POS | IPHONE CITIZENSO | 64.50 | 09/07 | POS | AMZN Mktp US*MU3 | 23.95 |
|  | MC | BRIDGEPORT    CT |  |  | MC | Amzn.com/bill    WA |  |
| 08/27 | POS | RITE AID STORE - | 29.25 | 09/07 | POS | PAYPAL *PENGYOUK | 230.00 |
|  | PIN | WEXFORD    PA |  |  | MC | 4029357733    CA |  |
| 08/27 | POS | APPLE.COM/BILL | 23.51 | 09/07 | POS | VENMO | 200.00 |
|  | MC | 866-712-7753    CA |  |  | MC | 8558124430    NY |  |
| 08/29 | POS | GIANT-EAG 9805 M | 221.43 | 09/07 | POS | CHICK-FIL-A #038 | 18.82 |
|  | PIN | Pittsburgh    PA |  |  | MC | WEXFORD    PA |  |
| 08/31 | DIR | CAPGEMINI    : | 3,505.18+ | 09/08 | POS | AMZN Mktp US*MU0 | 210.94 |
|  |  | REG.SALARY |  |  | MC | Amzn.com/bill    WA |  |
| 09/01 | POS | APPLE.COM/BILL | 10.67 | 09/09 | ECK | ARMSTRONG UTII | 149.50 |
|  | MC | 866-712-7753    CA |  |  |  | 8772775711 |  |
| 09/01 | POS | AMAZON.COM*MU97X | 59.50 | 09/10 | POS | APPLE.COM/BILL | 10.67 |
|  | PIN | SEATTLE    WA |  |  | MC | 866-712-7753    CA |  |
| 09/01 | POS | AMZN Mktp US*MU3 | 25.43 | 09/12 | POS | BP*9622747BP OIL | 18.88 |
|  | MC | Amzn.com/bill    WA |  |  | MC | WEXFORD    PA |  |
| 09/02 | POS | AMZN Mktp US*MM3 | 25.43 | 09/14 | POS | PIZZA HUT 4473 | 34.11 |
|  | MC | Amzn.com/bill    WA |  |  | MC | 6202313390    VA |  |
| 09/03 | POS | NORDSTROM DIRECT | 67.99 | 09/14 | POS | VENMO | 200.00 |
|  | MC | 800-285-5800    IA |  |  | MC | 8558124430    NY |  |
| 09/03 | POS | AMZN Mktp US*MU5 | 25.43 | 09/14 | POS | APPLE.COM/BILL | 0.99 |
|  | MC | Amzn.com/bill    WA |  |  | MC | 866-712-7753    CA |  |
| 09/03 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 | 09/15 | DIR | CAPGEMINI REG.SALARY | 3,505.20+ |



PAGE    2

EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|----|------------------------|--------|------|----|------------------------|--------|
| 09/15 | POS | RODANFI*LDS 4152 | 206.51 | 09/18 | POS | CHICK-FIL-A #038 | 7.62 |
| | MC | 412-5513233      CA | | | MC | WEXFORD         PA | |
| 09/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00 | 09/19 | POS | AMAZON.COM*M45QO | 180.19 |
| | | TO | | | PIN | SEATTLE         WA | |
| 09/15 | POS | DUNKIN #348758 Q | 8.99 | 09/21 | POS | APPLE.COM/BILL | 40.59 |
| | MC | BREEZEWOOD      PA | | | MC | 866-712-7753     CA | |
| 09/15 | POS | Amazon.com*M44CW | 122.72 | 09/21 | POS | APPLE.COM/BILL | 10.69 |
| | MC | Amzn.com/bill   WA | | | MC | 866-712-7753     CA | |
| 09/16 | ECK | LIBERTY MUTUAL | 321.44 | 09/21 | INT | INTEREST CREDIT | 0.37+ |
| | | INSRNC PMT | | | | | |
| 09/16 | ECK | VOGEL DISPOSAL S | 89.00 | | | | |
| | | AUTO FYMNT | | | | | |

EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|----|------------------------|--------|------|----|------------------------|--------|
| 09/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00+ | 09/21 | INT | INTEREST CREDIT | 0.45+ |
| | | FROM | | | | | |

2020 TAX INFORMATION:

| | | | | | | |
|--|--|--|--|--|--|--|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 3.07+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 3.11+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|--|-------------|--------------|
| TOTAL OVERDRAFT FEES | .00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | 36.00 |

ACCOUNT BALANCES MAINTAINED DURING AUGUST
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|------------------|------------------|-----------------|-----------------|------------------|
| $6,030.63 | $7,369.31 | $1,579.46 | $1,827.16 | $9,196.47 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



PAGE    3

BANKING CARD ACTIVITY FOR AUGUST

THERE ARE NO CHARGES FOR BANKING CARD USE IN AUGUST

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 2 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 24 | .00 | | |
| THE TOTAL CHARGE: | 26 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR AUGUST.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

# Dollar Bank
## Since 1855

L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:        08/17/20 THRU 09/16/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 389.09 | 861.53 | 500.00 | 27.56 | 162.07 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/17 | POS | MARKET DI 155 To | 108.24 | 09/03 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00+ |
| | PIN | Wexford      PA | | | | FROM | |
| 08/18 | POS | GABRIEL BROS - P | 11.98 | 09/03 | POS | MARKET DI 155 To | 165.30 |
| | MC | PITTSBURGH      PA | | | PIN | Wexford      PA | |
| 08/19 | POS | STEIN MART #316 | 44.98 | 09/05 | POS | MARSHALLS #869 | 39.99 |
| | MC | PITTSBURGH      PA | | | MC | CRANBERRY TWP   PA | |
| 08/20 | POS | WENDYS 530 | 7.48 | 09/07 | POS | EXXONMOBIL     47 | 25.00 |
| | PIN | GIBSONIA      PA | | | PIN | GIBSONIA      PA | |
| 08/22 | POS | SUNOCO 09449141 | 9.26 | 09/11 | POS | MARKET DI 155 To | 93.37 |
| | PIN | GIBSONIA      PA | | | PIN | Wexford      PA | |
| 08/24 | POS | MARKET DI 155 To | 142.80 | 09/11 | POS | MARKET DI 155 To | 34.99 |
| | PIN | Wexford      PA | | | PIN | Wexford      PA | |
| 08/26 | POS | SY8 DICKS SPORTI | 31.31 | 09/15 | POS | MARKET DI 155 To | 101.73 |
| | PIN | CRANBERRY TWP   PA | | | PIN | Wexford      PA | |
| 08/31 | POS | LOWE'S #3051 | 15.13 | 09/15 | POS | LOWES #03051* | 20.97 |
| | PIN | PITTSBURG      PA | | | MC | PITTSBURGH      PA | |
| 09/02 | POS | WEXFORD ACE HDWE | 9.00 | | | | |
| | MC | WEXFORD      PA | | | | | |

### NO SAVINGS ACTIVITY

2020 TAX INFORMATION:

| | | |
|---|---|---|
| EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE      0.01+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |



REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 747.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00 | 99.00 |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES | .00 | 648.00 |

ACCOUNT BALANCES MAINTAINED DURING AUGUST
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $110.91- | $118.80 | $0.00 | $0.00 | $118.80 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR AUGUST

THERE ARE NO CHARGES FOR BANKING CARD USE IN AUGUST

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 11 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 4 | .00 | | |
| THE TOTAL CHARGE: | 15 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR AUGUST.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER



L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:          08/17/20 THRU 09/16/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 389.09 | 861.53 | 500.00 | 27.56 | 162.07 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/17 | POS PIN | MARKET DI 155 To Wexford         PA | 108.24 | 09/03 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ |
| 08/18 | POS MC | GABRIEL BROS - P PITTSBURGH      PA | 11.98 | 09/03 | POS PIN | MARKET DI 155 To Wexford         PA | 165.30 |
| 08/19 | POS MC | STEIN MART #316 PITTSBURGH       PA | 44.98 | 09/05 | POS MC | MARSHALLS #869 CRANBERRY TWP  PA | 39.99 |
| 08/20 | POS PIN | WENDYS 530 GIBSONIA          PA | 7.48 | 09/07 | POS MC | EXXONMOBIL    47 GIBSONIA        PA | 25.00 |
| 08/22 | POS PIN | SUNOCO 09449141 GIBSONIA         PA | 9.26 | 09/11 | POS PIN | MARKET DI 155 To Wexford         PA | 93.37 |
| 08/24 | POS PIN | MARKET DI 155 To Wexford         PA | 142.80 | 09/11 | POS PIN | MARKET DI 155 To Wexford         PA | 34.99 |
| 08/26 | POS PIN | SY8 DICKS SPORTI CRANBERRY TWP   PA | 31.31 | 09/15 | POS PIN | MARKET DI 155 To Wexford         PA | 101.73 |
| 08/31 | POS PIN | LOWE'S #3051 PITTSBURGH      PA | 15.13 | 09/15 | POS MC | LOWES #03051* PITTSBURGH      PA | 20.97 |
| 09/02 | POS MC | WEXFORD ACE HDWE WEXFORD         PA | 9.00 | | | | |

## NO SAVINGS ACTIVITY

2020 TAX INFORMATION:
EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE       0.01+       INTEREST WITHHELD YEAR-TO-DATE                 0.00



PAGE    2

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 747.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00 | 99.00 |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES | .00 | 648.00 |

ACCOUNT BALANCES MAINTAINED DURING AUGUST
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $110.91- | $118.80 | $0.00 | $0.00 | $118.80 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR AUGUST

THERE ARE NO CHARGES FOR BANKING CARD USE IN AUGUST

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 11 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 4 | .00 |  |  |
| THE TOTAL CHARGE: | 15 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR AUGUST.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

12/29/2020

Lois Joyce Evans

**Checking, Period Ending 09/24/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 3,934.98 |
| Checks and payments cleared (10) | -280.48 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 3,654.50 |
| | |
| Register balance as of 09/24/2020 | 3,654.50 |
| Cleared transactions after 09/24/2020 | 0.00 |
| Uncleared transactions after 09/24/2020 | -2,902.62 |
| Register balance as of 12/29/2020 | 751.88 |

**Details**

Checks and payments cleared (10)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/26/2020 | Expense | | | -41.80 |
| 08/28/2020 | Expense | | | -4.57 |
| 09/10/2020 | Expense | | | -50.94 |
| 09/14/2020 | Expense | | | -30.00 |
| 09/21/2020 | Expense | | | -83.09 |
| 09/21/2020 | Expense | | | -4.76 |
| 09/21/2020 | Expense | | | -47.33 |
| 09/22/2020 | Expense | | | -5.00 |
| 09/24/2020 | Expense | | | -9.99 |
| 09/24/2020 | Expense | | | -3.00 |
| | | | | |
| Total | | | | -280.48 |

1/1

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 09/16/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 389.09 |
| Checks and payments cleared (16) | -861.53 |
| Deposits and other credits cleared (1) | 500.00 |
| Statement ending balance | 27.56 |
| | |
| Register balance as of 09/16/2020 | 27.56 |
| Cleared transactions after 09/16/2020 | 0.00 |
| Uncleared transactions after 09/16/2020 | 92.32 |
| Register balance as of 12/29/2020 | 119.88 |

**Details**

Checks and payments cleared (16)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/17/2020 | Expense | | | -108.24 |
| 08/18/2020 | Expense | | | -11.98 |
| 08/19/2020 | Expense | | | -44.98 |
| 08/20/2020 | Expense | | | -7.48 |
| 08/22/2020 | Expense | | | -9.26 |
| 08/24/2020 | Expense | | | -142.80 |
| 08/26/2020 | Expense | | | -31.31 |
| 08/31/2020 | Expense | | | -15.13 |
| 09/02/2020 | Expense | | | -9.00 |
| 09/03/2020 | Expense | | | -165.30 |
| 09/05/2020 | Expense | | | -39.99 |
| 09/07/2020 | Expense | | | -25.00 |
| 09/11/2020 | Expense | | | -34.99 |
| 09/11/2020 | Expense | | | -93.37 |
| 09/15/2020 | Expense | | | -20.97 |
| 09/15/2020 | Expense | | | -101.73 |
| Total | | | | -861.53 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/03/2020 | Transfer | | | 500.00 |
| Total | | | | 500.00 |

1/1

12/30/2020

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 09/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 7,608.42 |
| Checks and payments cleared (47) | -4,541.07 |
| Deposits and other credits cleared (4) | 7,110.85 |
| Statement ending balance | 10,178.20 |
| | |
| Register balance as of 09/21/2020 | 10,178.20 |
| Cleared transactions after 09/21/2020 | 0.00 |
| Uncleared transactions after 09/21/2020 | -4,822.94 |
| Register balance as of 12/29/2020 | 5,355.26 |

**Details**

Checks and payments cleared (47)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/22/2020 | Expense | | | -87.99 |
| 08/23/2020 | Expense | | | -37.42 |
| 08/23/2020 | Expense | | | -29.43 |
| 08/24/2020 | Expense | | | -88.79 |
| 08/24/2020 | Expense | | | -15.49 |
| 08/26/2020 | Expense | | | -3.73 |
| 08/26/2020 | Expense | | | -3.73 |
| 08/26/2020 | Expense | | | -151.00 |
| 08/27/2020 | Expense | | | -29.25 |
| 08/27/2020 | Expense | | | -23.51 |
| 08/27/2020 | Expense | | | -64.50 |
| 08/29/2020 | Expense | | | -221.43 |
| 09/01/2020 | Expense | | | -59.50 |
| 09/01/2020 | Expense | | | -25.43 |
| 09/01/2020 | Expense | | | -10.67 |
| 09/02/2020 | Expense | | | -25.43 |
| 09/03/2020 | Expense | | | -100.00 |
| 09/03/2020 | Expense | | | -40.31 |
| 09/03/2020 | Expense | | | -25.43 |
| 09/03/2020 | Expense | | | -67.99 |
| 09/03/2020 | Transfer | | | -500.00 |
| 09/04/2020 | Expense | | | -5.34 |
| 09/04/2020 | Expense | | | -13.00 |
| 09/04/2020 | Expense | | | -9.99 |
| 09/06/2020 | Expense | | | -290.71 |
| 09/07/2020 | Expense | | | -200.00 |
| 09/07/2020 | Expense | | | -230.00 |
| 09/07/2020 | Expense | | | -23.95 |
| 09/07/2020 | Expense | | | -25.39 |
| 09/07/2020 | Expense | | | -18.82 |
| 09/08/2020 | Expense | | | -210.94 |
| 09/09/2020 | Expense | | | -149.50 |
| 09/10/2020 | Expense | | | -10.67 |
| 09/12/2020 | Expense | | | -18.88 |
| 09/14/2020 | Expense | | | -0.99 |
| 09/14/2020 | Expense | | | -34.11 |
| 09/14/2020 | Expense | | | -200.00 |
| 09/15/2020 | Transfer | | | -500.00 |
| 09/15/2020 | Expense | | | -8.99 |
| 09/15/2020 | Expense | | | -122.72 |

12/30/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 09/15/2020 | Expense | | | -206.51 |
| 09/16/2020 | Expense | | | -89.00 |
| 09/16/2020 | Expense | | | -321.44 |
| 09/18/2020 | Expense | | | -7.62 |
| 09/19/2020 | Expense | | | -180.19 |
| 09/21/2020 | Expense | | | -40.59 |
| 09/21/2020 | Expense | | | -10.69 |
| Total | | | | -4,541.07 |

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 08/31/2020 | Deposit | | | 3,505.18 |
| 09/04/2020 | Deposit | | | 100.10 |
| 09/15/2020 | Deposit | | | 3,505.20 |
| 09/21/2020 | Deposit | | | 0.37 |
| Total | | | | 7,110.85 |

12/29/2020

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 09/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 2,004.86 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (2) | 500.45 |
| Statement ending balance | 2,505.31 |
| | |
| Register balance as of 09/21/2020 | 2,505.31 |
| Cleared transactions after 09/21/2020 | 0.00 |
| Uncleared transactions after 09/21/2020 | 500.95 |
| Register balance as of 12/29/2020 | 3,006.26 |

**Details**

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/15/2020 | Transfer | | | 500.00 |
| 09/21/2020 | Journal | 6 | | 0.45 |
| Total | | | | 500.45 |

12/29/2020

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 09/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                                                             USD

Statement beginning balance......................................................................................................................................................................................................7,608.42
Checks and payments cleared (47)...........................................................................................................................................................................................-4,541.07
Deposits and other credits cleared (4)......................................................................................................................................................................................7,110.85
Statement ending balance.........................................................................................................................................................................................................10,178.20

Register balance as of 09/21/2020...........................................................................................................................................................................................10,178.20
Cleared transactions after 09/21/2020......................................................................................................................................................................................0.00
Uncleared transactions after 09/21/2020..................................................................................................................................................................................-4,822.94
Register balance as of 12/29/2020............................................................................................................................................................................................5,355.26

**Details**

Checks and payments cleared (47)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/22/2020 | Expense | | | -87.99 |
| 08/23/2020 | Expense | | | -37.42 |
| 08/23/2020 | Expense | | | -29.43 |
| 08/24/2020 | Expense | | | -88.79 |
| 08/24/2020 | Expense | | | -15.49 |
| 08/26/2020 | Expense | | | -3.73 |
| 08/26/2020 | Expense | | | -3.73 |
| 08/26/2020 | Expense | | | -151.00 |
| 08/27/2020 | Expense | | | -29.25 |
| 08/27/2020 | Expense | | | -23.51 |
| 08/27/2020 | Expense | | | -64.50 |
| 08/29/2020 | Expense | | | -221.43 |
| 09/01/2020 | Expense | | | -59.50 |
| 09/01/2020 | Expense | | | -25.43 |
| 09/01/2020 | Expense | | | -10.67 |
| 09/02/2020 | Expense | | | -25.43 |
| 09/03/2020 | Expense | | | -100.00 |
| 09/03/2020 | Expense | | | -40.31 |
| 09/03/2020 | Expense | | | -25.43 |
| 09/03/2020 | Expense | | | -67.99 |
| 09/03/2020 | Transfer | | | -500.00 |
| 09/04/2020 | Expense | | | -5.34 |
| 09/04/2020 | Expense | | | -13.00 |
| 09/04/2020 | Expense | | | -9.99 |

12/29/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 09/06/2020 | Expense | | | -290.71 |
| 09/07/2020 | Expense | | | -200.00 |
| 09/07/2020 | Expense | | | -230.00 |
| 09/07/2020 | Expense | | | -23.95 |
| 09/07/2020 | Expense | | | -25.39 |
| 09/07/2020 | Expense | | | -18.82 |
| 09/08/2020 | Expense | | | -210.94 |
| 09/09/2020 | Expense | | | -149.50 |
| 09/10/2020 | Expense | | | -10.67 |
| 09/12/2020 | Expense | | | -18.88 |
| 09/14/2020 | Expense | | | -0.99 |
| 09/14/2020 | Expense | | | -34.11 |
| 09/14/2020 | Expense | | | -200.00 |
| 09/15/2020 | Transfer | | | -500.00 |
| 09/15/2020 | Expense | | | -8.99 |
| 09/15/2020 | Expense | | | -122.72 |
| 09/15/2020 | Expense | | | -206.51 |
| 09/16/2020 | Expense | | | -89.00 |
| 09/16/2020 | Expense | | | -321.44 |
| 09/18/2020 | Expense | | | -7.62 |
| 09/19/2020 | Expense | | | -180.19 |
| 09/21/2020 | Expense | | | -40.59 |
| 09/21/2020 | Expense | | | -10.69 |
| Total | | | | -4,541.07 |

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/31/2020 | Deposit | | | 3,505.18 |
| 09/04/2020 | Deposit | | | 100.10 |
| 09/15/2020 | Deposit | | | 3,505.20 |
| 09/21/2020 | Deposit | | | 0.37 |
| Total | | | | 7,110.85 |