## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| In Re: Lois Joyce Evans, | : | Case No.: 20-20387-CMB |
| | : | |
| | : | Reporting Period: __October, 2020__ |
| | : | |
| | : | Chapter 11 |

### MONTHLY OPERATING REPORT

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Evans, Lois Joyce                                             Case No.: 20-20387-CMB

                                                              October 2020
                                        Reporting Period:_____

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | ✓ | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | ✓ | |
|    Bank Reconciliation | | ✓ | |
|    Copies of bank statements | | ✓ | |
|    Cash disbursements journals | | | |
|    Copies of tax returns filed during reporting period | | ✓ | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are
true and correct to the best of my knowledge and belief.

_____          _____01/04/2021_____
Signature of Debtor                                       Date

_____          _____
Signature of Joint Debtor                                  Date

_____          _____1/4/2021_____
Signature of Preparer                                     Date

_____Peter E. Fleming, CPA_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)
Unaudited, for Management
Purposes Only

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: October 2020

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account .

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 18,290.56 | |
| **RECEIPTS** | | |
| Wages (Net) | 8,093.72 | 103,974.10 |
| Interest and Dividend Income | 0.88 | 6.77 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | 18,600.00 |
| **Total Receipts** | 8,094.60 | 122,580.87 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 5,000.00 | 26,000.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 4,147.82 | 14,880.01 |
| Insurance | 151.00 | 2,462.78 |
| Auto Expense | | 712.26 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 5,215.00 |
| Household Expenses | 1,831.65 | 12,283.83 |
| Charitable Contributions | | 700.00 |
| Alimony and Child Support Payments | , | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 208.99 | 2,235.61 |
| Gifts | | |
| Other (attach schedule) | 6,539.11 | 51,613.83 |
| **Total Ordinary Disbursements** | 17,878.57 | 116,103.32 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 1,250.00 | 1,373.03 |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | 19,128.57 | 117,476.35 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (11,033.97) | 5,104.52 |
| **Cash - End of Month (Must equal reconciled bank** | 7,256.59 | |

FORM MOR-1 (INDV)

Unaudited, for Management
Purposes Only

**(9/99)**

Evans, Lois Joyce                                    Case No.: 20-20387-CMB

Reporting Period: <u>October 2020</u>

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | | 8,400.00 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Detail Included in General Ledger | 6,539.11 | 51,613.83 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FORM MOR-1 (INDV) (CON'T)**
Unaudited, for Management
Purposes Only

**(9/99)**

Evans, Lois Joyce

Case No.: **20-20387-CMB**

Reporting Period: October 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FI CA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | N umber of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| **Accounts Payable** | | | | | | |
| **Wages-Payable** | | | | | | |
| **Taxes Payable** | | | | | | |
| **Rent/Leases-Building** | | | | | | |
| **Rent/Leases- Equipment** | | | | | | |
| **Secured Debt/Adequate Protection** | | | | | | |
| **Professional Fees** | | | | | | |
| **Amounts Due to Insiders"** | | | | | | |
| **Other:** | | | | | | |
| **Other:** | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

_____

_____

_____

Unaudited, for Management
Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)     **FORM MOR-4**
**(9/99)**

Evans, Lois Joyce                                        Case No.: **20-20387-CMB**

Reporting Period: October 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | ✓ |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | ✓ |

Unaudited, for
Management Purposes
Only

FORM MOR-5
(9/99)

Unaudited, for Management
Purposes Only

 **Citizens Bank**

Checking Account
Statement

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

 **1** of **2**

US002  BR934

Beginning September 25, 2020
through October 26, 2020

LOIS  JOYCE  EVANS
113  BURRY  AVE
BRADFORDWOODS  PA    15015-1239

## Checking

**SUMMARY**

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | 3,654.50 | |
| Checks | .00 | - |
| Withdrawals & Debits | 1,310.43 | - |
| Deposits & Credits | .00 | + |
| **Current Balance** | **2,344.07** | = |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
  No deposit made.

Your next statement period will end on November 25, 2020.

Previous Balance

3,654.50

**TRANSACTION DETAILS**
**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 09/25 | 175.09 | 1509 POS Debit - 990328 Costco Whse #0328 Cranberry Tpkpa |
| 09/28 | 5.13 | 1509 Dbt Purchase - 1 Chick-Fil-A #03804wexford PA |
| 10/05 | 36.32 | 1509 Dbt Purchase - 10 1 Laurie's Hallmark Cranberry Twppa |
| 10/13 | 99.19 | 1509 Dbt Purchase - 759547 Alterations Expreswarrendale PA |
| 10/13 | 326.71 | 1509 POS Debit - 001 Rite Aid Store - 7wexford PA |
| 10/22 | 5.00 | 1509 POS Debit - 190075 Www.CVS.Com 888-607-42 87 IN |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 10/15 | 650.00 | Wilkeandassoc Web Pay 201014 Wilke |
| 10/26 | 9.99 | Monthly Maintenance Fee |
| 10/26 | 3.00 | Service Charge<br>Statement Delivery |

Total Withdrawals & Debits

1,310.43

Current Balance

2,344.07

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/25 | 3,479.41 | 10/13 | 3,012.06 | 10/22 | 2,357.06 |
| 09/28 | 3,474.28 | 10/15 | 2,362.06 | 10/26 | 2,344.07 |
| 10/05 | 3,437.96 | | | | |

**NEWS FROM CITIZENS**

--Saving can be easier than you think!  With small changes in your spending, your savings
can really add up!  Packing your lunch 3x per week vs. eating out (on average a $10 expense)

Member FDIC   Equal Housing Lender

 **Citizens Bank**

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Checking Account
Statement

 **2** OF 2

Beginning September 25, 2020
through October 26, 2020

*Checking continued from previous page*

**NEWS FROM CITIZENS (continued)**

could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch
a few times a week and set up an automatic transfer to your savings for the amount you
saved and watch your savings add up! For more information visit a branch or call
888-821-3900. Member FDIC.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

Member FDIC    Equal Housing Lender



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:       09/22/20 THRU 10/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 10,178.20 | 10,252.46 | 8,039.95 | 7,965.69 | 9,699.05 | 0.05% | 0.40 |
| EVERYTHING SV | 2,505.31 | 0.00 | 500.48 | 3,005.79 | 2,621.97 | 0.22% | 0.48 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09/22 | DIR | VIVINT  J203754038 VIVINT | 74.19 | 10/06 | POS MC | CASH APP* 4153753176      CA | 350.00 |
| 09/23 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 | 10/09 | POS MC | COLUMBIA GAS OF 8884604332      OH | 80.28 |
| 09/23 | ECK | QUARTERLY FEE PAYMENT | 975.00 | 10/09 | ECK | ARMSTRONG UTIL 8772775711 | 149.50 |
| 09/24 | POS MC | AMZN Mktp US*M44 Amzn.com/bill    WA | 72.59 | 10/11 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 |
| 09/25 | POS PIN | SALLY BEAUTY #32 CRANBERRY TWP    PA | 8.45 | 10/11 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 300.00 |
| 09/25 | POS PIN | GIANT-EAG Cranbe Cranberry        PA | 6.48 | 10/11 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 10.67 |
| 09/26 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 3.73 | 10/12 | POS MC | AMZN Mktp US*MK1 Amzn.com/bill    WA | 21.82 |
| 09/26 | POS MC | CVS/PHARMACY #02 800-746-7287    PA | 10.29 | 10/12 | POS MC | SP * CHARMING CH 8886752275      AZ | 50.95 |
| 09/26 | POS PIN | T-BONES WEXFORD          PA | 22.86 | 10/12 | POS MC | Amazon.com*MK0JY Amzn.com/bill    WA | 5.29 |
| 09/27 | POS PIN | CVS/PHARM 02449- Wexford          PA | 5.30 | 10/13 | POS MC | AMZN Mktp US*MK7 Amzn.com/bill    WA | 101.75 |
| 09/27 | POS MC | APPLE.COM/BILL 1111111111        CA | 3.73 | 10/13 | POS MC | cityzy Dartford          GB | 92.97 |
| 09/28 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 48.10 | 10/14 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 0.99 |
| 09/28 | POS MC | IPHONE CITIZENSO BRIDGEPORT       CT | 64.50 | 10/14 | POS MC | cityzy Dartford          GB | 64.98 |
| 09/28 | POS PIN | MARKET DI 155 To Wexford          PA | 62.27 | 10/15 | DIR | CAPGEMINI REG.SALARY | 4,046.86+ |
| 09/28 | DIR | NEW YORK LIFE INS. PREM. | 151.00 | 10/15 | POS MC | APPLE.COM/US 800-676-2775      CA | 57.78 |
| 09/30 | DIR | CAPGEMINI REG.SALARY | 3,992.69+ | 10/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO ·               ; | 500.00 |
| 10/02 | POS MC | WILKE AND ASSOC 4122782200       PA | 600.00 | 10/15 | ECK | PNC MORTGAGE 2 MORTGAGE | 5,000.00 |
| 10/05 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 9.99 | 10/18 | POS MC | BP#953474436189 BETHEL PARK      PA | 49.32 |
| 10/05 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 16.01 | 10/19 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 3.20 |
| 10/05 | ECK | MACYS CITIAUTFDR AUTO PYMT | 100.00 | 10/19 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 40.59 |



PAGE    2

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.69 | 10/21 | DIR | VIVINT    J203754038 VIVINT | 74.19 |
| 10/21 | POS MC | LA STUDIO NAIL & PITTSBURGH    PA | 53.00 | 10/21 | INT | INTEREST CREDIT | 0.40+ |

## EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ | 10/21 | INT | INTEREST CREDIT | 0.48+ |

2020 TAX INFORMATION:

| | | | |
|---|---|---|---|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 3.47+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 3.59+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | 36.00 |

ACCOUNT BALANCES MAINTAINED DURING SEPTEMBER
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $8,160.38 | $9,334.58 | $2,004.86 | $2,271.66 | $11,606.24 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

### BANKING CARD ACTIVITY FOR SEPTEMBER

THERE ARE NO CHARGES FOR BANKING CARD USE IN SEPTEMBER

| | CHECKING | | SAVINGS | |
|---|---|---|---|---|
| | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 9 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 31 | .00 | | |
| THE TOTAL CHARGE: | 40 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR SEPTEMBER.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.



REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER



L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:      09/17/20 THRU 10/16/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

### ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 27.56 | 820.57 | 1,000.00 | 206.99 | 152.65 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09/23 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ | 10/08 | POS MC | VALENCIA SPORTS VALENCIA           PA | 10.00 |
| 09/23 | POS PIN | MARKET DI 155 To Wexford           PA | 151.96 | 10/08 | POS MC | 7-ELEVEN 36144 WARRENDALE         PA | 12.16 |
| 09/24 | POS PIN | GET GO #3 140 To Wexford           PA | 20.01 | 10/11 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ |
| 09/25 | POS PIN | TARGET T-1259 Cranberry Twp   PA | 89.20 | 10/12 | POS MC | BP#9539099UNI MA YOUNGSTOWN       OH | 27.00 |
| 09/25 | POS PIN | GIANT-EAG Cranbe Cranberry       PA | 63.84 | 10/12 | POS PIN | MARKET DI 155 To Wexford           PA | 155.82 |
| 09/29 | POS PIN | MARKET DI 155 To Wexford           PA | 53.98 | 10/12 | POS PIN | MARKET DI 155 To Wexford           PA | 20.36 |
| 10/04 | POS PIN | GET GO #3043 Wexford           PA | 14.08 | 10/15 | POS MC | T-BONES WEXFORD           PA | 20.84 |
| 10/08 | POS PIN | MARKET DI 155 To Wexford           PA | 129.43 | 10/15 | POS PIN | LOWE'S #653 CRANBERRY TWN   PA | 15.89 |
| 10/08 | FEE | POS OVERDRAFT FEE | 36.00 | | | | |

### NO SAVINGS ACTIVITY

2020 TAX INFORMATION:
EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE        0.01+      INTEREST WITHHELD YEAR-TO-DATE                     0.00



REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 36.00 | 783.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00 | 99.00 |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES | 36.00 | 684.00 |

ACCOUNT BALANCES MAINTAINED DURING SEPTEMBER
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $8.91 | $169.86 | $0.00 | $0.00 | $169.86 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR SEPTEMBER

THERE ARE NO CHARGES FOR BANKING CARD USE IN SEPTEMBER

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 9 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 4 | .00 | | |
| THE TOTAL CHARGE: | 13 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR SEPTEMBER.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

12/29/2020

Lois Joyce Evans

**Checking, Period Ending 10/26/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                                              USD

Statement beginning balance .......................................................................................................................................... 3,654.50
Checks and payments cleared (9) .................................................................................................................................. -1,310.43
Deposits and other credits cleared (0) ............................................................................................................................. 0.00
Statement ending balance .............................................................................................................................................. 2,344.07

Register balance as of 10/26/2020 .................................................................................................................................. **2,344.07**
Cleared transactions after 10/26/2020 ............................................................................................................................ 0.00
Uncleared transactions after 10/26/2020 ........................................................................................................................ -1,592.19
Register balance as of 12/29/2020 .................................................................................................................................. 751.88

**Details**

Checks and payments cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 09/25/2020 | Expense | | | -175.09 |
| 09/28/2020 | Expense | | | -5.13 |
| 10/05/2020 | Expense | | | -36.32 |
| 10/13/2020 | Expense | | | -326.71 |
| 10/13/2020 | Expense | | | -99.19 |
| 10/15/2020 | Expense | | | -650.00 |
| 10/22/2020 | Expense | | | -5.00 |
| 10/26/2020 | Expense | | | -9.99 |
| 10/26/2020 | Expense | | | -3.00 |
| Total | | | | **-1,310.43** |

12/30/2020

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 10/16/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/30/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 27.56 |
| Checks and payments cleared (15) | -820.57 |
| Deposits and other credits cleared (2) | 1,000.00 |
| Statement ending balance | 206.99 |
| | |
| Register balance as of 10/16/2020 | 206.99 |
| Cleared transactions after 10/16/2020 | 0.00 |
| Uncleared transactions after 10/16/2020 | -87.11 |
| Register balance as of 12/30/2020 | 119.88 |

**Details**

Checks and payments cleared (15)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/23/2020 | Expense | | | -151.96 |
| 09/24/2020 | Expense | | | -20.01 |
| 09/25/2020 | Expense | | | -89.20 |
| 09/25/2020 | Expense | | | -63.84 |
| 09/29/2020 | Expense | | | -53.98 |
| 10/04/2020 | Expense | | | -14.08 |
| 10/08/2020 | Expense | | | -129.43 |
| 10/08/2020 | Expense | | | -12.16 |
| 10/08/2020 | Expense | | | -36.00 |
| 10/08/2020 | Expense | | | -10.00 |
| 10/12/2020 | Expense | | | -155.82 |
| 10/12/2020 | Expense | | | -20.36 |
| 10/12/2020 | Expense | | | -27.00 |
| 10/15/2020 | Expense | | | -15.89 |
| 10/15/2020 | Expense | | | -20.84 |

| Total | | | | -820.57 |
|---|---|---|---|---|

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/23/2020 | Transfer | | | 500.00 |
| 10/11/2020 | Transfer | | | 500.00 |

| Total | | | | 1,000.00 |
|---|---|---|---|---|

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 10/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/30/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 10,178.20 |
| Checks and payments cleared (41) | -10,252.46 |
| Deposits and other credits cleared (3) | 8,039.95 |
| Statement ending balance | 7,965.69 |
| | |
| Register balance as of 10/21/2020 | 7,965.69 |
| Cleared transactions after 10/21/2020 | 0.00 |
| Uncleared transactions after 10/21/2020 | -2,610.43 |
| Register balance as of 12/30/2020 | 5,355.26 |

**Details**

Checks and payments cleared (41)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/22/2020 | Expense | | | -74.19 |
| 09/23/2020 | Expense | | | -975.00 |
| 09/23/2020 | Transfer | | | -500.00 |
| 09/24/2020 | Expense | | | -72.59 |
| 09/25/2020 | Expense | | | -6.48 |
| 09/25/2020 | Expense | | | -8.45 |
| 09/26/2020 | Expense | | | -3.73 |
| 09/26/2020 | Expense | | | -10.29 |
| 09/26/2020 | Expense | | | -22.86 |
| 09/27/2020 | Expense | | | -3.73 |
| 09/27/2020 | Expense | | | -5.30 |
| 09/28/2020 | Expense | | | -48.10 |
| 09/28/2020 | Expense | | | -151.00 |
| 09/28/2020 | Expense | | | -62.27 |
| 09/28/2020 | Expense | | | -64.50 |
| 10/02/2020 | Expense | | | -600.00 |
| 10/05/2020 | Expense | | | -100.00 |
| 10/05/2020 | Expense | | | -16.01 |
| 10/05/2020 | Expense | | | -9.99 |
| 10/06/2020 | Expense | | | -350.00 |
| 10/09/2020 | Expense | | | -80.28 |
| 10/09/2020 | Expense | | | -149.50 |
| 10/11/2020 | Expense | | | -10.67 |
| 10/11/2020 | Transfer | | | -500.00 |
| 10/11/2020 | Expense | | | -300.00 |
| 10/12/2020 | Expense | | | -5.29 |
| 10/12/2020 | Expense | | | -21.82 |
| 10/12/2020 | Expense | | | -50.95 |
| 10/13/2020 | Expense | | | -92.97 |
| 10/13/2020 | Expense | | | -101.75 |
| 10/14/2020 | Expense | | | -64.98 |
| 10/14/2020 | Expense | | | -0.99 |
| 10/15/2020 | Transfer | | | -500.00 |
| 10/15/2020 | Expense | | | -5,000.00 |
| 10/15/2020 | Expense | | | -57.78 |
| 10/18/2020 | Expense | | | -49.32 |
| 10/19/2020 | Expense | | | -40.59 |
| 10/19/2020 | Expense | | | -10.69 |
| 10/19/2020 | Expense | | | -3.20 |
| 10/21/2020 | Expense | | | -74.19 |

12/30/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/21/2020 | Expense | | | -53.00 |
| Total | | | | -10,252.46 |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/30/2020 | Deposit | | | 3,992.69 |
| 10/15/2020 | Deposit | | | 4,046.86 |
| 10/21/2020 | Deposit | | | 0.40 |
| Total | | | | 8,039.95 |

12/30/2020

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 10/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/30/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 2,505.31 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (2) | 500.48 |
| Statement ending balance | 3,005.79 |
| | |
| Register balance as of 10/21/2020 | **3,005.79** |
| Cleared transactions after 10/21/2020 | 0.00 |
| Uncleared transactions after 10/21/2020 | 0.47 |
| Register balance as of 12/30/2020 | 3,006.26 |

**Details**

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/15/2020 | Transfer | | | 500.00 |
| 10/21/2020 | Journal | 7 | | 0.48 |
| Total | | | | 500.48 |