UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Lois Joyce Evans,                :          Case No.: 20-20387-CMB
                                        :
                                        :          Reporting Period:  November, 2020
                                        :
                                        :          Chapter 11

# MONTHLY OPERATING REPORT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: November 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | ✓ | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | ✓ | |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____     01-04-2021
Signature of Debtor                  Date

_____     _____
Signature of Joint Debtor            Date

_____     1/4/2021
Signature of Preparer                Date

PETER E. FLEMING, CPA
Printed Name of Preparer

FORM MOR (INDV)
(10/00)
Unaudited, for Management Purposes Only

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: November 2020

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 7,256.59 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 8,093.72 | 112,067.82 |
| Interest and Dividend Income | 0.63 | 7.40 |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) | 500.00 | 19,100.00 |
| **Total Receipts** | 8,594.35 | 131,175.22 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  | 26,000.00 |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  |  |
| Utilities | 804.19 | 15,684.20 |
| Insurance | 151.00 | 2,613.78 |
| Auto Expense |  | 712.26 |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses | 165.00 | 5,380.00 |
| Household Expenses | 2,384.57 | 14,668.40 |
| Charitable Contributions |  | 700.00 |
| Alimony and Child Support Payments | , |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment | 199.68 | 2,435.29 |
| Gifts |  |  |
| Other (attach schedule) | 3,563.88 | 55,177.71 |
| **Total Ordinary Disbursements** | 7,268.32 | 123,371.64 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  | 1,373.03 |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| **Total Reorganization Items** |  |  |
| **Total Disbursements (Ordinary + Reorganization)** | 7,268.32 | 124,744.67 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 1,326.03 | 6,430.55 |
| **Cash - End of Month (Must equal reconciled bank** | 8,582.62 |  |

FORM MOR-1 (INDV)

Unaudited, for Management
Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: November 2020

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | | 8,400.00 |
| Incoming Funds Transfer | 500.00 | 500.00 |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Detail Included in General Ledger | 3,563.88 | 55,177.71 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce                                                                          Case No.: 20-20387-CMB

Reporting Period: November 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  |  | Number of Days Past Due |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____
_____
_____

Unaudited, for Management
Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)

**Evans, Lois Joyce**

FORM MOR-4
(9/99)
Case No.: 20-20387-CMB
Reporting Period: November 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | ✓ |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | ✓ |

Unaudited, for
Management Purposes
Only

**FORM MOR-5**
**(9/99)**

Unaudited, for Management
Purposes Only

# Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US002 BR934

**LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA    15015-1239**

Checking Account Statement

 OF 2

Beginning October 27, 2020
through November 25, 2020

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 2,344.07 |
| Checks | .00 - |
| Withdrawals & Debits | 2,532.19 - |
| Deposits & Credits | .00 + |
| **Current Balance** | **-188.12 =** |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
   No deposit made.

Your next statement period will end on December 23, 2020.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

Previous Balance

2,344.07

### TRANSACTION DETAILS
**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 10/28 | 17.03 | 1509 POS Debit - 050232 3305 Get Go CA Mars PA |
| 11/09 | 8.17 | 1509 Dbt Purchase - 357000 Dunkin #357081 Pittsburgh PA |
| 11/10 | 111.00 | 1509 Dbt Purchase - 012575 LA Studio Nail & Spittsburgh PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 10/29 | 1,800.00 | Firstenergy Opco Fe Echeck 201029 |
| 11/17 | 516.00 | Firstenergy Opco Fe Echeck 201117 |
| 11/18 | 37.00 | Overdraft Fee (1 At $37) |
| 11/23 | 30.00 | Service Charge Sustained Overdraft Fee |
| 11/25 | 9.99 | Monthly Maintenance Fee |
| 11/25 | 3.00 | Service Charge Statement Delivery |

Total Withdrawals & Debits

2,532.19

Member FDIC  Equal Housing Lender

**Citizens Bank**

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Checking Account Statement**

 OF 2

Beginning October 27, 2020 through November 25, 2020

*Checking continued from previous page*

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

|  | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 67.00 | 67.00 |
| Total Returned Item Fees | .00 | .00 |

**Current Balance**
-188.12

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/28 | 2,327.04 | 11/10 | 407.87 | 11/23 | -175.13 |
| 10/29 | 527.04 | 11/17 | -108.13 | 11/25 | -188.12 |
| 11/09 | 518.87 | 11/18 | -145.13 | | |

**NEWS FROM CITIZENS**

--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.

Member FDIC    Equal Housing Lender



```
L JOYCE EVANS                                      ACCOUNT NUMBER:
113 BURRY AVE                                      STATEMENT DATE:        10/22/20 THRU 11/21/20
BRADFORDWOODS PA 15015-1239                        PINE TOWNSHIP OFFICE
                                                   11974 PERRY HIGHWAY

                                                   (724) 933-6900
```

### ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 7,965.69 | 13,129.46 | 9,093.88 | 3,930.11 | 3,842.33 | 0.05% | 0.16 |
| EVERYTHING SV | 3,005.79 | 1,000.00 | 500.47 | 2,506.26 | 2,796.11 | 0.20% | 0.47 |

### SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2167 | 100.00 | 2168 | 1,140.00 | | | | |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/22 | POS MC | CVS/PHARMACY #02 WEXFORD         PA | 76.59 | 10/30 | POS MC | AMZN Mktp US*2B5 Amzn.com/bill    WA | 21.98 |
| 10/22 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 28.86 | 10/30 | ECK | WESTVIEW WATER WEB PAY | 179.35 |
| 10/23 | POS MC | VENMO 8558124430         NY | 200.00 | 10/31 | POS MC | CVS/PHARMACY #02 800-746-7287    PA | 19.91 |
| 10/24 | POS MC | CASH APP*DWAYNE 4153753176       CA | 200.00 | 10/31 | POS MC | CARDELLO LIGHTIN CRANBERRY       PA | 67.80 |
| 10/24 | POS MC | VENMO 8558124430         NY | 250.00 | 10/31 | POS PIN | SAMS CLUB #6678 PITTSBURGH       PA | 481.83 |
| 10/26 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 3.73 | 10/31 | POS PIN | WAL SAM'S Club PITTSBURGH        PA | 21.38 |
| 10/26 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 650.00 | 11/02 | POS MC | VENMO 8558124430         NY | 200.00 |
| 10/26 | POS MC | APPLE.COM/BILL 1111111111        CA | 3.73 | 11/04 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 9.99 |
| 10/26 | POS MC | IPHONE CITIZENSO BRIDGEPORT      CT | 64.50 | 11/06 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 16.01 |
| 10/26 | DIR | NEW YORK LIFE INS. PREM. | 151.00 | 11/06 | POS MC | VENMO 8558124430         NY | 200.00 |
| 10/27 | POS MC | AMZN Mktp US*2T2 Amzn.com/bill   WA | 50.87 | 11/07 | POS MC | CASH APP* 4153753176     CA | 150.00 |
| 10/28 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 42.76 | 11/07 | POS PIN | NST THE HOME DEP PITTSBURGH      PA | 265.24 |
| 10/28 | WIR | WTH-WIRE DOMESTIC GEN-BRN | 4,000.00 | 11/07 | POS PIN | COSTCO WHSE #03 CRANBERRY TPK    PA | 230.82 |
| 10/28 | FEE | OUTGOING WIRE | 18.00 | 11/07 | POS PIN | GET GO #3 140 To Wexford         PA | 19.99 |
| 10/28 | CHK | 2167  SEQ# | 100.00 | 11/07 | POS PIN | MARKET DI 155 To Wexford         PA | 10.77 |
| 10/29 | POS MC | OFF THE HOOK WARRENDALE      PA | 28.54 | 11/07 | POS PIN | MARKET DI 155 To Wexford         PA | 20.32 |
| 10/29 | DIR | FIRSTENERGY OPCO FE ECHECK | 1,800.00 | 11/07 | POS PIN | MARKET DI 155 To Wexford         PA | 3.99 |
| 10/30 | DIR | CAPGEMINI REG.SALARY | 4,046.86+ | | | | |



PAGE 2

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---:|---|---|---|---:|
| 11/08 | POS | CASH APP*JOHN AL | 150.00 | 11/13 | POS | Hugo Boss Fashio | 387.00 |
| | MC | 4153753176     CA | | | MC | 8004846267     NY | |
| 11/08 | POS | CASH APP*DWAYNE | 150.00 | 11/13 | POS | USPS PO 41084802 | 32.13 |
| | MC | 4153753176     CA | | | MC | BRADFORDWOODS   PA | |
| 11/09 | POS | BP#9622747BP OIL | 52.84 | 11/14 | POS | ACORN LEATHER | 74.99 |
| | MC | WEXFORD     PA | | | MC | 8557092665     WA | |
| 11/09 | POS | APPLE.COM/BILL | 8.54 | 11/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00 |
| | MC | 866-712-7753   CA | | | | TO | |
| 11/09 | POS | GIANT-EAG 9805 M | 113.19 | 11/15 | POS | NST THE HOME DEP | 20.97 |
| | PIN | Pittsburgh     PA | | | PIN | CRANBERRY TWP   PA | |
| 11/09 | CHK | 2168  SEQ# | 1,140.00 | 11/15 | POS | MCDONALD'S F6141 | 6.93 |
| 11/10 | POS | AMZN Mktp US*280 | 23.90 | | PIN | MARS     PA | |
| | MC | Amzn.com/bill  WA | | 11/15 | POS | APPLE.COM/BILL | 0.99 |
| 11/10 | ECK | ARMSTRONG UTIL | 149.50 | | MC | 866-712-7753   CA | |
| | | 8772775711 | | 11/16 | POS | AMAZON.COM*203W2 | 30.77 |
| 11/11 | POS | AMZN Mktp US*282 | 20.52 | | PIN | SEATTLE     WA | |
| | MC | Amzn.com/bill  WA | | 11/16 | POS | AMERICAN | 151.10 |
| 11/12 | POS | MEDEXPRESS UC WE | 30.00 | | MC | 8004337300     TX | |
| | MC | MORGANTOWN     WV | | | | AIRLINE TICKET | |
| 11/12 | POS | MEDEXPRESS UC WE | 50.00 | 11/17 | POS | SP * GOOD AMERIC | 109.99 |
| | MC | MORGANTOWN     WV | | | MC | 8883377823     CA | |
| 11/12 | POS | MEDEXPRESS UC WE | 30.00 | 11/20 | POS | MCDONALD'S F3750 | 9.39 |
| | MC | MORGANTOWN     WV | | | PIN | CONCORD     NC | |
| 11/12 | POS | APPLE.COM/BILL | 2.13 | 11/20 | POS | APPLE.COM/BILL | 18.14 |
| | MC | 866-712-7753   CA | | | MC | 866-712-7753   CA | |
| 11/12 | POS | AMAZON.COM*204L1 | 5.99 | 11/20 | POS | APPLE.COM/BILL | 10.69 |
| | PIN | SEATTLE     WA | | | MC | 866-712-7753   CA | |
| 11/12 | POS | AMAZON.COM*207MH | 47.69 | 11/20 | POS | APPLE.COM/BILL | 3.20 |
| | PIN | SEATTLE     WA | | | MC | 866-712-7753   CA | |
| 11/12 | ONL | TRANSFER DOLLAR BANK INTERNET | 1,000.00+ | 11/20 | POS | APPLE.COM/BILL | 24.59 |
| | | FROM | | | MC | 866-712-7753   CA | |
| 11/12 | ATM | WESBANCO    3300 BRIGHTO | 103.00 | 11/21 | POS | TARGET T- 6150 B | 22.67 |
| | | PITTSBURGH     PA | | | PIN | Concord     NC | |
| 11/12 | POS | AMZN Mktp US*289 | 23.29 | 11/21 | POS | LIDL #1163 | 37.36 |
| | MC | Amzn.com/bill  WA | | | PIN | CONCORD     NC | |
| 11/13 | DIR | CAPGEMINI | 4,046.86+ | 11/21 | INT | INTEREST CREDIT | 0.16+ |
| | | REG.SALARY | | | | | |

## EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---:|---|---|---|---:|
| 11/12 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 1,000.00 | 11/21 | INT | INTEREST CREDIT | 0.47+ |
| 11/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ | | | | |

```
2020 TAX INFORMATION:
EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE        3.63+    INTEREST WITHHELD YEAR-TO-DATE        0.00
EVERYTHING SV:   INTEREST CREDITED YEAR-TO-DATE        4.06+    INTEREST WITHHELD YEAR-TO-DATE        0.00
```



PAGE    3

```
REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

                                              THIS PERIOD    YEAR TO DATE
TOTAL OVERDRAFT FEES                                 .00           576.00
TOTAL RETURNED UNPAID ITEM FEES                      .00            36.00
```

```
              ACCOUNT BALANCES MAINTAINED DURING OCTOBER
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

CHECKING         CHECKING         SAVINGS          SAVINGS         COMBINED
MINIMUM          AVERAGE          MINIMUM          AVERAGE         AVERAGE
$297.11          $8,461.95        $2,505.31        $2,779.65       $11,241.60
```

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR OCTOBER

THERE ARE NO CHARGES FOR BANKING CARD USE IN OCTOBER

```
                                              CHECKING               SAVINGS
                                         # OF      TOTAL       # OF      TOTAL
                                         USES      CHARGED     USES      CHARGED
POINT OF SALE PURCHASE TRANSACTIONS (POS)
  -PIN-BASED PURCHASES (PIN)              2         .00
  -MASTERCARD PURCHASES (MC)             33         .00
                                         --        ----
THE TOTAL CHARGE:                        35         .00
```

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR OCTOBER.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER



```
L JOYCE EVANS OR                              ACCOUNT NUMBER:
SAMUEL EVANS                                  STATEMENT DATE:        10/17/20 THRU 11/16/20
113 BURRY AVE                                 PINE TOWNSHIP OFFICE
BRADFORDWOODS PA 15015-1239                   11974 PERRY HIGHWAY

                                              (724) 933-6900
```

ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 206.99 | 1,082.65 | 650.00 | 225.66- | 88.92 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/17 | POS | GIANT-EAG Cranbe | 46.40 | 11/03 | POS | ROSS STORES #109 | 8.09 |
|  | PIN | Cranberry      PA |  |  | PIN | TARENTUM       PA |  |
| 10/19 | POS | LOWES #00653* | 20.97 | 11/05 | POS | GET GO #3043 | 16.00 |
|  | MC | CRANBERRY TOW  PA |  |  | MC | WEXFORD        PA |  |
| 10/19 | POS | MARKET DI 155 To | 97.67 | 11/05 | POS | WALGREENS 20260 | 29.13 |
|  | PIN | Wexford        PA |  |  | PIN | CRANBERRY TOW  PA |  |
| 10/21 | POS | GET GO #3 4924 B | 30.02 | 11/06 | POS | LOWE'S #687 | 9.52 |
|  | PIN | Pittsburgh     PA |  |  | PIN | GLEN ALLEN     VA |  |
| 10/22 | POS | MARKET DI 155 To | 42.77 | 11/09 | POS | LOWE'S #687 | 59.82 |
|  | PIN | Wexford        PA |  |  | PIN | GLEN ALLEN     VA |  |
| 10/22 | FEE | POS OVERDRAFT FEE | 36.00 | 11/09 | POS | 5400 WYNDHAM FOR | 18.25 |
| 10/22 | POS | MARKET DI 155 To | 13.49 |  | PIN | GLEN ALLEN     VA |  |
|  | PIN | Wexford        PA |  | 11/10 | POS | BP#9708264BRAND | 28.05 |
| 10/22 | FEE | POS OVERDRAFT FEE | 36.00 |  | PIN | MIDLOTHIAN     VA |  |
| 10/23 | POS | WEXFORD ACE HDWE | 11.32 | 11/10 | FEE | POS OVERDRAFT FEE | 36.00 |
|  | MC | WEXFORD        PA |  | 11/11 | POS | WEGMANS SHORT PU | 42.44 |
| 10/25 | POS | MARKET DI 155 To | 88.06 |  | PIN | HENRICO        VA |  |
|  | PIN | Wexford        PA |  | 11/11 | FEE | POS OVERDRAFT FEE | 36.00 |
| 10/25 | FEE | POS OVERDRAFT FEE | 36.00 | 11/13 | POS | WEGMANS S 12200 | 13.39 |
| 10/25 | POS | MARKET DI 155 To | 20.00 |  | PIN | HENRICO        VA |  |
|  | PIN | Wexford        PA |  | 11/13 | FEE | POS OVERDRAFT FEE | 36.00 |
| 10/25 | FEE | POS OVERDRAFT FEE | 36.00 | 11/16 | FEE | CONTINUOUS OD (4 DAYS @ $9) | 36.00 |
| 10/26 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 650.00+ |  |  |  |  |
| 10/26 | POS | MARKET DI 155 To | 40.44 |  |  |  |  |
|  | PIN | Wexford        PA |  |  |  |  |  |
| 10/29 | POS | MARKET DI 155 To | 129.81 |  |  |  |  |
|  | PIN | Wexford        PA |  |  |  |  |  |
| 11/02 | POS | GETGO #30 10500 | 29.01 |  |  |  |  |
|  | PIN | Wexford        PA |  |  |  |  |  |

NO SAVINGS ACTIVITY

```
2020 TAX INFORMATION:
EVERYTHING CK:   INTEREST CREDITED YEAR-TO-DATE        0.01+    INTEREST WITHHELD YEAR-TO-DATE                                0.00
```



PAGE 2

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 288.00 | 1,071.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

### NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00 | 99.00 |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES | 288.00 | 972.00 |

### ACCOUNT BALANCES MAINTAINED DURING OCTOBER

(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $307.71- | $115.34 | $0.00 | $0.00 | $115.34 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

### BANKING CARD ACTIVITY FOR OCTOBER

THERE ARE NO CHARGES FOR BANKING CARD USE IN OCTOBER

|  | CHECKING # OF USES | CHECKING TOTAL CHARGED | SAVINGS # OF USES | SAVINGS TOTAL CHARGED |
|---|---|---|---|---|
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 14 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 6 | .00 |  |  |
| THE TOTAL CHARGE: | 20 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR OCTOBER.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

Lois Joyce Evans

**Checking, Period Ending 11/25/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/29/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 2,344.07 |
| Checks and payments cleared (9) | -2,532.19 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | -188.12 |
| | |
| Register balance as of 11/25/2020 | -188.12 |
| Cleared transactions after 11/25/2020 | 0.00 |
| Uncleared transactions after 11/25/2020 | 940.00 |
| Register balance as of 12/29/2020 | 751.88 |

### Details

Checks and payments cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/28/2020 | Expense | | | -17.03 |
| 10/29/2020 | Expense | | | -1,800.00 |
| 11/09/2020 | Expense | | | -8.17 |
| 11/10/2020 | Expense | | | -111.00 |
| 11/17/2020 | Expense | | | -516.00 |
| 11/18/2020 | Expense | | | -37.00 |
| 11/23/2020 | Expense | | | -30.00 |
| 11/25/2020 | Expense | | | -9.99 |
| 11/25/2020 | Expense | | | -3.00 |
| **Total** | | | | **-2,532.19** |

12/30/2020

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 11/16/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/30/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 206.99 |
| Checks and payments cleared (29) | -1,082.65 |
| Deposits and other credits cleared (1) | 650.00 |
| Statement ending balance | -225.66 |
| | |
| Register balance as of 11/16/2020 | -225.66 |
| Cleared transactions after 11/16/2020 | 0.00 |
| Uncleared transactions after 11/16/2020 | 345.54 |
| Register balance as of 12/30/2020 | 119.88 |

### Details

Checks and payments cleared (29)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/17/2020 | Expense | | | -46.40 |
| 10/19/2020 | Expense | | | -20.97 |
| 10/19/2020 | Expense | | | -97.67 |
| 10/21/2020 | Expense | | | -30.02 |
| 10/22/2020 | Expense | | | -36.00 |
| 10/22/2020 | Expense | | | -36.00 |
| 10/22/2020 | Expense | | | -42.77 |
| 10/22/2020 | Expense | | | -13.49 |
| 10/23/2020 | Expense | | | -11.32 |
| 10/25/2020 | Expense | | | -36.00 |
| 10/25/2020 | Expense | | | -36.00 |
| 10/25/2020 | Expense | | | -88.06 |
| 10/25/2020 | Expense | | | -20.00 |
| 10/26/2020 | Expense | | | -40.44 |
| 10/29/2020 | Expense | | | -129.81 |
| 11/02/2020 | Expense | | | -29.01 |
| 11/03/2020 | Expense | | | -8.09 |
| 11/05/2020 | Expense | | | -16.00 |
| 11/05/2020 | Expense | | | -29.13 |
| 11/06/2020 | Expense | | | -9.52 |
| 11/09/2020 | Expense | | | -18.25 |
| 11/09/2020 | Expense | | | -59.82 |
| 11/10/2020 | Expense | | | -28.05 |
| 11/10/2020 | Expense | | | -36.00 |
| 11/11/2020 | Expense | | | -36.00 |
| 11/11/2020 | Expense | | | -42.44 |
| 11/13/2020 | Expense | | | -36.00 |
| 11/13/2020 | Expense | | | -13.39 |
| 11/16/2020 | Expense | | | -36.00 |
| **Total** | | | | **-1,082.65** |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/26/2020 | Transfer | | | 650.00 |
| **Total** | | | | **650.00** |

12/30/2020

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 11/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/30/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 3,005.79 |
| Checks and payments cleared (1) | -1,000.00 |
| Deposits and other credits cleared (2) | 500.47 |
| Statement ending balance | 2,506.26 |
| | |
| Register balance as of 11/21/2020 | 2,506.26 |
| Cleared transactions after 11/21/2020 | 0.00 |
| Uncleared transactions after 11/21/2020 | 500.00 |
| Register balance as of 12/30/2020 | 3,006.26 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/12/2020 | Transfer | | | -1,000.00 |
| Total | | | | -1,000.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/15/2020 | Transfer | | | 500.00 |
| 11/21/2020 | Journal | 8 | | 0.47 |
| Total | | | | 500.47 |

# Bank Accounts

**One Deposit Checking** –9226                                                      **$695.92**

Account Details | View Statements | Download Transactions                VIEW LESS TRANSACTIONS

## Your Recent Activity

Search Criteria

| All Transactions | Timeframe | Last 90 Days | | Clear |

| DATE POSTED | TRANSACTION DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | POSTED TRANSACTIONS | | |
| 12/28/20 | POS Debit<br>Ross Stores #1417 Pittsburgh Pa 1509 | - $52.96 | $695.92 |
| 12/23/20 | Service Charge<br>Statement Delivery | - $3.00 | $748.88 |
| 12/07/20 | ATM Deposit<br>9805 Mcknight Rd. Pi Pittsburgh Pa 1509 | $1,000.00 | $751.88 |
| 12/02/20 | Service Charge<br>Sustained Od | - $30.00 | -$248.12 |
| 11/27/20 | Service Charge<br>Sustained Od | - $30.00 | -$218.12 |
| 11/25/20 | Service Charge | - $9.99 | -$188.12 |
| 11/25/20 | Service Charge<br>Statement Delivery | - $3.00 | -$178.13 |

1/3/2021

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 11/21/2020**

**RECONCILIATION REPORT**

Reconciled on: 12/30/2020

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 7,965.69 |
| Checks and payments cleared (68) | -13,129.46 |
| Deposits and other credits cleared (4) | 9,093.88 |
| Statement ending balance | 3,930.11 |
| | |
| Register balance as of 11/21/2020 | 3,930.11 |
| Cleared transactions after 11/21/2020 | 0.00 |
| Uncleared transactions after 11/21/2020 | 1,425.15 |
| Register balance as of 12/30/2020 | 5,355.26 |

### Details

Checks and payments cleared (68)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/22/2020 | Expense | | | -28.86 |
| 10/22/2020 | Expense | | | -76.59 |
| 10/23/2020 | Expense | | | -200.00 |
| 10/24/2020 | Expense | | | -250.00 |
| 10/24/2020 | Expense | | | -200.00 |
| 10/26/2020 | Expense | | | -3.73 |
| 10/26/2020 | Expense | | | -3.73 |
| 10/26/2020 | Expense | | | -151.00 |
| 10/26/2020 | Expense | | | -64.50 |
| 10/26/2020 | Transfer | | | -650.00 |
| 10/27/2020 | Expense | | | -50.87 |
| 10/28/2020 | Expense | | | -42.76 |
| 10/28/2020 | Expense | | | -18.00 |
| 10/28/2020 | Expense | | | -4,000.00 |
| 10/28/2020 | Check | 2167 | | -100.00 |
| 10/29/2020 | Expense | | | -1,800.00 |
| 10/29/2020 | Expense | | | -28.54 |
| 10/30/2020 | Expense | | | -21.98 |
| 10/30/2020 | Expense | | | -179.35 |
| 10/31/2020 | Expense | | | -19.91 |
| 10/31/2020 | Expense | | | -67.80 |
| 10/31/2020 | Expense | | | -481.83 |
| 10/31/2020 | Expense | | | -21.38 |
| 11/02/2020 | Expense | | | -200.00 |
| 11/04/2020 | Expense | | | -9.99 |
| 11/06/2020 | Expense | | | -16.01 |
| 11/06/2020 | Expense | | | -200.00 |
| 11/07/2020 | Expense | | | -230.82 |
| 11/07/2020 | Expense | | | -265.24 |
| 11/07/2020 | Expense | | | -19.99 |
| 11/07/2020 | Expense | | | -150.00 |
| 11/07/2020 | Expense | | | -20.32 |
| 11/07/2020 | Expense | | | -10.77 |
| 11/07/2020 | Expense | | | -3.99 |
| 11/08/2020 | Expense | | | -150.00 |
| 11/08/2020 | Expense | | | -150.00 |
| 11/09/2020 | Expense | | | -8.54 |
| 11/09/2020 | Expense | | | -52.84 |
| 11/09/2020 | Expense | | | -113.19 |
| 11/09/2020 | Check | 2168 | | -1,140.00 |

1/3/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/10/2020 | Expense | | | -23.90 |
| 11/10/2020 | Expense | | | -149.50 |
| 11/11/2020 | Expense | | | -20.52 |
| 11/12/2020 | Expense | | | -5.99 |
| 11/12/2020 | Expense | | | -47.69 |
| 11/12/2020 | Expense | | | -2.13 |
| 11/12/2020 | Expense | | | -23.29 |
| 11/12/2020 | Expense | | | -50.00 |
| 11/12/2020 | Expense | | | -103.00 |
| 11/12/2020 | Expense | | | -30.00 |
| 11/12/2020 | Expense | | | -30.00 |
| 11/13/2020 | Expense | | | -387.00 |
| 11/13/2020 | Expense | | | -32.13 |
| 11/14/2020 | Expense | | | -74.99 |
| 11/15/2020 | Expense | | | -0.99 |
| 11/15/2020 | Expense | | | -20.97 |
| 11/15/2020 | Expense | | | -6.93 |
| 11/15/2020 | Transfer | | | -500.00 |
| 11/16/2020 | Expense | | | -151.10 |
| 11/16/2020 | Expense | | | -30.77 |
| 11/17/2020 | Expense | | | -109.99 |
| 11/20/2020 | Expense | | | -9.39 |
| 11/20/2020 | Expense | | | -24.59 |
| 11/20/2020 | Expense | | | -18.14 |
| 11/20/2020 | Expense | | | -10.69 |
| 11/20/2020 | Expense | | | -3.20 |
| 11/21/2020 | Expense | | | -37.36 |
| 11/21/2020 | Expense | | | -22.67 |
| **Total** | | | | **-13,129.46** |

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/30/2020 | Deposit | | | 4,046.86 |
| 11/12/2020 | Transfer | | | 1,000.00 |
| 11/13/2020 | Deposit | | | 4,046.86 |
| 11/21/2020 | Deposit | | | 0.16 |
| **Total** | | | | **9,093.88** |