# PROCEEDING MEMO

**Date: 01/08/2021 02:00 pm**

**In re:** Lois Joyce Evans

**Bankruptcy No. 20-20387-CMB**
**Chapter: 11-NOT A SMALL BUSINESS**
**Doc. # 100**

**Appearances:** BY ZOOM: Brent Lemon, Larry Wahlquist, Karina Velter

**Nature of Proceeding:** #100 Continued Hearing Re: Disclosure Statement Dated 10/12/2020

**Additional Pleadings:** #110 Proceeding Memo from 11/17/2020 Hearing - Continued to 01/08/2021 at 2:00 p.m. by Zoom
#120 Monthly Financial Report for March, 2020
#121 Monthly Financial Report for April, 2020
#122 Monthly Financial Report for May, 2020
#123 Monthly Financial Report for June, 2020
#124 Monthly Financial Report for July, 2020
#125 Monthly Financial Report for August, 2020
#126 Monthly Financial Report for September, 2020
#127 Monthly Financial Report for October, 2020
#128 Monthly Financial Report for November, 2020

**Judge's Notes:**
-Lemon: Request continuance because if stipulation is entered into, will have to amend disclosure statement and plan.
OUTCOME: Continued to 2/23 at 1:30 pm. Expect stipulation, amended disclosure statement and plan by 1/31. May be able to have hearing on new disclosure statement by 2/23, possibly early March. Expect parties to work things out.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
1/11/21 8:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20387-CMB |
| Lois Joyce Evans | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Jan 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

**Recip ID**         **Recipient Name and Address**
db                  + Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021             Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Anthony T. Kovalchick
               on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas
               on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com

Brian C. Thompson
               on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Karina Velter
               on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

Karina Velter
               on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Jan 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Karina Velter
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Thomas Song
    on behalf of Creditor PNC Bank National Association, et.al. pawb@fedphe.com

TOTAL: 9