# PROCEEDING MEMO

**Date: 01/08/2021 02:00 pm**

In re:   Lois Joyce Evans

                                                           Bankruptcy No. 20-20387-CMB
                                                           Chapter: 11-NOT A SMALL BUSINESS
                                                           Doc. # 48

**Appearances:** BY ZOOM:  Brent Lemon, Larry Wahlquist, Karina Velter

**Nature of Proceeding:** #48 Continued Hearing Re: Motion To Convert Case Pursuant To 11 U.S.C. Section 1112(b)

**Additional Pleadings:** #52 Response by Debtor
                               #67 Status Report filed by United States Trustee
                               #111 Proceeding Memo from 11/17/2020 Hearing - Continued to 01/08/2021 at 2:00 p.m. by Zoom.  Debtor must revise MORs.  Questionnaires need to be completed and signed; bank statements appended must actually correspond to and cover entire month; all of the "other" income and disbursements must be identified, mat must add up.   Debtor must provide check registers to UST.  Debtor must comply by 01/04/2021

**Judge's Notes:**
-Lemon: Matter was continued with directions to file revised MOR. Reports filed on 1/4.
-Wahlquist: Received MOR. Have corrected most issues, but there are a few remaining issues that raise concern. Not all post-petition taxes are paid and insurances coverages are not all in effect. Also, June and July MORs show cash deposits without listing the sources. However, most issues were resolved. Request withdrawal of motion to convert.
OUTCOME: Withdrawal of motion to convert granted.

                                                               **Carlota Böhm**
                                                              **Chief U.S. Bankruptcy Judge**

                                                              FILED
                                                              1/11/21 8:08 am
                                                              CLERK
                                                              U.S. BANKRUPTCY
                                                              COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20387-CMB |
| Lois Joyce Evans | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Jan 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 13, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Karina Velter | on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com |
| Karina Velter | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |

District/off: 0315-2 | User: gamr | Page 2 of 2
Date Rcvd: Jan 11, 2021 | Form ID: pdf900 | Total Noticed: 1

Karina Velter
          on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Larry E. Wahlquist
          on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Thomas Song
          on behalf of Creditor PNC Bank National Association, et.al. pawb@fedphe.com

TOTAL: 9