**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Lois Joyce Evans,                    :                    Case No.: 20-20387-CMB
                                             :
                                             :                    Reporting Period:   December, 2020
                                             :
                                             :                    Chapter 11

## MONTHLY OPERATING REPORT

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce                                      Case No.: 20-20387-CMB

Reporting Period: December 2020

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements Journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

ID Kn6Gk9TETEbbB2wzFXr6e28C

1/19/2021

_____          _____
Signature of Debtor                          Date

_____          _____
Signature of Joint Debtor                     Date

_____          1/13/2021
Signature of Preparer                         Date

PETER E. FLEMING, CPA
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Unaudited, for Management
Purposes Only

Evans, Lois Joyce

Case No.: **20-20387-CMB**

**Reporting Period:** December 2020

### INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

**Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.**
**A bank reconciliation must be attached for each account .**

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | **8,582.62** | |
| **RECEIPTS** | | |
| Wages (Net) | 7,495.46 | 119,563.28 |
| Interest and Dividend Income | 0.61 | 8.01 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 1,000.00 | 20,100.00 |
| **Total Receipts** | 8,496.07 | 139,671.29 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | 26,000.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1,243.34 | 16,927.54 |
| Insurance | 487.44 | 3,101.22 |
| Auto Expense | | 712.26 |
| Lease Payments | | |
| IRA Contributions | . | |
| Repairs and Maintenance | | |
| Medical Expenses | | 5,380.00 |
| Household Expenses | 1,298.14 | 15,966.54 |
| Charitable Contributions | | 700.00 |
| Alimony and Child Support Payments | , | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 176.25 | 2,611.54 |
| Gifts | | |
| Other (attach schedule) | 353.83 | 55,531.54 |
| **Total Ordinary Disbursements** | **3,559.00** | **126,930.64** |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 1,500.00 | 2,873.03 |
| U. S. Trustee Fees | 650.00 | 650.00 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | **2,150.00** | **3,523.03** |
| **Total Disbursements (Ordinary + Reorganization)** | **5,709.00** | **130,453.67** |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | **2,787.07** | **9,217.62** |
| **Cash - End of Month (Must equal reconciled bank** | **11,369.69** | |

**FORM MOR-1 (INDV)**

Unaudited, for Management Purposes Only

(9/99)

**Evans, Lois Joyce**                                   **Case No.: 20-20387-CMB**

**Reporting Period:** December 2020

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | 1,000.00 | 9,400.00 |
| Incoming Funds Transfer | | 500.00 |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| Detail Included in General Ledger | 353.83 | 55,531.54 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FORM MOR-1 (INDV) (CON'T)**

Unaudited, for Management Purposes
Only

(9/99)

**Evans, Lois Joyce**

**Case No.: 20-20387-CMB**

**Reporting Period:** December 2020

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| **Total Federal Taxes** |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| **Total Stale and Local** |  |  |  |  |  |  |
| **Total Taxes** |  |  |  |  |  |  |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | | N umber of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

_____

_____

_____

Unaudited, for Management
Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)

**FORM MOR-4**
**(9/99)**

**Evans, Lois Joyce**

Case No.: 20-20387-CMB

Reporting Period: December 2020

## ACCOUINTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | x |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | x |

Unaudited, for Management
Purposes Only

**FORM MOR-5**
**(9/99)**

Unaudited, for Management
Purposes Only

OPEN A NEW ACCOUNT >

Accounts    Summary    Settings ●

## Bank Accounts

### One Deposit Checking  –9226                                    $524.23 ⊙

Account Details    View Statements    Download Transactions          VIEW LESS TRANSACTIONS ∧

Your Recent Activity

Search Criteria

| All Transactions ▾ | Timeframe ▾ | Last 90 Days ▾ | GO | Clear |

| DATE POSTED ⊙ ▾ | TRANSACTION DESCRIPTION ▾ | AMOUNT ▾ | BALANCE ⊙ ▾ |
|---|---|---|---|
| | POSTED TRANSACTIONS | | |
| 01/11/21 | DBT Purchase | - $171.69 | $524.23 |
| | Bravo - Route 19 Cranberry Twppa 1509 | | |
| 12/28/20 | POS Debit | - $52.96 | $695.92 |
| | Ross Stores #1417 Pittsburgh Pa 1509 | | |
| 12/23/20 | Service Charge | - $3.00 | $748.88 |
| | Statement Delivery | | |
| 12/07/20 | ATM Deposit | $1,000.00 | $751.88 |
| | 9805 Mcknight Rd. Pi Pittsburgh Pa 1509 | | |
| 12/02/20 | Service Charge | - $30.00 | -$248.12 |
| | Sustained Od | | |
| 11/27/20 | Service Charge | - $30.00 | -$218.12 |
| | Sustained Od | | |
| 11/25/20 | Service Charge | - $9.99 | -$188.12 |
| 11/25/20 | Service Charge | - $3.00 | -$178.13 |
| | Statement Delivery | | |



x2449 - EVERYTHING CHECKING

Selected Account

x2449 - EVERYTHING CHECKING (Available $0.24)

Show the Following Days

○ All   ○ 30 Days   ○ 60 Days   ● 90 Days   ○ 120 Days   ○ Other

Show Only:

Any type of transaction

Description:

Check Number:

Amount:

Low Amount:   to:   High Amount:

Clear   Search   Download For:  ▶  Spreadsheet

| Date ^ | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 01/05/2021 | POS PIN TARGET T 1218 BR Pittsburgh PA | $38.38 | | $0.24 |
| 12/27/2020 | POS PIN GIANT EAG Cranbe BR Cranberry PA | $8.46 | | $38.62 |
| 12/22/2020 | POS PIN MARKET DI 155 To BR Wexford PA | $72.80 | | $47.08 |
| 12/19/2020 | POS PIN BP 1841113CRANB BR CRANBERRY TWP PA | $13.81 | | $119.88 |
| 12/17/2020 | POS PIN MARKET DI 155 To BR Wexford PA | $72.77 | | $133.69 |
| 12/15/2020 | POS PIN GETGO 30 10500 BR Wexford PA | $29.00 | | $206.46 |
| 12/14/2020 | POS PIN MARKET DI 155 To BR Wexford PA | $45.01 | | $235.46 |
| 12/11/2020 | POS PIN LOWE S 653 BR CRANBERRY TWN PA | $23.50 | | $280.47 |
| 12/10/2020 | POS PIN MARKET DI 155 To BR Wexford PA | $51.04 | | $303.97 |



Selected Account

x9586 - EVERYTHING CHECKING (Available $4,177,62)

Show the Following Days

All    30 Days    60 Days    90 Days    120 Days    Other

Show Only:

Any type of transaction

Description:

Check Number:

Amount:

Low Amount    to:    High Amount

Clear    Search    Download to    Spreadsheet

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| 01/15/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $10.67 | | $4,177,62 |
| 01/10/2021 | POS PIN Bath and Body Wo BR New Albany OH | $108.71 | | $4,188.29 |
| 01/08/2021 | ECK ARMSTRONG Util | $149.59 | | $4,297,00 |
| 01/08/2021 | POS MC BED BATH BEYON BR 8004623966 NJ | $166.12 | | $4,446.50 |
| 01/04/2021 | ECK PNC MAKE A PM    R LOAN PYMT | $5,000.00 | | $4,552.62 |
| 01/04/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $9.99 | | $9,552.62 |
| 01/04/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $8.54 | | $9,562.61 |
| 01/04/2021 | POS MC BP 9622747BP OIL BR WEXFORD PA | $50.33 | | $9,571.15 |
| 01/01/2021 | POS MC LEONARD LABRIOLA BR WARRENDALE PA | $6.98 | | $9,621.48 |
| 12/31/2020 | POS PIN MARKET DI 155 To BR Wexford PA | $126.60 | | $9,628.46 |
| 12/31/2020 | POS MC AMZN Mktp US TY4 BR Amzn.com bill WA | $74.10 | | $9,755.06 |



x9586 - EVERYTHING SAVINGS

Selected Account

x9586 - EVERYTHING SAVINGS (Available $1,006.69)

Show the Following Days

All    30 Days    60 Days    ▸ 90 Days    120 Days    Other

Show Only:

Any type of transaction

Description:

Check Number:

Amount:

Low Amount    to:    High Amount

[Clear]  [Search]    Download For:  ▸ Spreadsheet

| Date ▲ | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 12/20/2020 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR TO XXXXXXX9586 | $2,000.00 | | $1,006.69 |
| 12/21/2020 | INT INTEREST CREDIT | | $0.43 | $3,006.69 |
| 12/15/2020 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR FROM XXXXXXX9586 | | $500.00 | $3,006.26 |
| 11/21/2020 | INT INTEREST CREDIT | | $0.47 | $2,506.26 |
| 11/15/2020 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR FROM XXXXXXX9586 | | $500.00 | $2,505.79 |
| 11/12/2020 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR TO XXXXXXX9586 | $1,000.00 | | $2,005.79 |
| 10/21/2020 | INT INTEREST CREDIT | | $0.48 | $3,005.79 |
| 10/15/2020 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR FROM XXXXXXX9586 | | $500.00 | $3,005.31 |

Lois Joyce Evans

**Checking, Period Ending 12/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 01/12/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | -188.12 |
| Checks and payments cleared (4) | -115.96 |
| Deposits and other credits cleared (1) | 1,000.00 |
| Statement ending balance | 695.92 |
| | |
| Register balance as of 12/31/2020 | 695.92 |

**Details**

Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/27/2020 | Expense | | | -30.00 |
| 12/02/2020 | Expense | | | -30.00 |
| 12/23/2020 | Expense | | | -3.00 |
| 12/28/2020 | Expense | | | -52.96 |
| Total | | | | -115.96 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/07/2020 | Deposit | | | 1,000.00 |
| Total | | | | 1,000.00 |

1/12/2021

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 12/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 01/12/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                    USD

Statement beginning balance ........................................... -225.66
Checks and payments cleared (22) ..................................... -785.72
Deposits and other credits cleared (2) ............................... 1,050.00
Statement ending balance ................................................ 38.62

Register balance as of 12/31/2020 .................................... 38.62

**Details**

Checks and payments cleared (22)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 11/17/2020 | Expense | | | -9.00 |
| 11/17/2020 | Expense | | | -36.00 |
| 11/17/2020 | Expense | | | -34.19 |
| 11/18/2020 | Expense | | | -9.00 |
| 11/19/2020 | Expense | | | -9.00 |
| 11/20/2020 | Expense | | | -9.00 |
| 11/21/2020 | Expense | | | -9.00 |
| 11/22/2020 | Expense | | | -9.00 |
| 11/28/2020 | Expense | | | -50.56 |
| 11/29/2020 | Expense | | | -27.39 |
| 11/29/2020 | Expense | | | -97.51 |
| 12/03/2020 | Expense | | | -117.14 |
| 12/05/2020 | Expense | | | -13.27 |
| 12/08/2020 | Expense | | | -39.27 |
| 12/10/2020 | Expense | | | -51.04 |
| 12/11/2020 | Expense | | | -23.50 |
| 12/14/2020 | Expense | | | -45.01 |
| 12/15/2020 | Expense | | | -29.00 |
| 12/17/2020 | Expense | | | -72.77 |
| 12/19/2020 | Expense | | | -13.81 |
| 12/22/2020 | Expense | | | -72.80 |
| 12/27/2020 | Expense | | | -8.46 |

Total                                                                        -785.72

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 11/23/2020 | Transfer | | | 550.00 |
| 11/30/2020 | Deposit | | | 500.00 |

Total                                                                       1,050.00

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 12/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 01/12/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 3,930.11 |
| Checks and payments cleared (50) | -8,231.15 |
| Deposits and other credits cleared (7) | 13,929.50 |
| Statement ending balance | 9,628.46 |
| | |
| Register balance as of 12/31/2020 | 9,628.46 |

**Details**

Checks and payments cleared (50)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/22/2020 | Expense | | | -6.09 |
| 11/22/2020 | Expense | | | -202.89 |
| 11/23/2020 | Expense | | | -74.19 |
| 11/23/2020 | Expense | | | -200.00 |
| 11/23/2020 | Transfer | | | -550.00 |
| 11/24/2020 | Expense | | | -192.85 |
| 11/24/2020 | Check | 2170 | | -25.00 |
| 11/25/2020 | Check | 2169 | Dr. John Shields | -30.00 |
| 11/26/2020 | Expense | | | -3.73 |
| 11/26/2020 | Expense | | | -3.73 |
| 11/26/2020 | Expense | | | -42.76 |
| 11/26/2020 | Expense | | | -645.00 |
| 11/27/2020 | Expense | | | -151.00 |
| 11/27/2020 | Expense | | | -64.50 |
| 11/30/2020 | Expense | | | -10.68 |
| 11/30/2020 | Expense | | | -4.96 |
| 12/01/2020 | Expense | | | -61.08 |
| 12/01/2020 | Expense | | | -336.44 |
| 12/02/2020 | Expense | | | -8.84 |
| 12/02/2020 | Expense | | | -30.00 |
| 12/03/2020 | Expense | | | -7.47 |
| 12/04/2020 | Expense | | | -9.99 |
| 12/04/2020 | Expense | | | -14.94 |
| 12/04/2020 | Expense | | | -114.78 |
| 12/06/2020 | Expense | | | -21.00 |
| 12/06/2020 | Expense | | | -85.17 |
| 12/06/2020 | Expense | | | -70.90 |
| 12/08/2020 | Expense | | | -867.32 |
| 12/09/2020 | Expense | | | -149.50 |
| 12/11/2020 | Expense | | | -10.67 |
| 12/12/2020 | Expense | | | -214.59 |
| 12/14/2020 | Expense | | | -1,500.00 |
| 12/14/2020 | Expense | | | -0.99 |
| 12/15/2020 | Transfer | | | -500.00 |
| 12/15/2020 | Check | 2171 | US Trustee Payment Center | -650.00 |
| 12/19/2020 | Expense | | | -47.70 |
| 12/20/2020 | Expense | | | -5.75 |
| 12/20/2020 | Expense | | | -63.26 |
| 12/21/2020 | Expense | | | -12.80 |
| 12/21/2020 | Expense | | | -10.69 |
| 12/22/2020 | Expense | | | -73.49 |
| 12/22/2020 | Expense | | | -88.53 |

1/12/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/22/2020 | Expense | | | -60.00 |
| 12/22/2020 | Expense | | | -54.51 |
| 12/24/2020 | Expense | | | -17.49 |
| 12/26/2020 | Expense | | | -7.46 |
| 12/28/2020 | Expense | | | -457.70 |
| 12/29/2020 | Expense | | | -157.05 |
| 12/30/2020 | Expense | | | -113.07 |
| 12/31/2020 | Expense | | | -200.79 |

Total                                                                          -8,231.15

Deposits and other credits cleared (7)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/30/2020 | Deposit | | | 4,046.86 |
| 12/01/2020 | Deposit | | | 258.00 |
| 12/04/2020 | Deposit | | | 129.00 |
| 12/15/2020 | Deposit | | | 4,046.86 |
| 12/21/2020 | Deposit | | | 0.18 |
| 12/30/2020 | Transfer | | | 2,000.00 |
| 12/31/2020 | Deposit | | | 3,448.60 |

Total                                                                          13,929.50

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 12/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 01/12/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                 USD

Statement beginning balance                                            2,506.26
Checks and payments cleared (1)                                       -2,000.00
Deposits and other credits cleared (2)                                   500.43
Statement ending balance                                              1,006.69

Register balance as of 12/31/2020                                     1,006.69

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 12/30/2020 | Transfer | | | -2,000.00 |
| Total | | | | -2,000.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 12/15/2020 | Transfer | | | 500.00 |
| 12/21/2020 | Deposit | | | 0.43 |
| Total | | | | 500.43 |

# ❋❋ Citizens Bank

**Checking Account Statement**

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

 **1** OF **2**

Beginning November 26, 2020
through December 23, 2020

US002  BR934

**LOIS JOYCE EVANS**
**113 BURRY AVE**
**BRADFORDWOODS PA   15015-1239**

---

## Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | -188.12 |
| Checks | .00 - |
| Withdrawals & Debits | 63.00 - |
| Deposits & Credits | 1,000.00 + |
| **Current Balance** | **748.88 =** |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
   You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account activity.

Your next statement period will end on January 27, 2021.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

**Previous Balance**

-188.12

---

**TRANSACTION DETAILS**

**Withdrawals & Debits**

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 11/27 | 30.00 | Service Charge Sustained Overdraft Fee |
| 12/02 | 30.00 | Service Charge Sustained Overdraft Fee |
| 12/23 | 3.00 | Service Charge Statement Delivery |

⊖ **Total Withdrawals & Debits**

63.00

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| **Total Overdraft Fees** | 60.00 | 127.00 |
| **Total Returned Item Fees** | .00 | .00 |

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 12/07 | 1,000.00 | 1509 ATM Deposit - MI6140 Gnt Eagle Wexford, Pittsburgh PA |

⊕ **Total Deposits & Credits**

1,000.00

Member FDIC    Equal Housing Lender

# Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Checking Account
Statement

 **2** OF 2

Beginning November 26, 2020
through December 23, 2020

*Checking continued from previous page*

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

Current Balance
748.88

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/27 | -218.12 | 12/07 | 751.88 | 12/23 | 748.88 |
| 12/02 | -248.12 | | | | |

## NEWS FROM CITIZENS

--Transferring money online just got a little easier! Discover the speed and convenience
of online money transfers now with no fee! To learn more visit citizensbank.com- you can
also view helpful online banking demos and links to download our mobile banking app.
--Saving can be easier than you think! With small changes in your spending, your savings
can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense)
could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch
a few times a week and set up an automatic transfer to your savings for the amount you
saved and watch your savings add up! For more information visit a branch or call
888-821-3900. Member FDIC.

Member FDIC    Equal Housing Lender

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure
to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement    $ _____
                                                         *Current Balance*

**2** List deposits which do not appear on
this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

            (+) _____ *Total of 2*

**3** Subtotal by adding 1 and 2    (=) $ _____
                             *Subtotal of 1 and 2*

**4** List outstanding checks, transfers, debits,
POS purchases or withdrawals that do not
appear on this statement

| Date/<br>Check No. | Amount | Date/<br>Check No. | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

            (−) _____ *Total of 4*

**5** Subtract 4 from 3. This should match your    (=) $ _____
checkbook register balance    *Total*

### CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the
number shown on the front of your statement or write to us at the following
address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown on the front of your statement to notify us of a
change of address.

### DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be
transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
883135_CP072108Y_Stm1_Edxx11  Rev. Dec 2018

### ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement
or write to us at the customer service address provided as soon as you can, if you
think your statement or receipt is wrong or if you need more information about an
electronic transfer on the statement or receipt. We must hear from you no later
than 60 days after we sent you the FIRST statement on which the error or problem
appeared.

- Tell us your name and account number, if any.

- Describe the error or the transfer you are unsure about, and explain as clearly
  as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error and, if possible, the date it
  appeared on your statement or receipt.

- It will be helpful to us if you also give us a telephone number at which you can
  be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes,
we will investigate your complaint and will correct any error promptly. If we take
more than 10 business days (20 business days if you are a new customer, for
electronic transfers occurring during the first 30 days after the first deposit is made
to your account) to do this, we will credit your account for the amount you think
is in error, so that you will have the use of the money during the time it takes us to
complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit
your account at the conclusion of our investigation.]

### OVERDRAFT LINES OF CREDIT

### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service
address provided as soon as possible.

In your letter, give us the following information:

- Account information: Your name and account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe
  what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do
we are not required to investigate any potential errors and you may have to pay the
amount in question. While we investigate whether or not there has been an error
the following are true:

- We cannot try to collect the amount in question or report you as delinquent on
  that amount.

- The charge in question may remain on your statement and we may continue
  to charge you interest on that amount. But, if we determine that we made a
  mistake, you will not have to pay the amount in question or any interest or
  other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for
  the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily
Periodic Rate to the Average Daily Balance. Then, we multiply that result by the
number of days in the billing cycle in which a balance is owed on your Overdraft
Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your
Overdraft Line each day (which does not include any unpaid interest charges or
fees), add any new loan advances as of the date of those advances and subtract
any payments or credits. This gives us the daily balance. Then, we add all the daily
balances for the billing cycle together and divide the total by the number of days in
the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each
joint account holder of your checking account. Late payments, missed payments,
or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*

# Dollar Bank℠
### Since 1855

L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:        11/22/20 THRU 12/21/20
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 3,930.11 | 7,001.06 | 8,480.90 | 5,409.95 | 4,359.78 | 0.05% | 0.18 |
| EVERYTHING SV | 2,506.26 | 0.00 | 500.43 | 3,006.69 | 2,622.92 | 0.20% | 0.43 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2169 | 30.00 | 2170 | 25.00 | 2171 | 650.00 | | |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11/22 | POS PIN | KOHLS 1525 CONCORD        NC | 202.89 | 12/01 | POS MC | CVS/PHARMACY #02 800-746-7287    PA | 61.08 |
| 11/22 | POS MC | COOK OUT SPEEDWA CONCORD        NC | 6.09 | 12/01 | POS MC | LIBERTY MUTUAL 888-398-8924    MA | 336.44 |
| 11/23 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 550.00 | 12/02 | POS MC | TACO BELL 035249 WEXFORD        PA | 8.84 |
| 11/23 | POS MC | VENMO           NY | 200.00 | 12/02 | POS MC | NORTH PARK OPHTH PITTSBURGH     PA | 30.00 |
| 11/23 | DIR | VIVINT VIVINT | 74.19 | 12/03 | POS MC | KFC J089008 PITTSBURGH     PA | 7.47 |
| 11/24 | POS PIN | COSTCO WHSE #03 CRANBERRY TPK  PA | 192.65 | 12/04 | ADJ MC | Hugo Boss Fashio 8004846267     NY | 129.00+ |
| 11/24 | CHK | 2170  SEQ# 18005931 | 25.00 | 12/04 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 9.99 |
| 11/25 | CHK | 2169  SEQ# 18014389 | 30.00 | 12/04 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 14.94 |
| 11/26 | POS MC | Hugo Boss Fashio 8004846267     NY | 645.00 | 12/04 | POS PIN | GIANT-EAG Cranbe Cranberry      PA | 114.78 |
| 11/26 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 3.73 | 12/06 | POS PIN | BATH AND BODY WO PITTSBURGH     PA | 85.17 |
| 11/26 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 3.73 | 12/06 | POS PIN | GIANT-EAG 9805 M Pittsburgh     PA | 70.90 |
| 11/26 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 42.76 | 12/06 | POS PIN | GIANT-EAG 9805 M Pittsburgh     PA | 21.00 |
| 11/27 | POS MC | IPHONE CITIZENSO BRIDGEPORT     CT | 64.50 | 12/08 | DIR | FIRSTENERGY OPCO FE ECHECK | 867.32 |
| 11/27 | DIR | NEW YORK LIFE INS. PREM. | 151.00 | 12/09 | ECK | ARMSTRONG UTIL 8772775711 | 149.50 |
| 11/30 | DIR | CAPGEMINI REG.SALARY | 4,046.86+ | 12/11 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.67 |
| 11/30 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.68 | 12/12 | POS PIN | CNS JOANN STORES CRANBERRY TOW  PA | 214.59 |
| 11/30 | POS MC | DUNKIN #357081 PITTSBURGH     PA | 4.96 | 12/14 | POS MC | APPLE.COM/BILL 1111111111     CA | 0.99 |
| 12/01 | ADJ MC | Hugo Boss Fashio 8004846267     NY | 258.00+ | | | | |

# Dollar Bank
### Since 1855

PAGE    2

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|------|------------------------|--------|------|------|------------------------|--------|
| 12/14 | ECK | WILKEANDASSOC | 1,500.00 | 12/20 | POS | CVS/PHARM 02449- | 63.26 |
| | | WEB PAY | | | PIN | Wexford        PA | |
| 12/15 | DIR | CAPGEMINI | 4,046.86+ | 12/20 | POS | WAL SAM'S Club | 5.75 |
| | | REG.SALARY | | | PIN | PITTSBURGH      PA | |
| 12/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00 | 12/21 | POS | APPLE.COM/BILL | 12.80 |
| | | TO | | | MC | 866-712-7753    CA | |
| 12/15 | CHK | 2171  SEQ#  18018318 | 650.00 | 12/21 | POS | APPLE.COM/BILL | 10.69 |
| 12/19 | POS | CNS JOANN STORES | 47.70 | | MC | 866-712-7753    CA | |
| | PIN | CRANBERRY TOW   PA | | 12/21 | INT | INTEREST CREDIT | 0.18+ |

### EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|------|------------------------|--------|------|------|------------------------|--------|
| 12/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00+ | 12/21 | INT | INTEREST CREDIT | 0.43+ |
| | | FROM | | | | | |

2020 TAX INFORMATION:

| | | | |
|---|---|---|---|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 3.81+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 4.49+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | 36.00 |

### ACCOUNT BALANCES MAINTAINED DURING NOVEMBER
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $616.10 | $3,043.88 | $2,005.79 | $2,639.26 | $5,683.14 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



BANKING CARD ACTIVITY FOR NOVEMBER

THERE ARE NO CHARGES FOR BANKING CARD USE IN NOVEMBER

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -NON-DOLLAR ATM ACTIVITY | 2 | .00 | | |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 17 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 35 | .00 | | |
| THE TOTAL CHARGE: | 54 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR NOVEMBER.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

## eSignature Details

| | |
|---|---|
| **Signer ID:** | **Kn6Gk9TETEbbB2wzFXr6e28C** |
| Signed by: | Lois Joyce Evans |
| Sent to email: | LJoy.Evans@gmail.com |
| IP Address: | 72.23.101.45 |
| Signed at: | Jan 19 2021, 2:24 pm EST |