## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Bankruptcy Case No.: 20-20387-CMB |
| Debtor. | : | Chapter 11 |
| Lois Joyce Evans, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 129, 131 |
| v. | : | |
| No Respondents, | : | |
| Respondent. | : | |

### STATUS REPORT

AND NOW comes the Debtor, Lois Joyce Evans ("Debtor"), by and through her Counsel, Brian C. Thompson, Esquire and Thompson Law Group, P.C., and files the following Status Report, and avers as follows:

1. At the January 8, 2021 hearing before this Honorable Court, counsel for the debtor was directed to work with counsel for PNC to resolve the motion for relief from stay.

2. The Court requested that a stipulation resolving the motion for relief be entered into by the parties and an amended plan be filed to reflect that agreement.

3. PNC has provided a proposed stipulation and a good faith counter-offer has been made.

4. The counter-offer remains pending and the issues that remain outstanding are those that directly impact the plan.

5. Debtor anticipates that the parties should be able to resolve the differences sufficiently to allow for an amended plan to be filed.

6. Debtor believes and avers that a stipulation can be entered into and an amended plan filed within 7 days.

.

Respectfully Submitted,

Date: <u>January 31, 2021</u>　　　　　　　THOMPSON LAW GROUP, P.C.

　　　　　　　　　　　　　　By:　<u>/s/ *Brian C. Thompson*</u>
　　　　　　　　　　　　　　　　　Brian C. Thompson, Esquire
　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　PA I.D. # 91197
　　　　　　　　　　　　　　　　　Thompson Law Group, P.C.
　　　　　　　　　　　　　　　　　125 Warrendale Bayne Road, Suite 200
　　　　　　　　　　　　　　　　　Warrendale, PA 15086
　　　　　　　　　　　　　　　　　(724) 799-8404 Telephone
　　　　　　　　　　　　　　　　　(724) 799-8409 Facsimile
　　　　　　　　　　　　　　　　　bthompson@thompsonattorney.com