# PROCEEDING MEMO

**Date:** 02/23/2021 01:30 pm

**In re:**   Lois Joyce Evans

    Bankruptcy No. 20-20387-CMB
    Chapter: 11-NOT A SMALL BUSINESS
    Doc. # 115

**Appearances:**  BY ZOOM:  Brent Lemon, Stephen Franks

**Nature of Proceeding:** #115 Continued Hearing Re: Motion For Relief From The Automatic Stay With 30 Day Waiver

**Additional Pleadings:** #118 Response by Debtor
    #131 Proceeding Memo from 01/08/2021 Zoom Hearing - Continued to 02/23/2021 at 1:30 p.m.  Expect Stipulation, Amended Disclosure Statement and Plan by 01/31/2021. May be able to have Hearing on new Disclosure Statement by 02/23/2021, possible early March. Expect parties to work things out.
    #136 Status Report
    #137 Stipulation For Settlement

**Judge's Notes:**
 -Parties resolved matter by stipulation. There were no objections.
 OUTCOME: Stipulation will be entered.

    **Carlota Böhm**
    **Chief U.S. Bankruptcy Judge**

    FILED
    2/23/21 4:49 pm
    CLERK
    U.S. BANKRUPTCY
    COURT - WDPA