# PROCEEDING MEMO

**Date: 02/23/2021 01:30 pm**

**In re:** Lois Joyce Evans

**Bankruptcy No. 20-20387-CMB**
**Chapter: 11-NOT A SMALL BUSINESS**
**Doc. # 100**

**Appearances:** BY ZOOM: Brent Lemon, Stephen Franks

**Nature of Proceeding:** #100 Continued Hearing Re: Amended Disclosure Statement Dated 10/12/2020

**Additional Pleadings:** #110 Proceeding Memo from 11/17/2020 Hearing - Continued to 01/08/2021 at 2:00 p.m. via Zoom
#129 Proceeding Memo from 01/08/2021 Hearing - Continued to 02/23/2021 at 1:30 p.m.
#135 Monthly Financial Report for December, 2020
#136 Status Report
#138 Amended Chapter 11 Plan Dated 02/22/2021
#139 Amended Disclosure Statement to Accompany Plan Dated 02/22/2021
#140 Summary of Amended Chapter 11 Plan Dated 02/22/2021

**Judge's Notes:**
-Stipulation, amended plan and amended disclosure statement were filed yesterday.
OUTCOME: Disclosure statement to be heard today is moot. A hearing on the amended disclosure statement will be scheduled.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
2/23/21 4:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA