# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Bankruptcy Case No.: 20-20387-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |
| Lois Joyce Evans, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 146, 147 |
| v. | : | |
| | : | **Hearing Date and Time:** |
| No Respondents, | : | March 31, 2021, at 2:30 p.m. |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey Castello, Paralegal, hereby certify that a copy of the Application and Proposed Order at Document No. 146, and the Order Setting Hearing and Response Deadline at Document No. 147 were served by First Class U.S. mail postage prepaid and/or electronic correspondence on February 24, 2021 on the parties on the attached Bankruptcy Clerk's mailing matrix.

Dated: February 24, 2021

/s/ Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jcastello@thompsonattorney.com