**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 20-20387** |
| **Lois Joyce Evans** | : | **Chapter 11** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **February 23, 2021 at 01:30 p.m.** |
| **vs** | : | |
| | : | **Place of Hearing** |
| **Lois Joyce Evans** | : | **Courtroom B, 54th Floor** |
| **Samuel E Evans** | : | **U.S. Steel Tower** |
| | : | **600 Grant Street** |
| | : | **Pittsburgh, PA 15219** |
| **Respondents.** | | |

**Related Document # 115**

**STIPULATION FOR SETTLEMENT OF MOTION FOR RELIEF FROM AUTOMATIC
STAY AS TO REAL PROPERTY LOCATED AT
113 BURRY AVE, BRADFORDWOODS, PA 15015 (Dkt. #115)**

This matter coming to be heard on the *Motion for Relief from Stay* (Dkt. #115) which was
filed in this court by PNC Bank, N.A. ("Movant"), Movant and Lois Joyce Evans by and through
counsel ("Debtor"), have agreed to a course of action which will condition the continuation of the
automatic stay upon certain provisions incorporated herein for the protection of Movant; and
Parties stipulate to the following and request a Court order confirming the same:

1.  The Parties agree that the Chapter 11 Plan ("Plan") filed herein on behalf of Debtor
    provided that said Debtor was to make regular monthly mortgage payments to Movant
    outside of the Plan in a regular monthly fashion.

2.  The Parties agree that in breach of said Plan, Debtor failed to make regular monthly
    mortgage payments to Movant and is currently in default for the months of May 2020
    through January 2021, incurring a total post-petition arrearage of $47,475.56 which
    consists of 8 post-petition payments for May 1, 2020 through December 1, 2020 at
    $5,121.53 each, 1 post-petition payment for January 1, 2021 at $5,265.32, and attorney
    fees and costs of $1,238.00. There is $4,635.41 in suspense, which reduces the total post-
    petition arrearage to $42,840.15. In addition, the Debtor is prepetition delinquent to
    Movant in the amount of $129,038.73.

3.  Debtor shall repay funds in the amount of $55,000.00 directly to the Movant within six
    months of the Court order approving this stipulation to cure current post-petition
    arrearage as well as partial pre-petition arrearage. Said payment shall be submitted no
    later than July 1, 2021.

1

20-020888_SCS2

4.     Debtor shall submit ongoing monthly mortgage payments directly to the Creditor starting with the February 1, 2021 post-petition payment. In addition, Debtor shall pay an additional $,2000.00 a month to be applied to the pre-petition arrearage. Debtor shall continue the additional payment of $2,000.00 monthly until pre-petition arrearage is satisfied.

5.     On or before November 1, 2021, Debtor shall submit a further payment of $74,000.00 toward the pre-petition arrearage.

6.     Debtor shall amend the Chapter 11 Plan and Disclosure Statement to provide for treatment of the claim, including the prepetition and post-petition arrears, consistent with the terms herein.

7.     Debtor shall file the Amended Chapter 11 Plan and Disclosure Statement within thirty (30) days of the Court Order approving this stipulation.

8.     Payments shall be sent to:

PNC Bank, N.A.
Attn:  Payment Services
3232 Newmark Drive
Miamisburg, OH 45342

9.     Debtor must continue to make timely post-petition mortgage payments directly to Movant in a regular monthly fashion commencing with the February 1, 2021 payment.

10.     The following are events of default under this Stipulation:

    a.     Debtor's failure to file an Amended Chapter 11 Plan and Disclosure Statement within 30 days of the Court Order approving this stipulation; or

    b.     Debtor's failure to remit any future monthly mortgage payment on or before the date on which it is due; or

    c.     Failure to remit any of the additional payments or lump sum payment as outlined above.

11.     In the event of a Default, Movant shall send a Notice specifying the Default, to Debtor and Debtor's counsel ("Notice"), allowing Debtor ten (10) days to cure the Default ("Cure Opportunity"). If the Default is not cured, Movant shall file a Certification of Default with the Court.  The automatic stay shall be terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property upon the Court's entry of an Order granting Movant's Certification of Default.

12.     If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

13.    Creditor agrees to vote in favor of confirmation of Debtor's Amended Chapter 11 Plan, provided that the plan conforms to the terms of the herein Stipulation.

14.    This Stipulation remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

15.    If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

MANLEY DEAS KOCHALSKI LLC

Dated: 02/22/2021                        BY: /s/Stephen R. Franks
                                             Stephen R. Franks (0075345)
                                             Manley Deas Kochalski LLC
                                             P.O. Box 165028
                                             Columbus, OH  43216-5028
                                             614-754-2816; Fax 614-627-8181
                                             Email: srfranks@manleydeas.com
                                             Attorney for Creditor

Dated: 2/22/2021                        BY: /s/ Brent J. Lemon, Esquire
                                             Brian C. Thompson
                                             125 Warrendale Bayne Road
                                             Suite 200
                                             Warrendale, PA 15086
                                             Email:
                                             bthompson@ThompsonAttorney.com
                                             Attorney for Debtor

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    :
                                                          : **Case No.: 20-20387**
**Lois Joyce Evans**                                      : **Chapter 11**
                                                          : **Judge Carlota M. Bohm**
                            **Debtor(s)**                 : * * * * * * * * * * * * * * * * * * *
                                                          :
**PNC Bank, N.A.**                                        : **Date and Time of Hearing**
                            **Movant,**                   : **February 23, 2021 at 01:30 p.m.**
                                                          :
      **vs**                                              : **Place of Hearing**
                                                          : **Courtroom B, 54th Floor**
**Lois Joyce Evans**                                      : **U.S. Steel Tower**
**Samuel E Evans**                                        : **600 Grant Street**
                                                          : **Pittsburgh, PA 15219**
                            **Respondents.**              :

                            **Related Document # 115**

<u>**ORDER OF COURT**</u>

        AND NOW, to wit, this <u>23rd</u> day of <u>    February    </u>, 2021, upon
consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the
Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.        The terms of the foregoing Stipulation are hereby approved in their entirety and
incorporated herein as part of this Order.

2.        Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon
default of Debtor, subject to the terms of the Stipulation.

                                              By the Court:

FILED
2/23/21 4:53 pm
CLERK                        _Carlota M. Böhm_
U.S. BANKRUPTCY
COURT - WDPA                 CARLOTA M. BOHM, JUDGE glb
                             UNITED STATES BANKRUPTCY COURT

CC:

        Stephen Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028,
        Columbus, OH  43216-5028 (notified by ecf)

        Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

4

Brian C. Thompson, Attorney for Debtor, 125 Warrendale Bayne Road, Suite 200, Warrendale, PA  15086 (notified by ecf)

Lois Joyce Evans and Samuel E Evans, Debtor/Co-Debtor, 113 Burry Avenue, Bradfordwoods, PA  15015 (notified by regular US Mail)

Internal Revenue Service, Party of Interest, PO Box 7346, Philadelphia, PA  19101 (notified by regular US Mail)

North Allegheny School District, Party of Interest, 200 Hillvue Lane, Pittsburgh, PA  15237 (notified by regular US Mail)

Pennsylvania Department of Revenue, Party of Interest, PO Box 280946, Harrisburg, PA  17128 (notified by regular US Mail)

PNC Bank National Association, Party of Interest, 3232 Newmark Drive, Miamisburg, OH  45342 (notified by regular US Mail)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20387-CMB

Lois Joyce Evans                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: gamr | Page 1 of 2
Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

**Recip ID**          **Recipient Name and Address**
db           + Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021           Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Karina Velter | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Karina Velter | on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com |

District/off: 0315-2                        User: gamr                              Page 2 of 2
Date Rcvd: Feb 23, 2021                  Form ID: pdf900                         Total Noticed: 1

Karina Velter
      on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

Larry E. Wahlquist
      on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
      on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

Thomas Song
      on behalf of Creditor PNC Bank  National Association, et.al. pawb@fedphe.com


TOTAL: 10