| | |
|---|---|
| Form 307 | **IN THE UNITED STATES BANKRUPTCY COURT**<br>**FOR THE WESTERN DISTRICT OF PENNSYLVANIA** |

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-20387-CMB |
| Lois Joyce Evans | : | Chapter 11 |
| | : | Related to Document No. 139 |
| Debtor(s) | : | Hearing: March 31, 2021 at 2:30 p.m. |


### ORDER SCHEDULING HEARING ON DISCLOSURE STATEMENT

**To the Debtor, creditors of the Debtor, and other parties in interest:**

AND NOW, this, **The 23rd day of February, 2021**, an **Amended Disclosure Statement, Summary of Amended Chapter 11 Plan and Amended Chapter 11 Plan** dated February 22, 2021, were filed by Debtor on February 22, 2021, under Chapter 11 of the United States Bankruptcy Code. Therefore,

It is hereby **ORDERED, ADJUDGED AND DECREED that:**

(1) **March 24, 2021,** is the last day for filing and serving **Objections** to the Disclosure Statement pursuant to Fed.R.Bankr.P. 3017(a) and to file a **Request for Payment of an Administrative Expense,** pursuant to 11 U.S.C. Section 503. Filed Objections and Requests shall be heard at the time of the hearing on approval of the Disclosure Statement.

(2) Within 7 days after entry of this Order,

   (a) The Plan proponent shall transmit the Disclosure Statement, Plan Summary and Plan to the Debtor(s), Debtor(s)'s attorney, trustee, trustee's attorney, members of all committees and counsel for all committees, if any, the Securities and Exchange Commission, the U.S. Trustee, and any party in interest who has requested or requests in writing a copy of the Disclosure Statement and Plan.
   (b) The Plan proponent shall serve a copy of this Order on the indenture trustee, all creditors, equity security holders, interest holders, all parties in interest, and file a Certificate of Service which complies with Local Form No. 7.

(3) Requests for copies of the Disclosure Statement, Plan Summary and Plan shall be mailed to the proponent of the Plan to the attention of:

   Lois Joyce Evans
   c/o Brian C. Thompson, Esquire
   Thompson Law Group, P.C.
   125 Warrendale-Bayne Road, Suite 200
   Warrendale, PA  15086

(4) On **March 31, 2021, at 2:30 p.m.**, a ZOOM Hearing to consider the approval of the Disclosure Statement shall be held via ZOOM Video Conference Application.  To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0919.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at:
https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

*Carlota M. Böhm*    glb
Carlota M. Bohm, Chief Judge
United States Bankruptcy Court

FILED
2/23/21 5:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20387-CMB |
| Lois Joyce Evans | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC Mortgage A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Karina Velter | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Karina Velter | on behalf of Creditor PNC BANK N.A. amps@manleydeas.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Karina Velter
    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor PNC Bank  National Association, et.al. pawb@fedphe.com

TOTAL: 10