**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  **Lois Joyce Evans,**          :          **Case No.: 20-20387-CMB**

                                                   :

                                                   :          **Reporting Period:   January, 2021**

                                                   :

                                                   :          **Chapter 11**


<u>**MONTHLY OPERATING REPORT**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: January 2021

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | | |
| **Bank Reconciliation** | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
**Signature of Debtor**

_____
**Date**

_____
**Signature of Joint Debtor**

_____
**Date**

_____
**Signature of Preparer**

March 3, 2021
**Date**

PETER E. FLEMING, CPA
**Printed Name of Preparer**

**FORM MOR (INDV)**
**(10/00)**
Unaudited, for Management Purposes Only

Evans, Lois Joyce

Case No.: 20-20387-CMB

**Reporting Period:** January 2021

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account .

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 11,330.18 | |
| **RECEIPTS** | | |
| Wages (Net) | 4,086.01 | 123,649.29 |
| Interest and Dividend Income | 0.51 | 8.52 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | 20,100.00 |
| **Total Receipts** | 4,086.52 | 143,757.81 |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 5,000.00 | 31,000.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 2,890.44 | 19,817.98 |
| Insurance | 592.93 | 3,694.15 |
| Auto Expense | | 712.26 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 5,380.00 |
| Household Expenses | 822.91 | 16,828.96 |
| Charitable Contributions | | 700.00 |
| Alimony and Child Support Payments | , | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 292.40 | 2,903.94 |
| Gifts | | |
| Other (attach schedule) | 120.27 | 55,651.81 |
| **Total Ordinary Disbursements** | 9,718.95 | 136,689.10 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 2,873.03 |
| U. S. Trustee Fees | | 650.00 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 3,523.03 |
| **Total Disbursements (Ordinary + Reorganization)** | 9,718.95 | 140,212.13 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (5,632.43) | 3,545.68 |
| **Cash - End of Month (Must equal reconciled bank** | 5,697.75 | |

**FORM MOR-1 (INDV)**

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: January 2021

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | | 9,400.00 |
| Incoming Funds Transfer | | 500.00 |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Detail Included in General Ledger | 120.27 | 55,651.81 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FORM MOR-1 (INDV) (CON'T)**

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: January 2021

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____
_____
_____

Unaudited, for Management
Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)

**FORM MOR-4**
**(9/99)**

**Evans, Lois Joyce**

Case No.: **20-20387-CMB**

Reporting Period: <u>January 2021</u>

## ACCOUINTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| **+** Accounts billed during the period | |
| **-** Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

Unaudited, for Management
Purposes Only

**FORM MOR-5**
**(9/99)**

Unaudited, for Management
Purposes Only

**EVERYTHING CHECKING (2449), Period Ending 01/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 02/27/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 38.62 |
| Checks and payments cleared (9) | -465.58 |
| Deposits and other credits cleared (1) | 600.00 |
| Statement ending balance | 173.04 |
| | |
| Register balance as of 01/31/2021 | 173.04 |
| Cleared transactions after 01/31/2021 | 0.00 |
| Uncleared transactions after 01/31/2021 | -668.17 |
| Register balance as of 02/27/2021 | -495.13 |

**Details**

Checks and payments cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/05/2021 | Expense | | | -38.38 |
| 01/14/2021 | Expense | | | -36.00 |
| 01/14/2021 | Expense | | | -9.64 |
| 01/16/2021 | Expense | | | -101.24 |
| 01/18/2021 | Expense | | | -100.16 |
| 01/20/2021 | Expense | | | -93.80 |
| 01/23/2021 | Expense | | | -58.41 |
| 01/25/2021 | Expense | | | -13.98 |
| 01/25/2021 | Expense | | | -13.97 |
| Total | | | | -465.58 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/16/2021 | Deposit | | | 600.00 |
| Total | | | | 600.00 |

**Additional Information**

Uncleared checks and payments after 01/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/02/2021 | Expense | | | -91.20 |
| 02/02/2021 | Expense | | | -47.00 |
| 02/04/2021 | Expense | | | -79.84 |
| 02/07/2021 | Expense | | | -75.15 |
| 02/07/2021 | Expense | | | -38.00 |
| 02/09/2021 | Expense | | | -36.00 |
| 02/09/2021 | Expense | | | -29.27 |
| 02/11/2021 | Expense | | | -83.49 |
| 02/11/2021 | Expense | | | -36.00 |
| 02/11/2021 | Expense | | | -36.00 |
| 02/17/2021 | Expense | | | -9.50 |
| 02/17/2021 | Expense | | | -20.97 |
| 02/21/2021 | Expense | | | -87.75 |
| Total | | | | -668.17 |

**EVERYTHING CHECKING (9586), Period Ending 01/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 02/27/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
| --- | --- |
| | |
| Statement beginning balance | 5,165.83 |
| Checks and payments cleared (18) | -3,562.11 |
| Deposits and other credits cleared (2) | 3,443.01 |
| Statement ending balance | 5,046.73 |
| | |
| Register balance as of 01/31/2021 | 5,046.73 |
| Cleared transactions after 01/31/2021 | 0.00 |
| Uncleared transactions after 01/31/2021 | -238.20 |
| Register balance as of 02/27/2021 | 4,808.53 |

**Details**

Checks and payments cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 12/26/2020 | Expense | | | -3.73 |
| 12/26/2020 | Expense | | | -3.73 |
| 12/29/2020 | Expense | | | -32.05 |
| 01/22/2021 | Expense | | | -15.00 |
| 01/22/2021 | Expense | | | -7.99 |
| 01/22/2021 | Expense | | | -27.30 |
| 01/23/2021 | Expense | | | -19.23 |
| 01/24/2021 | Expense | | | -152.83 |
| 01/24/2021 | Expense | | | -65.34 |
| 01/26/2021 | Expense | | | -3.73 |
| 01/26/2021 | Expense | | | -3.73 |
| 01/26/2021 | Expense | | | -42.76 |
| 01/26/2021 | Expense | | | -2,455.73 |
| 01/26/2021 | Expense | | | -151.00 |
| 01/26/2021 | Expense | | | -64.50 |
| 01/27/2021 | Expense | | | -15.35 |
| 01/27/2021 | Expense | | | -56.18 |
| 01/28/2021 | Expense | | | -441.93 |

| Total | | | | -3,562.11 |
| --- | --- | --- | --- | --- |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 01/29/2021 | Deposit | | | 2,043.01 |
| 01/29/2021 | Transfer | | | 1,400.00 |

| Total | | | | 3,443.01 |
| --- | --- | --- | --- | --- |

**Additional Information**

Uncleared checks and payments after 01/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 02/01/2021 | Expense | | | -10.68 |
| 02/01/2021 | Expense | | | -10.70 |
| 02/03/2021 | Expense | | | -1,000.00 |
| 02/03/2021 | Expense | | | -429.80 |
| 02/04/2021 | Expense | | | -9.99 |
| 02/04/2021 | Expense | | | -5.33 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/07/2021 | Expense | | | -37.43 |
| 02/10/2021 | Expense | | | -158.77 |
| 02/11/2021 | Expense | | | -5.33 |
| 02/14/2021 | Expense | | | -8.54 |
| 02/15/2021 | Expense | | | -0.99 |
| 02/15/2021 | Transfer | | | -500.00 |
| 02/19/2021 | Expense | | | -10.69 |
| 02/19/2021 | Expense | | | -9.60 |
| 02/22/2021 | Expense | | | -54.51 |
| 02/26/2021 | Expense | | | -3.73 |
| 02/26/2021 | Expense | | | -21.38 |
| 02/26/2021 | Expense | | | -3.73 |
| Total | | | | -2,281.20 |

Uncleared deposits and other credits after 01/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/12/2021 | Deposit | | | 2,043.00 |
| Total | | | | 2,043.00 |

**Denis Joyce Humienny**

**Checking, Period Ending 01/27/2021**

**RECONCILIATION REPORT**

Reconciled on: 02/27/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 695.92 |
| Checks and payments cleared (6) | -324.91 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 371.01 |
| | |
| Register balance as of 01/27/2021 | 371.01 |
| Cleared transactions after 01/27/2021 | 0.00 |
| Uncleared transactions after 01/27/2021 | -12.99 |
| Register balance as of 02/27/2021 | 358.02 |

**Details**

Checks and payments cleared (6)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/11/2021 | Expense | | | -171.69 |
| 01/14/2021 | Expense | | | -84.98 |
| 01/14/2021 | Expense | | | -2.50 |
| 01/19/2021 | Expense | | | -52.75 |
| 01/27/2021 | Expense | | | -9.99 |
| 01/27/2021 | Expense | | | -3.00 |
| Total | | | | -324.91 |

**Additional Information**

Uncleared checks and payments after 01/27/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/24/2021 | Expense | | | -3.00 |
| 02/24/2021 | Expense | | | -9.99 |
| Total | | | | -12.99 |

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 01/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 02/27/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,006.69 |
| Checks and payments cleared (1) | -1,400.00 |
| Deposits and other credits cleared (2) | 500.28 |
| Statement ending balance | 106.97 |
| | |
| Register balance as of 01/31/2021 | 106.97 |
| Cleared transactions after 01/31/2021 | 0.00 |
| Uncleared transactions after 01/31/2021 | 500.00 |
| Register balance as of 02/27/2021 | 606.97 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/29/2021 | Transfer | | | -1,400.00 |
| Total | | | | -1,400.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/15/2021 | Transfer | | | 500.00 |
| 01/21/2021 | Deposit | | | 0.28 |
| Total | | | | 500.28 |

**Additional Information**

Uncleared deposits and other credits after 01/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/15/2021 | Transfer | | | 500.00 |
| Total | | | | 500.00 |

# Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

 **1** OF **2**

Beginning November 26, 2020
through December 23, 2020

US002  BR934

**LOIS JOYCE EVANS**
**113 BURRY AVE**
**BRADFORDWOODS  PA   15015-1239**

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | -188.12 |
| Checks | .00 - |
| Withdrawals & Debits | 63.00 - |
| Deposits & Credits | 1,000.00 + |
| **Current Balance** | **748.88 =** |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
   You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account acivity.

Your next statement period will end on January 27, 2021.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

Previous Balance

-188.12

### TRANSACTION DETAILS
**Withdrawals & Debits**
**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 11/27 | 30.00 | Service Charge<br>Sustained Overdraft Fee |
| 12/02 | 30.00 | Service Charge<br>Sustained Overdraft Fee |
| 12/23 | 3.00 | Service Charge<br>Statement Delivery |

Total Withdrawals & Debits

63.00

| | Total For<br>This Period | Total<br>Year-To-Date |
|---|---|---|
| **Total Overdraft Fees** | 60.00 | 127.00 |
| **Total Returned Item Fees** | .00 | .00 |

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 12/07 | 1,000.00 | 1509 ATM Deposit - MI6140 Gnt Eagle Wexford, Pittsburgh PA |

Total Deposits & Credits

1,000.00

# Citizens Bank

Checking Account
Statement

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

**2** OF 2

Beginning November 26, 2020
through December 23, 2020

*Checking continued from previous page*

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

Ⓔ ─────────────────  Current Balance

748.88

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/27 | -218.12 | 12/07 | 751.88 | 12/23 | 748.88 |
| 12/02 | -248.12 | | | | |

## NEWS FROM CITIZENS

--Transferring money online just got a little easier! Discover the speed and convenience
of online money transfers now with no fee! To learn more visit citizensbank.com- you can
also view helpful online banking demos and links to download our mobile banking app.
--Saving can be easier than you think! With small changes in your spending, your savings
can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense)
could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch
a few times a week and set up an automatic transfer to your savings for the amount you
saved and watch your savings add up! For more information visit a branch or call
888-821-3900. Member FDIC.

Member FDIC  🏠 Equal Housing Lender

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |

(+) $ _____ Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(−) $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____ Total

### CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

### Change of Address

Please call the number shown on the front of your statement to notify us of a change of address.

### DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CPUT210BY_Stmt_8.5x11  Rev. Dec 2018

---

### ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

### OVERDRAFT LINES OF CREDIT

### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*

# Citizens Bank

Checking Account Main
Statement

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

**1** OF **2**

Beginning December 24, 2020
through January 27, 2021

US002  BR934

**LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS  PA   15015-1239**

---

## Checking

### SUMMARY

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | 748.88 | |
| Checks | .00 | - |
| Withdrawals & Debits | 377.87 | - |
| Deposits & Credits | .00 | + |
| **Current Balance** | **371.01** | **=** |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
   No deposit made.

Your next statement period will end on February 24, 2021.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

Previous Balance

748.88

---

### TRANSACTION DETAILS
#### Withdrawals & Debits

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 12/28 | 52.96 | 1509 POS Debit - 068991 Ross Stores #1417 Pittsburgh PA |
| 01/11 | 171.69 | 1509 Dbt Purchase - 00d955 Bravo - Route 19 Cranberry Twppa |
| 01/15 | 84.98 | 1509 POS Debit - 430503 Market Distric Wexford PA |
| 01/15 | 2.50 | 1509 POS Debit - 430502 Market Distric Wexford PA |
| 01/19 | 52.75 | 1509 POS Debit - 276023 Sunoco 0364070 Pittsburgh PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 01/27 | 9.99 | Monthly Maintenance Fee |
| 01/27 | 3.00 | Service Charge<br>Statement Delivery |

Total Withdrawals & Debits

377.87

| | Total For<br>This Period | Total<br>Year-To-Date |
|---|---|---|
| **Total Overdraft Fees** | .00 | 127.00 |
| **Total Returned Item Fees** | .00 | .00 |



**Citizens Bank**

Checking Account Statement



OF    2

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning December 24, 2020
through January 27, 2021

*Checking continued from previous page*

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

Current Balance

371.01

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/28 | 695.92 | 01/15 | 436.75 | 01/27 | 371.01 |
| 01/11 | 524.23 | 01/19 | 384.00 | | |

Member FDIC  Equal Housing Lender

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |

⊕ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

⊖ $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

= $ _____
Total

**CUSTOMER SERVICE**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CPOT2108Y_Stmt_8.5x11  Rev. Dec 2018

**ELECTRONIC TRANSFERS**
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.

- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

**OVERDRAFT LINES OF CREDIT**
**BILLING RIGHTS SUMMARY**
**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.

In your letter, give us the following information:

- Account information: Your name and account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.

- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance.  Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*

# Dollar Bank

### Since 1855

ANDRE R SANDERS JR OR
L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:      01/17/21 THRU 02/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| REE CHKG | 15,657.56 | 9,599.68 | 6,546.69 | 12,604.57 | 15,401.32 | 0.00% | 0.00 |

## FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/17 | POS | BP#9622747BP OIL | 40.82 | 02/06 | POS | THE BEER TRAP | 10.50 |
| | MC | WEXFORD      PA | | | PIN | WEXFORD      PA | |
| 01/25 | DEP | CHECK - PINE TOWNSHIP OFFICE | 6,546.69+ | 02/06 | POS | NNT MICROSOFT*UL | 16.04 |
| 01/25 | ZEL | ZELLE TO SANDERS,ANDRE | 500.00 | | PIN | MSBILL.INFO      WA | |
| 01/25 | POS | VENMO | 1,200.00 | 02/06 | POS | SHEETZ 0617 | 29.40 |
| | MC | NY | | | PIN | SEWICKLEY      PA | |
| 01/26 | POS | SHEETZ 0617 | 29.94 | 02/07 | POS | APPLE.COM/US | 266.43 |
| | PIN | SEWICKLEY      PA | | | MC | 800-676-2775      CA | |
| 01/28 | POS | Microsoft | 3.32 | 02/08 | POS | SHOP US TAG HEUE | 160.50 |
| | PIN | Redmond      WA | | | MC | 800-321-4832      NJ | |
| 01/28 | POS | ONLYFANS | 8.03 | 02/08 | POS | CHICK-FIL-A #038 | 12.93 |
| | MC | FL | | | MC | WEXFORD      PA | |
| 01/28 | POS | Microsoft | 21.39 | 02/08 | POS | VENMO | 15.00 |
| | PIN | Redmond      WA | | | MC | NY | |
| 01/29 | POS | CHICK-FIL-A #038 | 13.98 | 02/09 | POS | FLYNNS TIRES #33 | 194.58 |
| | MC | WEXFORD      PA | | | PIN | CLARION      PA | |
| 01/29 | POS | CENCIS PIZZERIA | 45.59 | 02/09 | POS | SHEETZ 0277 | 34.72 |
| | MC | 724-9405500      PA | | | PIN | WEXFORD      PA | |
| 01/30 | POS | CHIPOTLE ONLINE | 24.83 | 02/09 | POS | MCDONALD'S F714 | 12.38 |
| | MC | 1800244768      CA | | | PIN | WEXFORD      PA | |
| 01/31 | POS | VENMO | 235.00 | 02/09 | POS | SHEETZ 0277 | 16.28 |
| | MC | NY | | | PIN | WEXFORD      PA | |
| 01/31 | POS | VENMO | 100.00 | 02/09 | POS | 7 SPRINGS TICKET | 75.26 |
| | MC | NY | | | MC | CHAMPION      PA | |
| 02/01 | POS | CHICK-FIL-A #038 | 11.03 | 02/10 | POS | SEND CLUB | 20.00 |
| | MC | WEXFORD      PA | | | MC | 818-4956503      DE | |
| 02/01 | ECK | PNC MAKE A PMT | 5,300.00 | 02/10 | POS | 7 SPRINGS RENTAL | 56.18 |
| | | LOAN PYMT | | | MC | CHAMPION      PA | |
| 02/02 | ONL | TRANSFER DOLLAR BANK INTERNET | 100.00 | 02/10 | POS | ROADSIDE ASSISTA | 145.00 |
| | | TO | | | MC | 8477966763      MA | |
| 02/04 | POS | TRACTOR SUPPLY # | 83.72 | 02/10 | POS | AAA EC MEMBERSHI | 13.90 |
| | PIN | CRANBERRY TWP   PA | | | MC | 8004415008      PA | |
| 02/04 | POS | MCDONALD'S F6141 | 8.12 | 02/10 | POS | LINS ORIENTAL EX | 36.98 |
| | PIN | MARS      PA | | | MC | WEXFORD      PA | |
| 02/04 | POS | Microsoft | 19.25 | 02/11 | POS | SQ *BEBE LEE BEA | 450.00 |
| | PIN | Redmond      WA | | | MC | Pittsburgh      PA | |
| 02/05 | POS | CNS WINE AND SPI | 106.98 | 02/12 | POS | CHIPOTLE ONLINE | 24.83 |
| | PIN | WEXFORD      PA | | | MC | 1800244768      CA | |
| 02/06 | POS | CVS/PHARM 02348- | 6.40 | 02/13 | POS | SHEETZ 0617 | 13.56 |
| | PIN | PITTSBURGH      PA | | | PIN | SEWICKLEY      PA | |
| 02/06 | POS | Bath and Body Wo | 113.56 | 02/14 | POS | MCDONALD'S F6141 | 13.25 |
| | PIN | New Albany      OH | | | PIN | MARS      PA | |

# Dollar Bank
## Since 1855

## FREE CHECKING ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|------|------------------------|--------|------|-------------------------|--------|
| 02/14 | POS  MARKET DI 155 To | 10.00 | | | |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

### ACCOUNT BALANCES MAINTAINED DURING JANUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $15,616.74 | $17,154.44 | $0.00 | $0.00 | $17,154.44 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

### BANKING CARD ACTIVITY FOR JANUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JANUARY

| | CHECKING | | SAVINGS | |
|---|---|---|---|---|
| | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -DOLLAR ATM ACTIVITY | 1 | .00 | | |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 10 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 22 | .00 | | |
| THE TOTAL CHARGE: | 33 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR JANUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

# Dollar Bank

### Since 1855

ANDRE R SANDERS JR OR
L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:        12/17/20 THRU 01/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| REE CHKG | 23,144.33 | 8,062.00 | 575.23 | 15,657.56 | 18,262.36 | 0.00% | 0.00 |

## FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | | AMOUNT | DATE | | TRANSACTION DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12/18 | POS | PAYPAL *ERICMILN | | 13.68 | 12/22 | POS | PAYPAL *KEVINALZ | | 22.00 |
| | MC | | CA | | | | | CA | |
| 12/18 | POS | PAYPAL *DYLANWAT | | 9.99 | 12/23 | POS | PAYPAL *KEVINALZ | | 60.00 |
| | MC | | CA | | | | | CA | |
| 12/18 | ADJ | PAYPAL *DYLANWAT | | 9.99+ | 12/23 | POS | PAYPAL *SAMMIELU | | 25.00 |
| | MC | | CA | | | | | CA | |
| 12/18 | POS | PAYPAL *DYLANWAT | | 11.56 | 12/24 | POS | SONIC DRIVE IN # | | 8.01 |
| | MC | | CA | | | | WEXFORD | PA | |
| 12/18 | POS | CENCIS PIZZERIA | | 29.16 | 12/24 | POS | WEXFORD ACE HDWE | | 9.62 |
| | MC | 724-9405500 | PA | | | | WEXFORD | PA | |
| 12/18 | POS | BP#9622747BP OI | | 1.70 | 12/24 | ZEL | ZELLE TO SANDERS,ANDRE | | 1,000.00 |
| | PIN | WEXFORD | PA | | 12/24 | ATM | DB - PINE TOWNSHIP | | 250.00 |
| 12/19 | POS | PAYPAL *ERICMILN | | 36.32 | 12/24 | ATM | DB - PINE TOWNSHIP | | 20.00 |
| | MC | | CA | | 12/24 | POS | VENMO | | 80.00 |
| 12/19 | POS | SUNOCO 00706184 | | 2.33 | | MC | | NY | |
| | PIN | MARS | PA | | 12/25 | ADJ | VENMO*Sanders An | | 61.38+ |
| 12/19 | ZEL | ZELLE TO SANDERS,ANDRE | | 1,000.00 | | PIN | New York City | NY | |
| 12/19 | POS | Cool Vape Cool V | | 45.53 | 12/26 | POS | CNS WINE AND SPI | | 38.51 |
| | PIN | Cranberry Twp | PA | | | PIN | WEXFORD | PA | |
| 12/19 | ONL | MOBILE DEPOSIT | | 221.62+ | 12/26 | POS | GET GO #3 7675 M | | 31.01 |
| 12/19 | ONL | MOBILE DEPOSIT | | 202.20+ | | PIN | Pittsburgh | PA | |
| 12/20 | ADJ | Goo*SVCS92801324 | | 30.54+ | 12/27 | POS | PAYPAL *TWITCH | | 64.10 |
| | PIN | Mountain View | CA | | | MC | | CA | |
| 12/20 | POS | SHEETZ ECOMMER00 | | 10.67 | 12/28 | POS | VENMO | | 200.00 |
| | MC | CLAYSBURG | PA | | | MC | | NY | |
| 12/21 | POS | VENMO | | 1,500.00 | 12/28 | POS | VENMO | | 15.00 |
| | MC | | NY | | | MC | | NY | |
| 12/21 | POS | PAYPAL *KEVINALZ | | 25.00 | 12/28 | POS | SHEETZ 0617 | | 29.17 |
| | MC | | CA | | | PIN | SEWICKLEY | PA | |
| 12/21 | POS | GOOGLE *SVCSa57f | | 10.10 | 12/28 | POS | WINE AND SPIRITS | | 26.74 |
| | MC | g.co/helppay# | CA | | | PIN | WEXFORD | PA | |
| 12/21 | POS | LOWE'S #653 | | 24.36 | 12/29 | POS | WINE AND SPIRITS | | 33.16 |
| | PIN | CRANBERRY TWN | PA | | | PIN | WEXFORD | PA | |
| 12/21 | POS | MCDONALD'S F6141 | | 13.24 | 12/31 | POS | CHICK-FIL-A #038 | | 12.93 |
| | PIN | MARS | PA | | | MC | | PA | |
| 12/22 | POS | PAYPAL *ERICMILN | | 46.61 | 12/31 | POS | SHEETZ 0617 | | 31.01 |
| | MC | | CA | | | PIN | SEWICKLEY | PA | |
| 12/22 | POS | THE BEER TRAP | | 12.50 | 12/31 | POS | SHEETZ 0617 | | 28.88 |
| | PIN | WEXFORD | PA | | | PIN | SEWICKLEY | PA | |
| 12/22 | POS | VENMO | | 1,000.00 | 12/31 | POS | CNS WINE AND SPI | | 165.80 |
| | MC | | NY | | | PIN | WEXFORD | PA | |



FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | POS | PETCO 1832 | 84.78 | 01/08 | POS | MAMMA LUCIA PIZZ | 21.13 |
| | PIN | CRANBERRY TWP   PA | | | MC | WEXFORD      PA | |
| 12/31 | POS | WENDYS 573 | 7.93 | 01/08 | ADJ | VENMO*Sanders An | 49.50+ |
| | PIN | CRANBERRY TWP   PA | | | PIN | New York City   NY | |
| 12/31 | POS | SHEETZ ECOMMER00 | 19.92 | 01/09 | POS | POPEYES 11656 | 16.99 |
| | MC | CLAYSBURG     PA | | | MC | 7323186269      PA | |
| 01/01 | POS | BP#9622747BP OIL | 26.05 | 01/11 | POS | VENMO | 350.00 |
| | MC | WEXFORD      PA | | | MC | NY | |
| 01/02 | POS | SHEETZ 0277 | 26.42 | 01/11 | POS | SEND CLUB | 20.00 |
| | PIN | WEXFORD      PA | | | MC | 818-4956503    DE | |
| 01/04 | POS | SHEETZ 0277 | 11.83 | 01/13 | POS | CASH *PP*ASAJOHN | 140.00 |
| | PIN | WEXFORD      PA | | | MC | CA | |
| 01/05 | POS | ICHIBAN STEAKHOU | 16.53 | 01/14 | POS | Microsoft*Xbox | 14.18 |
| | MC | WEXFORD      PA | | | MC | msbill.info     WA | |
| 01/05 | POS | VENMO | 100.00 | 01/14 | POS | SHEETZ ECOMMER00 | 7.79 |
| | MC | NY | | | MC | CLAYSBURG     PA | |
| 01/06 | POS | Cool Vape Cool V | 21.20 | 01/15 | POS | CHIPOTLE ONLINE | 24.83 |
| | PIN | Cranberry Twp   PA | | | MC | 1800244768     CA | |
| 01/06 | POS | CNS WINE AND SPI | 49.20 | 01/15 | POS | BP#9622747BP OIL | 13.87 |
| | PIN | WEXFORD      PA | | | MC | WEXFORD      PA | |
| 01/06 | POS | SHEETZ 0277 | 15.55 | 01/15 | POS | PARKING IN PITTS | 4.00 |
| | PIN | WEXFORD      PA | | | MC | PITTSBURGH     PA | |
| 01/06 | POS | NNT MICROSOFT*UL | 16.04 | 01/16 | ONL | TRANSFER DOLLAR BANK INTERNET | 600.00 |
| | PIN | MSBILL.INFO    WA | | | | TO | |
| 01/07 | POS | 5GUYS 1061 ECOMM | 20.01 | 01/16 | POS | PETCO 1832 | 90.06 |
| | MC | 866-345-4897    PA | | | PIN | CRANBERRY TWP   PA | |
| 01/08 | ATM | DB - PINE TOWNSHIP | 400.00 | | | | |

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

PLEASE NOTE THAT THE YEAR TO DATE INFORMATION OUTLINED IN THE CHART ABOVE REFLECTS ACTIVITY
FROM JANUARY 1 THROUGH DECEMBER 31 OF LAST YEAR.

ACCOUNT BALANCES MAINTAINED DURING DECEMBER
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $17,613.74 | $22,179.25 | $0.00 | $0.00 | $22,179.25 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



PAGE    3

BANKING CARD ACTIVITY FOR DECEMBER

THERE ARE NO CHARGES FOR BANKING CARD USE IN DECEMBER

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) |  |  |  |  |
|   -DOLLAR ATM ACTIVITY | 2 | .00 |  |  |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
|   -PIN-BASED PURCHASES (PIN) | 23 | .00 |  |  |
|   -MASTERCARD PURCHASES (MC) | 26 | .00 |  |  |
| THE TOTAL CHARGE: | 51 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR DECEMBER.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER


**Dollar Bank**
*Since 1855*

L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:     01/17/21 THRU 02/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 453.36 | 868.78 | 550.00 | 134.58 | 151.52 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/18 | POS | MARKET DI 155 To | 100.16 | 02/07 | POS | MARKET DI 155 To | 75.15 |
| | PIN | Wexford        PA | | | PIN | Wexford        PA | |
| 01/20 | POS | MARKET DI 155 To | 93.80 | 02/07 | FEE | POS OVERDRAFT FEE | 36.00 |
| | PIN | Wexford        PA | | 02/09 | POS | MARKET DI 155 To | 29.27 |
| 01/23 | POS | MARKET DI 155 To | 58.41 | | PIN | Wexford        PA | |
| | PIN | Wexford        PA | | 02/09 | FEE | POS OVERDRAFT FEE | 36.00 |
| 01/25 | POS | LOWE'S #653 | 13.98 | 02/11 | POS | NNT WEXFORD ACE | 38.51 |
| | PIN | CRANBERRY TWN   PA | | | PIN | WEXFORD         PA | |
| 01/25 | POS | GIANT-EAG Cranbe | 13.97 | 02/11 | FEE | POS OVERDRAFT FEE | 36.00 |
| | PIN | Cranberry       PA | | 02/11 | POS | MARKET DI 155 To | 83.49 |
| 02/02 | ONL | TRANSFER DOLLAR BANK INTERNET | 100.00+ | | PIN | Wexford        PA | |
| | | FROM | | 02/11 | FEE | POS OVERDRAFT FEE | 36.00 |
| 02/02 | POS | GET GO #3 20570 | 47.00 | 02/13 | ONL | TRANSFER DOLLAR BANK INTERNET | 450.00+ |
| | PIN | Cranberry Twp   PA | | | | FROM | |
| 02/02 | POS | GIANT-EAG Cranbe | 91.20 | | | | |
| | PIN | Cranberry       PA | | | | | |
| 02/04 | POS | MARKET DI 155 To | 79.84 | | | | |
| | PIN | Wexford        PA | | | | | |

### NO SAVINGS ACTIVITY

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 144.00 | 180.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

# Dollar Bank
### Since 1855
SM

ACCOUNT BALANCES MAINTAINED DURING JANUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $45.40- | $131.30 | $0.00 | $0.00 | $131.30 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR JANUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JANUARY

| | CHECKING | | SAVINGS | |
|---|---|---|---|---|
| | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 8 | .00 | | |
| THE TOTAL CHARGE: | 8 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR JANUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

# Dollar Bank

### Since 1855

L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:    12/17/20 THRU 01/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 206.46 | 353.10 | 600.00 | 453.36 | 53.72 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/17 | POS | MARKET DI 155 To | 72.77 | 01/14 | POS | SHEETZ 0277 | 9.64 |
|  | PIN | Wexford        PA |  | | | PIN WEXFORD        PA | |
| 12/19 | POS | BP#1841113CRANB | 13.81 | 01/14 | FEE | POS OVERDRAFT FEE | 36.00 |
|  | PIN | CRANBERRY TWP   PA |  | 01/16 | ONL | TRANSFER DOLLAR BANK INTERNET | 600.00+ |
| 12/22 | POS | MARKET DI 155 To | 72.80 | | | FROM | |
|  | PIN | Wexford        PA |  | 01/16 | POS | MARKET DI 155 To | 101.24 |
| 12/27 | POS | GIANT-EAG Cranbe | 8.46 | | | PIN Wexford        PA | |
|  | PIN | Cranberry      PA |  | | | | |
| 01/05 | POS | TARGET T-1218 | 38.38 | | | | |
|  | PIN | Pittsburgh     PA |  | | | | |

## NO SAVINGS ACTIVITY

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 36.00 | 1,161.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

## NET EFFECT OF WAIVED FEES ON AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT AND RETURNED ITEM FEES WAIVED | .00 | 99.00 |
| NET TOTAL OVERDRAFT AND RETURNED ITEM FEES | 36.00 | 1,062.00 |

PLEASE NOTE THAT THE YEAR TO DATE INFORMATION OUTLINED IN THE CHART ABOVE REFLECTS ACTIVITY
FROM JANUARY 1 THROUGH DECEMBER 31 OF LAST YEAR.



```
                    ACCOUNT BALANCES MAINTAINED DURING DECEMBER
        (CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
        AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

        CHECKING          CHECKING          SAVINGS          SAVINGS          COMBINED
        MINIMUM           AVERAGE           MINIMUM          AVERAGE          AVERAGE
        $38.62            $213.11           $0.00            $0.00            $213.11

        PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

                        BANKING CARD ACTIVITY FOR DECEMBER

              THERE ARE NO CHARGES FOR BANKING CARD USE IN DECEMBER

                                              CHECKING              SAVINGS
                                          # OF     TOTAL        # OF     TOTAL
                                          USES     CHARGED      USES     CHARGED
        POINT OF SALE PURCHASE TRANSACTIONS (POS)
          -PIN-BASED PURCHASES (PIN)          11      .00

        THE TOTAL CHARGE:                     11      .00
```

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR DECEMBER.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

                        REFER A FRIEND AND YOU BOTH
                        EARN CASH! DOLLAR.BANK/REFER



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:       12/22/20 THRU 01/21/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| ERYTHING CK | 5,409.95 | 7,735.95 | 7,491.83 | 5,165.83 | 5,470.23 | 0.05% | 0.23 |
| ERYTHING SV | 3,006.69 | 2,000.00 | 500.28 | 1,506.97 | 1,635.72 | 0.20% | 0.28 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/22 | POS | COLUMBIA GAS OF | 88.53 | 01/01 | POS | LEONARD LABRIOLA | 6.98 |
| | MC | OH | | | MC | WARRENDALE       PA | |
| 12/22 | ATM | DB - PINE TOWNSHIP | 60.00 | 01/04 | POS | BP#9622747BP OIL | 50.33 |
| 12/22 | POS | APPLE.COM/BILL | 54.51 | | MC | WEXFORD       PA | |
| | MC | 866-712-7753       CA | | 01/04 | POS | APPLE.COM/BILL | 8.54 |
| 12/22 | DIR | VIVINT J203754038 | 73.49 | | MC | 866-712-7753       CA | |
| | | VIVINT | | 01/04 | POS | APPLE.COM/BILL | 9.99 |
| 12/24 | POS | CVS/PHARMACY #02 | 17.49 | | MC | 866-712-7753       CA | |
| | MC | 800-746-7287       PA | | 01/04 | ECK | PNC MAKE A PMT | 5,000.00 |
| 12/26 | POS | APPLE.COM/BILL | 3.73 | | | LOAN PYMT | |
| | MC | 866-712-7753       CA | | 01/08 | POS | BED BATH & BEYON | 106.12 |
| 12/26 | POS | APPLE.COM/BILL | 3.73 | | MC | 8004623966       NJ | |
| | MC | 866-712-7753       CA | | 01/08 | ECK | ARMSTRONG UTIL | 149.50 |
| 12/28 | POS | IPHONE CITIZENSO | 64.50 | | | 8772775711 | |
| | MC | BRIDGEPORT       CT | | 01/10 | POS | Bath and Body Wo | 108.71 |
| 12/28 | POS | WINE AND SPIRITS | 98.52 | | PIN | New Albany       OH | |
| | MC | CRANBERRY TWP  PA | | 01/11 | POS | APPLE.COM/BILL | 10.67 |
| 12/28 | POS | NORDSTROM DIRECT | 68.40 | | MC | 866-712-7753       CA | |
| | MC | 800-285-5800       IA | | 01/12 | POS | The Skin  The Sk | 209.00 |
| 12/28 | POS | MCDONALD'S F6141 | 5.34 | | PIN | Wexford       PA | |
| | PIN | MARS       PA | | 01/14 | POS | APPLE.COM/BILL | 0.99 |
| 12/28 | POS | NNT BURLINGTON S | 69.94 | | MC | 866-712-7753       CA | |
| | PIN | PITTSBURGH       PA | | 01/15 | DIR | CAPGEMINI | 2,043.00+ |
| 12/28 | DIR | NEW YORK LIFE | 151.00 | | | REG.SALARY | |
| | | INS. PREM. | | 01/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00 |
| 12/29 | POS | APPLE.COM/BILL | 32.05 | | | TO | |
| | MC | 1111111111       CA | | 01/18 | POS | CVS/PHARMACY #02 | 74.99 |
| 12/29 | POS | CVS/PHARMACY #02 | 125.00 | | MC | 800-746-7287       PA | |
| | MC | 800-746-7287       PA | | 01/19 | POS | APPLE.COM/BILL | 13.90 |
| 12/30 | POS | AT&T FP52 15649 | 90.10 | | MC | 866-712-7753       CA | |
| | MC | CRANBERRY TOW  PA | | 01/19 | POS | APPLE.COM/BILL | 14.93 |
| 12/30 | POS | NORDSTROM DIRECT | 22.97 | | MC | 866-712-7753       CA | |
| | MC | 800-285-5800       IA | | 01/19 | POS | APPLE.COM/BILL | 10.69 |
| 12/30 | ONL | TRANSFER DOLLAR BANK INTERNET | 2,000.00+ | | MC | 1111111111       CA | |
| | | FROM | | 01/20 | POS | ANNTAYLOR.COM #6 | 65.99 |
| 12/31 | DIR | CAPGEMINI | 3,448.60+ | | MC | MILFORD       CT | |
| | | REG.SALARY | | 01/20 | ECK | VOGEL DISPOSAL S | 91.04 |
| 12/31 | POS | AMZN Mktp US*TY4 | 74.19 | | | AUTO PYMN | |
| | MC | Amzn.com/bill  WA | | 01/21 | DIR | VIVINT | 73.49 |
| 12/31 | POS | MARKET DI 155 To | 126.60 | | | VIVINT | |
| | PIN | Wexford       PA | | | | | |



### EVERYTHING CHECKING ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|------|------------------------|--------|------|------------------------|--------|
| 01/21 INT  INTEREST CREDIT | | 0.23+ | | | |

### EVERYTHING SAVINGS ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|------|------------------------|--------|------|------------------------|--------|
| 12/30 ONL  TRANSFER DOLLAR BANK INTERNET TO | | 2,000.00 | 01/21 INT  INTEREST CREDIT | | 0.28+ |
| 01/15 ONL  TRANSFER DOLLAR BANK INTERNET FROM | | 500.00+ | | | |

2021 TAX INFORMATION:

| | | | | |
|---|---|---|---|---|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 0.23+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 0.28+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 576.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | 36.00 |

PLEASE NOTE THAT THE YEAR TO DATE INFORMATION OUTLINED IN THE CHART ABOVE REFLECTS ACTIVITY
FROM JANUARY 1 THROUGH DECEMBER 31 OF LAST YEAR.

ACCOUNT BALANCES MAINTAINED DURING DECEMBER
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $2,653.11 | $5,218.59 | $1,006.69 | $2,651.56 | $7,870.15 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

# Dollar Bank
## Since 1855

BANKING CARD ACTIVITY FOR DECEMBER

THERE ARE NO CHARGES FOR BANKING CARD USE IN DECEMBER

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -DOLLAR ATM ACTIVITY | 1 | .00 | | |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 11 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 24 | .00 | | |
| THE TOTAL CHARGE: | 36 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR DECEMBER.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER