# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Bankruptcy Case No.: 20-20387-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |
| Lois Joyce Evans, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 146, 147 |
| v. | : | |
| | : | **Hearing Date and Time:** |
| No Respondents, | : | March 31, 2021, at 2:30 p.m. |
| | : | |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION OF LOIS JOYCE EVANS TO EMPLOY AND RETAIN THOMPSON LAW GROUP, P.C., NUNC PRO TUNC, AS DEBTOR'S COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on February 24, 2021 at Document No. 146 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 147, Objections were to be filed and served no later than March 13, 2021.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 146 be entered by the Court.

Date: March 16, 2021                                         /s/ Brian C. Thompson
                                                            Brian C. Thompson, Esquire
                                                            Attorney for Debtor
                                                            PA ID No. 91197
                                                            THOMPSON LAW GROUP, P.C.
                                                            125 Warrendale Bayne Road, Suite 200
                                                            Warrendale, PA 15086
                                                            (724) 799-8404 Telephone
                                                            (724) 799-8409 Facsimile
                                                            bthompson@thompsonattorney.com