**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Lois Joyce Evans,                    :            Case No.: 20-20387-CMB
                                             :
                                             :            Reporting Period:   February, 2021
                                             :
                                             :            Chapter 11

**MONTHLY OPERATING REPORT**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: February 2021

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____                          4-16-21
Signature of Debtor                                _____
                                                   Date

_____
Signature of Joint Debtor                          _____
                                                   Date

_____
Signature of Preparer                              _____
                                                   Date

Peter Fleming CPA
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Unaudited, for Management Purposes Only

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: February 2021

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account .

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 5,652.78 | |
| **RECEIPTS** | | |
| Wages (Net) | 4,086.01 | 127,735.30 |
| Interest and Dividend Income | 0.26 | 8.78 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | 20,100.00 |
| **Total Receipts** | 4,086.27 | 147,844.08 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | 31,000.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1,654.66 | 21,472.64 |
| Insurance | 151.00 | 3,845.15 |
| Auto Expense | | 712.26 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 65.00 | 5,445.00 |
| Household Expenses | 608.38 | 17,397.83 |
| Charitable Contributions | | 700.00 |
| Alimony and Child Support Payments | , | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 118.84 | 3,022.78 |
| Gifts | | |
| Other (attach schedule) | 597.14 | 56,333.43 |
| **Total Ordinary Disbursements** | 3,195.02 | 139,929.09 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 1,000.00 | 3,873.03 |
| U. S. Trustee Fees | | 650.00 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 1,000.00 | 4,523.03 |
| **Total Disbursements (Ordinary + Reorganization)** | 4,195.02 | 144,452.12 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (108.75) | 3,391.96 |
| **Cash - End of Month (Must equal reconciled bank** | 5,544.03 | |

FORM MOR-1 (INDV)

Unaudited, for Management
Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: February 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | | 9,400.00 |
| Incoming Funds Transfer | | 500.00 |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| Detail Included in General Ledger | 597.14 | 56,333.43 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FORM MOR-1 (INDV) (CON'T)**

Unaudited, for Management
Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: February 2021

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

_____

_____

_____

Unaudited, for Management
Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)                    **FORM MOR-4**
                                                                        **(9/99)**

Evans, Lois Joyce                                          Case No.: 20-20387-CMB

                                        Reporting Period: February 2021

## ACCOUINTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Unaudited, for Management
Purposes Only

FORM MOR-5
(9/99)

Unaudited, for Management
Purposes Only

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 02/16/2021**

**RECONCILIATION REPORT**

Reconciled on: 04/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 173.04 |
| Checks and payments cleared (11) | -588.46 |
| Deposits and other credits cleared (2) | 550.00 |
| Statement ending balance | 134.58 |
| | |
| Register balance as of 02/16/2021 | 134.58 |
| Cleared transactions after 02/16/2021 | 0.00 |
| Uncleared transactions after 02/16/2021 | -121.86 |
| Register balance as of 04/07/2021 | 12.72 |

### Details

Checks and payments cleared (11)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/02/2021 | Expense | | | -91.20 |
| 02/02/2021 | Expense | | | -47.00 |
| 02/04/2021 | Expense | | | -79.84 |
| 02/07/2021 | Expense | | | -36.00 |
| 02/07/2021 | Expense | | | -75.15 |
| 02/09/2021 | Expense | | | -29.27 |
| 02/09/2021 | Expense | | | -36.00 |
| 02/11/2021 | Expense | | | -38.51 |
| 02/11/2021 | Expense | | | -36.00 |
| 02/11/2021 | Expense | | | -36.00 |
| 02/11/2021 | Expense | | | -83.49 |
| Total | | | | -588.46 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/02/2021 | Deposit | | | 100.00 |
| 02/13/2021 | Transfer | | | 450.00 |
| Total | | | | 550.00 |

### Additional Information

Uncleared checks and payments after 02/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/17/2021 | Expense | | | -9.50 |
| 02/17/2021 | Expense | | | -20.97 |
| 02/21/2021 | Expense | | | -87.75 |
| 02/27/2021 | Expense | | | -17.11 |
| 02/27/2021 | Expense | | | -36.00 |
| 03/03/2021 | Expense | | | -169.24 |
| 03/05/2021 | Expense | | | -9.59 |
| 03/07/2021 | Expense | | | -60.37 |
| 03/08/2021 | Expense | | | -13.98 |
| 03/09/2021 | Expense | | | -31.81 |
| 03/11/2021 | Expense | | | -9.59 |
| 03/15/2021 | Expense | | | -11.08 |
| 03/19/2021 | Expense | | | -105.45 |

| DATE | TYPE | PAYEE | AMOUNT (USD) |
|------|------|-------|--------------|
| 03/19/2021 | Expense | | -36.00 |
| 03/20/2021 | Expense | | -47.01 |
| 03/20/2021 | Expense | | -36.00 |
| 03/22/2021 | Expense | | -90.37 |
| 03/22/2021 | Expense | | -36.00 |
| 03/23/2021 | Expense | | -9.69 |
| 03/23/2021 | Expense | | -36.00 |
| 03/31/2021 | Expense | | -77.51 |
| 04/03/2021 | Expense | | -82.84 |
| 04/05/2021 | Expense | | -38.00 |

Total                                                      -1,071.86

Uncleared deposits and other credits after 02/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 02/28/2021 | Transfer | | | 350.00 |
| 03/25/2021 | Transfer | | | 600.00 |

Total                                                        950.00

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 02/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 04/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

---

### Summary

| | USD |
|---|---|
| Statement beginning balance | 5,165.83 |
| Checks and payments cleared (34) | -6,513.88 |
| Deposits and other credits cleared (4) | 5,486.18 |
| Statement ending balance | 4,138.13 |
| | |
| Uncleared transactions as of 02/21/2021 | -39.51 |
| Register balance as of 02/21/2021 | 4,098.62 |
| Cleared transactions after 02/21/2021 | 0.00 |
| Uncleared transactions after 02/21/2021 | -2,428.74 |
| Register balance as of 04/07/2021 | 1,669.88 |

---

### Details

Checks and payments cleared (34)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/22/2021 | Expense | | | -15.00 |
| 01/22/2021 | Expense | | | -7.99 |
| 01/22/2021 | Expense | | | -27.30 |
| 01/23/2021 | Expense | | | -19.23 |
| 01/24/2021 | Expense | | | -65.34 |
| 01/24/2021 | Expense | | | -152.83 |
| 01/26/2021 | Expense | | | -64.50 |
| 01/26/2021 | Expense | | | -151.00 |
| 01/26/2021 | Expense | | | -2,455.73 |
| 01/26/2021 | Expense | | | -42.76 |
| 01/26/2021 | Expense | | | -3.73 |
| 01/26/2021 | Expense | | | -3.73 |
| 01/27/2021 | Expense | | | -15.35 |
| 01/27/2021 | Expense | | | -56.18 |
| 01/28/2021 | Expense | | | -441.93 |
| 01/31/2021 | Expense | | | -84.48 |
| 02/01/2021 | Expense | | | -10.70 |
| 02/01/2021 | Expense | | | -10.68 |
| 02/03/2021 | Expense | | | -429.80 |
| 02/03/2021 | Expense | | | -1,000.00 |
| 02/04/2021 | Expense | | | -9.99 |
| 02/04/2021 | Expense | | | -5.33 |
| 02/07/2021 | Expense | | | -37.43 |
| 02/09/2021 | Expense | | | -149.50 |
| 02/10/2021 | Expense | | | -158.77 |
| 02/11/2021 | Expense | | | -5.33 |
| 02/13/2021 | Transfer | | | -450.00 |
| 02/14/2021 | Expense | | | -8.54 |
| 02/15/2021 | Transfer | | | -500.00 |
| 02/15/2021 | Expense | | | -24.36 |
| 02/15/2021 | Expense | | | -0.99 |
| 02/19/2021 | Expense | | | -10.69 |
| 02/19/2021 | Expense | | | -9.60 |
| 02/21/2021 | Expense | | | -85.09 |

| Total | | | | -6,513.88 |
|---|---|---|---|---|

Deposits and other credits cleared (4)

| DATE | TYPE | | | AMOUNT (USD) |
|---|---|---|---|---|
| 01/29/2021 | Transfer | | | 1,400.00 |
| 01/29/2021 | Deposit | | | 2,043.01 |
| 02/12/2021 | Deposit | | | 2,043.00 |
| 02/21/2021 | Deposit | | | 0.17 |
| Total | | | | 5,486.18 |

**Additional Information**

Uncleared checks and payments as of 02/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/26/2020 | Expense | | | -3.73 |
| 12/26/2020 | Expense | | | -3.73 |
| 12/29/2020 | Expense | | | -32.05 |
| Total | | | | -39.51 |

Uncleared checks and payments after 02/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/22/2021 | Expense | | | -54.51 |
| 02/23/2021 | Expense | | | -57.00 |
| 02/23/2021 | Expense | | | -73.49 |
| 02/24/2021 | Expense | | | -108.82 |
| 02/24/2021 | Expense | | | -5.34 |
| 02/24/2021 | Expense | | | -65.00 |
| 02/26/2021 | Expense | | | -21.38 |
| 02/26/2021 | Expense | | | -3.73 |
| 02/26/2021 | Expense | | | -3.73 |
| 02/26/2021 | Expense | | | -151.00 |
| 02/26/2021 | Expense | | | -1,001.87 |
| 02/27/2021 | Expense | | | -19.57 |
| 03/01/2021 | Expense | | | -64.50 |
| 03/02/2021 | Expense | | | -19.12 |
| 03/02/2021 | Expense | | | -24.91 |
| 03/04/2021 | Expense | | | -9.99 |
| 03/04/2021 | Expense | | | -10.67 |
| 03/04/2021 | Expense | | | -9.32 |
| 03/04/2021 | Expense | | | -7.41 |
| 03/06/2021 | Expense | | | -47.04 |
| 03/06/2021 | Expense | | | -4.02 |
| 03/06/2021 | Expense | | | -109.00 |
| 03/06/2021 | Expense | | | -57.76 |
| 03/08/2021 | Expense | | | -15.99 |
| 03/08/2021 | Expense | | | -227.04 |
| 03/08/2021 | Expense | | | -635.14 |
| 03/11/2021 | Expense | | | -10.67 |
| 03/11/2021 | Expense | | | -149.50 |
| 03/13/2021 | Expense | | | -119.87 |
| 03/15/2021 | Expense | | | -0.99 |
| 03/15/2021 | Transfer | | | -500.00 |
| 03/15/2021 | Expense | | | -10.89 |
| 03/16/2021 | Expense | | | -18.00 |
| 03/17/2021 | Expense | | | -7.00 |
| 03/17/2021 | Expense | | | -12.02 |
| 03/18/2021 | Expense | | | -18.14 |
| 03/18/2021 | Expense | | | -7,000.00 |
| 03/19/2021 | Expense | | | -27.79 |
| 03/19/2021 | Expense | | | -10.69 |
| 03/21/2021 | Expense | | | -208.65 |
| 03/22/2021 | Expense | | | -26.72 |
| 03/22/2021 | Expense | | | -10.39 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/23/2021 | Expense | | | -73.49 |
| 03/25/2021 | Expense | | | -43.00 |
| 03/25/2021 | Expense | | | -5.34 |
| 03/26/2021 | Expense | | | -151.00 |
| 03/26/2021 | Expense | | | -21.38 |
| 03/26/2021 | Expense | | | -3.73 |
| 03/26/2021 | Expense | | | -3.73 |
| 03/27/2021 | Expense | | | -64.50 |
| 03/27/2021 | Expense | | | -6.77 |
| 03/28/2021 | Expense | | | -224.75 |
| 03/28/2021 | Expense | | | -11.42 |
| 03/28/2021 | Expense | | | -6.68 |
| 03/28/2021 | Expense | | | -5.40 |
| 03/29/2021 | Expense | | | -16.95 |
| 03/29/2021 | Expense | | | -5.81 |
| 03/30/2021 | Expense | | | -10.67 |
| 04/01/2021 | Expense | | | -202.04 |
| 04/01/2021 | Expense | | | -5.00 |
| 04/01/2021 | Expense | | | -858.85 |
| 04/01/2021 | Expense | | | -8.73 |
| 04/01/2021 | Expense | | | -8.00 |
| 04/03/2021 | Expense | | | -11.22 |
| 04/04/2021 | Expense | | | -5.34 |
| 04/05/2021 | Expense | | | -9.99 |

| Total | | | | -12,702.46 |
|---|---|---|---|---|

**Uncleared deposits and other credits after 02/21/2021**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/26/2021 | Deposit | | | 2,043.01 |
| 03/15/2021 | Deposit | | | 1,989.59 |
| 03/16/2021 | Deposit | | | 4,000.00 |
| 03/21/2021 | Deposit | | | 0.15 |
| 03/22/2021 | Deposit | | | 208.65 |
| 03/31/2021 | Deposit | | | 2,032.32 |

| Total | | | | 10,273.72 |
|---|---|---|---|---|

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 02/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 04/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                USD

Statement beginning balance.............................................................................106.97
Checks and payments cleared (0)...........................................................................0.00
Deposits and other credits cleared (2).................................................................500.09
Statement ending balance...............................................................................607.06

Register balance as of 02/21/2021......................................................................607.06
Cleared transactions after 02/21/2021....................................................................0.00
Uncleared transactions after 02/21/2021..............................................................-449.93
Register balance as of 04/07/2021......................................................................157.13

**Details**

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 02/15/2021 | Transfer | | | 500.00 |
| 02/21/2021 | Deposit | | | 0.09 |
| Total | | | | 500.09 |

**Additional Information**

Uncleared checks and payments after 02/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 02/28/2021 | Transfer | | | -350.00 |
| 03/25/2021 | Transfer | | | -600.00 |
| Total | | | | -950.00 |

Uncleared deposits and other credits after 02/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 03/15/2021 | Transfer | | | 500.00 |
| 03/21/2021 | Deposit | | | 0.07 |
| Total | | | | 500.07 |

4/7/2021

Lois Joyce Evans

**Checking, Period Ending 02/24/2021**

**RECONCILIATION REPORT**

Reconciled on: 04/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 371.01 |
| Checks and payments cleared (2) | -12.99 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 358.02 |
| | |
| Register balance as of 02/24/2021 | 358.02 |
| Cleared transactions after 02/24/2021 | 0.00 |
| Uncleared transactions after 02/24/2021 | -128.19 |
| Register balance as of 04/07/2021 | 229.83 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/24/2021 | Expense | | | -3.00 |
| 02/24/2021 | Expense | | | -9.99 |
| Total | | | | -12.99 |

**Additional Information**

Uncleared checks and payments after 02/24/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/01/2021 | Expense | | | -65.20 |
| 03/15/2021 | Expense | | | -50.00 |
| 03/23/2021 | Expense | | | -9.99 |
| 03/23/2021 | Expense | | | -3.00 |
| Total | | | | -128.19 |



L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:      01/17/21 THRU 02/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| /ERYTHING CK | 453.36 | 868.78 | 550.00 | 134.58 | 151.52 | 0.00% | 0.00 |
| /ERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/18 | POS | MARKET DI 155 To | 100.16 | 02/07 | POS | MARKET DI 155 To | 75.15 |
| | PIN | Wexford        PA | | | PIN | Wexford        PA | |
| 01/20 | POS | MARKET DI 155 To | 93.80 | 02/07 | FEE | POS OVERDRAFT FEE | 36.00 |
| | PIN | Wexford        PA | | 02/09 | POS | MARKET DI 155 To | 29.27 |
| 01/23 | POS | MARKET DI 155 To | 58.41 | | PIN | Wexford        PA | |
| | PIN | Wexford        PA | | 02/09 | FEE | POS OVERDRAFT FEE | 36.00 |
| 01/25 | POS | LOWE'S #653 | 13.98 | 02/11 | POS | NNT WEXFORD ACE | 38.51 |
| | PIN | CRANBERRY TWN   PA | | | PIN | WEXFORD        PA | |
| 01/25 | POS | GIANT-EAG Cranbe | 13.97 | 02/11 | FEE | POS OVERDRAFT FEE | 36.00 |
| | PIN | Cranberry       PA | | 02/11 | POS | MARKET DI 155 To | 83.49 |
| 02/02 | ONL | TRANSFER DOLLAR BANK INTERNET | 100.00+ | | PIN | Wexford        PA | |
| | | FROM  ---- | | 02/11 | FEE | POS OVERDRAFT FEE | 36.00 |
| 02/02 | POS | GET GO #3 20570 | 47.00 | 02/13 | ONL | TRANSFER DOLLAR BANK INTERNET | 450.00+ |
| | PIN | Cranberry Twp   PA | | | | FROM ' | |
| 02/02 | POS | GIANT-EAG Cranbe | 91.20 | | | | |
| | PIN | Cranberry       PA | | | | | |
| 02/04 | POS | MARKET DI 155 To | 79.84 | | | | |
| | PIN | Wexford        PA | | | | | |

NO SAVINGS ACTIVITY

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 144.00 | 180.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



ACCOUNT BALANCES MAINTAINED DURING JANUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $45.40- | $131.30 | $0.00 | $0.00 | $131.30 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR JANUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JANUARY

| | CHECKING | | SAVINGS | |
|---|---|---|---|---|
| | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 8 | .00 | | |
| THE TOTAL CHARGE: | 8 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR JANUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

# Dollar Bank
### Since 1855

ANDRE R SANDERS JR OR
L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:          01/17/21 THRU 02/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| REE CHKG | 15,657.56 | 9,599.68 | 6,546.69 | 12,604.57 | 15,401.32 | 0.00% | 0.00 |

## FREE CHECKING ACTIVITY

| DATE | | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 01/17 | POS | | BP#9622747BP OIL | 40.82 | 02/06 | POS | | THE BEER TRAP | 10.50 |
| | MC | | WEXFORD        PA | | | PIN | | WEXFORD        PA | |
| 01/25 | DEP | | CHECK - PINE TOWNSHIP OFFICE | 6,546.69+ | 02/06 | POS | | NNT MICROSOFT*UL | 16.04 |
| 01/25 | ZEL | | ZELLE TO SANDERS,ANDRE | 500.00 | | PIN | | MSBILL.INFO        WA | |
| 01/25 | POS | | VENMO | 1,200.00 | 02/06 | POS | | SHEETZ 0617 | 29.40 |
| | MC | | NY | | | PIN | | SEWICKLEY        PA | |
| 01/26 | POS | | SHEETZ 0617 | 29.94 | 02/07 | POS | | APPLE.COM/US | 266.43 |
| | PIN | | SEWICKLEY        PA | | | MC | | 800-676-2775        CA | |
| 01/28 | POS | | Microsoft | 3.32 | 02/08 | POS | | SHOP US TAG HEUE | 160.50 |
| | PIN | | Redmond        WA | | | MC | | 800-321-4832        NJ | |
| 01/28 | POS | | ONLYFANS | 8.03 | 02/08 | POS | | CHICK-FIL-A #038 | 12.93 |
| | MC | | FL | | | MC | | WEXFORD        PA | |
| 01/28 | POS | | Microsoft | 21.39 | 02/08 | POS | | VENMO | 15.00 |
| | PIN | | Redmond        WA | | | MC | | NY | |
| 01/29 | POS | | CHICK-FIL-A #038 | 13.98 | 02/09 | POS | | FLYNNS TIRES #33 | 194.58 |
| | MC | | WEXFORD        PA | | | PIN | | CLARION        PA | |
| 01/29 | POS | | CENCIS PIZZERIA | 45.59 | 02/09 | POS | | SHEETZ 0277 | 34.72 |
| | MC | | 724-9405500        PA | | | PIN | | WEXFORD        PA | |
| 01/30 | POS | | CHIPOTLE ONLINE | 24.83 | 02/09 | POS | | MCDONALD'S F714 | 12.38 |
| | MC | | 1800244768        CA | | | PIN | | WEXFORD        PA | |
| 01/31 | POS | | VENMO | 235.00 | 02/09 | POS | | SHEETZ 0277 | 16.28 |
| | MC | | NY | | | PIN | | WEXFORD        PA | |
| 01/31 | POS | | VENMO | 100.00 | 02/09 | POS | | 7 SPRINGS TICKET | 75.26 |
| | MC | | NY | | | MC | | CHAMPION        PA | |
| 02/01 | POS | | CHICK-FIL-A #038 | 11.03 | 02/10 | POS | | SEND CLUB | 20.00 |
| | MC | | WEXFORD        PA | | | MC | | 818-4956503        DE | |
| 02/01 | ECK | | PNC MAKE A PMT | 5,300.00 | 02/10 | POS | | 7 SPRINGS RENTAL | 56.18 |
| | | | LOAN PYMT | | | MC | | CHAMPION        PA | |
| 02/02 | ONL | | TRANSFER DOLLAR BANK INTERNET | 100.00 | 02/10 | POS | | ROADSIDE ASSISTA | 145.00 |
| | | | TO | | | MC | | 8477966763        MA | |
| 02/04 | POS | | TRACTOR SUPPLY # | 83.72 | 02/10 | POS | | AAA EC MEMBERSHI | 13.90 |
| | PIN | | CRANBERRY TWP        PA | | | MC | | 8004415008        PA | |
| 02/04 | POS | | MCDONALD'S F6141 | 8.12 | 02/10 | POS | | LINS ORIENTAL EX | 36.98 |
| | PIN | | MARS        PA | | | MC | | WEXFORD        PA | |
| 02/04 | POS | | Microsoft | 19.25 | 02/11 | POS | | SQ *BEBE LEE BEA | 450.00 |
| | PIN | | Redmond        WA | | | MC | | Pittsburgh        PA | |
| 02/05 | POS | | CNS WINE AND SPI | 106.98 | 02/12 | POS | | CHIPOTLE ONLINE | 24.83 |
| | PIN | | WEXFORD        PA | | | MC | | 1800244768        CA | |
| 02/06 | POS | | CVS/PHARM 02348- | 6.40 | 02/13 | POS | | SHEETZ 0617 | 13.56 |
| | PIN | | PITTSBURGH        PA | | | PIN | | SEWICKLEY        PA | |
| 02/06 | POS | | Bath and Body Wo | 113.56 | 02/14 | POS | | MCDONALD'S F6141 | 13.25 |
| | PIN | | New Albany        OH | | | PIN | | MARS        PA | |

# Dollar Bank

## Since 1855

### FREE CHECKING ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|------|------------------------|--------|------|------------------------|--------|
| 02/14 | POS  MARKET DI 155 To | 10.00 | | | |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

### ACCOUNT BALANCES MAINTAINED DURING JANUARY

(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $15,616.74 | $17,154.44 | $0.00 | $0.00 | $17,154.44 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

### BANKING CARD ACTIVITY FOR JANUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JANUARY

| | CHECKING | | SAVINGS | |
|---|---|---|---|---|
| | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
|   -DOLLAR ATM ACTIVITY | 1 | .00 | | |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
|   -PIN-BASED PURCHASES (PIN) | 10 | .00 | | |
|   -MASTERCARD PURCHASES (MC) | 22 | .00 | | |
| THE TOTAL CHARGE: | 33 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR JANUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER



**Dollar Bank**
*Since 1855*

L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:    01/22/21 THRU 02/21/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

### ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| /ERYTHING CK | 5,165.83 | 6,513.88 | 5,486.18 | 4,138.13 | 4,070.73 | 0.05% | 0.17 |
| /ERYTHING SV | 1,506.97 | 1,400.00 | 500.09 | 607.06 | 536.00 | 0.20% | 0.09 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/22 | POS MC | LA STUDIO NAIL & PITTSBURGH     PA | 15.00 | 02/01 | POS MC | Amazon.com*N39V4 Amzn.com/bill   WA | 10.70 |
| 01/22 | POS MC | DUNKIN #357081 PITTSBURGH     PA | 7.99 | 02/03 | POS MC | COLUMBIA GAS OF 8884604332      OH | 429.80 |
| 01/22 | POS MC | ALTERATIONS EXPR WARRENDALE    PA | 27.30 | 02/03 | ECK | WILKEANDASSOC WEB PAY | 1,000.00 |
| 01/23 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 19.23 | 02/04 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 5.33 |
| 01/24 | POS PIN | COSTCO WHSE #03 CRANBERRY TPK  PA | 152.83 | 02/04 | POS MC | APPLE.COM/BILL 1111111111      CA | 9.99 |
| 01/24 | POS PIN | GIANT-EAG Cranbe Cranberry     PA | 65.34 | 02/07 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 37.43 |
| 01/26 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 3.73 | 02/09 | ECK | ARMSTRONG UTIL 8772275711 | 149.50 |
| 01/26 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 3.73 | 02/10 | POS PIN | AMAZON.COM*Q178L SEATTLE       WA | 158.77 |
| 01/26 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 42.76 | 02/11 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 5.33 |
| 01/26 | POS MC | IPHONE CITIZENSO BRIDGEPORT    CT | 64.50 | 02/12 | DIR | CAPGEMINI REG.SALARY | 2,043.00+ |
| 01/26 | DIR | FIRSTENERGY OPCO FE ECHECK | 2,455.73 | 02/13 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 450.00 |
| 01/26 | DIR | NEW YORK LIFE INS. PREM. | 151.00 | 02/14 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 8.54 |
| 01/27 | POS MC | AT&T FP52 15649 CRANBERRY TOW  PA | 56.18 | 02/15 | POS MC | AMZN Mktp US*CU6 Amzn.com/bill  WA | 24.36 |
| 01/27 | POS MC | CVS/PHARMACY #02 800-746-7287  PA | 15.35 | 02/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 |
| 01/28 | ECK | LIBERTY MUTUAL INSRNC PMT | 441.93 | 02/15 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 0.99 |
| 01/29 | DIR | CAPGEMINI REG.SALARY | 2,043.01+ | 02/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.69 |
| 01/29 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 1,400.00+ | 02/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 9.60 |
| 01/31 | POS MC | PP*MK CNSLT- Mel ALIQUIPPA     PA | 84.48 | 02/21 | POS PIN | MARKET DI 155 To Wexford       PA | 85.09 |
| 02/01 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.68 | 02/21 | INT | INTEREST CREDIT | 0.17+ |

# Dollar Bank

### Since 1855

PAGE    2

EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|------|------|
| 01/29 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 1,400.00 | 02/21 | INT | INTEREST CREDIT | 0.09+ |
| 02/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ | | | | |

2021 TAX INFORMATION:
| | | | | | | |
|------|------|------|------|------|------|------|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 0.40+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 0.37+ | INTEREST WITHHELD YEAR-TO-DATE | 0.00 |

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|------|------|------|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

ACCOUNT BALANCES MAINTAINED DURING JANUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|------|------|------|------|------|
| $1,643.23 | $4,991.46 | $106.97 | $1,145.49 | $6,136.95 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR JANUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JANUARY

| | CHECKING | | SAVINGS | |
|------|------|------|------|------|
| | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 4 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 23 | .00 | | |
| THE TOTAL CHARGE: | 27 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR JANUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

## Account Details   ?

| | |
|---|---|
| **Account Nickname:** | EVERYTHING SAVINGS |
| | Change |
| **Account Name:** | EVERYTHING SAVINGS |
| **Account Number:** | x9586 |
| **Date Opened:** | 07/08/2016 |



**Use Online Bill Pay for a chance to win a $1,000 prize!***

Learn more »

*NO PURCHASE OR TRANSACTION NECESSARY. Click Learn more above for Official Rules and Eligibility Restrictions.

## Holds   ?

### x9586 - EVERYTHING SAVINGS

Download For: ▶ Spreadsheet

| Date | Type | Description | Amount |
|---|---|---|---|
| | | *No transactions to be displayed.* | |

## Account History   ?

### x9586 - EVERYTHING SAVINGS

Selected Account

x9586 - EVERYTHING SAVINGS (Available $157.13) ▼

## Show the Following Days

○ All      ○ 30 Days      ○ 60 Days      ◉ 90 Days      ○ 120 Days      ○ Other

Show Only:

Any type of transaction ▼

Description:

Check Number:

Amount:

Low Amount

to:

High Amount

[ Clear ]    [ Search ]

Download For: ▶ Spreadsheet

| Date ∧ | Description | Withdrawals | Deposits | Balance |
|--------|-------------|-------------|----------|---------|
| 03/25/2021 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR TO XXXXXXX2449 | $600.00 | | $157.13 |
| 03/21/2021 | INT INTEREST CREDIT | | $0.07 | $757.13 |

| 03/15/2021 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR FROM XXXXXXX9586 | | $500.00 | $757.06 |
|---|---|---|---|---|
| 02/28/2021 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR TO XXXXXXX2449 | $350.00 | | $257.06 |
| 02/21/2021 | INT INTEREST CREDIT | | $0.09 | $607.06 |
| 02/15/2021 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR FROM XXXXXXX9586 | | $500.00 | $606.97 |
| 01/29/2021 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR TO XXXXXXX9586 | $1,400.00 | | $106.97 |
| 01/21/2021 | INT INTEREST CREDIT | | $0.28 | $1,506.97 |
| 01/15/2021 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR FROM XXXXXXX9586 | | $500.00 | $1,506.69 |

Security  |  Privacy  |  Contact Us  |  Legal

Equal Housing Lender. 🏠 Member FDIC. Copyright © 2019, Dollar Bank, Federal Savings Bank.

# Citizens Bank

Checking Account
Statement

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

**1** OF **2**

Beginning January 28, 2021
through February 24, 2021

US002 BR934

**LOIS JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239**

---

## Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 371.01 |
| Checks | .00 - |
| Withdrawals & Debits | 12.99 - |
| Deposits & Credits | .00 + |
| **Current Balance** | 358.02 = |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
   No deposit made.

Your next statement period will end on March 23, 2021.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

**Previous Balance**

371.01

---

**TRANSACTION DETAILS**
**Withdrawals & Debits**
**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 02/24 | 9.99 | Monthly Maintenance Fee |
| 02/24 | 3.00 | Service Charge Statement Delivery |

⊖ **Total Withdrawals & Debits**

12.99

= **Current Balance**

358.02

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/24 | 358.02 | | | | |

**MEMO**

--GET MORE OUT OF EVERY 24
Our next generation App* is here with:
 - New running balance
 - All your account information on one screen
 - Faster updates and enhancements
Download it now.
*Wireless carrier charges may apply.

**NEWS FROM CITIZENS**

--Special Provisions for Pass-Through Accounts
If you have opened a deposit account on behalf of the beneficial owner(s) of the funds in

Member FDIC   Equal Housing Lender

## Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

*Checking continued from previous page*

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**
631445-922- 6

### NEWS FROM CITIZENS (continued)

the account (for example as a trustee, agent, nominee, guardian, executor, custodian or funds held in some other capacity for the benefit of others), those beneficial owners may be eligible for "pass-through" insurance from the FDIC. This means the account could qualify for more than the standard maximum deposit insurance amount (currently $250,000 per depositor in the same ownership capacity). If the account has transactional features, you as the account holder must be able to provide a record of the interests of the beneficial owner(s) in accordance with the FDIC's requirements as specified below. The FDIC has published a guide that describes the process to follow and the information you will need to provide in the event Citizens Bank fails. That information can be accessed on the FDIC's website at www.fdic.gov/ deposit/ deposits/ brokers/ part-370-appendix.html.

In addition, the FDIC published an Addendum to the guide, section VIII, which is a good resource to understand the FDIC's alternative recordkeeping requirements for pass-through insurance. The Addendum sets forth the expectations of the FDIC for pass-through insurance coverage of any deposit accounts, including those with transactional features. The Addendum will provide information regarding the records you keep on the beneficial owners of the funds, identifying information for those owners, and the format in which to provide the records to the FDIC upon bank failure. You must be able to provide this information in a timely manner in order to receive payment for the insured amount of pass-through deposit insurance coverage as soon as possible. You will have an opportunity to validate the capability to deliver the required information in the appropriate format so that a timely calculation of deposit insurance coverage can be made; further instructions relating to this opportunity will be communicated at a later time.

You agree to cooperate fully with us and the FDIC in connection with determining the insured status of funds in such accounts at any time. In the event of a bank failure, you agree to provide the FDIC with the information described above in the required format within 24 hours of a bank failure. As soon as a receiver is appointed, a hold will be placed on your account and that hold will not be released until the FDIC determines that you have provided the necessary data to enable the FDIC to calculate the deposit insurance. You understand and agree that your failure to provide the necessary data to the FDIC may result in a delay in receipt of insured funds and may result in legal claims against you from the beneficial owners of the funds in the account. If you do not provide the required data, your account may be held or frozen until the information is received, which will cause a delay when the beneficial owners could receive funds. Despite other provisions in this Agreement, this section survives after a receiver is appointed for us, and the FDIC is considered a third party beneficiary of this section.

--Coming soon...Your deposit statement will have a simplified look! Minor updates to the format and font of your deposit statement will make it easier to review.  Important:  The information in your statement is not changing.

--Saving can be easier than you think! With small changes in your spending, your savings can really add up! By starting with just $20 per week you can save over $1000 a year! Set up an automatic transfer to your savings and watch your savings add up! For more information stop by a branch, visit citizensbank.com/ starttosave or call 888-821-3900. Member FDIC.

Member FDIC    Equal Housing Lender

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure
to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on
this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+)  $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=)  $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits,
POS purchases or withdrawals that do not
appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−)  $ _____
Total of 4

**5** Subtract 4 from 3. This should match your
checkbook register balance

(=)  $ _____
Total

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the
number shown on the front of your statement or write to us at the following
address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown on the front of your statement to notify us of a
change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be
transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CPOT2108Y_Stmt_8.5x11  Rev. Dec 2018

---

## ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement
or write to us at the customer service address provided as soon as you can, if you
think your statement or receipt is wrong or if you need more information about an
electronic transfer on the statement or receipt. We must hear from you no later
than 60 days after we sent you the FIRST statement on which the error or problem
appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly
  as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it
  appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can
  be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes,
we will investigate your complaint and will correct any error promptly. If we take
more than 10 business days (20 business days if you are a new customer, for
electronic transfers occurring during the first 30 days after the first deposit is made
to your account) to do this, we will credit your account for the amount you think
is in error, so that you will have the use of the money during the time it takes us to
complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit
your account at the conclusion of our investigation.]

## OVERDRAFT LINES OF CREDIT

### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service
address provided as soon as possible.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe
  what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do
we are not required to investigate any potential errors and you may have to pay the
amount in question. While we investigate whether or not there has been an error
the following are true:

- We cannot try to collect the amount in question or report you as delinquent on
  that amount.
- The charge in question may remain on your statement and we may continue
  to charge you interest on that amount. But, if we determine that we made a
  mistake, you will not have to pay the amount in question or any interest or
  other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for
  the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT
ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily
Periodic Rate to the Average Daily Balance. Then, we multiply that result by the
number of days in the billing cycle in which a balance is owed on your Overdraft
Line. This gives you the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your
Overdraft Line each day (which does not include any unpaid interest charges or
fees), add any new loan advances as of the date of those advances and subtract
any payments or credits. This gives us the daily balance. Then, we add all the daily
balances for the billing cycle together and divide the total by the number of days in
the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each
joint account holder of your checking account. Late payments, missed payments,
or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*