## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:  **Lois Joyce Evans,**               :          **Case No.: 20-20387-CMB**
                                            :
                                            :          **Reporting Period:  March, 2021**
                                            :
                                            :          **Chapter 11**


## <u>MONTHLY OPERATING REPORT</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: _March, 2021_

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

4-16-21
_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Preparer

_____
Date

_Peter Fleming CPA_
Printed Name of Preparer

FORM MOR (INDV)
(10/00)
Unaudited, for Management Purposes Only

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: March 2021

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 5,544.03 | |
| **RECEIPTS** | | |
| Wages (Net) | 4,021.91 | 131,757.21 |
| Interest and Dividend Income | 0.22 | 9.00 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 4,000.00 | 24,100.00 |
| **Total Receipts** | 8,022.13 | 155,866.21 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 7,000.00 | 38,000.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 351.99 | 21,824.63 |
| Insurance | 151.00 | 3,996.15 |
| Auto Expense | | 712.26 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 5,445.00 |
| Household Expenses | 780.84 | 18,178.67 |
| Charitable Contributions | | 700.00 |
| Alimony and Child Support Payments | , | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 405.68 | 3,428.46 |
| Gifts | | |
| Other (attach schedule) | 1,537.57 | 57,871.00 |
| **Total Ordinary Disbursements** | 10,227.08 | 150,156.17 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 3,873.03 |
| U. S. Trustee Fees | | 650.00 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 4,523.03 |
| Total Disbursements (Ordinary + Reorganization) | 10,227.08 | 154,679.20 |
| Net Cash Flow (Total Receipts - Total Disbursements) | (2,204.95) | 1,187.01 |
| Cash - End of Month (Must equal reconciled bank | 3,339.08 | |

FORM MOR-1 (INDV)
Unaudited, for Management Purposes
Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: March 2021

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | | 9,400.00 |
| Incoming Funds Transfer | | 500.00 |
| Gift from Daughter | 4.000.00 | 4,000.00 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Detail Included in General Ledger | 1,537.57 | 57.871.00 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FORM MOR-1 (INDV) (CON'T)**

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: March 2021

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total Stale and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

_____

_____

_____

Unaudited, for Management
Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)

**FORM MOR-4**
(9/99)

Evans, Lois Joyce

Case No.: **20-20387-CMB**

Reporting Period: March 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

Unaudited, for Management
Purposes Only

FORM MOR-5
(9/99)

Unaudited, for Management
Purposes Only

Eric Joyce Eglins

**EVERYTHING CHECKING (2449), Period Ending 03/16/2021**

**RECONCILIATION REPORT**

Reconciled on: 04/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 134.58 |
| Checks and payments cleared (12) | -476.99 |
| Deposits and other credits cleared (1) | 350.00 |
| Statement ending balance | 7.59 |
| | |
| Register balance as of 03/16/2021 | 7.59 |
| Cleared transactions after 03/16/2021 | 0.00 |
| Uncleared transactions after 03/16/2021 | 5.13 |
| Register balance as of 04/07/2021 | 12.72 |

**Details**

Checks and payments cleared (12)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/17/2021 | Expense | | | -20.97 |
| 02/17/2021 | Expense | | | -9.50 |
| 02/21/2021 | Expense | | | -87.75 |
| 02/27/2021 | Expense | | | -17.11 |
| 02/27/2021 | Expense | | | -36.00 |
| 03/03/2021 | Expense | | | -169.24 |
| 03/05/2021 | Expense | | | -9.59 |
| 03/07/2021 | Expense | | | -60.37 |
| 03/08/2021 | Expense | | | -13.98 |
| 03/09/2021 | Expense | | | -31.81 |
| 03/11/2021 | Expense | | | -9.59 |
| 03/15/2021 | Expense | | | -11.08 |
| **Total** | | | | **-476.99** |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/28/2021 | Transfer | | | 350.00 |
| **Total** | | | | **350.00** |

**Additional Information**

Uncleared checks and payments after 03/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/19/2021 | Expense | | | -36.00 |
| 03/19/2021 | Expense | | | -105.45 |
| 03/20/2021 | Expense | | | -36.00 |
| 03/20/2021 | Expense | | | -47.01 |
| 03/22/2021 | Expense | | | -90.37 |
| 03/22/2021 | Expense | | | -36.00 |
| 03/23/2021 | Expense | | | -9.69 |
| 03/23/2021 | Expense | | | -36.00 |
| 03/31/2021 | Expense | | | -77.51 |
| 04/03/2021 | Expense | | | -82.84 |
| 04/05/2021 | Expense | | | -38.00 |
| **Total** | | | | **-594.87** |

Uncleared deposits and other credits after 03/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 03/25/2021 | Transfer | | | 600.00 |
| Total | | | | 600.00 |

Lois Joyce Gans

**EVERYTHING CHECKING (9586), Period Ending 03/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 04/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 4,138.13 |
| Checks and payments cleared (58) | -11,593.29 |
| Deposits and other credits cleared (6) | 10,273.72 |
| Statement ending balance | 2,818.56 |
| | |
| Register balance as of 03/31/2021 | 2,818.56 |
| Cleared transactions after 03/31/2021 | 0.00 |
| Uncleared transactions after 03/31/2021 | -1,109.17 |
| Register balance as of 04/07/2021 | 1,709.39 |

### Details

Checks and payments cleared (58)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/22/2021 | Expense | | | -54.51 |
| 02/23/2021 | Expense | | | -57.00 |
| 02/23/2021 | Expense | | | -73.49 |
| 02/24/2021 | Expense | | | -5.34 |
| 02/24/2021 | Expense | | | -108.82 |
| 02/24/2021 | Expense | | | -65.00 |
| 02/26/2021 | Expense | | | -21.38 |
| 02/26/2021 | Expense | | | -3.73 |
| 02/26/2021 | Expense | | | -1,001.87 |
| 02/26/2021 | Expense | | | -151.00 |
| 02/26/2021 | Expense | | | -3.73 |
| 02/27/2021 | Expense | | | -19.57 |
| 03/01/2021 | Expense | | | -64.50 |
| 03/02/2021 | Expense | | | -19.12 |
| 03/02/2021 | Expense | | | -24.91 |
| 03/04/2021 | Expense | | | -9.99 |
| 03/04/2021 | Expense | | | -10.67 |
| 03/04/2021 | Expense | | | -7.41 |
| 03/04/2021 | Expense | | | -9.32 |
| 03/06/2021 | Expense | | | -4.02 |
| 03/06/2021 | Expense | | | -47.04 |
| 03/06/2021 | Expense | | | -57.76 |
| 03/06/2021 | Expense | | | -109.00 |
| 03/08/2021 | Expense | | | -15.99 |
| 03/08/2021 | Expense | | | -227.04 |
| 03/08/2021 | Expense | | | -635.14 |
| 03/11/2021 | Expense | | | -10.67 |
| 03/11/2021 | Expense | | | -149.50 |
| 03/13/2021 | Expense | | | -119.87 |
| 03/15/2021 | Expense | | | -0.99 |
| 03/15/2021 | Transfer | | | -500.00 |
| 03/15/2021 | Expense | | | -10.89 |
| 03/16/2021 | Expense | | | -18.00 |
| 03/17/2021 | Expense | | | -7.00 |
| 03/17/2021 | Expense | | | -12.02 |
| 03/18/2021 | Expense | | | -7,000.00 |
| 03/18/2021 | Expense | | | -18.14 |
| 03/19/2021 | Expense | | | -27.79 |
| 03/19/2021 | Expense | | | -10.69 |
| 03/21/2021 | Expense | | | -208.65 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/22/2021 | Expense | | | -10.39 |
| 03/22/2021 | Expense | | | -26.72 |
| 03/23/2021 | Expense | | | -73.49 |
| 03/25/2021 | Expense | | | -5.34 |
| 03/25/2021 | Expense | | | -43.00 |
| 03/26/2021 | Expense | | | -3.73 |
| 03/26/2021 | Expense | | | -151.00 |
| 03/26/2021 | Expense | | | -21.38 |
| 03/26/2021 | Expense | | | -3.73 |
| 03/27/2021 | Expense | | | -6.77 |
| 03/27/2021 | Expense | | | -64.50 |
| 03/28/2021 | Expense | | | -6.68 |
| 03/28/2021 | Expense | | | -224.75 |
| 03/28/2021 | Expense | | | -11.42 |
| 03/28/2021 | Expense | | | -5.40 |
| 03/29/2021 | Expense | | | -16.95 |
| 03/29/2021 | Expense | | | -5.81 |
| 03/30/2021 | Expense | | | -10.67 |

| Total | | | | -11,593.29 |
|---|---|---|---|---|

Deposits and other credits cleared (6)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/26/2021 | Deposit | | | 2,043.01 |
| 03/15/2021 | Deposit | | | 1,989.59 |
| 03/16/2021 | Deposit | | | 4,000.00 |
| 03/21/2021 | Deposit | | | 0.15 |
| 03/22/2021 | Deposit | | | 208.65 |
| 03/31/2021 | Deposit | | | 2,032.32 |

| Total | | | | 10,273.72 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments after 03/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2021 | Expense | | | -8.73 |
| 04/01/2021 | Expense | | | -5.00 |
| 04/01/2021 | Expense | | | -202.04 |
| 04/01/2021 | Expense | | | -8.00 |
| 04/01/2021 | Expense | | | -858.85 |
| 04/03/2021 | Expense | | | -11.22 |
| 04/04/2021 | Expense | | | -5.34 |
| 04/05/2021 | Expense | | | -9.99 |

| Total | | | | -1,109.17 |
|---|---|---|---|---|

Dis Joyce Gene

**Checking, Period Ending 03/23/2021**

**RECONCILIATION REPORT**

Reconciled on: 04/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 358.02 |
| Checks and payments cleared (4) | -128.19 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 229.83 |
| | |
| Register balance as of 03/23/2021 | 229.83 |

**Details**

Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/01/2021 | Expense | | | -65.20 |
| 03/15/2021 | Expense | | | -50.00 |
| 03/23/2021 | Expense | | | -9.99 |
| 03/23/2021 | Expense | | | -3.00 |
| Total | | | | -128.19 |

James Joyce Systems

**EVERYTHING SAVINGS (INGS), Period Ending 03/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 04/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 607.06 |
| Checks and payments cleared (1) | -350.00 |
| Deposits and other credits cleared (2) | 500.07 |
| Statement ending balance | 757.13 |
| | |
| Register balance as of 03/21/2021 | 757.13 |
| Cleared transactions after 03/21/2021 | 0.00 |
| Uncleared transactions after 03/21/2021 | -600.00 |
| Register balance as of 04/07/2021 | 157.13 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/28/2021 | Transfer | | | -350.00 |
| Total | | | | -350.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/15/2021 | Transfer | | | 500.00 |
| 03/21/2021 | Deposit | | | 0.07 |
| Total | | | | 500.07 |

**Additional Information**

Uncleared checks and payments after 03/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/25/2021 | Transfer | | | -600.00 |
| Total | | | | -600.00 |

# Dollar Bank
### Since 1855

ANDRE R SANDERS JR OR
L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:      02/17/21 THRU 03/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| REE CHKG | 12,604.57 | 11,796.61 | 613.40 | 1,421.36 | 4,639.82 | 0.00% | 0.00 |

## FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/17 | POS | DOORDASH*FIVE GU | 37.18 | 02/27 | POS | LEVENGER CATALOG | 56.23 |
| | MC | SAN FRANCISCO  CA | | | MC | 800-545-0242    FL | |
| 02/17 | POS | THE BEER TRAP | 12.50 | 02/27 | POS | CASH APP*ASAJOHN | 100.00 |
| | PIN | WEXFORD      PA | | | MC |             CA | |
| 02/18 | POS | SUNOCO 09471442 | 12.76 | 02/27 | POS | SHEETZ 0627 | 26.42 |
| | PIN | DONEGAL      PA | | | PIN | SEWICKLEY    PA | |
| 02/18 | POS | MCDONALD'S F2871 | 10.47 | 03/01 | POS | SHEETZ ECOMMER00 | 7.47 |
| | PIN | DONEGAL      PA | | | MC | CLAYSBURG    PA | |
| 02/18 | POS | SHEETZ ECOMMER00 | 10.99 | 03/01 | POS | KFC J089008 | 8.34 |
| | MC | CLAYSBURG    PA | | | MC | PITTSBURGH   PA | |
| 02/19 | POS | 7 SPRINGS RENTAL | 56.18 | 03/01 | POS | TRACTOR SUPPLY # | 147.28 |
| | MC | CHAMPION     PA | | | PIN | CRANBERRY TWP  PA | |
| 02/19 | POS | SHEETZ 0617 | 20.32 | 03/01 | POS | MCDONALD'S F6141 | 8.00 |
| | PIN | SEWICKLEY    PA | | | PIN | MARS         PA | |
| 02/20 | POS | CARSON NEWS AND | 21.40 | 03/02 | POS | PETCO 1832 | 136.69 |
| | MC | PITTSBURGH   PA | | | PIN | CRANBERRY TWP  PA | |
| 02/22 | POS | CHIPOTLE ONLINE | 24.83 | 03/02 | POS | MCDONALD'S F714 | 8.88 |
| | MC | 1800244768   CA | | | PIN | WEXFORD      PA | |
| 02/22 | POS | VENMO | 30.00 | 03/03 | ONL | MOBILE DEPOSIT | 159.95+ |
| | MC |             NY | | 03/03 | ONL | MOBILE DEPOSIT | 78.59+ |
| 02/22 | POS | VENMO | 70.00 | 03/03 | ONL | MOBILE DEPOSIT | 37.06+ |
| | MC |             NY | | 03/04 | POS | Soma | 112.98 |
| 02/23 | POS | UBER   EATS | 30.58 | | MC | 888-855-4986    FL | |
| | MC |             CA | | 03/05 | POS | BP*9603515DCB B | 25.01 |
| 02/23 | POS | SHEETZ ECOMMER00 | 7.47 | | PIN | PITTSBURGH   PA | |
| | MC | CLAYSBURG    PA | | 03/05 | ATM | PAI ISO      1635 W. CARS | 104.25 |
| 02/24 | WTH | CRANBERRY OFFICE | 9,000.00 | | | PITTSBURGH   PA | |
| | MC | PITTSBURGH   PA | | 03/06 | POS | VENMO | 280.00 |
| 02/24 | POS | SUNOCO | 19.03 | | MC |          0    NY | |
| | MC | PITTSBURGH   PA | | 03/06 | POS | CASH APP*ASAJOHN | 100.00 |
| 02/25 | POS | CHICK-FIL-A #038 | 14.97 | | MC |             CA | |
| | MC | WEXFORD      PA | | 03/06 | POS | SAMSCLUB #6678 | 302.26 |
| 02/25 | POS | SHEETZ 0277 | 20.32 | | PIN | PITTSBURGH   PA | |
| | PIN | WEXFORD      PA | | 03/06 | POS | TARGET T- 288 Mt | 80.79 |
| 02/25 | POS | SQ *BEBE LEE BEA | 300.00 | | PIN | Pittsburgh   PA | |
| | MC | Pittsburgh   PA | | 03/08 | POS | MICROSOFT*ULTIMA | 16.04 |
| 02/26 | POS | BATH AND BODY WO | 15.52 | | MC | MSBILL.INFO   WA | |
| | PIN | PITTSBURGH   PA | | 03/08 | ONL | MOBILE DEPOSIT | 11.13+ |
| 02/26 | POS | MAMMA LUCIA PIZZ | 9.47 | 03/09 | POS | MCDONALD'S F6141 | 10.57 |
| | MC | WEXFORD      PA | | | PIN | MARS         PA | |
| 02/26 | ADJ | Cash App*Cash Cu | 93.58+ | 03/09 | POS | AAA EC MBR RENEW | 13.90 |
| | PIN | San Francisco  CA | | | MC | 8004415008   PA | |

# Dollar Bank
### Since 1855

PAGE    2

## FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|-----|------------------------|--------|------|-----|------------------------|--------|
| 03/09 | POS | Microsoft | 27.02 | 03/13 | POS | KFC J089008 | 8.34 |
| | PIN | Redmond        WA | | | MC | PITTSBURGH      PA | |
| 03/10 | POS | MCDONALD'S F6141 | 11.64 | 03/13 | POS | T-BONES | 11.96 |
| | PIN | MARS           PA | | | PIN | WEXFORD         PA | |
| 03/10 | POS | KEEPN GLASSY | 108.04 | 03/13 | POS | THE BEER TRAP | 14.50 |
| | PIN | PITTSBURGH     PA | | | PIN | WEXFORD         PA | |
| 03/10 | POS | SHEETZ 0277 | 21.39 | 03/14 | POS | SHEETZ 0617 | 10.38 |
| | PIN | WEXFORD        PA | | | PIN | SEWICKLEY       PA | |
| 03/10 | POS | HALLMARK CLEANER | 197.95 | 03/14 | POS | SHEETZ 0617 | 21.39 |
| | MC | PITTSBURGH     PA | | | PIN | SEWICKLEY       PA | |
| 03/11 | POS | J & D LAWN AND G | 74.90 | 03/15 | ONL | MOBILE DEPOSIT | 233.09+ |
| | MC | 7249355877     PA | | | | | |
| 03/12 | POS | SEND CLUB | 20.00 | | | | |
| | MC | 818-4956503    DE | | | | | |

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|------|-------------|--------------|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

### ACCOUNT BALANCES MAINTAINED DURING FEBRUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|------------------|------------------|-----------------|-----------------|------------------|
| $2,791.51 | $11,368.23 | $0.00 | $0.00 | $11,368.23 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

### BANKING CARD ACTIVITY FOR FEBRUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN FEBRUARY

| | CHECKING | | SAVINGS | |
|------|:---:|:---:|:---:|:---:|
| | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 23 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 28 | .00 | | |
| THE TOTAL CHARGE: | 51 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR FEBRUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.



PAGE    3

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

## Account Details

?

| | |
|---|---|
| Account Nickname: | FREE CHECKING<br>Change |
| Account Name: | FREE CHECKING |
| Account Number: | x2324 |
| Date Opened: | 09/03/2016 |

Use Online Bill Pay for a chance to win a $1,000 prize!*
Learn more »
*NO PURCHASE OR TRANSACTION NECESSARY. Click learn more above for Official Rules and Eligibility Restrictions

## Holds

?

x2324 - FREE CHECKING

Download For: ▶ Spreadsheet

| Date | Type | Description | Amount |
|---|---|---|---|

*No transactions to be displayed.*

## Account History

?

x2324 - FREE CHECKING

## Selected Account

| x2324 - FREE CHECKING (Available $45.87) ▾ |
|---|

## Show the Following Days

○ All          ○ 30 Days          ○ 60 Days          ● 90 Days          ○ 120 Days          ○ Other

## Show Only:

| Any type of transaction ▾ |
|---|

Description:

Check Number:

Amount:

Low Amount

to:

High Amount

[ Clear ]　　[ Search ]

Download For:  ▶ Spreadsheet

| Date ⌃ | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 04/05/2021 | POS MC WWW.ESALER ESAL BR FORT MILL SC | $147.66 | | $45.87 |
| 04/05/2021 | POS MC STEAMGAMES.COM 4 BR Bellevue WA | $10.69 | | $193.53 |

| 04/03/2021 | POS PIN THE BEER MARKET WEXFORD PA | $12.50 | $204.22 |
| 04/02/2021 | POS MC STEAMGAMES.COM 4 BR Bellevue WA | $10.69 | $216.72 |
| 04/01/2021 | FEE BANKING MACHINE FEE | $7.50 | $227.41 |
| 04/01/2021 | POS MC 5GUYS 1061 ECOMM BR 866 345 4897 PA | $15.35 | $234.91 |
| 04/01/2021 | POS MC APPLE CASH SEN BR 877 233 8552 CA | $40.00 | $250.26 |
| 03/31/2021 | POS MC STEAMGAMES.COM 4 BR Bellevue WA | $21.39 | $290.26 |
| 03/29/2021 | POS MC TECH LURE.COM BR VENEZIA IT | $45.99 | $311.65 |
| 03/29/2021 | POS MC 5GUYS 1061 ECOMM BR 866 345 4897 PA | $13.03 | $357.64 |
| 03/29/2021 | POS MC APPLE CASH SEN BR 877 233 8552 CA | $61.32 | $370.67 |
| 03/29/2021 | POS MC CHIPOTLE ONLINE BR 1800244768 CA | $24.83 | $431.99 |
| 03/28/2021 | POS MC EMILIANOS MEXICA BR PITTSBURGH PA | $48.15 | $456.82 |
| 03/28/2021 | POS PIN WAL MART 1770 BR CRANBERRY TWP PA | $39.22 | $504.97 |
| 03/28/2021 | POS PIN NST BEST BUY BR CRANBERRY TOW PA | $199.27 | $544.19 |
| 03/28/2021 | POS PIN SHEETZ 0617 BR SEWICKLEY PA | $31.37 | $743.46 |

| 03/27/2021 | POS PIN SHEETZ 0617 BR SEWICKLEY PA | $32.08 | $774.83 |
| 03/27/2021 | POS PIN SHEETZ 0617 BR SEWICKLEY PA | $14.08 | $806.91 |
| 03/26/2021 | POS PIN NNT SOUTHSIDE BE BR PITTSBURGH PA | $2.50 | $820.99 |
| 03/26/2021 | POS MC MAMMA LUCIA PIZZ BR WEXFORD PA | $19.67 | $823.49 |

1 2 3 4 5 6 7 8

Equal Housing Lender. Member FDIC. Copyright © 2019, Dollar Bank, Federal Savings Bank.

# Dollar Bank
### Since 1855

L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:        02/17/21 THRU 03/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| /ERYTHING CK | 134.58 | 476.99 | 350.00 | 7.59 | 81.84 | 0.00% | 0.00 |
| /ERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/17 | POS PIN | LOWE'S #653 CRANBERRY TWN    PA | 20.97 | 03/05 | POS PIN | GET GO #3 140 To Wexford        PA | 9.59 |
| 02/17 | POS PIN | GET GO #3 20570 Cranberry Twp  PA | 9.50 | 03/07 | POS PIN | MARKET DI 155 To Wexford        PA | 60.37 |
| 02/21 | POS PIN | MARKET DI 155 To Wexford        PA | 87.75 | 03/08 | POS PIN | LOWE'S #653 CRANBERRY TWN    PA | 13.98 |
| 02/27 | POS PIN | MARKET DI 155 To Wexford        PA | 17.11 | 03/09 | POS MC | FRESH THYME #453 CRANBERRY      PA | 31.81 |
| 02/27 | FEE | POS OVERDRAFT FEE | 36.00 | 03/11 | POS PIN | SHEETZ 0277 WEXFORD         PA | 9.59 |
| 02/28 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 350.00+ | 03/15 | POS PIN | GETGO #30 10500 Wexford        PA | 11.08 |
| 03/03 | POS PIN | WM SUPERCENTER # EVANS CITY      PA | 169.24 | | | | |

## NO SAVINGS ACTIVITY

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 36.00 | 216.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

## ACCOUNT BALANCES MAINTAINED DURING FEBRUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $315.42- | $33.97 | $0.00 | $0.00 | $33.97 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

# Dollar Bank
### Since 1855

PAGE    2

BANKING CARD ACTIVITY FOR FEBRUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN FEBRUARY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 11 | .00 | | |
| THE TOTAL CHARGE: | 11 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR FEBRUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER


**Dollar Bank**
Since 1855 ℠

L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:        02/22/21 THRU 03/21/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| /ERYTHING CK | 4,138.13 | 10,901.56 | 8,032.75 | 1,269.32 | 3,949.89 | 0.05% | 0.15 |
| /ERYTHING SV | 607.06 | 350.00 | 500.07 | 757.13 | 457.06 | 0.20% | 0.07 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/22 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 54.51 | 03/06 | POS MC | AMZN Mktp US*GV6 Amzn.com/bill   WA | 57.76 |
| 02/23 | POS MC | BP#9622747BP OIL WEXFORD    PA | 57.00 | 03/06 | POS MC | CVS/PHARMACY #02 800-746-7287   PA | 47.04 |
| 02/23 | DIR | VIVINT  J203754038 VIVINT | 73.49 | 03/06 | POS MC | SP * VERONICA BE 8886869558    NY | 109.00 |
| 02/24 | POS MC | PGH OCULOPLASTIC PITTSBURGH    PA | 65.00 | 03/06 | POS MC | STARBUCKS STORE WEXFORD    PA | 4.02 |
| 02/24 | POS PIN | MCDONALD'S F6141 MARS    PA | 5.34 | 03/08 | POS MC | AMZN Mktp US*TF7 Amzn.com/bill   WA | 15.99 |
| 02/24 | POS PIN | Bath and Body Wo New Albany    OH | 108.82 | 03/08 | POS MC | MACYS    .COM 800-289-6229    OH | 635.14 |
| 02/26 | DIR | CAPGEMINI REG.SALARY | 2,043.01+ | 03/08 | POS MC | MACYS    .COM 800-289-6229    OH | 227.04 |
| 02/26 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 3.73 | 03/11 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.67 |
| 02/26 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 3.73 | 03/11 | ECK | ARMSTRONG UTIL 8772775711 | 149.50 |
| 02/26 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 21.38 | 03/13 | POS PIN | GIANT-EAG Cranbe Cranberry    PA | 119.87 |
| 02/26 | DIR | FIRSTENERGY OPCO FE ECHECK | 1,001.87 | 03/15 | DIR | CAPGEMINI REG.SALARY | 1,989.59+ |
| 02/26 | DIR | NEW YORK LIFE INS. PREM. | 151.00 | 03/15 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 0.99 |
| 02/27 | POS MC | RENEE'S HLMK PIN PITTSBURGH    PA | 19.57 | 03/15 | POS MC | FEDEX OFFIC52800 MARS    PA | 10.89 |
| 03/01 | POS MC | IPHONE CITIZENSO BRIDGEPORT    CT | 64.50 | 03/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 |
| 03/02 | POS MC | AMZN Mktp US*V43 Amzn.com/bill   WA | 24.91 | 03/16 | WIR | DEP-WIRE DOMESTIC | 4,000.00+ |
| 03/02 | POS MC | PANERA BREAD #20 PITTSBURGH    PA | 19.12 | 03/16 | FEE | INCOMING WIRE | 18.00 |
| 03/04 | POS MC | AMZN Mktp US*KB3 Amzn.com/bill   WA | 9.32 | 03/17 | POS MC | PANDA EXPRESS 26 CRANBERRY TOW   PA | 7.00 |
| 03/04 | POS PIN | AMAZON.COM*KF8NQ SEATTLE    WA | 7.41 | 03/17 | POS PIN | MCDONALD'S F3272 PORTERSVILLE    PA | 12.02 |
| 03/04 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.67 | 03/18 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 18.14 |
| 03/04 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 9.99 | 03/18 | ECK | PNC MAKE A PMT LOAN PYMT | 7,000.00 |
|  |  |  |  | 03/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.69 |

# Dollar Bank
### Since 1855

PAGE    2

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|----|-------------------------|--------|------|----|-------------------------|--------|
| 03/19 | POS | APPLE.COM/BILL | 27.79 | 03/21 | INT | INTEREST CREDIT | 0.15+ |
| | MC | 866-712-7753    CA | | | | | |
| 03/21 | POS | SP * VSHREDTHREA | 208.65 | | | | |
| | MC | LAS VEGAS      NV | | | | | |

## EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|----|-------------------------|--------|------|----|-------------------------|--------|
| 02/28 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 350.00 | 03/21 | INT | INTEREST CREDIT | 0.07+ |
| 03/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ | | | | |

2021 TAX INFORMATION:

| | | | |
|--|--|--|--|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 0.55+ | INTEREST WITHHELD YEAR-TO-DATE    0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 0.44+ | INTEREST WITHHELD YEAR-TO-DATE    0.00 |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|--|-------------|--------------|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

### ACCOUNT BALANCES MAINTAINED DURING FEBRUARY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|------------------|------------------|-----------------|-----------------|------------------|
| $3,184.23 | $4,093.45 | $106.97 | $344.49 | $4,437.94 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



PAGE    3

BANKING CARD ACTIVITY FOR FEBRUARY

THERE ARE NO CHARGES FOR BANKING CARD USE IN FEBRUARY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 4 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 19 | .00 | | |
| THE TOTAL CHARGE: | 23 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR FEBRUARY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER



## Account Details ?

| | |
|---|---|
| Account Nickname: | EVERYTHING CHECKING |
| | Change |
| Account Name: | EVERYTHING CHECKING |
| Account Number: | x9586 |
| Date Opened: | 07/08/2016 |



**Use Online Bill Pay for a chance to win a $1,000 prize!***

Learn more »

*NO PURCHASE OR TRANSACTION NECESSARY. Click Learn more above for Official Rules and Eligibility Restrictions.



## Holds ?

### x9586 - EVERYTHING CHECKING

Download For: ▸ Spreadsheet

| Date | Type | Description | Amount |
|---|---|---|---|

*No transactions to be displayed.*



## Account History ?

### x9586 - EVERYTHING CHECKING

Account Activity - Dollar Bank

## Selected Account

x9586 - EVERYTHING CHECKING (Available $1,582.06) ⌄

## Show the Following Days

○ All    ◉ 30 Days    ○ 60 Days    ○ 90 Days    ○ 120 Days    ○ Other

## Show Only:

Any type of transaction ⌄

Description:

Check Number:

Amount:

Low Amount

to:

High Amount

[ Clear ]    [ Search ]

Download For: ▶ Spreadsheet

| Date ∧ | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 04/06/2021 | POS MC WWW.ESALER ESAL BR FORT MILL SC | $127.33 | | $1,582.06 |
| 04/05/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $9.99 | | $1,709.39 |

| Date | Description | | | Balance |
|------|-------------|--|--|---------|
| 04/04/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $5.34 | | $1,719.38 |
| 04/03/2021 | POS MC DAIRY QUEEN 179 BR CRANBERRY TOW PA | $11.22 | | $1,724.72 |
| 04/01/2021 | POS MC UPMC STARBUCKS P BR PIITTSBURGH PA | $8.73 | | $1,735.94 |
| 04/01/2021 | POS MC LIBERTY MUTUAL BR 888 398 8924 MA | $858.85 | | $1,744.67 |
| 04/01/2021 | POS MC CVS PHARMACY 02 BR 800 746 7287 PA | $202.04 | | $2,603.52 |
| 04/01/2021 | POS MC LIBERTY MUTUAL BR 888 398 8924 MA | $5.00 | | $2,805.56 |
| 04/01/2021 | POS MC PRESBY LOBBY VAL BR PITTSBURGH PA | $8.00 | | $2,810.56 |
| 03/31/2021 | DIR CAPGEMINI            , BR REG.SALARY | | $2,032.32 | $2,818.56 |
| 03/30/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $10.67 | | $786.24 |
| 03/29/2021 | POS MC DUNKIN 348758 Q BR BREEZEWOOD PA | $5.81 | | $796.91 |
| 03/29/2021 | POS MC AMZN Mktp US OJ1 BR Amzn.com bill WA | $16.95 | | $802.72 |
| 03/28/2021 | POS MC LONGHORN STEAK 0 BR PITTSBURGH PA | $224.75 | | $819.67 |
| 03/28/2021 | POS PIN WENDYS 573 BR CRANBERRY TWP PA | $5.40 | | $1,044.42 |

| Date | Desc Main | | |
|------|------|------|------|
| 03/28/2021 | POS PIN WENDYS 0900 BR CRANBERRY TWP PA | | $11.42 | $1,049.82 |
| 03/28/2021 | POS PIN 7 ELEVEN BR WARRENDALE PA | | $6.68 | $1,061.24 |
| 03/27/2021 | POS PIN MCDONALD S F2871 BR DONEGAL PA | | $6.77 | $1,067.92 |
| 03/27/2021 | POS MC IPHONE CITIZENSO BR BRIDGEPORT CT | | $64.50 | $1,074.69 |
| 03/26/2021 | DIR NEW YORK LIFE INS. PREM. | BR | $151.00 | $1,139.19 |

1 2 3

Security  |  Privacy  |  Contact Us  |  Legal

Equal Housing Lender.   Member FDIC. Copyright © 2019, Dollar Bank, Federal Savings Bank.

## Account Details

| | |
|---|---|
| Account Nickname: | EVERYTHING CHECKING<br>Change |
| Account Name: | EVERYTHING CHECKING |
| Account Number: | x9586 |
| Date Opened: | 07/08/2016 |



Use Online Bill Pay for a chance to win a $1,000 prize!*

Learn more »

*NO PURCHASE OR TRANSACTION NECESSARY. Click Learn more above for Official Rules and Eligibility Restrictions.

## Holds

### x9586 - EVERYTHING CHECKING

Download For: ▶ Spreadsheet

| Date | Type | Description | Amount |
|---|---|---|---|
| | | *No transactions to be displayed.* | |

## Account History

### x9586 - EVERYTHING CHECKING

Selected Account

| x9586 - EVERYTHING CHECKING (Available $1,582.06) ⌄ |
|---|

## Show the Following Days

○ All    ◉ 30 Days    ○ 60 Days    ○ 90 Days    ○ 120 Days    ○ Other

Show Only:

| Any type of transaction ⌄ |
|---|

Description:

Check Number:

Amount:

Low Amount

to:

High Amount

[ Clear ]    [ Search ]

Download For:  ▶  Spreadsheet

| Date ∧ | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 03/26/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $21.38 | | $1,290.19 |
| 03/26/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $3.73 | | $1,311.57 |

| 03/26/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $3.73 | | $1,315.30 |
| 03/25/2021 | POS PIN MCDONALD S F6141 BR MARS PA | $5.34 | | $1,319.03 |
| 03/25/2021 | POS MC LA STUDIO NAIL BR PITTSBURGH PA | $43.00 | | $1,324.37 |
| 03/23/2021 | DIR VIVINT J203754038 BR VIVINT | $73.49 | | $1,367.37 |
| 03/22/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $26.72 | | $1,440.86 |
| 03/22/2021 | POS MC STARBUCKS STORE BR WEXFORD PA | $10.39 | | $1,467.58 |
| 03/22/2021 | ADJ MC SP VSHREDTHREA BR LAS VEGAS NV | | $208.65 | $1,477.97 |
| 03/21/2021 | INT INTEREST CREDIT | | $0.15 | $1,269.32 |
| 03/21/2021 | POS MC SP VSHREDTHREA BR LAS VEGAS NV | $208.65 | | $1,269.17 |
| 03/19/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $27.79 | | $1,477.82 |
| 03/19/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $10.69 | | $1,505.61 |
| 03/18/2021 | ECK PNC MAKE A PM BR LOAN PYMT | $7,000.00 | | $1,516.30 |
| 03/18/2021 | POS MC APPLE.COM BILL BR 866 712 7753 CA | $18.14 | | $8,516.30 |
| 03/17/2021 | POS PIN MCDONALD S F3272 BR PORTERSVILLE PA | $12.02 | | $8,534.44 |

| 03/17/2021 | POS MC PANDA EXPRESS 26 BR CRANBERRY TOW PA | $7.00 | | $8,546.46 |
|---|---|---|---|---|
| 03/16/2021 | FEE INCOMING WIRE | $18.00 | | $8,553.46 |
| 03/16/2021 | WIR DEP WIRE DOMESTIC | | $4,000.00 | $8,571.46 |
| 03/15/2021 | ONL TRANSFER DOLLAR BANK INTERNET BANKING BR TO XXXXXXX9586 | $500.00 | | $4,571.46 |

1 2 3

Security | Privacy | Contact Us | Legal

Equal Housing Lender. Member FDIC. Copyright © 2019, Dollar Bank, Federal Savings Bank.

# ✳ Citizens Bank

**Checking Account Statement**

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 **1** OF 2

Beginning February 25, 2021
through March 23, 2021

US002 BR934

**LOIS JOYCE EVANS**
**113 BURRY AVE**
**BRADFORDWOODS PA  15015-1239**

## Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 358.02 |
| Checks | .00 - |
| Withdrawals & Debits | 128.19 - |
| Deposits & Credits | .00 + |
| **Current Balance** | **229.83 =** |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
   No deposit made.

Your next statement period will end on April 23, 2021.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

**Previous Balance**

358.02

**TRANSACTION DETAILS**

**Withdrawals & Debits**

**ATM/ Purchases**

| Date | Amount | Description |
|---|---|---|
| 03/01 | 65.20 | 1509 POS Debit - 430507 Market Distric Wexford PA |
| 03/15 | 50.00 | 1509 ATM Cash - MI6023 Gnt Eagle Cranberry Mall, Mars PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 03/23 | 9.99 | Monthly Maintenance Fee |
| 03/23 | 3.00 | Service Charge Statement Delivery |

⊖ **Total Withdrawals & Debits**

128.19

⊜ **Current Balance**

229.83

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/01 | 292.82 | 03/15 | 242.82 | 03/23 | 229.83 |

## NEWS FROM CITIZENS

--Why wait for a statement to see your banking activity? Download our Mobile Banking App* today to manage your money when it is convenient for you.
*Wireless carrier charges may apply.
--Coming soon…Your deposit statement will have a simplified look! Minor updates to the format and font of your deposit statement will make it easier to review. Important: The information in your statement is not changing.
--Saving can be easier than you think! With small changes in your spending, your savings can really add up! By starting with just $20 per week you can save over $1000 a year! Set up

**Citizens Bank**

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

**2** OF 2

Beginning February 25, 2021
through March 23, 2021

*Checking continued from previous page*

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

---

**NEWS FROM CITIZENS (continued)**

an automatic transfer to your savings and watch your savings add up! For more information
stop by a branch, visit citizensbank.com/ starttosave or call 888-821-3900. Member FDIC.

Member FDIC. Equal Housing Lender.

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure
to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on
this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits,
POS purchases or withdrawals that do not
appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your
checkbook register balance

(=) $ _____
Total



## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the
number shown on the front of your statement or write to us at the following
address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown on the front of your statement to notify us of a
change of address.

## DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be
transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CP0T2110GY_Stmt_8.5x11 Rev Dec 2018

## ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement
or write to us at the customer service address provided as soon as you can, if you
think your statement or receipt is wrong or if you need more information about an
electronic transfer on the statement or receipt. We must hear from you no later
than 60 days after we sent you the FIRST statement on which the error or problem
appeared.

- Tell us your name and account number, if any.

- Describe the error or the transfer you are unsure about, and explain as clearly
  as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error and, if possible, the date it
  appeared on your statement or receipt.

- It will be helpful to us if you also give us a telephone number at which you can
  be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes,
we will investigate your complaint and will correct any error promptly. If we take
more than 10 business days (20 business days if you are a new customer, for
electronic transfers occurring during the first 30 days after the first deposit is made
to your account) to do this, we will credit your account for the amount you think
is in error, so that you will have the use of the money during the time it takes us to
complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit
your account at the conclusion of our investigation.]

## OVERDRAFT LINES OF CREDIT

### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service
address provided as soon as possible.

In your letter, give us the following information:

- Account information: Your name and account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe
  what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do
we are not required to investigate any potential errors and you may have to pay the
amount in question. While we investigate whether or not there has been an error
the following are true:

- We cannot try to collect the amount in question or report you as delinquent on
  that amount.

- The charge in question may remain on your statement and we may continue
  to charge you interest on that amount. But, if we determine that we made a
  mistake, you will not have to pay the amount in question or any interest or
  other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for
  the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily
Periodic Rate to the Average Daily Balance. Then, we multiply that result by the
number of days in the billing cycle in which a balance is owed on your Overdraft
Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your
Overdraft Line each day (which does not include any unpaid interest charges or
fees), add any new loan advances as of the date of those advances and subtract
any payments or credits. This gives us the daily balance. Then, we add all the daily
balances for the billing cycle together and divide the total by the number of days in
the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each
joint account holder of your checking account. Late payments, missed payments,
or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*

