**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | ) | Bankruptcy No. 20-20387-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |

**REPORT OF VOTING ON DEBTOR'S AMENDED CHAPTER 11 PLAN**
**DATED FEBRUARY 22, 2021**

Lois Joyce Evans (the "Debtor") files this Report of Voting on Debtor's Chapter 11 Amended Plan dated February 22, 2021.

1. On April 1, 2021, the Debtor served copies of the: (A) Chapter 11 Amended Plan dated February 22, 2021 (Docket 138) (the "Plan"), (B) the corresponding disclosure statement (Docket 139) (the "Disclosure Statement"), (C) the Order (I) Approving Disclosure Statement; (II) Setting Deadlines; and (III) Scheduling Hearing on Plan Confirmation (Docket 159), (the "Scheduling Order"), and (D) ballots (conforming with Official Form #14) for the acceptance or rejection of the Plan and Disclosure Statement on the Office of the United States Trustee and each creditor or party-in-interest who is entitled to vote on the Plan, in compliance with the Scheduling Order and the Federal Rules of Bankruptcy Procedure.

2. Pursuant to the Scheduling Order, the last day to vote in favor or against the Plan was May 2, 2021.  A consolidated hearing on the Plan and Disclosure Statement has been scheduled for May 12, 2021 at 2:30 p.m.

3. Classes 2, 3, 4, 5, 6 and 7 are impaired under the Plan and were entitled to vote on the same. Classes 1 is unimpaired under the Plan and not entitled to vote on the same.

4. The various classes voted as follows:

**Class 1**      Administrative claims (Unimpaired)

Not entitled to vote.

**Class 1 is deemed to accept the Plan**.

**Class 2**   Secured Mortgage Claims (Impaired):

Per stipulation entered at docket number 143, PNC is deemed to vote in favor of the plan.

**Class 2 is deemed to accept the Plan.**

**Class 3**   Secured Tax Claim IRS (Impaired):

Internal Revenue Service has filed an objection to the plan at docket number 163.

**Class 3 is deemed to reject the Plan.**

**Class 4**   Priority Tax Claim IRS (Impaired):

Internal Revenue Service has filed an objection to the plan at docket number 163.

**Class 4 is deemed reject the Plan.**

**Class 5**   Secured Tax Claim of Pennsylvania Department of Revenue

Pennsylvania Department of Revenue has filed an objection to the plan at docket number 164.

**Class 5 is deemed to reject the plan.**

**Class 6**   Secured Claim of JP Morgan Chase (Impaired)

JP Morgan Chase Bank, N.A. did not return a ballot.

**Class 6 is deemed to reject the plan.**

**Class 7**   General Unsecured Creditors (Impaired):

|  |  | Rejects | Accepts |
|---|---|---|---|
| American Express | $32,765.00 |  |  |
| American Express Travel Related Services Company | $693.01 |  | $693.01 |
| American Express Travel Related Services Company | $1,574.84 |  | $1,574.84 |
| American Express Travel Related Services Company | $1,518.55 |  |  |

| | | | |
|---|---|---|---|
| Capital One Bank (USA), N.A. | $132.69 | | |
| Internal Revenue Service | $2,019,017.84 | $2,019,017.84 | |
| First Credit Services, Inc. | $300.00 | | |
| First National Bank of Pennsylvania | $571.77 | | |
| Global Connections | $4,705.00 | | |
| Ralph Minto, Esquire | $8,000.00 | | |
| UPMC Health Services | $469.49 | | |
| UPMC Physician Services | $807.47 | | |
| Total | $51,537.82 | | $2,267.85 |

Total Number of Ballots: 11

    Total Claim Amount Voting: $2,021,285.69
    Total Amount Accepting: $ 2267.85
    Total Number of Votes Accepting:  3

**Class 7 is deemed to reject the plan.**


Date: <u>May 7, 2021</u>          Thompson Law Group, P.C.

                                                                     By:   /s/Brian C. Thompson
                                                                        Brian C. Thompson, Esquire
                                                                        Attorney for Debtor(s)
                                                                        PA I.D. No. 91197
                                                                        THOMPSON LAW GROUP, P.C.
                                                                        125 Warrendale-Bayne Road, Suite 200
                                                                        Warrendale, Pennsylvania 15086
                                                                        (724) 799-8404 Telephone
                                                                        (724) 799-8409 Facsimile
                                                                        bthompson@thompsonattorney.com