**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  **Lois Joyce Evans,**                    :            **Case No.: 20-20387-CMB**

                                                 :

                                                 :            **Reporting Period:  April, 2021**

                                                 :

                                                 :            **Chapter 11**


**MONTHLY OPERATING REPORT**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: **April, 2021**

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

6 - 25-21
_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Preparer

6/8/2021
_____
Date

Peter Fleming CPA
_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)
Unaudited, for Management Purposes Only

Evans, Lois Joyce

**Case No.: 20-20387-CMB**

**Reporting Period:** April 2021

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account .

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 3,339.08 | |
| | | |
| **RECEIPTS** | | |
| Wages (Net) | 42,220.05 | 173,977.26 |
| Interest and Dividend Income | 0.41 | 9.41 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 0 | 24,100.00 |
| **Total Receipts** | 42,220.46 | 198,086.67 |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 7,000.00 | 45,000.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 533.04 | 22,357.67 |
| Insurance | 1,014.85 | 5,011.00 |
| Auto Expense | | 712.26 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 5.14 | 5,450.14 |
| Household Expenses | 1,451.06 | 19,629.73 |
| Charitable Contributions | | 700.00 |
| Alimony and Child Support Payments | , | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 352.64 | 3,781.10 |
| Gifts | | |
| Other (attach schedule) | 1,735.14 | 59,606.14 |
| **Total Ordinary Disbursements** | 12,091.87 | 162,248.04 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 3,873.03 |
| U. S. Trustee Fees | 1,301.85 | 1,951.85 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 1,301.85 | 5,824.88 |
| **Total Disbursements (Ordinary + Reorganization)** | 13,393.72 | 168,072.92 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 28,826.74 | 30,013.75 |
| **Cash - End of Month (Must equal reconciled bank** | 32,165.82 | |

**FORM MOR-1 (INDV)**

Unaudited, for Management
Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: April 2021

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | | 9,400.00 |
| Incoming Funds Transfer | | 500.00 |
| Gift from Daughter | | 4,000.00 |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Detail Included in General Ledger | 1,735.14 | 59,606.14 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FORM MOR-1 (INDV) (CON'T)**

Unaudited, for Management
Purposes Only

(9/99)

**Evans, Lois Joyce**

Case No.: 20-20387-CMB

Reporting Period: April 2021

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____
_____
_____

Unaudited, for Management
Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)

**FORM MOR-4**
**(9/99)**

Evans, Lois Joyce

Case No.: **20-20387-CMB**

Reporting Period: April 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

Unaudited, for
Management Purposes
Only

**FORM MOR-5**
**(9/99)**

Unaudited, for
Management Purposes
Only

Lois Joyce Evans

**Checking, Period Ending 04/30/2021**

**RECONCILIATION REPORT**

Reconciled on: 06/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
| --- | --- |
| Statement beginning balance | 229.83 |
| Checks and payments cleared (2) | -12.99 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 216.84 |
| | |
| Register balance as of 04/30/2021 | 216.84 |
| Cleared transactions after 04/30/2021 | 0.00 |
| Uncleared transactions after 04/30/2021 | -83.65 |
| Register balance as of 06/07/2021 | 133.19 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 04/23/2021 | Expense | | | -9.99 |
| 04/23/2021 | Expense | | | -3.00 |
| Total | | | | -12.99 |

**Additional Information**

Uncleared checks and payments after 04/30/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 05/25/2021 | Expense | | | -9.99 |
| 05/25/2021 | Expense | | | -3.00 |
| 05/26/2021 | Expense | | | -57.18 |
| 05/26/2021 | Expense | | | -13.48 |
| Total | | | | -83.65 |

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 04/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 06/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 2,818.56 |
| Checks and payments cleared (32) | -10,646.28 |
| Deposits and other credits cleared (2) | 39,089.63 |
| Statement ending balance | 31,261.91 |
| | |
| Uncleared transactions as of 04/21/2021 | -39.51 |
| Register balance as of 04/21/2021 | 31,222.40 |
| Cleared transactions after 04/21/2021 | 0.00 |
| Uncleared transactions after 04/21/2021 | -9,511.56 |
| Register balance as of 06/07/2021 | 21,710.84 |

**Details**

Checks and payments cleared (32)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2021 | Expense | | | -5.00 |
| 04/01/2021 | Expense | | | -202.04 |
| 04/01/2021 | Expense | | | -8.00 |
| 04/01/2021 | Expense | | | -858.85 |
| 04/01/2021 | Expense | | | -8.73 |
| 04/03/2021 | Expense | | | -11.22 |
| 04/04/2021 | Expense | | | -5.34 |
| 04/05/2021 | Expense | | | -9.99 |
| 04/06/2021 | Transfer | | | -150.00 |
| 04/06/2021 | Expense | | | -127.33 |
| 04/08/2021 | Expense | | | -149.50 |
| 04/08/2021 | Expense | | | -245.55 |
| 04/10/2021 | Expense | | | -71.92 |
| 04/11/2021 | Expense | | | -135.58 |
| 04/12/2021 | Expense | | | -10.67 |
| 04/13/2021 | Expense | | | -9.58 |
| 04/13/2021 | Expense | | | -12.83 |
| 04/14/2021 | Expense | | | -0.99 |
| 04/15/2021 | Transfer | | | -350.00 |
| 04/15/2021 | Transfer | | | -500.00 |
| 04/16/2021 | Expense | | | -7,000.00 |
| 04/17/2021 | Expense | | | -264.58 |
| 04/17/2021 | Expense | | | -42.37 |
| 04/17/2021 | Expense | | | -3.79 |
| 04/18/2021 | Expense | | | -25.00 |
| 04/18/2021 | Expense | | | -222.10 |
| 04/19/2021 | Expense | | | -88.00 |
| 04/19/2021 | Expense | | | -16.00 |
| 04/19/2021 | Expense | | | -10.69 |
| 04/20/2021 | Expense | | | -5.14 |
| 04/20/2021 | Expense | | | -22.00 |
| 04/21/2021 | Expense | | | -73.49 |

| Total | | | | -10,646.28 |
|---|---|---|---|---|

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/15/2021 | Deposit | | | 39,089.28 |

| DATE | TYPE | | | AMOUNT (USD) |
|------|------|---|---|---:|
| 04/21/2021 | Deposit | | | 0.35 |

| **Total** | | | | **39,089.63** |
|------|------|---|---|---:|

**Additional Information**

Uncleared checks and payments as of 04/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|---:|
| 12/26/2020 | Expense | | | -3.73 |
| 12/26/2020 | Expense | | | -3.73 |
| 12/29/2020 | Expense | | | -32.05 |

| **Total** | | | | **-39.51** |
|------|------|---------|-------|---:|

Uncleared checks and payments after 04/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|---:|
| 04/22/2021 | Transfer | | | -175.00 |
| 04/22/2021 | Check | 2174 | Dept of Transportation | -86.00 |
| 04/22/2021 | Expense | | | -56.65 |
| 04/22/2021 | Expense | | | -9.89 |
| 04/22/2021 | Expense | | | -288.00 |
| 04/26/2021 | Check | 2173 | US Trustee Payment Center | -1,301.85 |
| 04/26/2021 | Expense | | | -151.00 |
| 04/26/2021 | Expense | | | -5.24 |
| 04/26/2021 | Expense | | | -3.73 |
| 04/26/2021 | Expense | | | -3.73 |
| 04/26/2021 | Expense | | | -13.88 |
| 04/26/2021 | Expense | | | -122.87 |
| 04/27/2021 | Expense | | | -64.50 |
| 04/27/2021 | Expense | | | -119.78 |
| 04/28/2021 | Expense | | | -71.87 |
| 04/28/2021 | Expense | | | -21.37 |
| 04/28/2021 | Expense | | | -19.93 |
| 04/28/2021 | Expense | | | -500.00 |
| 04/29/2021 | Expense | | | -23.58 |
| 04/29/2021 | Expense | | | -63.50 |
| 04/29/2021 | Expense | | | -8.00 |
| 04/30/2021 | Expense | | | -46.03 |
| 05/03/2021 | Expense | | | -64.17 |
| 05/03/2021 | Expense | | | -5.33 |
| 05/03/2021 | Expense | | | -52.09 |
| 05/04/2021 | Expense | | | -9.99 |
| 05/04/2021 | Expense | | | -261.82 |
| 05/05/2021 | Expense | | | -80.00 |
| 05/06/2021 | Expense | | | -72.95 |
| 05/06/2021 | Expense | | | -54.00 |
| 05/07/2021 | Expense | | | -8.91 |
| 05/07/2021 | Expense | | | -235.00 |
| 05/07/2021 | Expense | | | -4.24 |
| 05/08/2021 | Transfer | | | -350.00 |
| 05/08/2021 | Expense | | | -520.00 |
| 05/10/2021 | Expense | | | -93.57 |
| 05/11/2021 | Expense | | | -149.50 |
| 05/11/2021 | Expense | | | -41.37 |
| 05/11/2021 | Expense | | | -48.83 |
| 05/11/2021 | Expense | | | -10.67 |
| 05/13/2021 | Expense | | | -5.34 |
| 05/13/2021 | Expense | | | -13.41 |
| 05/13/2021 | Expense | | | -8.25 |
| 05/14/2021 | Expense | | | -5.55 |
| 05/14/2021 | Expense | | | -0.99 |

| DATE | TYPE | PAYEE | AMOUNT (USD) |
|------|------|-------|--------------|
| 05/15/2021 | Expense | | -72.50 |
| 05/15/2021 | Transfer | | -500.00 |
| 05/15/2021 | Expense | | -5.00 |
| 05/16/2021 | Expense | | -384.28 |
| 05/17/2021 | Expense | | -23.51 |
| 05/17/2021 | Expense | | -261.82 |
| 05/17/2021 | Transfer | | -250.00 |
| 05/18/2021 | Expense | | -9.50 |
| 05/18/2021 | Expense | | -7,000.00 |
| 05/18/2021 | Expense | | -2,500.00 |
| 05/19/2021 | Expense | | -17.10 |
| 05/19/2021 | Expense | | -18.15 |
| 05/19/2021 | Expense | | -123.03 |
| 05/19/2021 | Expense | | -10.69 |
| 05/20/2021 | Expense | | -91.04 |
| 05/20/2021 | Expense | | -6.40 |
| 05/21/2021 | Expense | | -9.57 |
| 05/21/2021 | Expense | | -73.49 |
| 05/21/2021 | Expense | | -5.88 |
| 05/21/2021 | Expense | | -8.00 |
| 05/21/2021 | Expense | | -3.79 |
| 05/21/2021 | Expense | | -1.65 |
| 05/21/2021 | Expense | | -1.20 |
| 05/23/2021 | Expense | | -91.26 |
| 05/23/2021 | Expense | | -52.25 |
| 05/23/2021 | Expense | | -26.73 |
| 05/24/2021 | Expense | | -10.53 |
| 05/24/2021 | Expense | | -40.03 |
| 05/24/2021 | Expense | | -200.00 |
| 05/24/2021 | Expense | | -200.00 |
| 05/25/2021 | Expense | | -30.73 |
| 05/25/2021 | Expense | | -6.00 |
| 05/25/2021 | Expense | | -18.49 |
| 05/25/2021 | Expense | | -25.00 |
| 05/25/2021 | Expense | | -1,000.00 |
| 05/26/2021 | Expense | | -3.73 |
| 05/26/2021 | Expense | | -151.00 |
| 05/26/2021 | Expense | | -30.74 |
| 05/26/2021 | Expense | | -21.37 |
| 05/26/2021 | Expense | | -3.73 |
| 05/27/2021 | Expense | | -62.51 |
| 05/27/2021 | Expense | | -40.54 |
| 05/27/2021 | Expense | | -64.50 |

Total

-18,708.12

Uncleared deposits and other credits after 04/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 04/30/2021 | Deposit | | | 3,130.77 |
| 05/14/2021 | Deposit | | | 3,086.03 |
| 05/21/2021 | Deposit | | | 1.19 |
| 05/28/2021 | Deposit | | | 2,978.57 |

Total

9,196.56

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 04/16/2021**

**RECONCILIATION REPORT**

Reconciled on: 06/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                       USD

Statement beginning balance ......................................................................... 7.59
Checks and payments cleared (14) .............................................................. -806.47
Deposits and other credits cleared (3) .................................................... 1,100.00
Statement ending balance ........................................................................ 301.12

Register balance as of 04/16/2021 .......................................................... 301.12
Cleared transactions after 04/16/2021 ....................................................... 0.00
Uncleared transactions after 04/16/2021 ............................................... -277.26
Register balance as of 06/07/2021 ............................................................ 23.86

**Details**

Checks and payments cleared (14)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 03/19/2021 | Expense | | | -36.00 |
| 03/19/2021 | Expense | | | -105.45 |
| 03/20/2021 | Expense | | | -36.00 |
| 03/20/2021 | Expense | | | -47.01 |
| 03/22/2021 | Expense | | | -90.37 |
| 03/22/2021 | Expense | | | -36.00 |
| 03/23/2021 | Expense | | | -9.69 |
| 03/23/2021 | Expense | | | -36.00 |
| 03/31/2021 | Expense | | | -77.51 |
| 04/03/2021 | Expense | | | -82.84 |
| 04/05/2021 | Expense | | | -38.00 |
| 04/06/2021 | Expense | | | -66.70 |
| 04/15/2021 | Expense | | | -108.90 |
| 04/15/2021 | Expense | | | -36.00 |

Total                                                                             -806.47

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 03/25/2021 | Transfer | | | 600.00 |
| 04/06/2021 | Transfer | | | 150.00 |
| 04/15/2021 | Transfer | | | 350.00 |

Total                                                                            1,100.00

**Additional Information**

Uncleared checks and payments after 04/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 04/19/2021 | Expense | | | -200.00 |
| 04/20/2021 | Expense | | | -24.48 |
| 04/22/2021 | Expense | | | -20.97 |
| 04/23/2021 | Expense | | | -85.51 |
| 04/26/2021 | Expense | | | -40.04 |
| 04/27/2021 | Expense | | | -27.92 |
| 04/28/2021 | Expense | | | -21.69 |
| 05/01/2021 | Expense | | | -50.57 |
| 05/04/2021 | Expense | | | -6.78 |

| DATE | TYPE | | | AMOUNT (USD) |
|------|------|---|---|-------------|
| 05/04/2021 | Expense | | | -36.00 |
| 05/04/2021 | Expense | | | -36.00 |
| 05/04/2021 | Expense | | | -52.38 |
| 05/08/2021 | Expense | | | -64.47 |
| 05/14/2021 | Expense | | | -25.52 |
| 05/15/2021 | Expense | | | -9.99 |
| 05/17/2021 | Expense | | | -106.06 |
| 05/17/2021 | Expense | | | -9.78 |
| 05/19/2021 | Expense | | | -9.85 |
| 05/21/2021 | Expense | | | -20.97 |
| 05/24/2021 | Expense | | | -88.06 |
| 05/28/2021 | Expense | | | -64.26 |
| 05/29/2021 | Expense | | | -35.29 |
| 05/30/2021 | Expense | | | -15.67 |

Total                                                                    -1,052.26

Uncleared deposits and other credits after 04/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 04/22/2021 | Transfer | | | 175.00 |
| 05/08/2021 | Transfer | | | 350.00 |
| 05/17/2021 | Transfer | | | 250.00 |

Total                                                                      775.00

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 04/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 06/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

**Summary** | USD
---|---
Statement beginning balance | 757.13
Checks and payments cleared (1) | -600.00
Deposits and other credits cleared (2) | 500.06
Statement ending balance | 657.19
| |
Register balance as of 04/21/2021 | 657.19
Cleared transactions after 04/21/2021 | 0.00
Uncleared transactions after 04/21/2021 | 500.13
Register balance as of 06/07/2021 | 1,157.32

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/25/2021 | Transfer | | | -600.00 |
| Total | | | | -600.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/15/2021 | Transfer | | | 500.00 |
| 04/21/2021 | Deposit | | | 0.06 |
| Total | | | | 500.06 |

**Additional Information**

Uncleared deposits and other credits after 04/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/15/2021 | Transfer | | | 500.00 |
| 05/21/2021 | Deposit | | | 0.13 |
| Total | | | | 500.13 |



ANDRE R SANDERS JR OR
L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:      03/17/21 THRU 04/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 1,421.36 | 1,771.68 | 451.07 | 100.75 | 491.93 | 0.00% | 0.00 |

## FREE CHECKING ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 03/17 POS | CHICK-FIL-A #038 | 17.41 | 03/28 POS | WAL-MART #1770 | 39.22 |
| MC | WEXFORD        PA | | PIN | CRANBERRY TWP   PA | |
| 03/18 POS | SHEETZ 0617 | 47.48 | 03/28 POS | EMILIANOS MEXICA | 48.15 |
| PIN | SEWICKLEY      PA | | MC | PITTSBURGH      PA | |
| 03/18 ATM | WESBANCO    3300 BRIGHTO | 43.00 | 03/29 POS | CHIPOTLE ONLINE | 24.83 |
| | PITTSBURGH     PA | | MC | 1800244768      CA | |
| 03/18 POS | MARKET DI 155 To | 9.02 | 03/29 POS | APPLE CASH - SEN | 61.32 |
| PIN | Wexford        PA | | MC | 877-233-8552    CA | |
| 03/18 POS | SHEETZ 0617 | 33.15 | 03/29 POS | 5GUYS 1061 ECOMM | 13.03 |
| PIN | SEWICKLEY      PA | | MC | 866-345-4897    PA | |
| 03/20 POS | CHICK-FIL-A #038 | 6.90 | 03/29 POS | TECH-LURE.COM | 45.99 |
| MC | WEXFORD        PA | | MC | VENEZIA         IT | |
| 03/21 POS | THE BEER TRAP | 22.75 | 03/31 POS | STEAMGAMES.COM 4 | 21.39 |
| PIN | WEXFORD        PA | | MC | Bellevue        WA | |
| 03/23 POS | KFC J089008 | 8.55 | 04/01 POS | APPLE CASH - SEN | 40.00 |
| MC | PITTSBURGH     PA | | MC | 877-233-8552    CA | |
| 03/23 POS | SHEETZ 0277 | 21.39 | 04/01 POS | 5GUYS 1061 ECOMM | 15.35 |
| PIN | WEXFORD        PA | | MC | 866-345-4897    PA | |
| 03/23 POS | KEEPN GLASSY | 79.16 | 04/01 FEE | BANKING MACHINE USE MARCH | 7.50 |
| PIN | PITTSBURGH     PA | | 04/02 POS | STEAMGAMES.COM 4 | 10.69 |
| 03/24 POS | HALLMARK CLEANER | 24.00 | MC | Bellevue        WA | |
| MC | PITTSBURGH     PA | | 04/03 POS | THE BEER TRAP | 12.50 |
| 03/24 POS | KFC J089008 | 8.55 | PIN | WEXFORD         PA | |
| MC | PITTSBURGH     PA | | 04/05 POS | STEAMGAMES.COM 4 | 10.69 |
| 03/25 POS | BUFFALO WILD WIN | 53.29 | MC | Bellevue        WA | |
| MC | CRANBERRY TWP   PA | | 04/05 POS | WWW.ESALER* ESAL | 147.66 |
| 03/26 POS | BOSTON PROPER | 99.45 | MC | FORT MILL       SC | |
| MC | 8002434300     FL | | 04/06 POS | SHEETZ 0277 | 17.50 |
| 03/26 POS | ALTERATIONS EXPR | 104.10 | PIN | WEXFORD         PA | |
| MC | WARRENDALE     PA | | 04/06 ADJ | VENMO*Sanders An | 29.70+ |
| 03/26 POS | MAMMA LUCIA PIZZ | 19.67 | PIN | New York City   NY | |
| MC | WEXFORD        PA | | 04/06 ATM | SIR PIZZA    2624 BRANDT | 22.00 |
| 03/26 POS | NNT SOUTHSIDE BE | 2.50 | | WEXFORD         PA | |
| PIN | PITTSBURGH     PA | | 04/07 POS | ICHIBAN STEAKHOU | 22.07 |
| 03/27 POS | SHEETZ 0617 | 14.08 | MC | 412-7817600     PA | |
| PIN | SEWICKLEY      PA | | 04/08 POS | AAA EC MBR RENEW | 13.90 |
| 03/27 POS | SHEETZ 0617 | 32.08 | MC | 8004415008      PA | |
| PIN | SEWICKLEY      PA | | 04/09 ONL | MOBILE DEPOSIT | 269.92+ |
| 03/28 POS | SHEETZ 0617 | 31.37 | 04/10 POS | NNT MICROSOFT*UL | 16.04 |
| PIN | SEWICKLEY      PA | | PIN | MSBILL.INFO     WA | |
| 03/28 POS | NST BEST BUY | 199.27 | 04/10 POS | CENCIS PIZZERIA | 56.50 |
| PIN | CRANBERRY TOW   PA | | MC | WEXFORD         PA | |



## FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|------|------------------------|--------|------|------|------------------------|--------|
| 04/11 | POS | SEND CLUB | 20.00 | 04/15 | POS | SHEETZ 0617 | 21.39 |
| | MC | 818-4956503      DE | | | PIN | SEWICKLEY       PA | |
| 04/12 | POS | CENCIS PIZZERIA | 21.94 | 04/16 | ONL | MOBILE DEPOSIT | 151.45+ |
| | MC | 724-9405500     PA | | 04/16 | POS | WENDYS 574 | 14.10 |
| 04/13 | POS | SHEETZ 0277 | 25.16 | | PIN | WEXFORD         PA | |
| | PIN | WEXFORD          PA | | 04/16 | ATM | DB - PINE TOWNSHIP | 60.00 |
| 04/13 | POS | TRACTOR SUPPLY # | 54.57 | 04/16 | POS | WINE AND SPIRITS | 31.02 |
| | PIN | CRANBERRY TWP   PA | | | PIN | WEXFORD         PA | |

---

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

---

### ACCOUNT BALANCES MAINTAINED DURING MARCH
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $290.26 | $1,362.19 | $0.00 | $0.00 | $1,362.19 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

### BANKING CARD ACTIVITY FOR MARCH

| | CHECKING | | SAVINGS | |
|---|---|---|---|---|
| | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -NON-DOLLAR ATM ACTIVITY | 3 | 7.50 | | |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 28 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 26 | .00 | | |
| THE TOTAL CHARGE: | 57 | 7.50 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR MARCH.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER



**Dollar Bank** sm
*Since 1855*

L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:        03/17/21 THRU 04/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 7.59 | 806.47 | 1,100.00 | 301.12 | 105.25 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 03/19 | POS | MARKET DI 155 To | 105.45 | 04/05 | POS | GET GO #3 140 To | 38.00 |
| | PIN | Wexford          PA | | | PIN | Wexford          PA | |
| 03/19 | FEE | POS OVERDRAFT FEE | 36.00 | 04/06 | ONL | TRANSFER DOLLAR BANK INTERNET | 150.00+ |
| 03/20 | POS | BP#9622747BP OIL | 47.01 | | | FROM | |
| | MC | WEXFORD          PA | | 04/06 | POS | MARKET DI 155 To | 66.70 |
| 03/20 | FEE | POS OVERDRAFT FEE | 36.00 | | PIN | Wexford          PA | |
| 03/22 | POS | MARKET DI 155 To | 90.37 | 04/15 | POS | MARKET DI 155 To | 108.90 |
| | PIN | Wexford          PA | | | PIN | Wexford          PA | |
| 03/22 | FEE | POS OVERDRAFT FEE | 36.00 | 04/15 | FEE | POS OVERDRAFT FEE | 36.00 |
| 03/23 | POS | 7-ELEVEN #163 | 9.69 | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 350.00+ |
| | PIN | GIBSONIA         PA | | | | FROM | |
| 03/23 | FEE | POS OVERDRAFT FEE | 36.00 | | | | |
| 03/25 | ONL | TRANSFER DOLLAR BANK INTERNET | 600.00+ | | | | |
| | | FROM | | | | | |
| 03/31 | POS | MARKET DI 155 To | 77.51 | | | | |
| | PIN | Wexford          PA | | | | | |
| 04/03 | POS | MARKET DI 155 To | 82.84 | | | | |
| | PIN | Wexford          PA | | | | | |

NO SAVINGS ACTIVITY

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 180.00 | 396.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



ACCOUNT BALANCES MAINTAINED DURING MARCH
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING | CHECKING | SAVINGS | SAVINGS | COMBINED |
|----------|----------|---------|---------|----------|
| MINIMUM | AVERAGE | MINIMUM | AVERAGE | AVERAGE |
| $388.93- | $38.39 | $0.00 | $0.00 | $38.39 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR MARCH

THERE ARE NO CHARGES FOR BANKING CARD USE IN MARCH

|  | CHECKING | | SAVINGS | |
|--|----------|--|---------|--|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 10 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 2 | .00 | | |
| THE TOTAL CHARGE: | 12 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR MARCH.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:      03/22/21 THRU 04/21/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 1,269.32 | 11,338.01 | 41,330.60 | 31,261.91 | 8,352.29 | 0.05% | 0.35 |
| EVERYTHING SV | 757.13 | 600.00 | 500.06 | 657.19 | 328.09 | 0.22% | 0.06 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 03/22 | ADJ MC | SP * VSHREDTHREA LAS VEGAS      NV | 208.65+ | 04/01 | POS MC | PRESBY LOBBY VAL PITTSBURGH      PA | 8.00 |
| 03/22 | POS MC | STARBUCKS STORE WEXFORD      PA | 10.39 | 04/01 | POS MC | LIBERTY MUTUAL 888-398-8924      MA | 5.00 |
| 03/22 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 26.72 | 04/01 | POS MC | CVS/PHARMACY #02 800-746-7287      PA | 202.04 |
| 03/23 | DIR | VIVINT  J203754038 VIVINT | 73.49 | 04/01 | POS MC | LIBERTY MUTUAL 888-398-8924      MA | 858.85 |
| 03/25 | POS MC | LA STUDIO NAIL & PITTSBURGH      PA | 43.00 | 04/01 | POS MC | UPMC STARBUCKS P PIITTSBURGH      PA | 8.73 |
| 03/25 | POS PIN | MCDONALD'S F6141 MARS      PA | 5.34 | 04/03 | POS MC | DAIRY QUEEN #179 CRANBERRY TOW      PA | 11.22 |
| 03/26 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 3.73 | 04/04 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 5.34 |
| 03/26 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 3.73 | 04/05 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 9.99 |
| 03/26 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 21.38 | 04/06 | POS MC | WWW.ESALER* ESAL FORT MILL      SC | 127.33 |
| 03/26 | DIR | NEW YORK LIFE INS. PREM. | 151.00 | 04/06 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 150.00 |
| 03/27 | POS MC | IPHONE CITIZENSO BRIDGEPORT      CT | 64.50 | 04/08 | ECK | WESTVIEW WATER WEB PAY | 245.55 |
| 03/27 | POS PIN | MCDONALD'S F2871 DONEGAL      PA | 6.77 | 04/08 | ECK | ARMSTRONG UTIL 8772775711 | 149.50 |
| 03/28 | POS PIN | 7-ELEVEN WARRENDALE      PA | 6.68 | 04/10 | POS MC | CHEESECAKE ROSS PITTSBURGH      PA | 71.92 |
| 03/28 | POS PIN | WENDYS 573 CRANBERRY TWP    PA | 11.42 | 04/11 | POS PIN | MARKET DI 155 To Wexford      PA | 135.58 |
| 03/28 | POS PIN | WENDYS 573 CRANBERRY TWP    PA | 5.40 | 04/12 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 10.67 |
| 03/28 | POS MC | LONGHORN STEAK 0 PITTSBURGH      PA | 224.75 | 04/13 | POS MC | Amazon.com*EV7KU Amzn.oom/bill    WA | 12.83 |
| 03/29 | POS MC | AMZN Mktp US*OJ1 Amzn.com/bill    WA | 16.95 | 04/13 | POS MC | AMZN Mktp US*5Y9 Amzn.com/bill    WA | 9.58 |
| 03/29 | POS MC | DUNKIN #348758 Q BREEZEWOOD      PA | 5.81 | 04/14 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 0.99 |
| 03/30 | POS MC | APPLE.COM/BILL 866-712-7753      CA | 10.67 | 04/15 | DIR | CAPGEMINI REG.SALARY | 39,089.28+ |
| 03/31 | DIR | CAPGEMINI REG.SALARY | 2,032.32+ | 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 500.00 |



Dollar Bank
Since 1855

PAGE    2

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|------|------|
| 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 350.00 | 04/19 | POS MC | SP * VERONICA BE 8886869558          NY | 88.00 |
| 04/16 | ECK | PNC MAKE A PMT 4310856949 LOAN PYMT | 7,000.00 | 04/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 16.00 |
| 04/17 | POS MC | PASVNT MCCANDLES PITTSBURGH      PA | 3.79 | 04/19 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.69 |
| 04/17 | POS MC | Amazon.com*EW4X5 Amzn.com/bill    WA | 42.37 | 04/20 | POS MC | UPMC VALET PARKI PITTSBURGH      PA | 22.00 |
| 04/17 | POS PIN | SAMS CLUB #6678 PITTSBURGH      PA | 264.58 | 04/20 | POS MC | UPMC SHADYSIDE C PITTSBURGH      PA | 5.14 |
| 04/18 | POS PIN | MARKET DI 155 To Wexford       PA | 222.10 | 04/21 | DIR | VIVINT  J203754038 VIVINT | 73.49 |
| 04/18 | POS MC | AMZN Mktp US*J36 Amzn.com/bill    WA | 25.00 | 04/21 | INT | INTEREST CREDIT | 0.35+ |

### EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|------|------|
| 03/25 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 600.00 | 04/21 | INT | INTEREST CREDIT | 0.06+ |
| 04/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ | | | | |

2021 TAX INFORMATION:

| | | | | | |
|------|------|------|------|------|------|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 0.90+ | INTEREST WITHHELD YEAR-TO-DATE | | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 0.50+ | INTEREST WITHHELD YEAR-TO-DATE | | 0.00 |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|------|------|------|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

### ACCOUNT BALANCES MAINTAINED DURING MARCH
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|------|------|------|------|------|
| $786.24 | $3,034.47 | $157.13 | $395.79 | $3,430.26 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



PAGE    3

BANKING CARD ACTIVITY FOR MARCH

THERE ARE NO CHARGES FOR BANKING CARD USE IN MARCH

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 8 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 32 | .00 |  |  |
| THE TOTAL CHARGE: | 40 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR MARCH.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

## Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

**1** OF 1

Beginning March 24, 2021
through April 23, 2021

US002 BR934

**LOIS JOYCE EVANS**
**113 BURRY AVE**
**BRADFORDWOODS PA   15015-1239**

## Checking

**SUMMARY**

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | 229.83 | |
| Checks | .00 | - |
| Withdrawals & Debits | 12.99 | - |
| Deposits & Credits | .00 | + |
| **Current Balance** | **216.84** | = |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
    No deposit made.

Your next statement period will end on May 25, 2021.

Previous Balance

229.83

**TRANSACTION DETAILS**
**Withdrawals & Debits**

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 04/23 | 9.99 | Monthly Maintenance Fee |
| 04/23 | 3.00 | Service Charge Statement Delivery |

Total Withdrawals & Debits

12.99

Current Balance

216.84

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/23 | 216.84 | | | | |

## NEWS FROM CITIZENS

--Why wait for a statement to see your banking activity? Download our Mobile Banking App*
today to manage your money when it is convenient for you.
*Wireless carrier charges may apply.
--Coming soon...Your deposit statement will have a simplified look! Minor updates to the
format and font of your deposit statement will make it easier to review.  Important: The
information in your statement is not changing.
--Saving can be easier than you think! With small changes in your spending, your savings
can really add up! By starting with just $20 per week you can save over $1000 a year! Set up
an automatic transfer to your savings and watch your savings add up! For more information
stop by a branch, visit citizensbank.com/starttosave or call 888-821-3900. Member FDIC.

Member FDIC    Equal Housing Lender

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

## Change of Address

Please call the number shown on the front of your statement to notify us of a change of address.

## DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

## ELECTRONIC TRANSFERS

### In Case of Errors or Questions About Your Electronic Transfers

(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes) Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

### OVERDRAFT LINES OF CREDIT

### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: if you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement, You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount, But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance.  Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line, This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*