**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Lois Joyce Evans,　　　　　　:　　　　Case No.: 20-20387-CMB
　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:　　　　Reporting Period:  __May, 2021_____
　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:　　　　Chapter 11

**MONTHLY OPERATING REPORT**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: May, 2021

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

6-25-21
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Preparer

6/8/2021
Date

Peter Fleming CPA
Printed Name of Preparer

FORM MOR (INDV)
(10/00)
Unaudited, for Management Purposes Only

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: May 2021

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account .

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 32,165.82 | |
| **RECEIPTS** | | |
| Wages (Net) | 6,064.60 | 180,041.86 |
| Interest and Dividend Income | 1.32 | 10.73 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | 24,100.00 |
| **Total Receipts** | 6,065.92 | 204,152.59 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 7,000.00 | 52,000.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 3,423.53 | 25,781.20 |
| Insurance | 674.64 | 5,685.64 |
| Auto Expense | | 712.26 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 3.79 | 5,453.93 |
| Household Expenses | 831.85 | 20,461.58 |
| Charitable Contributions | | 700.00 |
| Alimony and Child Support Payments | , | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 453.36 | 4,234.46 |
| Gifts | | |
| Other (attach schedule) | 2,656.82 | 62,262.96 |
| **Total Ordinary Disbursements** | 15,043.99 | 177,292.03 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 123.03 | 3,996.06 |
| U. S. Trustee Fees | | 1,951.85 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 123.03 | 5,947.91 |
| **Total Disbursements (Ordinary + Reorganization)** | 15,167.02 | 183,239.94 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (9,101.10) | 20,912.65 |
| **Cash - End of Month (Must equal reconciled bank** | 23,064.72 | |

FORM MOR-1 (INDV)

Unaudited, for Management Purposes Only

(9/99)

Evans, Lois Joyce

Case No.: 20-20387-CMB

Reporting Period: May 2021

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NY Life Insurance | | 10,200.00 |
| Cash Deposit | | 9,400.00 |
| Incoming Funds Transfer | | 500.00 |
| Gift from Daughter | | 4,000.00 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Detail Included in General Ledger | 2,656.82 | 62,262.96 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FORM MOR-1 (INDV) (CON'T)**

Unaudited, for Management
Purposes Only

Unauthorized for Demo Use
Purposes Only

(9/99)

**Evans, Lois Joyce**

Case No.: 20-20387-CMB

Reporting Period: May 2021

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FI CA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____
_____
_____

Unaudited, for Management Purposes Only

*"Insider is defined in 11 U.S.C. Section 101(31)

**FORM MOR-4**
**(9/99)**

**Evans, Lois Joyce**                                        Case No.: **20-20387-CMB**

Reporting Period: May 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Unauthorized for
Management Purposes
Only

**FORM MOR-5**
**(9/99)**

Lois Joyce Evans

**Checking, Period Ending 05/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 06/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 216.84 |
| Checks and payments cleared (4) | -83.65 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 133.19 |
| | |
| Register balance as of 05/31/2021 | 133.19 |

**Details**

Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/25/2021 | Expense | | | -9.99 |
| 05/25/2021 | Expense | | | -3.00 |
| 05/26/2021 | Expense | | | -57.18 |
| 05/26/2021 | Expense | | | -13.48 |
| Total | | | | -83.65 |

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 05/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 06/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 20,850.92 |
| Checks and payments cleared (20) | -2,079.14 |
| Deposits and other credits cleared (1) | 2,978.57 |
| Statement ending balance | 21,750.35 |
| | |
| Uncleared transactions as of 05/31/2021 | -39.51 |
| Register balance as of 05/31/2021 | 21,710.84 |

**Details**

Checks and payments cleared (20)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/23/2021 | Expense | | | -91.26 |
| 05/23/2021 | Expense | | | -26.73 |
| 05/23/2021 | Expense | | | -52.25 |
| 05/24/2021 | Expense | | | -10.53 |
| 05/24/2021 | Expense | | | -200.00 |
| 05/24/2021 | Expense | | | -200.00 |
| 05/24/2021 | Expense | | | -40.03 |
| 05/25/2021 | Expense | | | -1,000.00 |
| 05/25/2021 | Expense | | | -25.00 |
| 05/25/2021 | Expense | | | -6.00 |
| 05/25/2021 | Expense | | | -30.73 |
| 05/25/2021 | Expense | | | -18.49 |
| 05/26/2021 | Expense | | | -3.73 |
| 05/26/2021 | Expense | | | -3.73 |
| 05/26/2021 | Expense | | | -151.00 |
| 05/26/2021 | Expense | | | -30.74 |
| 05/26/2021 | Expense | | | -21.37 |
| 05/27/2021 | Expense | | | -64.50 |
| 05/27/2021 | Expense | | | -62.51 |
| 05/27/2021 | Expense | | | -40.54 |

| Total | -2,079.14 |
|---|---|

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/28/2021 | Deposit | | | 2,978.57 |

| Total | 2,978.57 |
|---|---|

**Additional Information**

Uncleared checks and payments as of 05/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/26/2020 | Expense | | | -3.73 |
| 12/26/2020 | Expense | | | -3.73 |
| 12/29/2020 | Expense | | | -32.05 |

| Total | -39.51 |
|---|---|

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 05/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 06/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---:|
| Statement beginning balance | 31,261.91 |
| Checks and payments cleared (68) | -16,628.98 |
| Deposits and other credits cleared (3) | 6,217.99 |
| Statement ending balance | 20,850.92 |
| | |
| Uncleared transactions as of 05/21/2021 | -39.51 |
| Register balance as of 05/21/2021 | 20,811.41 |
| Cleared transactions after 05/21/2021 | 0.00 |
| Uncleared transactions after 05/21/2021 | 899.43 |
| Register balance as of 06/07/2021 | 21,710.84 |

### Details

Checks and payments cleared (68)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/22/2021 | Expense | | | -9.89 |
| 04/22/2021 | Expense | | | -56.65 |
| 04/22/2021 | Check | 2174 | Dept of Transportation | -86.00 |
| 04/22/2021 | Transfer | | | -175.00 |
| 04/22/2021 | Expense | | | -288.00 |
| 04/26/2021 | Expense | | | -3.73 |
| 04/26/2021 | Expense | | | -3.73 |
| 04/26/2021 | Expense | | | -122.87 |
| 04/26/2021 | Expense | | | -5.24 |
| 04/26/2021 | Expense | | | -151.00 |
| 04/26/2021 | Check | 2173 | US Trustee Payment Center | -1,301.85 |
| 04/26/2021 | Expense | | | -13.88 |
| 04/27/2021 | Expense | | | -119.78 |
| 04/27/2021 | Expense | | | -64.50 |
| 04/28/2021 | Expense | | | -21.37 |
| 04/28/2021 | Expense | | | -500.00 |
| 04/28/2021 | Expense | | | -19.93 |
| 04/28/2021 | Expense | | | -71.87 |
| 04/29/2021 | Expense | | | -23.58 |
| 04/29/2021 | Expense | | | -63.50 |
| 04/29/2021 | Expense | | | -8.00 |
| 04/30/2021 | Expense | | | -46.03 |
| 05/03/2021 | Expense | | | -64.17 |
| 05/03/2021 | Expense | | | -5.33 |
| 05/03/2021 | Expense | | | -52.09 |
| 05/04/2021 | Expense | | | -261.82 |
| 05/04/2021 | Expense | | | -9.99 |
| 05/05/2021 | Expense | | | -80.00 |
| 05/06/2021 | Expense | | | -72.95 |
| 05/06/2021 | Expense | | | -54.00 |
| 05/07/2021 | Expense | | | -8.91 |
| 05/07/2021 | Expense | | | -235.00 |
| 05/07/2021 | Expense | | | -4.24 |
| 05/08/2021 | Transfer | | | -350.00 |
| 05/08/2021 | Expense | | | -520.00 |
| 05/10/2021 | Expense | | | -93.57 |
| 05/11/2021 | Expense | | | -41.37 |
| 05/11/2021 | Expense | | | -48.83 |
| 05/11/2021 | Expense | | | -149.50 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/11/2021 | Expense | | | -10.67 |
| 05/13/2021 | Expense | | | -13.41 |
| 05/13/2021 | Expense | | | -5.34 |
| 05/13/2021 | Expense | | | -8.25 |
| 05/14/2021 | Expense | | | -5.55 |
| 05/14/2021 | Expense | | | -0.99 |
| 05/15/2021 | Transfer | | | -500.00 |
| 05/15/2021 | Expense | | | -72.50 |
| 05/15/2021 | Expense | | | -5.00 |
| 05/16/2021 | Expense | | | -384.28 |
| 05/17/2021 | Expense | | | -23.51 |
| 05/17/2021 | Expense | | | -261.82 |
| 05/17/2021 | Transfer | | | -250.00 |
| 05/18/2021 | Expense | | | -7,000.00 |
| 05/18/2021 | Expense | | | -9.50 |
| 05/18/2021 | Expense | | | -2,500.00 |
| 05/19/2021 | Expense | | | -17.10 |
| 05/19/2021 | Expense | | | -18.15 |
| 05/19/2021 | Expense | | | -10.69 |
| 05/19/2021 | Expense | | | -123.03 |
| 05/20/2021 | Expense | | | -6.40 |
| 05/20/2021 | Expense | | | -91.04 |
| 05/21/2021 | Expense | | | -73.49 |
| 05/21/2021 | Expense | | | -9.57 |
| 05/21/2021 | Expense | | | -8.00 |
| 05/21/2021 | Expense | | | -1.20 |
| 05/21/2021 | Expense | | | -1.65 |
| 05/21/2021 | Expense | | | -3.79 |
| 05/21/2021 | Expense | | | -5.88 |

| Total | | | | -16,628.98 |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 04/30/2021 | Deposit | | | 3,130.77 |
| 05/14/2021 | Deposit | | | 3,086.03 |
| 05/21/2021 | Deposit | | | 1.19 |

| Total | | | | 6,217.99 |

**Additional Information**

Uncleared checks and payments as of 05/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 12/26/2020 | Expense | | | -3.73 |
| 12/26/2020 | Expense | | | -3.73 |
| 12/29/2020 | Expense | | | -32.05 |

| Total | | | | -39.51 |

Uncleared checks and payments after 05/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/23/2021 | Expense | | | -91.26 |
| 05/23/2021 | Expense | | | -52.25 |
| 05/23/2021 | Expense | | | -26.73 |
| 05/24/2021 | Expense | | | -40.03 |
| 05/24/2021 | Expense | | | -10.53 |
| 05/24/2021 | Expense | | | -200.00 |
| 05/24/2021 | Expense | | | -200.00 |
| 05/25/2021 | Expense | | | -6.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/25/2021 | Expense | | | -30.73 |
| 05/25/2021 | Expense | | | -18.49 |
| 05/25/2021 | Expense | | | -1,000.00 |
| 05/25/2021 | Expense | | | -25.00 |
| 05/26/2021 | Expense | | | -3.73 |
| 05/26/2021 | Expense | | | -151.00 |
| 05/26/2021 | Expense | | | -3.73 |
| 05/26/2021 | Expense | | | -21.37 |
| 05/26/2021 | Expense | | | -30.74 |
| 05/27/2021 | Expense | | | -40.54 |
| 05/27/2021 | Expense | | | -64.50 |
| 05/27/2021 | Expense | | | -62.51 |

| Total | | | | -2,079.14 |
|-------|--|--|--|-----------|

Uncleared deposits and other credits after 05/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/28/2021 | Deposit | | | 2,978.57 |

| Total | | | | 2,978.57 |
|-------|--|--|--|----------|

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 05/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 06/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 123.80 |
| Checks and payments cleared (8) | -349.94 |
| Deposits and other credits cleared (1) | 250.00 |
| Statement ending balance | 23.86 |
| | |
| Register balance as of 05/31/2021 | 23.86 |

**Details**

Checks and payments cleared (8)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2021 | Expense | | | -9.78 |
| 05/17/2021 | Expense | | | -106.06 |
| 05/19/2021 | Expense | | | -9.85 |
| 05/21/2021 | Expense | | | -20.97 |
| 05/24/2021 | Expense | | | -88.06 |
| 05/28/2021 | Expense | | | -64.26 |
| 05/29/2021 | Expense | | | -35.29 |
| 05/30/2021 | Expense | | | -15.67 |

| Total | | | | -349.94 |
|---|---|---|---|---|

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2021 | Transfer | | | 250.00 |

| Total | | | | 250.00 |
|---|---|---|---|---|

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 05/16/2021**

**RECONCILIATION REPORT**

Reconciled on: 06/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 301.12 |
| Checks and payments cleared (15) | -702.32 |
| Deposits and other credits cleared (2) | 525.00 |
| **Statement ending balance** | **123.80** |
| | |
| Register balance as of 05/16/2021 | 123.80 |
| Cleared transactions after 05/16/2021 | 0.00 |
| Uncleared transactions after 05/16/2021 | -99.94 |
| Register balance as of 06/07/2021 | 23.86 |

**Details**

Checks and payments cleared (15)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/19/2021 | Expense | | | -200.00 |
| 04/20/2021 | Expense | | | -24.48 |
| 04/22/2021 | Expense | | | -20.97 |
| 04/23/2021 | Expense | | | -85.51 |
| 04/26/2021 | Expense | | | -40.04 |
| 04/27/2021 | Expense | | | -27.92 |
| 04/28/2021 | Expense | | | -21.69 |
| 05/01/2021 | Expense | | | -50.57 |
| 05/04/2021 | Expense | | | -6.78 |
| 05/04/2021 | Expense | | | -52.38 |
| 05/04/2021 | Expense | | | -36.00 |
| 05/04/2021 | Expense | | | -36.00 |
| 05/08/2021 | Expense | | | -64.47 |
| 05/14/2021 | Expense | | | -25.52 |
| 05/15/2021 | Expense | | | -9.99 |
| **Total** | | | | **-702.32** |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/22/2021 | Transfer | | | 175.00 |
| 05/08/2021 | Transfer | | | 350.00 |
| **Total** | | | | **525.00** |

**Additional Information**

Uncleared checks and payments after 05/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2021 | Expense | | | -9.78 |
| 05/17/2021 | Expense | | | -106.06 |
| 05/19/2021 | Expense | | | -9.85 |
| 05/21/2021 | Expense | | | -20.97 |
| 05/24/2021 | Expense | | | -88.06 |
| 05/28/2021 | Expense | | | -64.26 |
| 05/29/2021 | Expense | | | -35.29 |
| 05/30/2021 | Expense | | | -15.67 |

Uncleared deposits and other credits after 05/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 05/17/2021 | Transfer | | | 250.00 |
| Total | | | | 250.00 |

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 05/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 06/07/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 657.19 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (2) | 500.13 |
| Statement ending balance | 1,157.32 |
| | |
| Register balance as of 05/21/2021 | 1,157.32 |

**Details**

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/15/2021 | Transfer | | | 500.00 |
| 05/21/2021 | Deposit | | | 0.13 |
| Total | | | | 500.13 |



**Dollar Bank**
**Since 1855**

ANDRE R SANDERS JR OR
L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:        04/17/21 THRU 05/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 100.75 | 668.02 | 830.39 | 263.12 | 96.61 | 0.00% | 0.00 |

### FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/17 | POS | SHEETZ 0617 | 27.88 | 05/01 | FEE | BANKING MACHINE USE APRIL | 7.50 |
| | PIN | SEWICKLEY         PA | | 05/02 | ADJ | Cash App*Cash Ou | 9.75+ |
| 04/18 | ADJ | Cash App*Caah Ou | 14.75+ | | PIN | San Francisco    CA | |
| | PIN | San Francisco    CA | | 05/02 | POS | MCDONALD'S F4354 | 5.99 |
| 04/19 | POS | VOCELLI PIZZA | 22.04 | | PIN | PITTSBURGH        PA | |
| | MC | PITTSBURGH        PA | | 05/02 | ADJ | VENMO*Sanders An | 74.25+ |
| 04/19 | POS | SQ *ZEENOS FIREH | 11.50 | | PIN | New York City    NY | |
| | MC | Slippery Rock     PA | | 05/03 | POS | FOXTAIL | 23.99 |
| 04/19 | POS | SQ *ROMANO INC | 28.84 | | MC | PITTSBURGH        PA | |
| | MC | Pittsburgh       PA | | 05/03 | POS | IT'S DOGGIN IT | 25.67 |
| 04/19 | POS | SUNOCO 085933110 | 10.03 | | MC | PITTSBURGH        PA | |
| | MC | PITTSBURGH        PA | | 05/04 | POS | UBER   TRIP | 12.31 |
| 04/19 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 200.00+ | | MC | 8005928996        CA | |
| | | | | 05/05 | POS | VENMO | 30.00 |
| 04/19 | POS | SHEETZ 0277 | 45.32 | | MC | | NY |
| | PIN | WEXFORD           PA | | 05/06 | POS | CASH APP*STAN SM | 1.00 |
| 04/21 | POS | CASH APP*DAVENTE | 35.00 | | MC | | CA |
| | MC | | CA | 05/06 | POS | SHEETZ 0617 | 10.00 |
| 04/21 | POS | CASH APP*JOSH | 40.00 | | PIN | SEWICKLEY         PA | |
| | MC | | CA | 05/07 | POS | VENMO | 2.00 |
| 04/23 | DEP | CHECK - PINE TOWNSHIP OFFICE | 202.33+ | | MC | | NY |
| 04/23 | WTH | PINE TOWNSHIP OFFICE | 125.00 | 05/07 | POS | NNT MICROSOFT*UL | 16.04 |
| 04/27 | POS | SHEETZ 0133 | 28.77 | | PIN | MSBILL.INFO       WA | |
| | PIN | CRANBERRY TWP     PA | | 05/11 | DEP | CHECK - PINE TOWNSHIP OFFICE | 329.31+ |
| 04/28 | POS | GLASS GONE WOW C | 37.09 | 05/11 | WTH | PINE TOWNSHIP OFFICE | 60.00 |
| | MC | CRANBERRY TWP     PA | | 05/12 | POS | AAA EC MBR RENEW | 13.90 |
| 05/01 | POS | SHEETZ 0115 | 33.15 | | MC | | PA |
| | PIN | PITTSBURGH        PA | | | | | |
| 05/01 | POS | SHEETZ 0115 | 15.00 | | | | |
| | PIN | PITTSBURGH        PA | | | | | |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



ACCOUNT BALANCES MAINTAINED DURING APRIL
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $0.10 | $58.54 | $0.00 | $0.00 | $58.54 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR APRIL

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) |  |  |  |  |
| -DOLLAR ATM ACTIVITY | 1 | .00 |  |  |
| -NON-DOLLAR ATM ACTIVITY | 3 | 7.50 |  |  |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 11 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 17 | .00 |  |  |
| THE TOTAL CHARGE: | 32 | 7.50 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR APRIL.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

OUR NEW AND IMPROVED WEBSITE IS HERE!
BENEFITS INCLUDE AN IMPROVED MOBILE EXPERIENCE,
UPDATED NAVIGATION AND CONTENT, AND MORE.
VISIT WWW.DOLLAR.BANK TODAY TO TRY IT OUT.



## Account History    ?

x2324 - FREE CHECKING

Selected Account

[ x2324 - FREE CHECKING (Available $172.78) ]

Show the Following Days

All     30 Days     60 Days     90 Days     120 Days     Other

Date Range:

[ 05/21/21 ]    -    [ 05/31/21 ]

Show Only:

[ Any type of transaction ]

Description:

Check Number:

Amount:

[ Low Amount ]    to:    [ High Amount ]

**Clear**    **Search**    Download For:  ▶ Spreadsheet

| Date ∧ | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 05/25/2021 | POS PIN RITE AID 07825 BR WEXFORD PA | $16.99 | | $29.39 |
| 05/24/2021 | POS PIN SHEETZ 0277 BR WEXFORD PA | $47.47 | | $46.38 |
| 05/24/2021 | POS PIN MCDONALD S F6141 BR MARS PA | $16.55 | | $93.85 |
| 05/24/2021 | POS PIN TRACTOR SUPPLY BR CRANBERRY TWP PA | $69.93 | | $110.40 |



L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:        04/17/21 THRU 05/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 301.12 | 702.32 | 525.00 | 123.80 | 107.45 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/19 | ONL | TRANSFER DOLLAR BANK INTERNET TO | 200.00 | 05/04 | POS MC | FRESH THYME #453 CRANBERRY    PA | 6.78 |
| 04/20 | POS PIN | CVS/PHARM 02449- Wexford        PA | 24.48 | 05/04 | FEE | POS OVERDRAFT FEE | 36.00 |
| 04/22 | POS PIN | LOWE'S #3051 PITTSBURG      PA | 20.97 | 05/04 | POS PIN | GIANT-EAG Cranbe Cranberry    PA | 52.38 |
| 04/22 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 175.00+ | 05/04 | FEE | POS OVERDRAFT FEE | 36.00 |
| 04/23 | POS PIN | MARKET DI 155 To Wexford        PA | 85.51 | 05/08 | ONL | TRANSFER DOLLAR BANK INTERNET FROM : | 350.00+ |
| 04/26 | POS PIN | COSTCO WHSE #03 CRANBERRY TPK    PA | 40.04 | 05/08 | POS PIN | MARKET DI 155 To Wexford        PA | 64.47 |
| 04/27 | POS PIN | CVS/PHARM 02449- Wexford        PA | 27.92 | 05/14 | POS MC | FRESH THYME #453 CRANBERRY    PA | 25.52 |
| 04/28 | POS MC | FRESH THYME #453 CRANBERRY    PA | 21.69 | 05/15 | POS PIN | 7-ELEVEN 36144 WARRENDALE     PA | 9.99 |
| 05/01 | POS PIN | MARKET DI 155 To Wexford        PA | 50.57 | | | | |

NO SAVINGS ACTIVITY

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 72.00 | 468.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



ACCOUNT BALANCES MAINTAINED DURING APRIL
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $12.72 | $123.97 | $0.00 | $0.00 | $123.97 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR APRIL

THERE ARE NO CHARGES FOR BANKING CARD USE IN APRIL

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 9 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 1 | .00 |  |  |
| THE TOTAL CHARGE: | 10 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR APRIL.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

OUR NEW AND IMPROVED WEBSITE IS HERE!
BENEFITS INCLUDE AN IMPROVED MOBILE EXPERIENCE,
UPDATED NAVIGATION AND CONTENT, AND MORE.
VISIT WWW.DOLLAR.BANK TODAY TO TRY IT OUT.



L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:
STATEMENT DATE:        04/22/21 THRU 05/21/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 31,261.91 | 16,628.98 | 6,217.99 | 20,850.92 | 29,007.90 | 0.05% | 1.19 |
| EVERYTHING SV | 657.19 | 0.00 | 500.13 | 1,157.32 | 773.85 | 0.20% | 0.13 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2173 | 1,301.85 | 2174 | 86.00 |  |  |  |  |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/22 | POS | INTERTECH CI | 288.00 | 04/29 | POS | PRESBY LOBBY VAL | 8.00 |
| | MC | 4122461200       PA | | | MC | PITTSBURGH        PA | |
| 04/22 | POS | AMZN Mktp US*1U2 | 9.89 | 04/29 | ATM | PNC BANK    1000 AIRPORT | 63.50 |
| | MC | Amzn.com/bill   WA | | | | PITTSBURGH        PA | |
| 04/22 | ONL | TRANSFER DOLLAR BANK INTERNET | 175.00 | 04/29 | POS | AMZN Mktp US*9D2 | 23.58 |
| | | TO | | | MC | Amzn.com/bill    WA | |
| 04/22 | POS | APPLE.COM/BILL | 56.65 | 04/30 | DIR | CAPGEMINI | 3,130.77+ |
| | MC | 866-712-7753    CA | | | | REG.SALARY | |
| 04/22 | CHK | 2174  SEQ# 18008369 | 86.00 | 04/30 | POS | BP#9622747BP OIL | 46.03 |
| 04/26 | POS | SP * ARAMA COLLE | 122.87 | | MC | WEXFORD          PA | |
| | MC | 2025347843      GA | | 05/03 | POS | APPLE.COM/BILL | 64.17 |
| 04/26 | POS | MCDONALD'S F714 | 5.24 | | MC | 866-712-7753    CA | |
| | PIN | WEXFORD          PA | | 05/03 | POS | SP * ANGRY ORANG | 52.09 |
| 04/26 | POS | APPLE.COM/BILL | 3.73 | | MC | 7744786756      MA | |
| | MC | 866-712-7753    CA | | 05/03 | POS | APPLE.COM/BILL | 5.33 |
| 04/26 | POS | APPLE.COM/BILL | 3.73 | | MC | 866-712-7753    CA | |
| | MC | 866-712-7753    CA | | 05/04 | POS | APPLE.COM/BILL | 9.99 |
| 04/26 | POS | A C & T - SMITH | 13.88 | | MC | 866-712-7753    CA | |
| | PIN | SMITHSBURG      MD | | 05/04 | POS | LIBERTY MUTUAL | 261.82 |
| 04/26 | CHK | 2173  SEQ# 18024280 | 1,301.85 | | MC | 888-398-8924    MA | |
| 04/26 | DIR | NEW YORK LIFE | 151.00 | 05/05 | ATM | RITE AID  #  4770 MCKNIGH | 80.00 |
| | | INS. PREM. | | | | PITTSBURGH       PA | |
| 04/27 | POS | IPHONE CITIZENSO | 64.50 | 05/06 | POS | LA STUDIO NAIL & | 54.00 |
| | MC | BRIDGEPORT      CT | | | MC | PITTSBURGH       PA | |
| 04/27 | POS | MARKET DI 155 To | 119.78 | 05/06 | POS | DOUBLE GOOD POPC | 72.95 |
| | PIN | Wexford         PA | | | MC | 6305685544      IL | |
| 04/28 | POS | T-BONES | 19.93 | 05/07 | POS | DAIRY QUEEN #179 | 4.24 |
| | PIN | WEXFORD         PA | | | MC | CRANBERRY TOW    PA | |
| 04/28 | POS | APPLE.COM/BILL | 21.37 | 05/07 | POS | CVS/PHARMACY #02 | 8.91 |
| | MC | 866-712-7753    CA | | | MC | 800-746-7287    PA | |
| 04/28 | POS | AMZN Mktp US*7M7 | 71.87 | 05/07 | POS | VENMO | 235.00 |
| | MC | Amzn.com/bill   WA | | | | NY | |
| 04/28 | POS | VENMO | 500.00 | 05/08 | POS | COLUMBIA GAS OF | 520.00 |
| | MC | NY | | | MC | OH | |



EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | | AMOUNT | DATE | | TRANSACTION DESCRIPTION | | AMOUNT |
|------|---|-----|---|--------|------|---|-----|---|--------|
| 05/08 | ONL | TRANSFER DOLLAR BANK INTERNET TO | | 350.00 | 05/17 | DIR | LIBERTY MUTUAL PAYMENT | | 261.82 |
| 05/10 | POS | WAFFLES INCAFFEI | | 93.57 | 05/18 | POS | MCDONALD'S F714 | | 9.50 |
| | MC | WEXFORD | PA | | | PIN | WEXFORD | PA | |
| 05/11 | POS | APPLE.COM/BILL | | 10.67 | 05/18 | ECK | PNC MAKE A PMT | | 7,000.00 |
| | MC | 866-712-7753 | CA | | | | LOAN PYMT | | |
| 05/11 | POS | SHEETZ 0277 | | 48.83 | 05/18 | DIR | FIRSTENERGY OPCO | | 2,500.00 |
| | PIN | WEXFORD | PA | | | | FE ECHECK | | |
| 05/11 | POS | SHEETZ 0277 | | 41.37 | 05/19 | POS | HRB ONLINE TAX P | | 123.03 |
| | PIN | WEXFORD | PA | | | MC | 8004725625 | MO | |
| 05/11 | ECK | ARMSTRONG UTIL | | 149.50 | 05/19 | POS | APPLE.COM/BILL | | 10.69 |
| | | 8772775711 | | | | MC | 866-712-7753 | CA | |
| 05/13 | POS | CHICK-FIL-A #038 | | 13.41 | 05/19 | POS | APPLE.COM/BILL | | 18.15 |
| | MC | WEXFORD | PA | | | MC | 866-712-7753 | CA | |
| 05/13 | POS | CHICK-FIL-A #038 | | 8.25 | 05/19 | POS | APPLE.COM/BILL | | 17.10 |
| | MC | WEXFORD | PA | | | MC | 866-712-7753 | CA | |
| 05/13 | POS | APPLE.COM/BILL | | 5.34 | 05/20 | POS | KFC J625172 | | 6.40 |
| | MC | 866-712-7753 | CA | | | MC | PITTSBURGH | PA | |
| 05/14 | DIR | CAPGEMINI | | 3,086.03+ | 05/20 | ECK | VOGEL DISPOSAL S | | 91.04 |
| | | REG.SALARY | | | | | AUTO PYMN | | |
| 05/14 | POS | MCDONALD'S F714 | | 5.55 | 05/21 | POS | CMSVEND*AVI FOOD | | 1.65 |
| | PIN | WEXFORD | PA | | | MC | WARREN | OH | |
| 05/14 | POS | APPLE.COM/BILL | | 0.99 | 05/21 | POS | CMSVEND*AVI FOOD | | 1.20 |
| | MC | 866-712-7753 | CA | | | MC | WARREN | OH | |
| 05/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO | | 500.00 | 05/21 | POS | UPMC VALET PARKI | | 8.00 |
| | | | | | | MC | PITTSBURGH | PA | |
| 05/15 | POS | CVS/PHARMACY #02 | | 5.00 | 05/21 | POS | KFC J625172 | | 5.88 |
| | MC | 800-746-7287 | PA | | | MC | PITTSBURGH | PA | |
| 05/15 | POS | MARSHALLS 2399 M | | 72.50 | 05/21 | POS | UPMCSHADYSIDE GI | | 3.79 |
| | PIN | BRIDGEPORT | WV | | | MC | PITTSBURGH | PA | |
| 05/16 | POS | JCPENNEY 0268 | | 384.28 | 05/21 | POS | MARKET DI 155 To | | 9.57 |
| | MC | BRIDGEPORT | WV | | | PIN | Wexford | PA | |
| 05/17 | POS | SHOE DEPT 0217 | | 23.51 | 05/21 | DIR | VIVINT J203754038 | | 73.49 |
| | MC | BRIDGEPORT | WV | | | | VIVINT | | |
| 05/17 | ONL | TRANSFER DOLLAR BANK INTERNET TO | | 250.00 | 05/21 | INT | INTEREST CREDIT | | 1.19+ |

EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|---|-----|--------|------|---|-----|--------|
| 05/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM | 500.00+ | 05/21 | INT | INTEREST CREDIT | 0.13+ |

2021 TAX INFORMATION:

| | | | | | |
|---|---|---|---|---|---|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 2.09+ | INTEREST WITHHELD YEAR-TO-DATE | | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 0.63+ | INTEREST WITHHELD YEAR-TO-DATE | | 0.00 |

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



ACCOUNT BALANCES MAINTAINED DURING APRIL
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $795.44 | $17,137.39 | $157.13 | $423.81 | $17,561.20 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR APRIL

THERE ARE NO CHARGES FOR BANKING CARD USE IN APRIL

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) |  |  |  |  |
| -NON-DOLLAR ATM ACTIVITY | 1 | .00 |  |  |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 7 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 35 | .00 |  |  |
| THE TOTAL CHARGE: | 43 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR APRIL.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

OUR NEW AND IMPROVED WEBSITE IS HERE!
BENEFITS INCLUDE AN IMPROVED MOBILE EXPERIENCE,
UPDATED NAVIGATION AND CONTENT, AND MORE.
VISIT WWW.DOLLAR.BANK TODAY TO TRY IT OUT.



## Account History

x9586 - EVERYTHING CHECKING

Selected Account

x9586 - EVERYTHING CHECKING (Available $20,666,45 ⌄)

Show the Following Days

All    30 Days    60 Days    90 Days    120 Days    • Other

Date Range:

05/21/21    -    05/31/21

Show Only:

Any type of transaction

Description:

Check Number:

Amount:

Low Amount    to:    High Amount

[Clear]    [Search]    Download For:  ▶  Spreadsheet

| Date ∧ | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 05/28/2021 | DIR CAPGEMINI          .G.SALARY | | $2,978.57 | $21,750.35 |
| 05/27/2021 | POS MC Amazon.com 2R5JV BR Amzn.com bill WA | $40.54 | | $18,771.78 |
| 05/27/2021 | POS MC AMZN Mktp US 2R7 BR Amzn.com bill WA | $62.51 | | $18,812.32 |
| 05/27/2021 | POS MC IPHONE CITIZENSO BR BRIDGEPORT CT | $64.50 | | $18,874.83 |

# Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

 **1** OF 2

Beginning April 24, 2021
through May 25, 2021

US002  BR934

**LOIS  JOYCE  EVANS
113  BURRY  AVE
BRADFORDWOODS  PA   15015-1239**

---

## Checking

### SUMMARY

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | 216.84 | |
| Checks | .00 | - |
| Withdrawals & Debits | 12.99 | - |
| Deposits & Credits | .00 | + |
| **Current Balance** | **203.85** | **=** |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
   No deposit made.

Your next statement period will end on June 23, 2021.

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

**Previous Balance**

216.84

---

### TRANSACTION DETAILS
**Withdrawals & Debits**

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 05/25 | 9.99 | Monthly Maintenance Fee |
| 05/25 | 3.00 | Service Charge |
| | | Statement Delivery |

⊖ **Total Withdrawals & Debits**

12.99

⊜ **Current Balance**

203.85

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/25 | 203.85 | | | | |

---

| **M E M O**

--Are you on track to meet your goals? Citizens Quest(TM) Checking is an account that
gives you the confidence you're on the right path with benefits such as:
 * More everyday banking services such as checks, using another banks' ATM(1), wires
   and more at no additional cost
 * No monthly maintenance fee with $5,000 in deposits each statement period(2)
 * No overdraft fee charged on a first overdraft occurrence each year
 * No fee Savings Overdraft Transfer and Overdraft Line of Credit plans to help protect
   against overdrafts(3)
 * Additional unlimited Citizens Quest Checking and Savings accounts for you and your
   family with no monthly maintenance fee
 * A personalized plan giving you confidence you're on track
 * Relationship benefits

Member FDIC    Equal Housing Lender

# Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

 OF 2

Beginning April 24, 2021
through May 25, 2021

*Checking continued from previous page*

LOIS JOYCE EVANS
DIP CHAPTER 11
BANKRUPTCY CASE 20 20387 CMB
**One Deposit Checking**

## MEMO (continued)

To upgrade to Citizens Quest Checking visit a branch or call 800-773-7373. Member FDIC.
(1)Non-Citizens ATM owners may charge a fee
(2)Or, maintain a $25,000 monthly combined deposit and investment balance across
linked accounts
(3)The $12 transfer fee per day for Savings Overdraft Transfer Plan and Overdraft Line
of Credit Plan is waived for Citizens Quest Checking. The $30 Annual Fee on
Overdraft Line of Credit is waived for Citizens Quest Checking. The Annual Percentage
Rate (APR) for an Overdraft Line of Credit is 21% on all outstanding loan balances.
Credit approval is required.

## NEWS FROM CITIZENS

--Why wait for a statement to see your banking activity? Download our Mobile Banking App*
today to manage your money when it is convenient for you.
*Wireless carrier charges may apply.
--Coming soon...Your deposit statement will have a simplified look! Minor updates to the
format and font of your deposit statement will make it easier to review. Important: The
information in your statement is not changing.
--Saving can be easier than you think! With small changes in your spending, your savings
can really add up! By starting with just $20 per week you can save over $1000 a year! Set up
an automatic transfer to your savings and watch your savings add up! For more information
stop by a branch, visit citizensbank.com/starttosave or call 888-821-3900. Member FDIC.

Member FDIC   Equal Housing Lender

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure
to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement
$ _____
*Current Balance*

**2** List deposits which do not appear on
this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____
*Total of 2*

**3** Subtotal by adding 1 and 2
(=) $ _____
*Subtotal of 1 and 2*

**4** List outstanding checks, transfers, debits,
POS purchases or withdrawals that do not
appear on this statement

| Date/
Check No. | Amount | Date/
Check No. | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____
*Total of 4*

**5** Subtract 4 from 3. This should match your
checkbook register balance
(=) $ _____
*Total*

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the
number shown on the front of your statement or write to us at the following
address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown on the front of your statement to notify us of a
change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be
transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CPQ12108Y_Stmt_8.5x11  Rev. Dec 2018

## ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement
or write to us at the customer service address provided as soon as you can. If you
think your statement or receipt is wrong or if you need more information about an
electronic transfer on the statement or receipt. We must hear from you no later
than 60 days after we sent you the FIRST statement on which the error or problem
appeared.

- Tell us your name and account number, if any.

- Describe the error or the transfer you are unsure about, and explain as clearly
  as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error and, if possible, the date it
  appeared on your statement or receipt.

- It will be helpful to us if you also give us a telephone number at which you can
  be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes,
we will investigate your complaint and will correct any error promptly. If we take
more than 10 business days (20 business days if you are a new customer, for
electronic transfers occurring during the first 30 days after the first deposit is made
to your account) to do this, we will credit your account for the amount you think
is in error, so that you will have the use of the money during the time it takes us to
complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit
your account at the conclusion of our investigation.]

## OVERDRAFT LINES OF CREDIT

### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service
address provided as soon as possible.

In your letter, give us the following information:

- Account information: Your name and account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe
  what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do
we are not required to investigate any potential errors and you may have to pay the
amount in question. While we investigate whether or not there has been an error
the following are true:

- We cannot try to collect the amount in question or report you as delinquent on
  that amount.

- The charge in question may remain on your statement and we may continue
  to charge you interest on that amount. But, if we determine that we made a
  mistake, you will not have to pay the amount in question or any interest or
  other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for
  the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT
### ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily
Periodic Rate to the Average Daily Balance. Then, we multiply that result by the
number of days in the billing cycle in which a balance is owed on your Overdraft
Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your
Overdraft Line each day (which does not include any unpaid interest charges or
fees), add any new loan advances as of the date of those advances and subtract
any payments or credits. This gives us the daily balance. Then, we add all the daily
balances for the billing cycle together and divide the total by the number of days in
the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each
joint account holder of your checking account. Late payments, missed payments,
or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*

