# PROCEEDING MEMO

**Date: 07/13/2021 01:30 pm**

**In re:    Lois Joyce Evans**

                                                             **Bankruptcy No. 20-20387-CMB**
                                                             **Chapter: 11-NOT A SMALL BUSINESS**
                                                             **Doc. # 138**

**Appearances:** Brent Lemon, Jill Locnikar, Anthony T. Kovalchick

**Nature of Proceeding:** #138 Continued Confirmation Hearing on Chapter 11 Plan Dated 02/22/2021

**Additional Pleadings:** #139 Amended Disclosure Statement To Accompany Plan Dated 02/22/2021
                        #140 Summary of Amended Chapter 11 Plan Dated 02/22/2021
                        #163 Objection by USA, IRS
                        #164 Objection by Commonwealth of Pennsylvania, Department of Revenue
                        #170 Report of Voting on Debtor's Amended Chapter 11 Plan Dated 02/22/2021
                        #171 Proceeding Memo from 05/12/2021 Hearing - Continued to Zoom Hearing on 07/13/2021 at 1:30 p.m. Attorney Lemon to contact Attorney Kovalchick on or before 05/19/2021 to discuss status of 2019 State Tax Return.  If 2019 State Tax Return has not been filed, it must be filed immediately.

**Judge's Notes:**
  -Parties are continuing to work through issues. Debtor's counsel requested a continuance to resolve outstanding issues.
  OUTCOME: Continued to 9/1 at 1:30 pm.
  -Attorney Lemon to file an amended plan and stipulation before the continued hearing once the outstanding issues are resolved.

                                                          **Carlota Böhm**
                                                          **Chief U.S. Bankruptcy Judge**

                                                          FILED
                                                          7/13/21 3:35 pm
                                                          CLERK
                                                          U.S. BANKRUPTCY
                                                          COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20387-CMB

Lois Joyce Evans     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2

Date Rcvd: Jul 13, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC Mortgage A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |

District/off: 0315-2     User: gamr     Page 2 of 2
Date Rcvd: Jul 13, 2021     Form ID: pdf900     Total Noticed: 1

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
   on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

Stephen Russell Franks
   on behalf of Creditor PNC BANK N.A. amps@manleydeas.com

Stephen Russell Franks
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Thomas Song
   on behalf of Creditor PNC Bank National Association, et.al. pawb@fedphe.com

TOTAL: 10