IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 20-20387-CMB |
| LOIS JOYCE EVANS,<br>     Debtor. | Chapter 11 |
| COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF REVENUE,<br>     Movant,<br>vs. | Related to:  Document Nos. 138 and 177 |
| LOIS JOYCE EVANS,<br>     Respondent. | |

**ORDER**

**AND NOW**, on this  8th   day of     September        , 2021, it is hereby **ORDERED** that the Stipulation and Agreement Between the Debtor and the Commonwealth of Pennsylvania, Department of Revenue, is hereby **APPROVED** and incorporated within the Amended Chapter 11 Plan [ECF No. 138] as if fully set forth therein.

Any party-in-interest may file a written objection(s) to the entry of this order on or before September 22, 2021.  If any objection(s) is filed on or before September 22, 2021, a hearing will be set.  If no objection(s) is filed on or before September 22, 2021, the order shall become final effective September 23, 2021.  Movant shall serve a copy of the within order on all parties-in-interest and the mailing matrix and file a certificate of service with the Court.

Carlota M. Böhm                           glb
Chief United States Bankruptcy Judge

FILED
9/8/21 8:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20387-CMB |
| Lois Joyce Evans | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021                                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Thomas Song
    on behalf of Creditor PNC Bank  National Association, et.al. pawb@fedphe.com


TOTAL: 10