**PROCEEDING MEMO**

FILED
10/14/21 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Date:** 10/14/2021 01:30 pm

**In re:** Lois Joyce Evans

Bankruptcy No. 20-20387-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 138

**Appearances:** Brent Lemon, Jill Locnikar, Anthony T. Kovalchick, Stephen Franks

**Nature of Proceeding:** #138 Continued Confirmation Re: Chapter 11 Plan Dated 02/22/2021

**Additional Pleadings:**
#139 Amended Disclosure Statement To Accompany Plan Dated 02/22/2021
#140 Summary of Amended Chapter 11 Plan  Dated 02/22/2021
#163 Objection by USA, IRS
#164 Objection by Commonwealth of Pennsylvania, Department of Revenue
#170 Report of Voting on Debtor's Amended Chapter 11 Plan Dated 02/22/2021
#171 Proceeding Memo from 05/12/2021 Hearing - Continued to Zoom Hearing on 07/13/2021 at 1:30 p.m. Attorney Lemon to contact Attorney Kovalchick on or before 05/19/2021 to discuss status of 2019 State Tax Return.  If 2019 State Tax Return has not been filed, it must be filed immediately.
#175 Proceeding Memo from 07/13/2021 Hearing - Continued to Zoom Hearing on 09/01/2021 at 1:30 p.m. Attorney Lemon to file an Amended Plan and Stipulation before the continued hearing once the outstanding issues are resolved..
#177 Stipulation and Agreement Between The Debtor and The Commonwealth of Pennsylvania, Department of Revenue
#178 Proceeding Memo from 09/01/2021 Hearing - Continued to 10/14/2021 at 1:30 p.m. via Zoom.  Attorney Lemon to file Status Report on or before 10/01/2021. Continued Hearing on 10/14/2021 may be canceled if Amended Plan is filed and if Status Report indicates that all outstanding issues have been resolved with the IRS.
#180 Order Signed 09/08/2021 Approving Stipulation at Docket #177
#182 TEXT ORDER:  And now, this 7th day of October, 2021, whereas Attorney Lemon was directed at the hearing held 09/01/2021, to file a Status Report on or before 10/01/2021, following the meeting among Counsel, Debtor, and the IRS representing working on the matters related to this case, and whereas a Status Report has not yet been filed, it is hereby ORDERED, ADJUDGED, and DECREED that Attorney Lemon shall file the Status Report on or before 10/11/2021, so that the Court can determine how to proceed with respect to the upcoming hearing on 10/14/2021.
#183 Status Report filed by Debtor
#184  Stipulation regarding Objection to Confirmation

**Judge's Notes:**
- Lemon: Preparing to enter into stip with JP Morgan. Believe with the stips have resolved all classes except general unsecured.
- If stip entered with JP Morgan, can be approved on negative notice.
- Attorney Lemon to use the Court's form for ballot summary on the amended plan to be filed and identify if a cramdown hearing is needed.

OUTCOME:
- Amended plan to be filed by 11/12 incorporating stips. Plan at Doc. No. 138 is moot.
- By Monday 10/18, corrected stip to be filed with the IRS as there appear to be typographical errors in paragraphs 1 and 4. When re-filed, Court will enter on negative notice. Attorney Lemon to serve after approved with negative notice language.
- Re stip with the Commonwealth, no certificate of service was filed after stip was approved with negative notice language. Attorney Lemon to file new proposed order with negative notice language and Attorney Lemon to serve after order is entered.

Carlota Böhm
Chief U.S. Bankruptcy Judge