# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 20-20387-CMB |
| LOIS JOYCE EVANS,<br>    Debtor. | Chapter 11 |
| COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF REVENUE,<br>    Movant, | Hearing Date: October 14, 2021<br>Hearing Time: 1:30 P.M. |
| vs. | Related to Document No. 138, 177 |
| LOIS JOYCE EVANS,<br>    Respondent. | |

## ORDER

**AND NOW**, on this _____ day of _____, 2021, it is hereby

**ORDERED** that the Stipulation and Agreement Between the Debtor and the Commonwealth of Pennsylvania, Department of Revenue, is hereby **APPROVED\*** and incorporated within the Amended Chapter 11 Plan [ECF No. 138] as if fully set forth therein.

By the Court:

_____
Carlota M. Böhm
Chief United States Bankruptcy Judge

\*Any party in interest may file a written objection(s) to the entry of this order on or before November 4, 2021.  If any objection(s) is filed on or before November 4, 2021, a hearing shall be scheduled by the Court.  If no objection(s) is filed on or before November 4, 2021, the within order shall become final effective November 5, 2021.  Movant, shall immediately serve a copy of the within order on all parties-in-interest and the mailing matrix and file a certificate of service with the Court.