## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans | ) | Bankruptcy No. 20-20387-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |

### SUMMARY OF AMENDED CHAPTER 11 PLAN DATED NOVEMBER 12 , 2021

Debtor, Lois Joyce Evans, by and through his counsel, submits this Summary of her Chapter 11 Plan dated November 12, 2021 ("Plan'). The following is merely a brief overview of the material provisions of the Plan, and is qualified in its entirety by reference to the full text of the Plan.

The Plan provides for the classification and treatment of claims against interests in the Debtor. The Plan designates seven (7) classes of claims and interests, which classify all claims and interests against the Debtor. The Plan provides for the following treatment of claims and interests:

- <u>Class 1: Administrative Claimants</u>:  Paid in full.

- <u>Class 2, Secured Claims of PNC Bank, NA (Proof of Claim No. 12 and 10) (Unimpaired).</u>)
    - PNC Bank first and second mortgages are to be paid at contract terms with arrears to be cured as per stipulation.

- <u>Class 3: Class 3, Internal Revenue Service (Secured Claim portion of claim 7) (Impaired).</u>)
    - Internal Revenue Service's secured claim of $227,954.18 shall be paid over 7 years at 3% interest as per the stipulation entered into by Debtor and Internal Revenue service at docket number 190.

- <u>Class 4, Internal Revenue Service (Priority Claim portion of claim 7) (Impaired).</u>:
-   Priority claim of $304,225.45, shall be paid over 5 years with 60 monthly payments of $5,494.03 as per the stipulation entered into by Debtor and Internal Revenue service at docket number 190.
- <u>Class 5: Pennsylvania Department of Revenue (Secured Claim 2) (Impaired)</u>:
    - Pa Dept of Rev.secured claim of $227,954.18 to be paid over 7 years at 3% interest, incorporating the terms of the stipulation entered into by the Debtor and the Pennsylvania Department of Revenue at docket number 177..
- <u>Class 6:  JP Morgan Chase Bank, NA (Secured Claim 6) (Impaired)</u>
    - Secured claim to be paid over a term of 5 years at 4% interest.

- <u>Class 7:  General Unsecured Claims (Impaired)</u>
    - To be paid a total of $20,000 over five years.

Dated: November 12, 2021

Respectfully submitted,
*/s/ Brian C. Thompson*
Thompson Law Group, P.C.
Brian C. Thompson, Esquire
PA I.D. No. 91197
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
Telephone: 724-799-8404
*Counsel to Debtors*
bthompson@thompsonattorney.com