**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  **Lois Joyce Evans,**                  :                  **Case No.: 20-20387-CMB**
                                                     :
                                                     :                  **Reporting Period:  June, 2021**
                                                     :
                                                     :                  **Chapter 11**

## MONTHLY OPERATING REPORT

UNITED STATES BANKRUPTCY COURT

WESTERN  DISTRICT OF  PENNSYLVAN

WESTERN DISTRICT OF PENNSYLVANIA

In Re. Evans, Lois Joyce §
§
_____ §
Debtor(s) §

Case No.  20-20387  _____

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2021  _____

Petition Date: 01/31/2020  _____

Months Pending: 17  _____

Industry Classification: [ 0 ][ 0 ][ 0 ][ 0 ]

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0  _____

Debtor's Full-Time Employees (as of date of order for relief):          0  _____

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Brian C. Thompson  _____
Signature of Responsible Party

12/07/2021  _____
Date

BRIAN C. THOMPSON
Printed Name of Responsible Party

THOMPSON LAW GROUP, P.C.
125 WARRENDALE-BAYNE ROAD, SUITE #200
WARRENDALE, PA 15086
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)          1

Debtor's Name Evans, Lois Joyce                                    Case No. 20-20387

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (06/07/2021)                    2

Debtor's Name Evans, Lois Joyce                                    Case No. 20-20387

## Part 5: Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $14,790 | $0 | $14,790 |
|   | *Itemized Breakdown by Firm* | | | | | |
|   |   | Firm Name | Role | | | |
|   | i | THOMPSON LAW GROUP | Lead Counsel | $0 | $14,790 | $0 | $14,790 |
|   | ii | WILKE & ASSOCIATES | Financial Professional | $0 | $0 | $0 | $0 |

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
|   | *Itemized Breakdown by Firm* | | | | | |
|   |   | Firm Name | Role | | | |
|   | i | | | | | | |
|   | ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

|   |   | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ◉ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:      Worker's compensation insurance? | Yes ○  No ◉ | |
|   |      If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) | |
|   |      Casualty/property insurance? | Yes ○  No ◉ | |
|   |      If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) | |
|   |      General liability insurance? | Yes ○  No ◉ | |
|   |      If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉  No ○ | |

Debtor's Name Evans, Lois Joyce                                                                    Case No. 20-20387

| | | | | |
|---|---|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ⦿ | No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿ | No ○ | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $5,957 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $1 |
| d. | Total income in the reporting period (a+b+c) | $5,958 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $15,072 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $15,072 |
| j. | Difference between total income and total expenses (d-i) | $-9,114 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

Lois Joyce Evans                                                              LOIS JOYCE EVANS
_____                      _____
Signature of Responsible Party                                     Printed Name of Responsible Party

DEBTOR                                                                        12/07/2021
_____                      _____
Title                                                                               Date

**EVERYTHING SAVINGS (INGS), Period Ending 06/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 09/09/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,157.32 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (2) | 500.22 |
| Statement ending balance | 1,657.54 |
| | |
| Uncleared transactions as of 06/21/2021 | 1.40 |
| Register balance as of 06/21/2021 | 1,658.94 |
| Cleared transactions after 06/21/2021 | 0.00 |
| Uncleared transactions after 06/21/2021 | -24.61 |
| Register balance as of 09/09/2021 | 1,634.33 |

**Details**

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/15/2021 | Transfer | | | 500.00 |
| 06/21/2021 | Deposit | | | 0.22 |
| Total | | | | 500.22 |

**Additional Information**

Uncleared deposits and other credits as of 06/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/21/2020 | Deposit | | | 0.45 |
| 10/21/2020 | Deposit | | | 0.48 |
| 11/21/2020 | Deposit | | | 0.47 |
| Total | | | | 1.40 |

Uncleared checks and payments after 06/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/25/2021 | Expense | | | -250.00 |
| 06/28/2021 | Expense | | | -200.00 |
| 06/28/2021 | Expense | | | -75.00 |
| 07/08/2021 | Transfer | | | -500.00 |
| Total | | | | -1,025.00 |

Uncleared deposits and other credits after 06/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/15/2021 | Transfer | | | 500.00 |
| 07/21/2021 | Deposit | | | 0.18 |
| 08/15/2021 | Transfer | | | 500.00 |
| 08/21/2021 | Deposit | | | 0.21 |
| Total | | | | 1,000.39 |

Lois Joyce Evans

**Checking, Period Ending 06/30/2021**

**RECONCILIATION REPORT**

Reconciled on: 08/03/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 133.19 |
| Checks and payments cleared (3) | -45.99 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 87.20 |
| | |
| Register balance as of 06/30/2021 | 87.20 |
| Cleared transactions after 06/30/2021 | 0.00 |
| Uncleared transactions after 06/30/2021 | -33.15 |
| Register balance as of 08/03/2021 | 54.05 |

**Details**

Checks and payments cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/04/2021 | Check | 108 | | -33.00 |
| 06/23/2021 | Expense | | | -9.99 |
| 06/23/2021 | Expense | | | -3.00 |
| Total | | | | -45.99 |

**Additional Information**

Uncleared checks and payments after 06/30/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/13/2021 | Expense | | | -15.14 |
| 07/15/2021 | Expense | | | -5.02 |
| 07/26/2021 | Expense | | | -9.99 |
| 07/26/2021 | Expense | | | -3.00 |
| Total | | | | -33.15 |

**EVERYTHING CHECKING (9586), Period Ending 06/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 09/09/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 21,750.35 |
| Checks and payments cleared (65) | -13,715.05 |
| Deposits and other credits cleared (3) | 3,979.38 |
| Statement ending balance | 12,014.68 |
| | |
| Uncleared transactions as of 06/21/2021 | -39.51 |
| Register balance as of 06/21/2021 | 11,975.17 |
| Cleared transactions after 06/21/2021 | 0.00 |
| Uncleared transactions after 06/21/2021 | -8,628.02 |
| Register balance as of 09/09/2021 | 3,347.15 |

**Details**

Checks and payments cleared (65)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2021 | Expense | | | -14.08 |
| 06/03/2021 | Transfer | | | -350.00 |
| 06/03/2021 | Expense | | | -285.05 |
| 06/04/2021 | Expense | | | -54.44 |
| 06/05/2021 | Expense | | | -125.00 |
| 06/06/2021 | Expense | | | -21.35 |
| 06/07/2021 | Expense | | | -9.99 |
| 06/07/2021 | Expense | | | -117.79 |
| 06/07/2021 | Expense | | | -5.67 |
| 06/07/2021 | Expense | | | -61.43 |
| 06/07/2021 | Expense | | | -5.88 |
| 06/07/2021 | Expense | | | -38.89 |
| 06/08/2021 | Expense | | | -37.09 |
| 06/08/2021 | Expense | | | -149.50 |
| 06/08/2021 | Expense | | | -97.99 |
| 06/09/2021 | Expense | | | -6.20 |
| 06/10/2021 | Expense | | | -58.80 |
| 06/10/2021 | Expense | | | -3.25 |
| 06/10/2021 | Expense | | | -2.00 |
| 06/10/2021 | Expense | | | -58.30 |
| 06/10/2021 | Expense | | | -3.75 |
| 06/10/2021 | Expense | | | -100.00 |
| 06/10/2021 | Check | 2175 | | -195.00 |
| 06/11/2021 | Expense | | | -10.67 |
| 06/11/2021 | Expense | | | -64.00 |
| 06/12/2021 | Expense | | | -5.48 |
| 06/12/2021 | Expense | | | -124.53 |
| 06/12/2021 | Expense | | | -58.55 |
| 06/13/2021 | Expense | | | -19.99 |
| 06/13/2021 | Expense | | | -16.04 |
| 06/13/2021 | Expense | | | -93.90 |
| 06/14/2021 | Check | 2466 | | -550.00 |
| 06/14/2021 | Expense | | | -4.24 |
| 06/14/2021 | Expense | | | -44.99 |
| 06/14/2021 | Expense | | | -0.99 |
| 06/14/2021 | Expense | | | -3.20 |
| 06/15/2021 | Expense | | | -6.23 |
| 06/15/2021 | Expense | | | -115.75 |
| 06/15/2021 | Transfer | | | -500.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/15/2021 | Expense | | | -55.99 |
| 06/16/2021 | Expense | | | -7,000.00 |
| 06/16/2021 | Expense | | | -20.51 |
| 06/16/2021 | Expense | | | -26.74 |
| 06/16/2021 | Expense | | | -2.13 |
| 06/16/2021 | Expense | | | -2.13 |
| 06/16/2021 | Expense | | | -29.02 |
| 06/16/2021 | Expense | | | -8.00 |
| 06/17/2021 | Expense | | | -55.99 |
| 06/17/2021 | Expense | | | -4.42 |
| 06/17/2021 | Transfer | | | -250.00 |
| 06/18/2021 | Expense | | | -5.00 |
| 06/18/2021 | Expense | | | -3.09 |
| 06/18/2021 | Expense | | | -19.53 |
| 06/18/2021 | Expense | | | -175.00 |
| 06/18/2021 | Expense | | | -19.26 |
| 06/18/2021 | Expense | | | -250.00 |
| 06/19/2021 | Expense | | | -12.99 |
| 06/20/2021 | Expense | | | -10.69 |
| 06/20/2021 | Expense | | | -650.00 |
| 06/20/2021 | Expense | | | -27.79 |
| 06/20/2021 | Expense | | | -650.00 |
| 06/21/2021 | Expense | | | -1,000.00 |
| 06/21/2021 | Expense | | | -6.20 |
| 06/21/2021 | Expense | | | -5.34 |
| 06/21/2021 | Expense | | | -5.22 |

Total                                                                      -13,715.05

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/15/2021 | Deposit | | | 2,978.57 |
| 06/21/2021 | Deposit | | | 0.81 |
| 06/21/2021 | Deposit | | | 1,000.00 |

Total                                                                       3,979.38

**Additional Information**

Uncleared checks and payments as of 06/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 12/26/2020 | Expense | | | -3.73 |
| 12/26/2020 | Expense | | | -3.73 |
| 12/29/2020 | Expense | | | -32.05 |

Total                                                                        -39.51

Uncleared checks and payments after 06/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/22/2021 | Expense | | | -9.48 |
| 06/22/2021 | Expense | | | -73.49 |
| 06/22/2021 | Expense | | | -15.15 |
| 06/22/2021 | Expense | | | -75.00 |
| 06/22/2021 | Expense | | | -24.99 |
| 06/23/2021 | Expense | | | -20.44 |
| 06/23/2021 | Expense | | | -341.00 |
| 06/23/2021 | Expense | | | -225.00 |
| 06/23/2021 | Expense | | | -308.94 |
| 06/24/2021 | Expense | | | -74.99 |
| 06/24/2021 | Expense | | | -110.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/24/2021 | Expense | | | -30.21 |
| 06/26/2021 | Expense | | | -264.67 |
| 06/26/2021 | Expense | | | -278.50 |
| 06/27/2021 | Expense | | | -48.10 |
| 06/28/2021 | Expense | | | -86.60 |
| 06/28/2021 | Expense | | | -3.73 |
| 06/28/2021 | Expense | | | -3.73 |
| 06/28/2021 | Expense | | | -64.50 |
| 06/28/2021 | Expense | | | -151.00 |
| 06/28/2021 | Expense | | | -8.35 |
| 06/28/2021 | Expense | | | -93.01 |
| 06/29/2021 | Expense | | | -5.33 |
| 07/02/2021 | Expense | | | -1,500.00 |
| 07/02/2021 | Expense | | | -261.82 |
| 07/05/2021 | Expense | | | -9.99 |
| 07/05/2021 | Expense | | | -10.68 |
| 07/05/2021 | Expense | | | -43.34 |
| 07/08/2021 | Expense | | | -606.50 |
| 07/08/2021 | Expense | | | -56.27 |
| 07/08/2021 | Expense | | | -16.88 |
| 07/09/2021 | Expense | | | -149.50 |
| 07/10/2021 | Expense | | | -53.48 |
| 07/10/2021 | Expense | | | -101.62 |
| 07/12/2021 | Expense | | | -10.67 |
| 07/12/2021 | Expense | | | -5.34 |
| 07/12/2021 | Expense | | | -400.17 |
| 07/12/2021 | Expense | | | -19.95 |
| 07/13/2021 | Expense | | | -86.73 |
| 07/13/2021 | Expense | | | -350.41 |
| 07/14/2021 | Expense | | | -12.93 |
| 07/14/2021 | Expense | | | -44.28 |
| 07/14/2021 | Expense | | | -0.99 |
| 07/14/2021 | Expense | | | -275.00 |
| 07/15/2021 | Transfer | | | -500.00 |
| 07/16/2021 | Expense | | | -59.28 |
| 07/16/2021 | Expense | | | -2,000.00 |
| 07/17/2021 | Expense | | | -62.93 |
| 07/18/2021 | Expense | | | -2.00 |
| 07/18/2021 | Expense | | | -49.98 |
| 07/19/2021 | Expense | | | -43.79 |
| 07/19/2021 | Expense | | | -10.69 |
| 07/19/2021 | Expense | | | -625.00 |
| 07/19/2021 | Expense | | | -4.00 |
| 07/19/2021 | Expense | | | -6.61 |
| 07/19/2021 | Transfer | | | -150.00 |
| 07/19/2021 | Expense | | | -250.00 |
| 07/19/2021 | Expense | | | -251.38 |
| 07/20/2021 | Expense | | | -1,474.24 |
| 07/21/2021 | Expense | | | -75.00 |
| 07/21/2021 | Expense | | | -75.00 |
| 07/21/2021 | Expense | | | -73.49 |
| 07/22/2021 | Expense | | | -20.00 |
| 07/24/2021 | Expense | | | -155.58 |
| 07/26/2021 | Expense | | | -48.10 |
| 07/26/2021 | Expense | | | -3.73 |
| 07/26/2021 | Expense | | | -3.73 |
| 07/26/2021 | Expense | | | -46.41 |
| 07/26/2021 | Expense | | | -15.60 |
| 07/26/2021 | Expense | | | -151.00 |
| 07/26/2021 | Expense | | | -15.98 |
| 07/27/2021 | Expense | | | -11.65 |
| 07/27/2021 | Expense | | | -64.50 |
| 07/27/2021 | Expense | | | -1,283.87 |
| 07/28/2021 | Expense | | | -25.00 |

| DATE | TYPE | REF. NO. | PAYEE | AMOUNT (USD) |
|------|------|----------|-------|--------------|
| 07/28/2021 | Expense | | | -7.47 |
| 07/28/2021 | Expense | | | -47.74 |
| 07/28/2021 | Expense | | | -20.71 |
| 07/29/2021 | Expense | | | -801.00 |
| 07/29/2021 | Expense | | | -150.00 |
| 07/30/2021 | Expense | | | -57.32 |
| 07/30/2021 | Expense | | | -32.05 |
| 07/30/2021 | Expense | | | -87.77 |
| 07/30/2021 | Expense | | | -34.08 |
| 07/30/2021 | Expense | | | -1.07 |
| 07/31/2021 | Expense | | | -75.00 |
| 07/31/2021 | Expense | | | -44.97 |
| 07/31/2021 | Expense | | | -80.59 |
| 07/31/2021 | Transfer | | | -350.00 |
| 07/31/2021 | Expense | | | -750.00 |
| 07/31/2021 | Expense | | | -250.00 |
| 08/01/2021 | Expense | | | -337.68 |
| 08/01/2021 | Expense | | | -148.88 |
| 08/02/2021 | Expense | | | -250.00 |
| 08/02/2021 | Expense | | | -880.00 |
| 08/02/2021 | Expense | | | -1,229.00 |
| 08/03/2021 | Expense | | | -13.08 |
| 08/03/2021 | Expense | | | -131.27 |
| 08/03/2021 | Expense | | | -23.99 |
| 08/03/2021 | Expense | | | -649.98 |
| 08/03/2021 | Expense | | | -23.19 |
| 08/03/2021 | Expense | | | -14,000.00 |
| 08/04/2021 | Expense | | | -10.67 |
| 08/04/2021 | Expense | | | -9.99 |
| 08/04/2021 | Expense | | | -100.00 |
| 08/04/2021 | Expense | | | -12.00 |
| 08/04/2021 | Expense | | | -75.00 |
| 08/05/2021 | Expense | | | -92.52 |
| 08/06/2021 | Expense | | | -75.00 |
| 08/06/2021 | Expense | | | -26.70 |
| 08/07/2021 | Expense | | | -550.00 |
| 08/09/2021 | Expense | | | -10.67 |
| 08/09/2021 | Expense | | | -100.00 |
| 08/09/2021 | Check | 2468 | | -8,438.00 |
| 08/10/2021 | Expense | | | -149.50 |
| 08/10/2021 | Expense | | | -86.04 |
| 08/11/2021 | Expense | | | -5.34 |
| 08/11/2021 | Expense | | | -15.41 |
| 08/11/2021 | Expense | | | -115.00 |
| 08/12/2021 | Expense | | | -839.60 |
| 08/12/2021 | Expense | | | -353.00 |
| 08/12/2021 | Expense | | | -2,908.22 |
| 08/13/2021 | Expense | | | -400.00 |
| 08/13/2021 | Expense | | | -250.00 |
| 08/13/2021 | Expense | | | -7.48 |
| 08/13/2021 | Expense | | | -83.00 |
| 08/13/2021 | Expense | | | -160.00 |
| 08/14/2021 | Expense | | | -4.22 |
| 08/14/2021 | Expense | | | -13.02 |
| 08/14/2021 | Expense | | | -32.98 |
| 08/15/2021 | Transfer | | | -500.00 |
| 08/15/2021 | Expense | | | -0.99 |
| 08/16/2021 | Expense | | | -27.04 |
| 08/16/2021 | Expense | | | -46.44 |
| 08/16/2021 | Expense | | | -276.82 |
| 08/16/2021 | Expense | | | -19.00 |
| 08/16/2021 | Expense | | | -21.60 |
| 08/16/2021 | Expense | | | -15.50 |
| 08/16/2021 | Expense | | | -61.45 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/16/2021 | Expense | | | -868.30 |
| 08/17/2021 | Expense | | | -36.00 |
| 08/17/2021 | Expense | | | -25.12 |
| 08/17/2021 | Expense | | | -250.00 |
| 08/17/2021 | Expense | | | -26.00 |
| 08/18/2021 | Expense | | | -25.77 |
| 08/18/2021 | Expense | | | -30.50 |
| 08/19/2021 | Expense | | | -705.30 |
| 08/19/2021 | Expense | | | -45.93 |
| 08/19/2021 | Expense | | | -10.69 |
| 08/19/2021 | Expense | | | -29.47 |
| 08/19/2021 | Expense | | | -277.95 |
| 08/20/2021 | Expense | | | -21.58 |
| 08/20/2021 | Expense | | | -28.23 |
| 08/20/2021 | Expense | | | -30.00 |
| 08/20/2021 | Expense | | | -47.70 |
| 08/20/2021 | Check | 2469 | | -4,500.00 |
| 08/23/2021 | Expense | | | -73.49 |
| 08/23/2021 | Expense | | | -7.26 |
| 08/23/2021 | Expense | | | -5.02 |
| 08/24/2021 | Expense | | | -1,000.00 |
| 08/24/2021 | Transfer | | | -300.00 |
| 08/24/2021 | Expense | | | -23.17 |
| 08/24/2021 | Expense | | | -112.31 |
| 08/25/2021 | Expense | | | -56.00 |
| 08/26/2021 | Expense | | | -200.00 |
| 08/26/2021 | Expense | | | -64.50 |
| 08/26/2021 | Expense | | | -151.00 |
| 08/26/2021 | Expense | | | -4.03 |
| 08/26/2021 | Expense | | | -20.32 |
| 08/26/2021 | Expense | | | -52.88 |
| 08/26/2021 | Expense | | | -77.64 |
| 08/26/2021 | Expense | | | -3.73 |
| 08/26/2021 | Expense | | | -3.73 |
| 08/26/2021 | Expense | | | -5.27 |
| 08/27/2021 | Expense | | | -48.84 |
| 08/27/2021 | Expense | | | -75.00 |
| 08/27/2021 | Expense | | | -18.00 |
| 08/27/2021 | Expense | | | -199.98 |
| 08/27/2021 | Expense | | | -3,500.00 |
| 08/27/2021 | Check | 2470 | | -250.00 |
| 08/27/2021 | Check | 2471 | | -6,000.00 |
| 08/28/2021 | Expense | | | -125.00 |
| 08/28/2021 | Expense | | | -225.00 |
| 08/30/2021 | Expense | | | -29.92 |
| 09/01/2021 | Expense | | | -58.27 |
| 09/01/2021 | Expense | | | -120.00 |
| 09/02/2021 | Expense | | | -5.00 |
| 09/03/2021 | Expense | | | -36.39 |
| 09/03/2021 | Expense | | | -9.08 |

| Total | | | | -70,079.71 |
|---|---|---|---|---|

Uncleared deposits and other credits after 06/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/30/2021 | Deposit | | | 2,978.56 |
| 07/15/2021 | Deposit | | | 5,676.40 |
| 07/21/2021 | Deposit | | | 0.44 |
| 07/30/2021 | Deposit | | | 48,857.09 |
| 08/16/2021 | Deposit | | | 52.10 |
| 08/21/2021 | Deposit | | | 1.00 |
| 08/27/2021 | Deposit | | | 386.10 |

| DATE | TYPE | | AMOUNT (USD) |
|------|------|---|---|
| 08/27/2021 | Deposit | | 3,500.00 |
| Total | | | 61,451.69 |

# Dollar Bank
### Since 1855

L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:        1674599586
STATEMENT DATE:        05/22/21 THRU 06/21/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 20,850.92 | 15,794.19 | 6,957.95 | 12,014.68 | 19,115.21 | 0.05% | 0.81 |
| EVERYTHING SV | 1,157.32 | 0.00 | 500.22 | 1,657.54 | 1,270.22 | 0.20% | 0.22 |

## SEQUENTIAL CHECK LISTING
### (*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2175 | 195.00 | 2466 * | 550.00 |  |  |  |  |

## EVERYTHING CHECKING ACTIVITY

| DATE |  | TRANSACTION DESCRIPTION | AMOUNT | DATE |  | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05/23 | POS | MARKET DI 155 To | 91.26 | 05/27 | POS | IPHONE CITIZENSO | 64.50 |
|  | PIN | Wexford        PA |  |  | MC | BRIDGEPORT      CT |  |
| 05/23 | POS | GET GO #3 140 To | 52.25 | 05/27 | POS | AMZN Mktp US*2R7 | 62.51 |
|  | PIN | Wexford        PA |  |  | MC | Amzn.com/bill   WA |  |
| 05/23 | POS | APPLE.COM/BILL | 26.73 | 05/27 | POS | Amazon.com*2R5JV | 40.54 |
|  | MC | 866-712-7753    CA |  |  | MC | Amzn.com/bill   WA |  |
| 05/24 | POS | CHICK-FIL-A #038 | 10.53 | 05/28 | DIR | CAPGEMINI  1222575929 | 2,978.57+ |
|  | MC | WEXFORD         PA |  |  |  | REG.SALARY |  |
| 05/24 | POS | VENMO | 200.00 | 06/02 | POS | MCDONALD'S F6141 | 14.08 |
|  | MC | 8558124430      NY |  |  | PIN | MARS            PA |  |
| 05/24 | ONL | TRANSFER DOLLAR BANK INTERNET | 200.00 | 06/03 | POS | STANLEY STEEMERP | 285.05 |
|  |  | TO 51674652324 |  |  | MC | 412-444-4625    PA |  |
| 05/24 | POS | AMZN Mktp US*2R3 | 40.03 | 06/03 | ONL | TRANSFER DOLLAR BANK INTERNET | 350.00 |
|  | MC | Amzn.com/bill   WA |  |  |  | TO 51674652449 |  |
| 05/25 | POS | AMZN Mktp US*2R4 | 30.73 | 06/04 | POS | GIANT-EAG Cranbe | 54.44 |
|  | MC | Amzn.com/bill   WA |  |  | PIN | Cranberry       PA |  |
| 05/25 | POS | UPMC VALET PARKI | 6.00 | 06/05 | POS | VENMO | 125.00 |
|  | MC | PITTSBURGH      PA |  |  | MC | 8558124430      NY |  |
| 05/25 | POS | BOSTON MARKET 02 | 18.49 | 06/06 | POS | APPLE.COM/BILL | 21.35 |
|  | MC | PITTSBURGH      PA |  |  | MC | 866-712-7753    CA |  |
| 05/25 | WTH | NORTH HILLS OFFICE | 1,000.00 | 06/07 | POS | BP#9622747BP OIL | 61.43 |
| 05/25 | ECK | VOGEL DISPOSAL S 5330903620 | 25.00 |  | MC | WEXFORD         PA |  |
|  |  | ACH |  | 06/07 | POS | APPLE.COM/BILL | 9.99 |
| 05/26 | POS | APPLE.COM/BILL | 3.73 |  | MC | 866-712-7753    CA |  |
|  | MC | 866-712-7753    CA |  | 06/07 | POS | ELEVEN | 38.89 |
| 05/26 | POS | APPLE.COM/BILL | 3.73 |  | MC | PITTSBURGH      PA |  |
|  | MC | 866-712-7753    CA |  | 06/07 | POS | KFC J089008 | 5.88 |
| 05/26 | POS | AMAZON.COM*2R5GJ | 30.74 |  | MC | PITTSBURGH      PA |  |
|  | PIN | SEATTLE         WA |  | 06/07 | POS | RITE AID 11916 | 5.67 |
| 05/26 | POS | APPLE.COM/BILL | 21.37 |  | PIN | PITTSBURGH      PA |  |
|  | MC | 866-712-7753    CA |  | 06/07 | POS | AMZN Mktp US*2X0 | 117.79 |
| 05/26 | DIR | NEW YORK LIFE  1135582869 | 151.00 |  | MC | Amzn.com/bill   WA |  |
|  |  | INS. PREM. |  | 06/08 | POS | CVS/PHARM 02449- | 37.09 |
|  |  |  |  |  | PIN | Wexford         PA |  |



1674599586                                                                    PAGE    2

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|---|---|---|------|---|---|---|
| 06/08 | POS | VENUS.COM | 97.99 | 06/16 | POS | APPLE.COM/BILL | 2.13 |
| | MC | WWW.VENUS.COM    FL | | | MC | 866-712-7753    CA | |
| 06/08 | ECK | ARMSTRONG UTIL 1222528268 | 149.50 | 06/16 | POS | CVS/PHARMACY #02 | 20.51 |
| | | 8772775711 | | | MC | 800-746-7287    PA | |
| 06/09 | POS | CVS/PHARMACY #02 | 6.20 | 06/16 | POS | APPLE.COM/BILL | 2.13 |
| | MC | WEXFORD       PA | | | MC | 866-712-7753    CA | |
| 06/10 | POS | RITAS #676 | 3.75 | 06/16 | POS | WENDYS 574 | 8.00 |
| | MC | WEXFORD       PA | | | PIN | WEXFORD       PA | |
| 06/10 | POS | RITAS #676 | 3.25 | 06/16 | POS | T-BONES | 29.02 |
| | MC | WEXFORD       PA | | | PIN | WEXFORD       PA | |
| 06/10 | POS | MERCY PARKING | 2.00 | 06/16 | POS | Amazon.com*21643 | 26.74 |
| | MC | PITTSBURGH    PA | | | MC | Amzn.com/bill  WA | |
| 06/10 | POS | AMAZON.COM*2X2YA | 58.80 | 06/16 | ECK | PNC MAKE A PMT 4310856949 | 7,000.00 |
| | PIN | SEATTLE       WA | | | | LOAN PYMT | |
| 06/10 | ONL | TRANSFER DOLLAR BANK INTERNET | 100.00 | 06/17 | POS | Soma | 55.99 |
| | | TO 51674652324 | | | MC | 888-855-4986   FL | |
| 06/10 | POS | RITE AID 11916 | 58.30 | 06/17 | POS | Joe  The Juice P | 4.42 |
| | PIN | PITTSBURGH    PA | | | MC | Pittsburgh    PA | |
| 06/10 | CHK | 2175  SEQ# 18004788 | 195.00 | 06/17 | ONL | TRANSFER DOLLAR BANK INTERNET | 250.00 |
| 06/11 | POS | LA STUDIO NAIL & | 64.00 | | | TO 51674652449 | |
| | MC | PITTSBURGH    PA | | 06/18 | POS | SQ *ABBOTT'S FRO | 19.26 |
| 06/11 | POS | APPLE.COM/BILL | 10.67 | | MC | Charlotte     NC | |
| | MC | 866-712-7753    CA | | 06/18 | POS | BRUEGGERS 3860 | 3.09 |
| 06/12 | POS | SALLY BEAUTY #32 | 5.48 | | MC | PITTSBURGH    PA | |
| | PIN | CRANBERRY TWP  PA | | 06/18 | POS | PPAP OLIVER GARA | 5.00 |
| 06/12 | POS | MARSHALLS 20111 | 124.53 | | MC | PITTSBURGH    PA | |
| | PIN | CRANBERRY TWP  PA | | 06/18 | POS | VENMO | 175.00 |
| 06/12 | POS | SUNOCO 03114600 | 58.55 | | MC | 8558124430    NY | |
| | PIN | NEW SPRINGFIE  OH | | 06/18 | POS | MCDONALD'S F3750 | 19.53 |
| 06/13 | POS | MARKET DI 155 To | 93.90 | | PIN | CONCORD       NC | |
| | PIN | Wexford       PA | | 06/18 | POS | VENMO | 250.00 |
| 06/13 | POS | MARKET DI 155 To | 19.99 | | MC | 8558124430    NY | |
| | PIN | Wexford       PA | | 06/19 | POS | CHICK-FIL-A #039 | 12.99 |
| 06/13 | POS | AMZN Mktp US*212 | 16.04 | | MC | CHARLOTTE     NC | |
| | MC | Amzn.com/bill  WA | | 06/20 | POS | CASH APP*JOHN AL | 650.00 |
| 06/14 | POS | APPLE.COM/BILL | 3.20 | | MC | 877-417-4551   PA | |
| | MC | 866-712-7753    CA | | 06/20 | POS | APPLE.COM/BILL | 10.69 |
| 06/14 | POS | CVS/PHARMACY #02 | 44.99 | | MC | 866-712-7753    CA | |
| | MC | 800-746-7287    PA | | 06/20 | POS | CASH APP*DWAYNE | 650.00 |
| 06/14 | POS | WENDYS 573 | 4.24 | | MC | 4153753176     CA | |
| | PIN | CRANBERRY TWP  PA | | 06/20 | POS | APPLE.COM/BILL | 27.79 |
| 06/14 | POS | APPLE.COM/BILL | 0.99 | | MC | 866-712-7753    CA | |
| | MC | 866-712-7753    CA | | 06/21 | POS | APPLE.COM/BILL | 5.34 |
| 06/14 | CHK | 2466  SEQ# 18004884 | 550.00 | | MC | 866-712-7753    CA | |
| 06/15 | DIR | CAPGEMINI  1222575929 | 2,978.57+ | 06/21 | ZEL | ZELLE TO SANDERS,ANDRE | 1,000.00 |
| | | REG,SALARY | | 06/21 | POS | AMYS HALLMARK SH | 6.20 |
| 06/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00 | | MC | CONCORD       NC | |
| | | TO 41674599586 | | 06/21 | POS | MCDONALD'S F3750 | 5.22 |
| 06/15 | POS | Soma | 55.99 | | PIN | CONCORD       NC | |
| | MC | 888-855-4986   FL | | 06/21 | ZEL | ZELLE FROM Michaelle,Monica | 1,000.00+ |
| 06/15 | POS | DAIRY QUEEN #179 | 6.23 | 06/21 | INT | INTEREST CREDIT | 0.81+ |
| | MC | CRANBERRY TOW  PA | | | | | |
| 06/15 | POS | MARSHALLS 20111 | 115.75 | | | | |
| | PIN | CRANBERRY TWP  PA | | | | | |

## EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|---|---|---|------|---|---|---|
| 06/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00+ | 06/21 | INT | INTEREST CREDIT | 0.22+ |
| | | FROM 51674599586 | | | | | |



1674599586                                                                                           PAGE    3

2021 TAX INFORMATION:
EVERYTHING CK:    INTEREST CREDITED YEAR-TO-DATE      2.90+     INTEREST WITHHELD YEAR-TO-DATE            0.00
EVERYTHING SV:    INTEREST CREDITED YEAR-TO-DATE      0.85+     INTEREST WITHHELD YEAR-TO-DATE            0.00

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

ACCOUNT BALANCES MAINTAINED DURING MAY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $18,771.78 | $26,056.05 | $657.19 | $931.42 | $26,987.47 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR MAY

THERE ARE NO CHARGES FOR BANKING CARD USE IN MAY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -NON-DOLLAR ATM ACTIVITY | 1 | .00 | | |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 9 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 43 | .00 | | |
| THE TOTAL CHARGE: | 53 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR MAY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 06/16/2021**

**RECONCILIATION REPORT**

Reconciled on: 09/09/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 23.86 |
| Checks and payments cleared (7) | -337.47 |
| Deposits and other credits cleared (1) | 350.00 |
| Statement ending balance | 36.39 |
| | |
| Register balance as of 06/16/2021 | 36.39 |
| Cleared transactions after 06/16/2021 | 0.00 |
| Uncleared transactions after 06/16/2021 | -1.32 |
| Register balance as of 09/09/2021 | 35.07 |

**Details**

Checks and payments cleared (7)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/03/2021 | Expense | | | -36.00 |
| 06/03/2021 | Expense | | | -74.76 |
| 06/08/2021 | Expense | | | -82.55 |
| 06/09/2021 | Expense | | | -41.61 |
| 06/11/2021 | Expense | | | -9.78 |
| 06/13/2021 | Expense | | | -78.79 |
| 06/16/2021 | Expense | | | -13.98 |
| Total | | | | -337.47 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/03/2021 | Transfer | | | 350.00 |
| Total | | | | 350.00 |

**Additional Information**

Uncleared checks and payments after 06/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/17/2021 | Expense | | | -24.61 |
| 06/18/2021 | Expense | | | -9.83 |
| 06/22/2021 | Expense | | | -11.01 |
| 06/24/2021 | Expense | | | -9.78 |
| 06/24/2021 | Expense | | | -25.33 |
| 06/25/2021 | Expense | | | -17.52 |
| 06/26/2021 | Expense | | | -9.78 |
| 06/27/2021 | Expense | | | -66.77 |
| 06/28/2021 | Expense | | | -20.04 |
| 06/30/2021 | Expense | | | -37.47 |
| 07/01/2021 | Expense | | | -36.00 |
| 07/01/2021 | Expense | | | -86.18 |
| 07/04/2021 | Expense | | | -36.00 |
| 07/04/2021 | Expense | | | -70.24 |
| 07/07/2021 | Expense | | | -36.00 |
| 07/08/2021 | Expense | | | -46.02 |
| 07/08/2021 | Expense | | | -36.00 |
| 07/13/2021 | Expense | | | -40.77 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/13/2021 | Expense | | | -28.59 |
| 07/15/2021 | Expense | | | -76.26 |
| 07/16/2021 | Expense | | | -38.00 |
| 07/17/2021 | Expense | | | -36.00 |
| 07/17/2021 | Expense | | | -38.75 |
| 07/25/2021 | Expense | | | -16.85 |
| 07/29/2021 | Expense | | | -57.64 |
| 07/30/2021 | Expense | | | -10.02 |
| 08/01/2021 | Expense | | | -32.39 |
| 08/02/2021 | Expense | | | -9.97 |
| 08/04/2021 | Expense | | | -13.98 |
| 08/04/2021 | Expense | | | -34.90 |
| 08/04/2021 | Expense | | | -40.05 |
| 08/13/2021 | Expense | | | -41.66 |
| 08/14/2021 | Expense | | | -26.55 |
| 08/17/2021 | Expense | | | -86.64 |
| 08/19/2021 | Expense | | | -14.55 |
| 08/20/2021 | Expense | | | -18.56 |
| 08/23/2021 | Expense | | | -20.97 |
| 08/23/2021 | Expense | | | -36.00 |
| 08/23/2021 | Expense | | | -64.84 |
| 08/25/2021 | Expense | | | -9.88 |
| 08/26/2021 | Expense | | | -16.00 |
| 08/27/2021 | Expense | | | -26.99 |
| 08/27/2021 | Expense | | | -18.19 |
| 08/30/2021 | Expense | | | -68.08 |
| 09/02/2021 | Expense | | | -25.42 |
| 09/02/2021 | Expense | | | -44.55 |

Total                                                                    -1,571.63

Uncleared deposits and other credits after 06/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/17/2021 | Transfer | | | 250.00 |
| 07/08/2021 | Transfer | | | 500.00 |
| 07/16/2021 | Deposit | | | 20.31 |
| 07/19/2021 | Transfer | | | 150.00 |
| 07/31/2021 | Transfer | | | 350.00 |
| 08/24/2021 | Transfer | | | 300.00 |

Total                                                                     1,570.31

# Dollar Bank
### Since 1855

L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:       1674652449
STATEMENT DATE:       05/17/21 THRU 06/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 123.80 | 687.41 | 600.00 | 36.39 | 150.94 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05/17 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 250.00+ | 06/03 | POS PIN | MARKET DI 155 To Wexford        PA | 74.76 |
| 05/17 | POS PIN | MARKET DI 155 To Wexford        PA | 106.06 | 06/03 06/03 | FEE ONL | POS OVERDRAFT FEE TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 36.00 350.00+ |
| 05/17 | POS PIN | GETGO #30 10500 Wexford        PA | 9.78 | 06/08 | POS PIN | GIANT-EAG Cranbe Cranberry      PA | 82.55 |
| 05/19 | POS PIN | BP#1841113CRANB CRANBERRY TWP   PA | 9.85 | 06/09 | POS MC | FRESH THYME #453 CRANBERRY      PA | 41.61 |
| 05/21 | POS PIN | LOWE'S #3051 PITTSBURG       PA | 20.97 | 06/11 | POS PIN | SHEETZ 0277 WEXFORD        PA | 9.78 |
| 05/24 | POS PIN | MARKET DI 155 To Wexford        PA | 88.06 | 06/13 | POS PIN | MARKET DI 155 To Wexford        PA | 78.79 |
| 05/28 | POS PIN | GIANT-EAG Cranbe Cranberry      PA | 64.26 | 06/16 | POS PIN | LOWE'S #653 CRANBERRY TWN   PA | 13.98 |
| 05/29 | POS MC | FRESH THYME #453 CRANBERRY      PA | 35.29 | | | | |
| 05/30 | POS PIN | SHEETZ 0277 WEXFORD        PA | 15.67 | | | | |

### NO SAVINGS ACTIVITY

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 36.00 | 504.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



1674652449

PAGE    2

ACCOUNT BALANCES MAINTAINED DURING MAY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $126.22- | $105.13 | $0.00 | $0.00 | $105.13 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR MAY

THERE ARE NO CHARGES FOR BANKING CARD USE IN MAY

| | CHECKING # OF USES | CHECKING TOTAL CHARGED | SAVINGS # OF USES | SAVINGS TOTAL CHARGED |
|---|---|---|---|---|
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 11 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 3 | .00 | | |
| THE TOTAL CHARGE: | 14 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR MAY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK



ANDRE R SANDERS JR OR
L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:     1674652324
STATEMENT DATE:     05/17/21 THRU 06/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 263.12 | 1,132.78 | 891.03 | 21.37 | 105.72 | 0.00% | 0.00 |

### FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05/20 | POS | SHEETZ 0277 | 31.87 | 06/03 | ONL | MOBILE DEPOSIT O1 | 354.00+ |
| | PIN | WEXFORD       PA | | 06/03 | POS | BP#9622747BP O1 | 1.27 |
| 05/22 | POS | CASH APP*STAN SM | 20.00 | | PIN | WEXFORD       PA | |
| | MC | 4153753176    CA | | 06/04 | POS | SHEETZ 0617 | 10.47 |
| 05/22 | POS | CHICK-FIL-A #038 | 18.33 | | PIN | SEWICKLEY     PA | |
| | MC | WEXFORD       PA | | 06/04 | POS | BP#9622747BP OIL | 15.01 |
| 05/22 | POS | SHEETZ 0617 | 17.16 | | MC | WEXFORD       PA | |
| | PIN | SEWICKLEY     PA | | 06/04 | POS | LOCAL BAR & KITC | 12.70 |
| 05/22 | ADJ | VENMO*Sanders An | 75.74+ | | MC | PITTSBURGH    PA | |
| | PIN | New York City  NY | | 06/04 | POS | CARSON CITY SALO | 8.18 |
| 05/22 | POS | TARGET T- 9805 M | 130.52 | | MC | PITTSBURGH    PA | |
| | PIN | Pittsburgh    PA | | 06/04 | POS | LOCAL BAR & KITC | 7.08 |
| 05/23 | POS | TEQUILA COWBOY P | 18.75 | | MC | PITTSBURGH    PA | |
| | MC | PITTSBURGH    PA | | 06/06 | ADJ | VENMO*Sanders An | 59.40+ |
| 05/23 | POS | TST* TWELVE WHIS | 5.08 | | PIN | New York City  NY | |
| | MC | PITTSBURGH    PA | | 06/06 | POS | SHEETZ 0277 | 17.51 |
| 05/23 | POS | TEQUILA COWBOY P | 13.50 | | PIN | WEXFORD       PA | |
| | MC | PITTSBURGH    PA | | 06/07 | POS | ICHIBAN STEAKHOU | 89.48 |
| 05/23 | POS | TST* TWELVE WHIS | 8.56 | | MC | WEXFORD       PA | |
| | MC | PITTSBURGH    PA | | 06/07 | POS | LOCAL BAR & KITC | 16.05 |
| 05/24 | POS | CENCIS PIZZERIA | 36.50 | | MC | PITTSBURGH    PA | |
| | MC | WEXFORD       PA | | 06/07 | POS | TST* MARIO S SOU | 36.26 |
| 05/24 | POS | BP#9622747BP OIL | 20.01 | | MC | PITTSBURGH    PA | |
| | MC | WEXFORD       PA | | 06/07 | POS | SAL'S PIZZA | 14.49 |
| 05/24 | POS | TEQUILA COWBOY P | 21.25 | | MC | PITTSBURGH    PA | |
| | MC | PITTSBURGH    PA | | 06/07 | POS | MICROSOFT*ULTIMA | 16.04 |
| 05/24 | ONL | TRANSFER DOLLAR BANK INTERNET | 200.00+ | | MC | MSBILL.INFO    WA | |
| | | FROM 51674599586 | | 06/08 | POS | PLAZA RESTAURANT | 32.74 |
| 05/24 | POS | SHEETZ 0277 | 12.00 | | MC | EMLENTON      PA | |
| | PIN | WEXFORD       PA | | 06/09 | POS | CENCIS PIZZERIA | 34.53 |
| 05/24 | POS | TRACTOR SUPPLY # | 69.93 | | MC | WEXFORD       PA | |
| | PIN | CRANBERRY TWP  PA | | 06/08 | POS | CENCIS PIZZERIA | 15.00 |
| 05/24 | POS | MCDONALD'S F6141 | 16.55 | | MC | WEXFORD       PA | |
| | PIN | MARS          PA | | 06/08 | POS | AAA EC MBR RENEW | 13.90 |
| 05/24 | POS | SHEETZ 0277 | 47.47 | | MC | 8004415008    PA | |
| | PIN | WEXFORD       PA | | 06/09 | POS | SHEETZ 0617 | 19.36 |
| 05/25 | POS | RITE AID 07825 | 16.99 | | PIN | SEWICKLEY     PA | |
| | PIN | WEXFORD       PA | | 06/09 | POS | Stack'd Wexford | 31.22 |
| 06/01 | FEE | BANKING MACHINE USE MAY | 2.50 | | MC | Wexford       PA | |
| 06/02 | POS | 7-ELEVEN | 6.37 | 06/10 | POS | SHEETZ 0133 | 8.79 |
| | PIN | PITTSBURGH    PA | | | PIN | CRANBERRY TWP  PA | |

# Dollar Bank
## Since 1855

1674652324                                                                                          PAGE    2

FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 06/10 | ONL | TRANSFER DOLLAR BANK INTERNET | 100.00+ | 06/14 | POS | THE FLATS ON CAR | 13.31 |
| | | FROM 51674599586 | | | MC | PITTSBURGH      PA | |
| 06/10 | ATM | DB - PINE TOWNSHIP | 60.00 | 06/14 | POS | FOXTAIL | 43.16 |
| 06/11 | POS | BP#9622747BP OIL | 27.86 | | MC | PITTSBURGH      PA | |
| | MC | WEXFORD      PA | | 06/14 | POS | CENCIS PIZZERIA | 11.00 |
| 06/12 | POS | TST* MARIO S SOU | 32.67 | | MC | WEXFORD      PA | |
| | MC | PITTSBURGH      PA | | 06/14 | POS | CENCIS PIZZERIA | 14.97 |
| 06/12 | ONL | MOBILE DEPOSIT | 101.99+ | | MC | WEXFORD      PA | |
| 06/14 | POS | FOXTAIL | 11.39 | | | | |
| | MC | PITTSBURGH      PA | | | | | |

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

ACCOUNT BALANCES MAINTAINED DURING MAY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $7.71 | $108.93 | $0.00 | $0.00 | $108.93 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR MAY

| | CHECKING | | SAVINGS | |
|---|---|---|---|---|
| | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| ATM ACTIVITY (ATM) | | | | |
| -NON-DOLLAR ATM ACTIVITY | 1 | 2.50 | | |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 13 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 16 | .00 | | |
| THE TOTAL CHARGE: | 30 | 2.50 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR MAY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK