**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Lois Joyce Evans,                       :              **Case No.: 20-20387-CMB**
                                                                :
                                                                :              **Reporting Period:   July, 2021**
                                                                :
                                                                :              **Chapter 11**

## <u>MONTHLY OPERATING REPORT</u>

# UNITED STATES BANKRUPTCY COURT

WESTERN   DISTRICT OF   PENNSYLVAN

WESTERN DISTRICT OF PENNSYLVANIA

In Re. Evans, Lois Joyce                                     §                     Case No.   20-20387
                                                            §
_____                             §
                Debtor(s)                                   §
                                                                                  ☐ Jointly Administered

## Monthly Operating Report                                                                    Chapter 11

Reporting Period Ended: 07/31/2021                               Petition Date: 01/31/2020

Months Pending: 18                                              Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:                    Accrual Basis ○           Cash Basis ◉

Debtor's Full-Time Employees (current):                        0

Debtor's Full-Time Employees (as of date of order for relief):    0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer


Brian C. Thompson                                        BRIAN C. THOMPSON
Signature of Responsible Party                           Printed Name of Responsible Party

12/07/2021                                               THOMPSON LAW GROUP, P.C.
Date                                                     125 WARRENDALE-BAYNE ROAD, SUITE #200
                                                         WARRENDALE, PA 15086
                                                         Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Evans, Lois Joyce                                    Case No. 20-20387

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○  Market ○  Other ⊙  (attach explanation)) | $0 |
| d  Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Debtor's Name Evans, Lois Joyce

Case No. 20-20387

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankrutcy)  *Aggregate Total* | | $0 | $14,790 | $0 | $14,790 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | THOMPSON LAW GROUP | Lead Counsel | $0 | $14,790 | $0 | $14,790 |
| | ii | WILKE & ASSOCIATES | Financial Professional | $0 | $0 | $0 | $0 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯  No ●

c. Were any payments made to or on behalf of insiders?    Yes ◯  No ●

d. Are you current on postpetition tax return filings?    Yes ●  No ◯

e. Are you current on postpetition estimated tax payments?    Yes ●  No ◯

f. Were all trust fund taxes remitted on a current basis?    Yes ◯  No ●

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯  No ●

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ◯  No ◯  N/A ●

i. Do you have:    Worker's compensation insurance?    Yes ◯  No ●

  If yes, are your premiums current?    Yes ◯  No ◯  N/A ●  (if no, see Instructions)

  Casualty/property insurance?    Yes ◯  No ●

  If yes, are your premiums current?    Yes ◯  No ◯  N/A ●  (if no, see Instructions)

  General liability insurance?    Yes ◯  No ●

  If yes, are your premiums current?    Yes ◯  No ◯  N/A ●  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ●  No ◯

Debtor's Name Evans, Lois Joyce                                          Case No. 20-20387

| | | | |
|---|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ⦿  No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $54,533 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $1 |
| d. | Total income in the reporting period (a+b+c) | $54,534 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $12,567 |
| h. | All other expenses | $1,500 |
| i. | Total expenses in the reporting period (e+f+g+h) | $14,067 |
| j. | Difference between total income and total expenses (d-i) | $40,467 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Lois Joyce Evans                                          LOIS JOYCE EVANS
_____          _____
Signature of Responsible Party                    Printed Name of Responsible Party

DEBTOR                                                      12/07/2021
_____          _____
Title                                                              Date

Lois Joyce Ebers

**EVERYTHING SAVINGS (INGS), Period Ending 07/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 09/09/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,657.54 |
| Checks and payments cleared (4) | -1,025.00 |
| Deposits and other credits cleared (2) | 500.18 |
| Statement ending balance | 1,132.72 |
| | |
| Uncleared transactions as of 07/21/2021 | 1.40 |
| Register balance as of 07/21/2021 | 1,134.12 |
| Cleared transactions after 07/21/2021 | 0.00 |
| Uncleared transactions after 07/21/2021 | 500.21 |
| Register balance as of 09/09/2021 | 1,634.33 |

**Details**

Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/25/2021 | Expense | | | -250.00 |
| 06/28/2021 | Expense | | | -75.00 |
| 06/28/2021 | Expense | | | -200.00 |
| 07/08/2021 | Transfer | | | -500.00 |
| Total | | | | -1,025.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/15/2021 | Transfer | | | 500.00 |
| 07/21/2021 | Deposit | | | 0.18 |
| Total | | | | 500.18 |

**Additional Information**

Uncleared deposits and other credits as of 07/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/21/2020 | Deposit | | | 0.45 |
| 10/21/2020 | Deposit | | | 0.48 |
| 11/21/2020 | Deposit | | | 0.47 |
| Total | | | | 1.40 |

Uncleared deposits and other credits after 07/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/15/2021 | Transfer | | | 500.00 |
| 08/21/2021 | Deposit | | | 0.21 |
| Total | | | | 500.21 |

Lois Joyce Evans

**Checking, Period Ending 07/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 08/03/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
| --- | --- |
| Statement beginning balance | 87.20 |
| Checks and payments cleared (4) | -33.15 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 54.05 |
| | |
| Register balance as of 07/31/2021 | 54.05 |

**Details**

Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 07/13/2021 | Expense | | | -15.14 |
| 07/15/2021 | Expense | | | -5.02 |
| 07/26/2021 | Expense | | | -9.99 |
| 07/26/2021 | Expense | | | -3.00 |
| Total | | | | -33.15 |

Lois Joyce Evans

**EVERYTHING CHECKING (9586), Period Ending 07/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 09/09/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 12,014.68 |
| Checks and payments cleared (62) | -12,046.15 |
| Deposits and other credits cleared (3) | 8,655.40 |
| Statement ending balance | 8,623.93 |
| | |
| Uncleared transactions as of 07/21/2021 | -39.51 |
| Register balance as of 07/21/2021 | 8,584.42 |
| Cleared transactions after 07/21/2021 | 0.00 |
| Uncleared transactions after 07/21/2021 | -5,237.27 |
| Register balance as of 09/09/2021 | 3,347.15 |

**Details**

Checks and payments cleared (62)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/22/2021 | Expense | | | -73.49 |
| 06/22/2021 | Expense | | | -9.48 |
| 06/22/2021 | Expense | | | -15.15 |
| 06/22/2021 | Expense | | | -24.99 |
| 06/22/2021 | Expense | | | -75.00 |
| 06/23/2021 | Expense | | | -20.44 |
| 06/23/2021 | Expense | | | -308.94 |
| 06/23/2021 | Expense | | | -341.00 |
| 06/23/2021 | Expense | | | -225.00 |
| 06/24/2021 | Expense | | | -74.99 |
| 06/24/2021 | Expense | | | -110.00 |
| 06/24/2021 | Expense | | | -30.21 |
| 06/26/2021 | Expense | | | -278.50 |
| 06/26/2021 | Expense | | | -264.67 |
| 06/27/2021 | Expense | | | -48.10 |
| 06/28/2021 | Expense | | | -3.73 |
| 06/28/2021 | Expense | | | -86.60 |
| 06/28/2021 | Expense | | | -64.50 |
| 06/28/2021 | Expense | | | -93.01 |
| 06/28/2021 | Expense | | | -3.73 |
| 06/28/2021 | Expense | | | -8.35 |
| 06/28/2021 | Expense | | | -151.00 |
| 06/29/2021 | Expense | | | -5.33 |
| 07/02/2021 | Expense | | | -1,500.00 |
| 07/02/2021 | Expense | | | -261.82 |
| 07/05/2021 | Expense | | | -10.68 |
| 07/05/2021 | Expense | | | -9.99 |
| 07/05/2021 | Expense | | | -43.34 |
| 07/08/2021 | Expense | | | -16.88 |
| 07/08/2021 | Expense | | | -56.27 |
| 07/08/2021 | Expense | | | -606.50 |
| 07/09/2021 | Expense | | | -149.50 |
| 07/10/2021 | Expense | | | -101.62 |
| 07/10/2021 | Expense | | | -53.48 |
| 07/12/2021 | Expense | | | -400.17 |
| 07/12/2021 | Expense | | | -5.34 |
| 07/12/2021 | Expense | | | -10.67 |
| 07/12/2021 | Expense | | | -19.95 |
| 07/13/2021 | Expense | | | -86.73 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/13/2021 | Expense | | | -350.41 |
| 07/14/2021 | Expense | | | -0.99 |
| 07/14/2021 | Expense | | | -44.28 |
| 07/14/2021 | Expense | | | -12.93 |
| 07/14/2021 | Expense | | | -275.00 |
| 07/15/2021 | Transfer | | | -500.00 |
| 07/16/2021 | Expense | | | -59.28 |
| 07/16/2021 | Expense | | | -2,000.00 |
| 07/17/2021 | Expense | | | -62.93 |
| 07/18/2021 | Expense | | | -2.00 |
| 07/18/2021 | Expense | | | -49.98 |
| 07/19/2021 | Expense | | | -43.79 |
| 07/19/2021 | Expense | | | -10.69 |
| 07/19/2021 | Expense | | | -625.00 |
| 07/19/2021 | Expense | | | -4.00 |
| 07/19/2021 | Expense | | | -6.61 |
| 07/19/2021 | Transfer | | | -150.00 |
| 07/19/2021 | Expense | | | -250.00 |
| 07/19/2021 | Expense | | | -251.38 |
| 07/20/2021 | Expense | | | -1,474.24 |
| 07/21/2021 | Expense | | | -75.00 |
| 07/21/2021 | Expense | | | -75.00 |
| 07/21/2021 | Expense | | | -73.49 |

Total                                                        -12,046.15

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/30/2021 | Deposit | | | 2,978.56 |
| 07/15/2021 | Deposit | | | 5,676.40 |
| 07/21/2021 | Deposit | | | 0.44 |

Total                                                         8,655.40

**Additional Information**

Uncleared checks and payments as of 07/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/26/2020 | Expense | | | -3.73 |
| 12/26/2020 | Expense | | | -3.73 |
| 12/29/2020 | Expense | | | -32.05 |

Total                                                           -39.51

Uncleared checks and payments after 07/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/22/2021 | Expense | | | -20.00 |
| 07/24/2021 | Expense | | | -155.58 |
| 07/26/2021 | Expense | | | -3.73 |
| 07/26/2021 | Expense | | | -3.73 |
| 07/26/2021 | Expense | | | -48.10 |
| 07/26/2021 | Expense | | | -15.60 |
| 07/26/2021 | Expense | | | -151.00 |
| 07/26/2021 | Expense | | | -46.41 |
| 07/26/2021 | Expense | | | -15.98 |
| 07/27/2021 | Expense | | | -64.50 |
| 07/27/2021 | Expense | | | -11.65 |
| 07/27/2021 | Expense | | | -1,283.87 |
| 07/28/2021 | Expense | | | -7.47 |
| 07/28/2021 | Expense | | | -25.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/28/2021 | Expense | | | -20.71 |
| 07/28/2021 | Expense | | | -47.74 |
| 07/29/2021 | Expense | | | -150.00 |
| 07/29/2021 | Expense | | | -801.00 |
| 07/30/2021 | Expense | | | -34.08 |
| 07/30/2021 | Expense | | | -87.77 |
| 07/30/2021 | Expense | | | -57.32 |
| 07/30/2021 | Expense | | | -32.05 |
| 07/30/2021 | Expense | | | -1.07 |
| 07/31/2021 | Expense | | | -75.00 |
| 07/31/2021 | Expense | | | -250.00 |
| 07/31/2021 | Expense | | | -44.97 |
| 07/31/2021 | Expense | | | -80.59 |
| 07/31/2021 | Transfer | | | -350.00 |
| 07/31/2021 | Expense | | | -750.00 |
| 08/01/2021 | Expense | | | -337.68 |
| 08/01/2021 | Expense | | | -148.88 |
| 08/02/2021 | Expense | | | -1,229.00 |
| 08/02/2021 | Expense | | | -880.00 |
| 08/02/2021 | Expense | | | -250.00 |
| 08/03/2021 | Expense | | | -23.99 |
| 08/03/2021 | Expense | | | -131.27 |
| 08/03/2021 | Expense | | | -13.08 |
| 08/03/2021 | Expense | | | -649.98 |
| 08/03/2021 | Expense | | | -14,000.00 |
| 08/03/2021 | Expense | | | -23.19 |
| 08/04/2021 | Expense | | | -10.67 |
| 08/04/2021 | Expense | | | -9.99 |
| 08/04/2021 | Expense | | | -75.00 |
| 08/04/2021 | Expense | | | -100.00 |
| 08/04/2021 | Expense | | | -12.00 |
| 08/05/2021 | Expense | | | -92.52 |
| 08/06/2021 | Expense | | | -26.70 |
| 08/06/2021 | Expense | | | -75.00 |
| 08/07/2021 | Expense | | | -550.00 |
| 08/09/2021 | Expense | | | -10.67 |
| 08/09/2021 | Check | 2468 | | -8,438.00 |
| 08/09/2021 | Expense | | | -100.00 |
| 08/10/2021 | Expense | | | -149.50 |
| 08/10/2021 | Expense | | | -86.04 |
| 08/11/2021 | Expense | | | -5.34 |
| 08/11/2021 | Expense | | | -15.41 |
| 08/11/2021 | Expense | | | -115.00 |
| 08/12/2021 | Expense | | | -839.60 |
| 08/12/2021 | Expense | | | -353.00 |
| 08/12/2021 | Expense | | | -2,908.22 |
| 08/13/2021 | Expense | | | -250.00 |
| 08/13/2021 | Expense | | | -7.48 |
| 08/13/2021 | Expense | | | -160.00 |
| 08/13/2021 | Expense | | | -83.00 |
| 08/13/2021 | Expense | | | -400.00 |
| 08/14/2021 | Expense | | | -13.02 |
| 08/14/2021 | Expense | | | -32.98 |
| 08/14/2021 | Expense | | | -4.22 |
| 08/15/2021 | Transfer | | | -500.00 |
| 08/15/2021 | Expense | | | -0.99 |
| 08/16/2021 | Expense | | | -21.60 |
| 08/16/2021 | Expense | | | -19.00 |
| 08/16/2021 | Expense | | | -868.30 |
| 08/16/2021 | Expense | | | -61.45 |
| 08/16/2021 | Expense | | | -276.82 |
| 08/16/2021 | Expense | | | -15.50 |
| 08/16/2021 | Expense | | | -46.44 |
| 08/16/2021 | Expense | | | -27.04 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/17/2021 | Expense | | | -26.00 |
| 08/17/2021 | Expense | | | -25.12 |
| 08/17/2021 | Expense | | | -36.00 |
| 08/17/2021 | Expense | | | -250.00 |
| 08/18/2021 | Expense | | | -25.77 |
| 08/18/2021 | Expense | | | -30.50 |
| 08/19/2021 | Expense | | | -10.69 |
| 08/19/2021 | Expense | | | -45.93 |
| 08/19/2021 | Expense | | | -705.30 |
| 08/19/2021 | Expense | | | -29.47 |
| 08/19/2021 | Expense | | | -277.95 |
| 08/20/2021 | Expense | | | -21.58 |
| 08/20/2021 | Expense | | | -28.23 |
| 08/20/2021 | Check | 2469 | | -4,500.00 |
| 08/20/2021 | Expense | | | -30.00 |
| 08/20/2021 | Expense | | | -47.70 |
| 08/23/2021 | Expense | | | -7.26 |
| 08/23/2021 | Expense | | | -73.49 |
| 08/23/2021 | Expense | | | -5.02 |
| 08/24/2021 | Expense | | | -23.17 |
| 08/24/2021 | Transfer | | | -300.00 |
| 08/24/2021 | Expense | | | -1,000.00 |
| 08/24/2021 | Expense | | | -112.31 |
| 08/25/2021 | Expense | | | -56.00 |
| 08/26/2021 | Expense | | | -3.73 |
| 08/26/2021 | Expense | | | -77.64 |
| 08/26/2021 | Expense | | | -52.88 |
| 08/26/2021 | Expense | | | -5.27 |
| 08/26/2021 | Expense | | | -200.00 |
| 08/26/2021 | Expense | | | -64.50 |
| 08/26/2021 | Expense | | | -151.00 |
| 08/26/2021 | Expense | | | -4.03 |
| 08/26/2021 | Expense | | | -3.73 |
| 08/26/2021 | Expense | | | -20.32 |
| 08/27/2021 | Expense | | | -48.84 |
| 08/27/2021 | Expense | | | -75.00 |
| 08/27/2021 | Check | 2471 | | -6,000.00 |
| 08/27/2021 | Check | 2470 | | -250.00 |
| 08/27/2021 | Expense | | | -3,500.00 |
| 08/27/2021 | Expense | | | -199.98 |
| 08/27/2021 | Expense | | | -18.00 |
| 08/28/2021 | Expense | | | -125.00 |
| 08/28/2021 | Expense | | | -225.00 |
| 08/30/2021 | Expense | | | -29.92 |
| 09/01/2021 | Expense | | | -120.00 |
| 09/01/2021 | Expense | | | -58.27 |
| 09/02/2021 | Expense | | | -5.00 |
| 09/03/2021 | Expense | | | -36.39 |
| 09/03/2021 | Expense | | | -9.08 |

Total                                                    -58,033.56

Uncleared deposits and other credits after 07/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/30/2021 | Deposit | | | 48,857.09 |
| 08/16/2021 | Deposit | | | 52.10 |
| 08/21/2021 | Deposit | | | 1.00 |
| 08/27/2021 | Deposit | | | 386.10 |
| 08/27/2021 | Deposit | | | 3,500.00 |

Total                                                    52,796.29

# Dollar Bank
### Since 1855℠

L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:      1674599586
STATEMENT DATE:      06/22/21 THRU 07/21/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 12,014.68 | 12,046.15 | 8,655.40 | 8,623.93 | 10,609.29 | 0.05% | 0.44 |
| EVERYTHING SV | 1,657.54 | 1,025.00 | 500.18 | 1,132.72 | 1,095.87 | 0.20% | 0.18 |

## EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 06/22 | POS MC | SP * TECHNOSOLUT MISSOURI CITY    TX | 24.99 | 06/28 | POS PIN | CVS/PHARM 05516- MYRTLE BEACH    SC | 86.60 |
| 06/22 | POS MC | JASON'S DELI CHM CONCORD    NC | 15.15 | 06/28 | DIR | NEW YORK LIFE 1135582869 INS. PREM. | 151.00 |
| 06/22 | POS PIN | T-BONES WEXFORD    PA | 9.48 | 06/29 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 5.33 |
| 06/22 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652324 | 75.00 | 06/30 | DIR | CAPGEMINI 1222575929 REG.SALARY | 2,978.56+ |
| 06/22 | DIR | VIVINT J203754038 VIVINT | 73.49 | 07/02 | POS MC | WILKE AND ASSOC 4122782200    PA | 1,500.00 |
| 06/23 | POS MC | CASH APP*RAQUEL 4153753176    CA | 225.00 | 07/02 | POS MC | LIBERTY MUTUAL 888-398-8924    MA | 261.82 |
| 06/23 | POS PIN | WENDYS 573 CRANBERRY TWP    PA | 20.44 | 07/05 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 9.99 |
| 06/23 | POS PIN | NNT VERSONA #406 CRANBERRY TWN    PA | 308.94 | 07/05 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.68 |
| 06/23 | POS MC | VENMO 8558124430    NY | 341.00 | 07/05 | POS MC | SP * SOL-DE-JANE 6467915095    NY | 43.34 |
| 06/24 | POS MC | EWC Cranberry Cranberry    PA | 30.21 | 07/08 | POS MC | COLDSTONE CREAME CHARLOTTE    NC | 16.88 |
| 06/24 | POS MC | CVS/PHARMACY #02 800-746-7287    PA | 74.99 | 07/08 | POS PIN | NORDSTROM #0750 CHARLOTTE    NC | 56.27 |
| 06/24 | POS MC | VENMO 8558124430    NY | 110.00 | 07/08 | POS PIN | NEIMAN MARCUS 10 CHARLOTTE    NC | 606.50 |
| 06/26 | POS MC | COLUMBIA GAS OF 8884604332    OH | 264.67 | 07/09 | ECK | ARMSTRONG UTIL 1222528268 8772775711 | 149.50 |
| 06/26 | POS PIN | SX8 DICKS SPORTI MYRTLE BEACH    SC | 278.50 | 07/10 | POS PIN | VERSONA #4079 HURST    TX | 53.48 |
| 06/27 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 48.10 | 07/10 | POS PIN | BR FACTORY US 62 CONCORD    NC | 101.62 |
| 06/28 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 3.73 | 07/12 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 5.34 |
| 06/28 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 3.73 | 07/12 | POS MC | APPLE.COM/BILL 866-712-7753    CA | 10.67 |
| 06/28 | POS MC | MB PARKING METER 8439181055    SC | 8.35 | 07/12 | POS MC | MARRIOTT CHARLOT CHARLOTTE    NC | 400.17 |
| 06/28 | POS MC | DIRTY DONS MYRTLE BEACH    SC | 93.01 | 07/12 | POS MC | SP * SCRUNCHSAC LEEDS    GB | 19.95 |
| 06/28 | POS MC | IPHONE CITIZENSO BRIDGEPORT    CT | 64.50 | 07/13 | POS PIN | LOWE'S #2981 CONCORD    NC | 86.73 |


**Dollar Bank**
Since 1855 ℠

1674599586                                                                          PAGE    2

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|---|---|---|------|---|---|---|
| 07/13 | ECK | AMEX EPAYMENT 0005000008 ACH PMT | 350.41 | 07/19 | POS | CASH APP*RAQUEL | 625.00 |
| 07/14 | POS | CINCO DE MAYO | 44.28 | | MC | 4153753176    CA | |
| | MC | CONCORD    NC | | 07/19 | POS | TACO BELL 05656 | 6.61 |
| 07/14 | POS | SONIC DRIVE IN # | 12.93 | | MC | PITTSBURGH    PA | |
| | MC | CONCORD    NC | | 07/19 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 150.00 |
| 07/14 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652324 | 275.00 | 07/19 | ZEL | ZELLE TO RIVERAGARC,ELISA | 250.00 |
| 07/14 | POS | APPLE.COM/BILL | 0.99 | 07/19 | POS | SOUTH SIDE WORKS | 4.00 |
| | MC | 866-712-7753    CA | | | MC | PITTSBURGH    PA | |
| 07/15 | DIR | CAPGEMINI  1222575929 REG.SALARY | 5,676.40+ | 07/19 | POS | APPLE.COM/BILL | 43.79 |
| 07/15 | ONL | TRANSFER DOLLAR BANK INTERNET TO 41674599586 | 500.00 | | MC | 866-712-7753    CA | |
| 07/16 | POS | RITE AID 11916 | 59.28 | 07/19 | POS | APPLE.COM/BILL | 10.69 |
| | PIN | PITTSBURGH    PA | | | MC | 866-712-7753    CA | |
| 07/16 | POS | VENMO | 2,000.00 | 07/19 | ECK | WESTVIEW WATER L256000510 WEB PAY | 251.38 |
| | MC | 8558124430    NY | | 07/20 | ECK | AMEX EPAYMENT 0005000008 ACH PMT | 1,474.24 |
| 07/17 | POS | GET GO #3131 | 62.93 | | | | |
| | MC | CRANBERRY    PA | | 07/21 | POS | CASH APP*DWAYNE | 75.00 |
| 07/18 | POS | SP * ELLIESAGE | 2.00 | | MC | 4153753176    CA | |
| | MC | ASHEVILLE    NC | | 07/21 | POS | CASH APP*JOHN AL | 75.00 |
| 07/18 | POS | SP * ELLIESAGE | 49.98 | | MC | 877-417-4551    CA | |
| | MC | ASHEVILLE    NC | | 07/21 | DIR | VIVINT  J203754038 VIVINT | 73.49 |
| | | | | 07/21 | INT | INTEREST CREDIT | 0.44+ |

### EVERYTHING SAVINGS ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|------|---|---|---|------|---|---|---|
| 06/25 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 250.00 | 07/08 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 500.00 |
| 06/28 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 200.00 | 07/15 | ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 500.00+ |
| 06/28 | ONL | TRANSFER DOLLAR BANK INTERNET TO 51674652449 | 75.00 | 07/21 | INT | INTEREST CREDIT | 0.18+ |

2021 TAX INFORMATION:

| | | | | | |
|---|---|---|---|---|---|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 3.34+ | INTEREST WITHHELD YEAR-TO-DATE | | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 1.03+ | INTEREST WITHHELD YEAR-TO-DATE | | 0.00 |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



1674599586                                                                                    PAGE    3

ACCOUNT BALANCES MAINTAINED DURING JUNE
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $9,698.47 | $16,115.14 | $1,132.54 | $1,346.55 | $17,461.69 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR JUNE

THERE ARE NO CHARGES FOR BANKING CARD USE IN JUNE

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 22 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 54 | .00 |  |  |
| THE TOTAL CHARGE: | 76 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR JUNE.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK

Lois Joyce Evans

**EVERYTHING CHECKING (2449), Period Ending 07/16/2021**

**RECONCILIATION REPORT**

Reconciled on: 09/09/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 36.39 |
| Checks and payments cleared (21) | -762.20 |
| Deposits and other credits cleared (3) | 770.31 |
| Statement ending balance | 44.50 |
| | |
| Register balance as of 07/16/2021 | 44.50 |
| Cleared transactions after 07/16/2021 | 0.00 |
| Uncleared transactions after 07/16/2021 | -9.43 |
| Register balance as of 09/09/2021 | 35.07 |

**Details**

Checks and payments cleared (21)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/17/2021 | Expense | | | -24.61 |
| 06/18/2021 | Expense | | | -9.83 |
| 06/22/2021 | Expense | | | -11.01 |
| 06/24/2021 | Expense | | | -25.33 |
| 06/24/2021 | Expense | | | -9.78 |
| 06/25/2021 | Expense | | | -17.52 |
| 06/26/2021 | Expense | | | -9.78 |
| 06/27/2021 | Expense | | | -66.77 |
| 06/28/2021 | Expense | | | -20.04 |
| 06/30/2021 | Expense | | | -37.47 |
| 07/01/2021 | Expense | | | -36.00 |
| 07/01/2021 | Expense | | | -86.18 |
| 07/04/2021 | Expense | | | -36.00 |
| 07/04/2021 | Expense | | | -70.24 |
| 07/07/2021 | Expense | | | -36.00 |
| 07/08/2021 | Expense | | | -46.02 |
| 07/08/2021 | Expense | | | -36.00 |
| 07/13/2021 | Expense | | | -28.59 |
| 07/13/2021 | Expense | | | -40.77 |
| 07/15/2021 | Expense | | | -76.26 |
| 07/16/2021 | Expense | | | -38.00 |
| Total | | | | -762.20 |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/17/2021 | Transfer | | | 250.00 |
| 07/08/2021 | Transfer | | | 500.00 |
| 07/16/2021 | Deposit | | | 20.31 |
| Total | | | | 770.31 |

**Additional Information**

Uncleared checks and payments after 07/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2021 | Expense | | | -36.00 |
| 07/17/2021 | Expense | | | -38.75 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/25/2021 | Expense | | | -16.85 |
| 07/29/2021 | Expense | | | -57.64 |
| 07/30/2021 | Expense | | | -10.02 |
| 08/01/2021 | Expense | | | -32.39 |
| 08/02/2021 | Expense | | | -9.97 |
| 08/04/2021 | Expense | | | -13.98 |
| 08/04/2021 | Expense | | | -34.90 |
| 08/04/2021 | Expense | | | -40.05 |
| 08/13/2021 | Expense | | | -41.66 |
| 08/14/2021 | Expense | | | -26.55 |
| 08/17/2021 | Expense | | | -86.64 |
| 08/19/2021 | Expense | | | -14.55 |
| 08/20/2021 | Expense | | | -18.56 |
| 08/23/2021 | Expense | | | -64.84 |
| 08/23/2021 | Expense | | | -36.00 |
| 08/23/2021 | Expense | | | -20.97 |
| 08/25/2021 | Expense | | | -9.88 |
| 08/26/2021 | Expense | | | -16.00 |
| 08/27/2021 | Expense | | | -18.19 |
| 08/27/2021 | Expense | | | -26.99 |
| 08/30/2021 | Expense | | | -68.08 |
| 09/02/2021 | Expense | | | -25.42 |
| 09/02/2021 | Expense | | | -44.55 |

**Total** **-809.43**

Uncleared deposits and other credits after 07/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/19/2021 | Transfer | | | 150.00 |
| 07/31/2021 | Transfer | | | 350.00 |
| 08/24/2021 | Transfer | | | 300.00 |

**Total** **800.00**



**Dollar Bank**
Since 1855

L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:        1674652449
STATEMENT DATE:        06/17/21 THRU 07/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 36.39 | 762.20 | 770.31 | 44.50 | 136.54 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 06/17 | POS | MARKET DI 155 To | 24.61 | 07/01 | FEE | POS OVERDRAFT FEE | 36.00 |
| | PIN | Wexford        PA | | 07/04 | POS | MARKET DI 155 To | 70.24 |
| 06/17 | ONL | TRANSFER DOLLAR BANK INTERNET | 250.00+ | | PIN | Wexford        PA | |
| | | FROM 51674599586 | | 07/04 | FEE | POS OVERDRAFT FEE | 36.00 |
| 06/18 | POS | SUNOCO 034130690 | 9.83 | 07/07 | FEE | CONTINUOUS OD (4 DAYS @ $9) | 36.00 |
| | MC | PITTSBURGH      PA | | 07/08 | POS | BP#6626972LG #53 | 46.02 |
| 06/22 | POS | T-BONES | 11.01 | | MC | FAIRMONT        WV | |
| | PIN | WEXFORD         PA | | 07/08 | FEE | POS OVERDRAFT FEE | 36.00 |
| 06/24 | POS | FRESH THYME #453 | 25.33 | 07/08 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00+ |
| | MC | CRANBERRY       PA | | | | FROM 41674599586 | |
| 06/24 | POS | SHEETZ 0277 | 9.78 | 07/13 | POS | EARTH FARE CONCO | 28.59 |
| | PIN | WEXFORD         PA | | | PIN | CONCORD         NC | |
| 06/25 | POS | MARSHALLS 2208 N | 17.52 | 07/13 | POS | HARRIS TE 9900 P | 40.77 |
| | PIN | PITTSBURG       PA | | | PIN | CONCORD         NC | |
| 06/26 | POS | GET GO #3 140 To | 9.78 | 07/15 | POS | LOWE'S #2981 | 76.26 |
| | PIN | Wexford         PA | | | PIN | CONCORD         NC | |
| 06/27 | POS | GIANT-EAG Cranbe | 66.77 | 07/16 | ADJ | LOWES #02981* | 20.31+ |
| | PIN | Cranberry       PA | | | MC | CONCORD         NC | |
| 06/28 | POS | GET GO #3043 | 20.04 | 07/16 | POS | CIRCLE K # 01868 | 38.00 |
| | MC | WEXFORD         PA | | | MC | CONCORD         NC | |
| 06/30 | POS | FRESH THYME #453 | 37.47 | | | | |
| | MC | CRANBERRY       PA | | | | | |
| 07/01 | POS | MARKET DI 155 To | 86.18 | | | | |
| | PIN | Wexford         PA | | | | | |

### NO SAVINGS ACTIVITY

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 144.00 | 648.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



1674652449

ACCOUNT BALANCES MAINTAINED DURING JUNE
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $23.86 | $164.70 | $0.00 | $0.00 | $164.70 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR JUNE

THERE ARE NO CHARGES FOR BANKING CARD USE IN JUNE

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 11 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 5 | .00 |  |  |
| THE TOTAL CHARGE: | 16 | .00 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR JUNE.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK

# Dollar Bank
### Since 1855

ANDRE R SANDERS JR OR
L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER:      1674652324
STATEMENT DATE:      06/17/21 THRU 07/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 21.37 | 1,871.57 | 1,972.59 | 122.39 | 106.21 | 0.00% | 0.00 |

## FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 06/17 | ADJ | VENMO*Sanders An | 173.25+ | 06/25 | POS | CASH APP*MACKENY | 10.00 |
| | PIN | New York City    NY | | | MC | 4153753176        CA | |
| 06/17 | POS | SHEETZ 0277 | 38.91 | 06/25 | POS | FOXTAIL | 10.99 |
| | PIN | WEXFORD | | | MC | PITTSBURGH        PA | |
| 06/18 | POS | SHEETZ 0617 | 3.15 | 06/25 | POS | FOXTAIL | 15.59 |
| | PIN | SEWICKLEY        PA | | | MC | PITTSBURGH        PA | |
| 06/18 | POS | MARKET DI 155 To | 5.87 | 06/25 | POS | FOXTAIL | 25.99 |
| | PIN | Wexford          PA | | | MC | PITTSBURGH        PA | |
| 06/18 | POS | TST* TWELVE WHIS | 45.52 | 06/25 | POS | LOCAL BAR & KITC | 5.35 |
| | MC | PITTSBURGH        PA | | | MC | PITTSBURGH        PA | |
| 06/18 | POS | LOCAL BAR & KITC | 34.10 | 06/26 | POS | DOORDASH*WENDYS | 31.28 |
| | MC | PITTSBURGH        PA | | | MC | SAN FRANCISCO    CA | |
| 06/18 | POS | LOCAL BAR & KITC | 7.35 | 06/26 | POS | CASH APP*JOSH | 100.00 |
| | MC | PITTSBURGH        PA | | | MC | 4153753176        CA | |
| 06/18 | POS | FOXTAIL | 12.99 | 06/26 | POS | SHEETZ 0617 | 24.48 |
| | MC | PITTSBURGH        PA | | | PIN | SEWICKLEY        PA | |
| 06/19 | DEP | CHECK - PINE TOWNSHIP OFFICE | 225.56+ | 06/28 | POS | FOXTAIL | 13.99 |
| 06/20 | POS | FOXTAIL | 15.41 | | MC | PITTSBURGH        PA | |
| | MC | PITTSBURGH        PA | | 06/28 | POS | FOXTAIL | 40.00 |
| 06/20 | POS | CASH APP*DAVENTE | 50.00 | | MC | PITTSBURGH        PA | |
| | MC | 4153753176        CA | | 06/28 | POS | EZRAS X ASSOCIAT | 7.66 |
| 06/20 | POS | APPLE.COM/BILL | 8.55 | | MC | PITTSBURGH        PA | |
| | MC | 866-712-7753      CA | | 06/28 | POS | FOXTAIL | 17.38 |
| 06/21 | POS | APPLE.COM/BILL | 10.69 | | MC | PITTSBURGH        PA | |
| | MC | 866-712-7753      CA | | 06/28 | POS | EZRAS X ASSOCIAT | 14.32 |
| 06/21 | POS | APPLE.COM/BILL | 2.99 | | MC | PITTSBURGH        PA | |
| | MC | 866-712-7753      CA | | 06/28 | ONL | TRANSFER DOLLAR BANK INTERNET | 200.00+ |
| 06/21 | POS | FOXTAIL | 32.00 | | | FROM 41674599586 | |
| | MC | PITTSBURGH        PA | | 06/28 | ONL | TRANSFER DOLLAR BANK INTERNET | 75.00+ |
| 06/21 | POS | FOXTAIL | 47.98 | | | FROM 41674599586 | |
| | MC | PITTSBURGH        PA | | 06/29 | POS | CHAMPION GARAGE | 154.72 |
| 06/21 | POS | EZRAS X ASSOCIAT | 15.94 | | MC | TURTLE CREEK     PA | |
| | MC | PITTSBURGH        PA | | 06/30 | POS | DOORDASH*HOOK FI | 26.55 |
| 06/22 | POS | SHEETZ 0277 | 21.39 | | MC | SAN FRANCISCO    CA | |
| | PIN | WEXFORD          PA | | 06/30 | POS | TST* TWELVE WHIS | 16.88 |
| 06/22 | ONL | TRANSFER DOLLAR BANK INTERNET | 75.00+ | | MC | PITTSBURGH        PA | |
| | | FROM 51674599586 | | 07/01 | POS | SHEETZ 0617 | 12.50 |
| 06/22 | POS | LOWE'S #653 | 42.38 | | PIN | SEWICKLEY        PA | |
| | PIN | CRANBERRY TWN    PA | | 07/01 | FEE | BANKING MACHINE USE JUNE | 5.00 |
| 06/25 | ONL | TRANSFER DOLLAR BANK INTERNET | 250.00+ | 07/02 | POS | LOCAL BAR & KITC | 9.49 |
| | | FROM 41674599586 | | | MC | PITTSBURGH        PA | |

# Dollar Bank
## Since 1855

1674652324                                                                    PAGE    2

## FREE CHECKING ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 07/02 | POS  7-ELEVEN | 23.53 | 07/10 | POS  WINE AND SPIRITS | 26.74 |
|  | PIN  PITTSBURGH      PA |  |  | MC   WEXFORD        PA |  |
| 07/03 | POS  APPLE CASH - SEN | 1.00 | 07/10 | POS  DOORDASH*HOOK FI | 26.55 |
|  | MC   877-233-8552    CA |  |  | MC   SAN FRANCISCO   CA |  |
| 07/03 | POS  AMK PNC PARK PRE | 15.83 | 07/12 | POS  LOCAL BAR & KITC | 18.91 |
|  | MC   PITTSBURGH      PA |  |  | MC   PITTSBURGH      PA |  |
| 07/04 | POS  BP#9603739SHIV | 6.99 | 07/12 | POS  APPLE CASH - SEN | 20.00 |
|  | PIN  PITTSBURGH      PA |  |  | MC   877-233-8552    CA |  |
| 07/05 | POS  ALCO PARKING COR | 15.00 | 07/12 | POS  GET GO #3 280 Cr | 14.26 |
|  | MC   PITTSBURGH      PA |  |  | PIN  Pittsburgh      PA |  |
| 07/05 | POS  EZRAS X ASSOCIAT | 6.66 | 07/12 | DIR  Amazon.com Servi  2A109383K9 | 0.01+ |
|  | MC   PITTSBURGH      PA |  |  | EDI PYMNTS |  |
| 07/06 | DEP  CHECK - PINE TOWNSHIP OFFICE | 341.30+ | 07/14 | ONL  TRANSFER DOLLAR BANK INTERNET | 275.00+ |
| 07/06 | ATM  PNC BANK    12000 PERRY | 60.00 |  | FROM 51674599586 |  |
|  | WEXFORD          PA |  | 07/14 | POS  SHEETZ 0277 | 7.99 |
| 07/07 | POS  Microsoft | 16.04 |  | PIN  WEXFORD        PA |  |
|  | MC   Redmond         WA |  | 07/14 | ATM  DB - PINE TOWNSHIP | 60.00 |
| 07/07 | POS  TRACTOR SUPPLY # | 51.93 | 07/15 | POS  APPLE.COM/BILL | 9.60 |
|  | PIN  CRANBERRY TWP   PA |  |  | MC   866-712-7753    CA |  |
| 07/08 | POS  CASH APP*DAVENTE | 75.00 | 07/15 | POS  PETCO 1832 | 59.98 |
|  | MC   4153753176      CA |  |  | PIN  CRANBERRY TWP   PA |  |
| 07/08 | ADJ  VENMO*Sanders An | 272.25+ | 07/15 | POS  Cool Vape Cool V | 28.57 |
|  | PIN  New York City   NY |  |  | PIN  Cranberry Twp   PA |  |
| 07/08 | POS  AAA EC MBR RENEW | 13.90 | 07/16 | DIR  AMAZON.COM SVCS  9111111101 | 85.21+ |
|  | MC   8004415008      PA |  |  | DIRECT DEP |  |
| 07/09 | POS  BP#9622747BP OIL | 20.01 | 07/16 | POS  SAL'S PIZZA | 8.28 |
|  | MC   WEXFORD        PA |  |  | MC   PITTSBURGH      PA |  |
| 07/09 | POS  STANLEY STEEMERP | 261.50 | 07/16 | POS  CHICK-FIL-A #038 | 13.41 |
|  | MC   412-444-4625    PA |  |  | MC   WEXFORD        PA |  |
| 07/09 | ATM  PAI ISO      4524 LIBERTY | 22.50 | 07/16 | POS  CASH APP*JOSH | 50.00 |
|  | PITTSBURGH       PA |  |  | MC   4153753176      CA |  |
| 07/09 | DIR  Amazon.com Servi  2A109383K9 | 0.01+ |  |  |  |
|  | EDI PYMNTS |  |  |  |  |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

### ACCOUNT BALANCES MAINTAINED DURING JUNE

(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $20.52 | $99.74 | $0.00 | $0.00 | $99.74 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



1674652324

BANKING CARD ACTIVITY FOR JUNE

|  | CHECKING | | SAVINGS | |
| --- | --- | --- | --- | --- |
|  | # OF<br>USES | TOTAL<br>CHARGED | # OF<br>USES | TOTAL<br>CHARGED |
| ATM ACTIVITY (ATM) | | | | |
|   -DOLLAR ATM ACTIVITY | 1 | .00 | | |
|   -NON-DOLLAR ATM ACTIVITY | 2 | 5.00 | | |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
|   -PIN-BASED PURCHASES (PIN) | 12 | .00 | | |
|   -MASTERCARD PURCHASES (MC) | 48 | .00 | | |
| THE TOTAL CHARGE: | 63 | 5.00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES
AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS.  ACTIVITY IS REVIEWED BY
CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD
OF TRANSACTIONS FOR JUNE.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT
INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT.  THIS IS NOT A DOLLAR BANK
CHARGE, AND THEREFORE CANNOT BE WAIVED.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK