UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Case No.: 20-20387-CMB |
| | : | |
| | : | Reporting Period:  <u>August, 2021</u> |
| | : | |
| | : | Chapter 11 |

## MONTHLY OPERATING REPORT

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVAN
### WESTERN DISTRICT OF PENNSYLVANIA

In Re. Evans, Lois Joyce § Case No. 20-20387
§
§
Debtor(s) §
§ ☐ Jointly Administered

## Monthly Operating Report                                                Chapter 11

Reporting Period Ended: 08/31/2021                     Petition Date: 01/31/2020

Months Pending: 19                                     Industry Classification: 0 0 0 0

Reporting Method:        Accrual Basis ☐        Cash Basis ☒

Debtor's Full-Time Employees (current):                   0

Debtor's Full-Time Employees (as of date of order for relief):   0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


Brian C. Thompson                                    BRIAN C. THOMPSON
Signature of Responsible Party                       Printed Name of Responsible Party

12/07/2021                                           THOMPSON LAW GROUP, P.C.
Date                                                 125 WARRENDALE-BAYNE ROAD, SUITE #200
                                                     WARRENDALE, PA 15086
                                                     Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                1

Debtor's Name  Evans, Lois Joyce                                                                                  Case No. 20-20387

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ☐  Market ☐  Other ☉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (06/07/2021)                                               2

Debtor's Name Evans, Lois Joyce                                                                 Case No. 20-20387

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $14,790 | $0 | $14,790 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | THOMPSON LAW GROUP | Lead Counsel | $0 | $14,790 | $0 | $14,790 |
| | ii | WILKE & ASSOCIATES | Financial Professional | $0 | $0 | $0 | $0 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○ | No ⦿ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○ N/A ⦿ |
| i. | Do you have: Worker's compensation insurance? | Yes ○ | No ⦿ |
| | If yes, are your premiums current? | Yes ○ | No ○ N/A ⦿ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○ | No ⦿ |
| | If yes, are your premiums current? | Yes ○ | No ○ N/A ⦿ (if no, see Instructions) |
| | General liability insurance? | Yes ○ | No ⦿ |
| | If yes, are your premiums current? | Yes ○ | No ○ N/A ⦿ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ⦿ | No ○ |

UST Form 11-MOR (06/07/2021)                             3

Debtor's Name  Evans, Lois Joyce                                                                                Case No. 20-20387

| | | |
|---|---|---:|
| k. | Has a disclosure statement been filed with the court? | Yes ● No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $1 |
| d. | Total income in the reporting period (a+b+c) | $1 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $40,344 |
| h. | All other expenses | $8,688 |
| i. | Total expenses in the reporting period (e+f+g+h) | $49,032 |
| j. | Difference between total income and total expenses (d-i) | $-49,031 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| Lois Joyce Evans | LOIS JOYCE EVANS |
| Signature of Responsible Party | Printed Name of Responsible Party |
| DEBTOR | 12/07/2021 |
| Title | Date |

UST Form 11-MOR (06/07/2021)                                             4

Lois Joyce Evans

**EVERYTHING SAVINGS (INGS), Period Ending 08/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 09/09/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary    USD

| | |
|---|---|
| Statement beginning balance | 1,132.72 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (2) | 500.21 |
| Statement ending balance | 1,632.93 |
| Uncleared transactions as of 08/21/2021 | 1.40 |
| Register balance as of 08/21/2021 | 1,634.33 |

### Details

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/15/2021 | Transfer | | | 500.00 |
| 08/21/2021 | Deposit | | | 0.21 |
| Total | | | | 500.21 |

### Additional Information

Uncleared deposits and other credits as of 08/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/21/2020 | Deposit | | | 0.45 |
| 10/21/2020 | Deposit | | | 0.48 |
| 11/21/2020 | Deposit | | | 0.47 |
| Total | | | | 1.40 |

Lois Joyce Evans

**Checking, Period Ending 08/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 09/09/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 54.05 |
| Checks and payments cleared (2) | -19.92 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 34.13 |
| | |
| Register balance as of 08/31/2021 | 34.13 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/12/2021 | Expense | | | -9.93 |
| 08/24/2021 | Expense | | | -9.99 |
| Total | | | | -19.92 |

**EVERYTHING CHECKING (9586), Period Ending 08/21/2021**

**RECONCILIATION REPORT**

Reconciled on: 09/09/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---|
| Statement beginning balance | 8,623.93 |
| Checks and payments cleared (94) | -45,172.73 |
| Deposits and other credits cleared (3) | 48,910.19 |
| Statement ending balance | 12,361.39 |
| | |
| Uncleared transactions as of 08/21/2021 | -39.51 |
| Register balance as of 08/21/2021 | 12,321.88 |
| Cleared transactions after 08/21/2021 | 0.00 |
| Uncleared transactions after 08/21/2021 | -8,974.73 |
| Register balance as of 09/09/2021 | 3,347.15 |

## Details

Checks and payments cleared (94)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/22/2021 | Expense | | | -20.00 |
| 07/24/2021 | Expense | | | -155.58 |
| 07/26/2021 | Expense | | | -48.10 |
| 07/26/2021 | Expense | | | -3.73 |
| 07/26/2021 | Expense | | | -3.73 |
| 07/26/2021 | Expense | | | -46.41 |
| 07/26/2021 | Expense | | | -15.60 |
| 07/26/2021 | Expense | | | -151.00 |
| 07/26/2021 | Expense | | | -15.98 |
| 07/27/2021 | Expense | | | -11.65 |
| 07/27/2021 | Expense | | | -64.50 |
| 07/27/2021 | Expense | | | -1,283.87 |
| 07/28/2021 | Expense | | | -25.00 |
| 07/28/2021 | Expense | | | -7.47 |
| 07/28/2021 | Expense | | | -47.74 |
| 07/28/2021 | Expense | | | -20.71 |
| 07/29/2021 | Expense | | | -801.00 |
| 07/29/2021 | Expense | | | -150.00 |
| 07/30/2021 | Expense | | | -57.32 |
| 07/30/2021 | Expense | | | -32.05 |
| 07/30/2021 | Expense | | | -87.77 |
| 07/30/2021 | Expense | | | -34.08 |
| 07/30/2021 | Expense | | | -1.07 |
| 07/31/2021 | Expense | | | -75.00 |
| 07/31/2021 | Expense | | | -44.97 |
| 07/31/2021 | Expense | | | -80.59 |
| 07/31/2021 | Transfer | | | -350.00 |
| 07/31/2021 | Expense | | | -750.00 |
| 07/31/2021 | Expense | | | -250.00 |
| 08/01/2021 | Expense | | | -337.68 |
| 08/01/2021 | Expense | | | -148.88 |
| 08/02/2021 | Expense | | | -250.00 |
| 08/02/2021 | Expense | | | -880.00 |
| 08/02/2021 | Expense | | | -1,229.00 |
| 08/03/2021 | Expense | | | -13.08 |
| 08/03/2021 | Expense | | | -131.27 |
| 08/03/2021 | Expense | | | -23.99 |
| 08/03/2021 | Expense | | | -649.98 |
| 08/03/2021 | Expense | | | -23.19 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2021 | Expense | | | -14,000.00 |
| 08/04/2021 | Expense | | | -10.67 |
| 08/04/2021 | Expense | | | -9.99 |
| 08/04/2021 | Expense | | | -100.00 |
| 08/04/2021 | Expense | | | -12.00 |
| 08/04/2021 | Expense | | | -75.00 |
| 08/05/2021 | Expense | | | -92.52 |
| 08/06/2021 | Expense | | | -75.00 |
| 08/06/2021 | Expense | | | -26.70 |
| 08/07/2021 | Expense | | | -550.00 |
| 08/09/2021 | Expense | | | -10.67 |
| 08/09/2021 | Expense | | | -100.00 |
| 08/09/2021 | Check | 2468 | | -8,438.00 |
| 08/10/2021 | Expense | | | -149.50 |
| 08/10/2021 | Expense | | | -86.04 |
| 08/11/2021 | Expense | | | -5.34 |
| 08/11/2021 | Expense | | | -15.41 |
| 08/11/2021 | Expense | | | -115.00 |
| 08/12/2021 | Expense | | | -839.60 |
| 08/12/2021 | Expense | | | -353.00 |
| 08/12/2021 | Expense | | | -2,908.22 |
| 08/13/2021 | Expense | | | -400.00 |
| 08/13/2021 | Expense | | | -250.00 |
| 08/13/2021 | Expense | | | -7.48 |
| 08/13/2021 | Expense | | | -83.00 |
| 08/13/2021 | Expense | | | -160.00 |
| 08/14/2021 | Expense | | | -4.22 |
| 08/14/2021 | Expense | | | -13.02 |
| 08/14/2021 | Expense | | | -32.98 |
| 08/15/2021 | Transfer | | | -500.00 |
| 08/15/2021 | Expense | | | -0.99 |
| 08/16/2021 | Expense | | | -27.04 |
| 08/16/2021 | Expense | | | -46.44 |
| 08/16/2021 | Expense | | | -276.82 |
| 08/16/2021 | Expense | | | -19.00 |
| 08/16/2021 | Expense | | | -21.60 |
| 08/16/2021 | Expense | | | -15.50 |
| 08/16/2021 | Expense | | | -61.45 |
| 08/16/2021 | Expense | | | -868.30 |
| 08/17/2021 | Expense | | | -36.00 |
| 08/17/2021 | Expense | | | -25.12 |
| 08/17/2021 | Expense | | | -250.00 |
| 08/17/2021 | Expense | | | -26.00 |
| 08/18/2021 | Expense | | | -25.77 |
| 08/18/2021 | Expense | | | -30.50 |
| 08/19/2021 | Expense | | | -705.30 |
| 08/19/2021 | Expense | | | -45.93 |
| 08/19/2021 | Expense | | | -10.69 |
| 08/19/2021 | Expense | | | -29.47 |
| 08/19/2021 | Expense | | | -277.95 |
| 08/20/2021 | Expense | | | -21.58 |
| 08/20/2021 | Expense | | | -28.23 |
| 08/20/2021 | Expense | | | -30.00 |
| 08/20/2021 | Expense | | | -47.70 |
| 08/20/2021 | Check | 2469 | | -4,500.00 |

Total                                                                                                                -45,172.73

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/30/2021 | Deposit | | | 48,857.09 |
| 08/16/2021 | Deposit | | | 52.10 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/21/2021 | Deposit | | | 1.00 |
| Total | | | | 48,910.19 |

**Additional Information**

Uncleared checks and payments as of 08/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/26/2020 | Expense | | | -3.73 |
| 12/26/2020 | Expense | | | -3.73 |
| 12/29/2020 | Expense | | | -32.05 |
| Total | | | | -39.51 |

Uncleared checks and payments after 08/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/23/2021 | Expense | | | -73.49 |
| 08/23/2021 | Expense | | | -7.26 |
| 08/23/2021 | Expense | | | -5.02 |
| 08/24/2021 | Transfer | | | -300.00 |
| 08/24/2021 | Expense | | | -23.17 |
| 08/24/2021 | Expense | | | -112.31 |
| 08/24/2021 | Expense | | | -1,000.00 |
| 08/25/2021 | Expense | | | -56.00 |
| 08/26/2021 | Expense | | | -64.50 |
| 08/26/2021 | Expense | | | -200.00 |
| 08/26/2021 | Expense | | | -20.32 |
| 08/26/2021 | Expense | | | -52.88 |
| 08/26/2021 | Expense | | | -77.64 |
| 08/26/2021 | Expense | | | -3.73 |
| 08/26/2021 | Expense | | | -3.73 |
| 08/26/2021 | Expense | | | -151.00 |
| 08/26/2021 | Expense | | | -5.27 |
| 08/26/2021 | Expense | | | -4.03 |
| 08/27/2021 | Expense | | | -48.84 |
| 08/27/2021 | Check | 2471 | | -6,000.00 |
| 08/27/2021 | Check | 2470 | | -250.00 |
| 08/27/2021 | Expense | | | -3,500.00 |
| 08/27/2021 | Expense | | | -199.98 |
| 08/27/2021 | Expense | | | -18.00 |
| 08/27/2021 | Expense | | | -75.00 |
| 08/28/2021 | Expense | | | -125.00 |
| 08/28/2021 | Expense | | | -225.00 |
| 08/30/2021 | Expense | | | -29.92 |
| 09/01/2021 | Expense | | | -120.00 |
| 09/01/2021 | Expense | | | -58.27 |
| 09/02/2021 | Expense | | | -5.00 |
| 09/03/2021 | Expense | | | -9.08 |
| 09/03/2021 | Expense | | | -36.39 |
| Total | | | | -12,860.83 |

Uncleared deposits and other credits after 08/21/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/27/2021 | Deposit | | | 386.10 |
| 08/27/2021 | Deposit | | | 3,500.00 |
| Total | | | | 3,886.10 |



```
L JOYCE EVANS                              ACCOUNT NUMBER:   1674599586
113 BURRY AVE                              STATEMENT DATE:   07/22/21 THRU 08/21/21
BRADFORDWOODS PA 15015-1239                PINE TOWNSHIP OFFICE
                                           11974 PERRY HIGHWAY

                                           (724) 933-6900
```

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 8,623.93 | 45,172.73 | 48,910.19 | 12,361.39 | 23,658.44 | 0.05% | 1.00 |
| EVERYTHING SV | 1,132.72 | 0.00 | 500.21 | 1,632.93 | 1,245.62 | 0.20% | 0.21 |

### SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 2468 | 8,438.00 | 2469 | 4,500.00 | | | | |

### EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/22 | POS MC | KENNYWOOD WEB<br>WEST MIFFLIN   PA | 20.00 | 07/29 | POS MC | ST JOHN OUTLET #<br>FT MYERS    FL | 801.00 |
| 07/24 | POS PIN | MARKET DI 155 To<br>Wexford    PA | 155.58 | 07/30 | DIR | CAPGEMINI 1222575929<br>REG.SALARY | 48,857.09+ |
| 07/26 | POS MC | MISSION BBQ ROBI<br>PITTSBURGH    PA | 15.60 | 07/30 | POS MC | AMZN Mktp US*2P4<br>Amzn.com/bill   WA | 34.08 |
| 07/26 | POS MC | BP#9622747BP OIL<br>WEXFORD    PA | 46.41 | 07/30 | POS MC | TU *TRANSUNION<br>800-493-3292   CA | 32.05 |
| 07/26 | POS MC | APPLE.COM/BILL<br>866-712-7753   CA | 3.73 | 07/30 | POS MC | TU *TRANSUNION<br>800-493-3292   CA | 1.07 |
| 07/26 | POS MC | APPLE.COM/BILL<br>866-712-7753   CA | 3.73 | 07/30 | POS PIN | SHEETZ 677<br>BRIDGEVILLE    PA | 57.32 |
| 07/26 | POS PIN | USPS PO 41918403<br>WEXFORD    PA | 15.98 | 07/30 | POS MC | AMZN Mktp US*2P8<br>Amzn.com/bill   WA | 87.77 |
| 07/26 | POS MC | APPLE.COM/BILL<br>866-712-7753   CA | 48.10 | 07/31 | POS MC | CASH APP*DWAYNE<br>4153753176   CA | 75.00 |
| 07/26 | DIR | NEW YORK LIFE 1135582869<br>INS. PREM. | 151.00 | 07/31 | ONL | TRANSFER DOLLAR BANK INTERNET<br>TO 51674652449 | 350.00 |
| 07/27 | POS MC | AMZN Mktp US*2P2<br>Amzn.com/bill   WA | 11.65 | 07/31 | ZEL | ZELLE TO RIVERAGARC,ELISA | 250.00 |
| 07/27 | POS MC | IPHONE CITIZENSO<br>BRIDGEPORT    CT | 64.50 | 07/31 | ZEL | ZELLE TO SANDERS,ANDRE | 750.00 |
| 07/27 | ECK | WageWorks 9433518641<br>DIRECT DEB | 1,283.87 | 07/31 | POS PIN | MARKET DI 155 To<br>Wexford    PA | 44.97 |
| 07/28 | POS PIN | ROBERT WHOLEY &<br>PITTSBURGH    PA | 47.74 | 07/31 | POS PIN | MARKET DI 155 To<br>Wexford    PA | 80.59 |
| 07/28 | POS PIN | NST THE HOME DEP<br>CRANBERRY TWP   PA | 25.00 | 08/01 | POS PIN | NST THE HOME DEP<br>CRANBERRY TWP   PA | 337.68 |
| 07/28 | POS MC | APPLE.COM/BILL<br>1111111111   CA | 7.47 | 08/01 | POS PIN | NST THE HOME DEP<br>CRANBERRY TWP   PA | 146.88 |
| 07/28 | POS MC | SQ *SHENOT FARM<br>Wexford    PA | 20.71 | 08/02 | POS MC | ST JOHN OUTLET #<br>FT MYERS    FL | 1,229.00 |
| 07/29 | POS MC | CASH APP*RAQUEL<br>4153753176   CA | 150.00 | 08/02 | POS MC | ST JOHN OUTLET #<br>FT MYERS    FL | 980.00 |
| | | | | 08/02 | POS MC | CASH APP*DWAYNE<br>4153753176   CA | 250.00 |



1674599586

PAGE    2

EVERYTHING CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---:|---|---|---|---:|
| 08/03 | POS | BAKERS WATERPROO | 649.98 | 08/14 | POS | MCDONALD'S F6141 | 13.02 |
|  | MC | BENTLEYVILLE    PA |  |  | PIN | MARS    PA |  |
| 08/03 | POS | CVS/PHARMACY #02 | 23.99 | 08/14 | POS | NNT POPEYES 1342 | 4.22 |
|  | MC | 800-746-7287    PA |  |  | PIN | ANNAPOLIS    MD |  |
| 08/03 | POS | NST THE HOME DEP | 131.27 | 08/15 | ONL | TRANSFER DOLLAR BANK INTERNET | 500.00 |
|  | PIN | CRANBERRY TWP    PA |  |  |  | TO 41674599586 |  |
| 08/03 | POS | MCDONALD'S F6141 | 13.08 | 08/15 | POS | APPLE.COM/BILL | 0.99 |
|  | PIN | MARS    PA |  |  | MC | 866-712-7753    CA |  |
| 08/03 | POS | NNT ZSK*IT LEONA | 23.19 | 08/16 | POS | ST JOHN OUTLET # | 868.30 |
|  | PIN | WARRENDALE    PA |  |  | MC | FT MYERS    FL |  |
| 08/03 | ECK | PNC MAKE A PMT 4310856949 | 14,000.00 | 08/16 | ADJ | ST JOHN OUTLET # | 52.10+ |
|  |  | LOAN PYMT |  |  | MC | FT MYERS    FL |  |
| 08/04 | POS | CASH APP*JOHN AL | 75.00 | 08/16 | POS | SHELL OIL 575258 | 46.44 |
|  | MC | 4153753176    CA |  |  | MC | ANNAPOLIS    MD |  |
| 08/04 | POS | CASH APP*DWAYNE | 100.00 | 08/16 | POS | COLD PALACE | 15.50 |
|  | MC | 4153753176    CA |  |  | MC | ANNAPOLIS    MD |  |
| 08/04 | POS | VOGEL DISPOSAL S | 12.00 | 08/16 | POS | SHEETZ 0277    00 | 27.04 |
|  | MC | 724-6251511    PA |  |  | MC | WEXFORD    PA |  |
| 08/04 | POS | APPLE.COM/BILL | 9.99 | 08/16 | POS | CHICK-FIL-A #000 | 21.60 |
|  | MC | 866-712-7753    CA |  |  | MC | ANNAPOLIS    MD |  |
| 08/04 | POS | APPLE.COM/BILL | 10.67 | 08/16 | POS | CVS/PHARM 02589- | 19.00 |
|  | MC | 1111111111    CA |  |  | PIN | MARS    PA |  |
| 08/05 | POS | MARKET DI 155 To | 92.52 | 08/16 | POS | SUNOCO 013731740 | 61.45 |
|  | PIN | Wexford    PA |  |  | MC | SOMERSET    PA |  |
| 08/06 | POS | TU *TRANSUNION | 26.70 | 08/16 | ECK | LIBERTY MUTUAL 0000061050 | 276.82 |
|  | MC | 800-493-3292    CA |  |  |  | INSRNC PMT |  |
| 08/06 | POS | VENMO | 75.00 | 08/17 | ZEL | ZELLE TO RIVERAGARC,ELISA | 250.00 |
|  | MC | 8558124430    NY |  | 08/17 | POS | CVS/PHARM 02589- | 36.00 |
| 08/07 | ZEL | ZELLE TO BYARS,JAMES | 550.00 |  | PIN | MARS    PA |  |
| 08/09 | POS | VENMO | 100.00 | 08/17 | POS | RITE AID 07825 | 25.12 |
|  | MC | 8558124430    NY |  |  | PIN | WEXFORD    PA |  |
| 08/09 | POS | APPLE.COM/BILL | 10.67 | 08/17 | POS | EWC McCandless | 26.00 |
|  | MC | 866-712-7753    CA |  |  | MC | Pittsburgh    PA |  |
| 08/09 | CHK | 2468    SEQ# 19023605 | 8,438.00 | 08/18 | POS | CHICK-FIL-A #015 | 25.77 |
| 08/10 | POS | MARKET DI 155 To | 86.04 |  | MC | CRANBERRY TWP    PA |  |
|  | PIN | Wexford    PA |  | 08/18 | POS | CP PENNDOT ALLIS | 30.50 |
| 08/10 | ECK | ARMSTRONG UTIL 1222529268 | 149.50 |  | MC | ALLISON PARK    PA |  |
|  |  | 8772775711 |  | 08/19 | POS | ST JOHN OUTLET # | 705.30 |
| 08/11 | ZEL | ZELLE TO BYARS,JAMES | 115.00 |  | MC | FT MYERS    FL |  |
| 08/11 | POS | DUNKIN #343581 Q | 15.41 | 08/19 | POS | MCCANDLESS TWP S | 277.95 |
|  | MC | WEXFORD    PA |  |  | MC | 4123662700    PA |  |
| 08/11 | POS | APPLE.COM/BILL | 5.34 | 08/19 | POS | 5GUYS 1061 QSR | 29.47 |
|  | MC | 866-712-7753    CA |  |  | MC | CRANBERRY TOW    PA |  |
| 08/12 | POS | ST JOHN OUTLET # | 839.60 | 08/19 | POS | APPLE.COM/BILL | 45.93 |
|  | MC | FT MYERS    FL |  |  | MC | 866-712-7753    CA |  |
| 08/12 | POS | ST JOHN OUTLET # | 353.00 | 08/19 | POS | APPLE.COM/BILL | 10.69 |
|  | MC | FT MYERS    FL |  |  | MC | 866-712-7753    CA |  |
| 08/12 | DIR | FIRSTENERGY OPCO 2341968288 | 2,908.22 | 08/20 | POS | THE UPS STORE 10 | 21.58 |
|  |  | FE ECHECK |  |  | MC | WEXFORD    PA |  |
| 08/13 | POS | KFC J089008 | 7.48 | 08/20 | POS | AT&T FP52 15649 | 30.00 |
|  | MC | PITTSBURGH    PA |  |  | MC | CRANBERRY TOW    PA |  |
| 08/13 | POS | VENMO | 83.00 | 08/20 | POS | AT&T FP52 15649 | 47.70 |
|  | MC | 8558124430    NY |  |  | MC | CRANBERRY TOW    PA |  |
| 08/13 | ZEL | ZELLE TO AUSTIN,CHARLES | 400.00 | 08/20 | POS | RITE AID 11916 | 28.23 |
| 08/13 | POS | VENMO | 160.00 |  | PIN | PITTSBURGH    PA |  |
|  | MC | 8558124430    NY |  | 08/20 | CHK | 2469    SEQ# 11009295 | 4,500.00 |
| 08/13 | POS | CASH APP*RAQUEL | 250.00 | 08/21 | INT | INTEREST CREDIT | 1.00+ |
|  | MC | 4153753176    CA |  |  |  |  |  |
| 08/14 | POS | URBAN AIR NORTH | 32.98 |  |  |  |  |
|  | MC | PITTSBURGH    PA |  |  |  |  |  |

**Dollar Bank** Since 1855

1674599586                                                                                                        PAGE   3

### EVERYTHING SAVINGS ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 08/15 ONL | TRANSFER DOLLAR BANK INTERNET FROM 51674599586 | 500.00+ | 08/21 INT | INTEREST CREDIT | 0.21+ |

2021 TAX INFORMATION:
| | | | | | |
|---|---|---|---|---|---|
| EVERYTHING CK: | INTEREST CREDITED YEAR-TO-DATE | 4.34+ | INTEREST WITHHELD YEAR-TO-DATE | | 0.00 |
| EVERYTHING SV: | INTEREST CREDITED YEAR-TO-DATE | 1.24+ | INTEREST WITHHELD YEAR-TO-DATE | | 0.00 |

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

ACCOUNT BALANCES MAINTAINED DURING JULY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $5,751.86 | $12,598.12 | $632.54 | $1,019.69 | $13,617.81 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR JULY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JULY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
|  -PIN-BASED PURCHASES (PIN) | 13 | .00 | | |
|  -MASTERCARD PURCHASES (MC) | 41 | .00 | | |
| THE TOTAL CHARGE: | 54 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR JULY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK

**EVERYTHING CHECKING (2449), Period Ending 08/16/2021**

**RECONCILIATION REPORT**

Reconciled on: 09/09/2021

Reconciled by: Jason Humienny

Any changes made to transactions after this date aren't included in this report.

### Summary

|  | USD |
|---|---|
| Statement beginning balance | 44.50 |
| Checks and payments cleared (12) | -358.76 |
| Deposits and other credits cleared (2) | 500.00 |
| Statement ending balance | 185.74 |
| Register balance as of 08/16/2021 | 185.74 |
| Cleared transactions after 08/16/2021 | 0.00 |
| Uncleared transactions after 08/16/2021 | -150.67 |
| Register balance as of 09/09/2021 | 35.07 |

### Details

Checks and payments cleared (12)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2021 | Expense | | | -36.00 |
| 07/17/2021 | Expense | | | -38.75 |
| 07/25/2021 | Expense | | | -16.85 |
| 07/29/2021 | Expense | | | -57.64 |
| 07/30/2021 | Expense | | | -10.02 |
| 08/01/2021 | Expense | | | -32.39 |
| 08/02/2021 | Expense | | | -9.97 |
| 08/04/2021 | Expense | | | -13.98 |
| 08/04/2021 | Expense | | | -34.90 |
| 08/04/2021 | Expense | | | -40.05 |
| 08/13/2021 | Expense | | | -41.66 |
| 08/14/2021 | Expense | | | -26.55 |

Total   -358.76

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/19/2021 | Transfer | | | 150.00 |
| 07/31/2021 | Transfer | | | 350.00 |

Total   500.00

### Additional Information

Uncleared checks and payments after 08/16/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/17/2021 | Expense | | | -86.64 |
| 08/19/2021 | Expense | | | -14.55 |
| 08/20/2021 | Expense | | | -18.56 |
| 08/23/2021 | Expense | | | -64.84 |
| 08/23/2021 | Expense | | | -20.97 |
| 08/23/2021 | Expense | | | -36.00 |
| 08/25/2021 | Expense | | | -9.88 |
| 08/26/2021 | Expense | | | -16.00 |
| 08/27/2021 | Expense | | | -18.19 |
| 08/27/2021 | Expense | | | -26.99 |
| 08/30/2021 | Expense | | | -68.08 |
| 09/02/2021 | Expense | | | -25.42 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/02/2021 | Expense | | | -44.55 |
| Total | | | | -450.67 |

**Uncleared deposits and other credits after 08/16/2021**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/24/2021 | Transfer | | | 300.00 |
| Total | | | | 300.00 |

# Dollar Bank
### Since 1855

L JOYCE EVANS OR
SAMUEL EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER: 1674652449
STATEMENT DATE: 07/17/21 THRU 08/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

|  | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| EVERYTHING CK | 44.50 | 358.76 | 500.00 | 185.74 | 183.53 | 0.00% | 0.00 |
| EVERYTHING SV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |

## EVERYTHING CHECKING ACTIVITY

| DATE |  | TRANSACTION DESCRIPTION |  | AMOUNT | DATE |  | TRANSACTION DESCRIPTION |  | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 07/17 | POS | GO MART #0100 |  | 38.75 | 08/02 | POS | SHEETZ 0277 |  | 9.97 |
|  | MC | ELKVIEW | WV |  |  | PIN | WEXFORD | PA |  |
| 07/17 | FEE | POS OVERDRAFT FEE |  | 36.00 | 08/04 | POS | LOWE'S #653 |  | 40.05 |
| 07/19 | ONL | TRANSFER DOLLAR BANK INTERNET |  | 150.00+ |  | PIN | CRANBERRY TWN | PA |  |
|  |  | FROM 51674599586 |  |  | 08/04 | POS | LOWE'S #653 |  | 13.98 |
| 07/25 | POS | SHEETZ 0277 |  | 16.85 |  | PIN | CRANBERRY TWN | PA |  |
|  | PIN | WEXFORD | PA |  | 08/04 | POS | MARKET DI 155 To |  | 34.90 |
| 07/29 | POS | MARKET DI 155 To |  | 57.64 |  | PIN | Wexford | PA |  |
|  | PIN | Wexford | PA |  | 08/13 | POS | MARKET DI 155 To |  | 41.66 |
| 07/30 | POS | BP#1841113CRANB |  | 10.02 |  | PIN | Wexford | PA |  |
|  | PIN | CRANBERRY TWP | PA |  | 08/14 | POS | FRESH THYME #453 |  | 26.55 |
| 07/31 | ONL | TRANSFER DOLLAR BANK INTERNET |  | 350.00+ |  | MC | CRANBERRY | PA |  |
|  |  | FROM 51674599586 |  |  |  |  |  |  |  |
| 08/01 | POS | MARKET DI 155 To |  | 32.39 |  |  |  |  |  |
|  | PIN | Wexford | PA |  |  |  |  |  |  |

NO SAVINGS ACTIVITY

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 36.00 | 684.00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

## ACCOUNT BALANCES MAINTAINED DURING JULY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $210.17- | $65.21 | $0.00 | $0.00 | $65.21 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

**Dollar Bank**
Since 1855

1674652449

PAGE 2

BANKING CARD ACTIVITY FOR JULY

THERE ARE NO CHARGES FOR BANKING CARD USE IN JULY

|  | CHECKING | | SAVINGS | |
|---|---|---|---|---|
|  | # OF USES | TOTAL CHARGED | # OF USES | TOTAL CHARGED |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) | | | | |
| -PIN-BASED PURCHASES (PIN) | 8 | .00 | | |
| -MASTERCARD PURCHASES (MC) | 3 | .00 | | |
| THE TOTAL CHARGE: | 11 | .00 | | |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR JULY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK

# Dollar Bank
### Since 1855

ANDRE R SANDERS JR OR
L JOYCE EVANS
113 BURRY AVE
BRADFORDWOODS PA 15015-1239

ACCOUNT NUMBER: 1674652324
STATEMENT DATE: 07/17/21 THRU 08/16/21
PINE TOWNSHIP OFFICE
11974 PERRY HIGHWAY

(724) 933-6900

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 122.39 | 813.94 | 1,327.63 | 636.08 | 389.28 | 0.00% | 0.00 |

## FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/19 | POS MC | CASH APP*STEVEN 4153753176   CA | 20.00 | 08/13 | DIR | AMAZON COM SERVI  9111111101 DIRECT DEP | 491.14+ |
| 07/19 | POS MC | APPLE CASH - SEN 877-233-8552   CA | 25.00 | 08/13 | POS MC | LOCAL BAR & KITC PITTSBURGH   PA | 6.08 |
| 07/19 | DIR | Amazon.com Servi  2A109383K9 EDI PYMNTS | 0.01+ | 08/13 | POS MC | LOCAL BAR & KITC PITTSBURGH   PA | 11.98 |
| 07/20 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 10.69 | 08/13 | POS MC | LOCAL BAR & KITC PITTSBURGH   PA | 14.98 |
| 07/20 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 2.99 | 08/13 | POS MC | USCONNECT CRH CA CONNELLSVILLE   PA | 5.72 |
| 07/20 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 4.80 | 08/13 | POS MC | LOCAL BAR & KITC PITTSBURGH   PA | 1.07 |
| 07/28 | POS MC | DOORDASH*FRANKS SAN FRANCISCO   CA | 37.66 | 08/14 | POS MC | BP#9622747BP OIL WEXFORD   PA | 18.71 |
| 07/30 | DIR | AMAZON COM SERVI  9111111101 DIRECT DEP | 338.55+ | 08/14 | POS MC | BAR LOUIE NORTH PITTSBURGH   PA | 59.97 |
| 08/01 | FEE | BANKING MACHINE USE JULY | 7.50 | 08/14 | POS PIN | NNT SOUTHSIDE BE PITTSBURGH   PA | 41.71 |
| 08/06 | DIR | AMAZON COM SERVI  9111111101 DIRECT DEP | 497.93+ | 08/15 | POS PIN | MCDONALD'S M7134 ANNAPOLIS   MD | 14.80 |
| 08/09 | ATM | PNC BANK     2615 NICHOLS SEWICKLEY   PA | 60.00 | 08/15 | POS PIN | CVS/PHARM 04002- CRAFTON   PA | 10.85 |
| 08/09 | POS PIN | SHEETZ 0617 SEWICKLEY   PA | 41.14 | 08/15 | POS MC | DOORDASH*KTS FIS SAN FRANCISCO   CA | 31.09 |
| 08/10 | POS MC | STEAMGAMES.COM 4 Bellevue   WA | 42.79 | 08/15 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 4.80 |
| 08/10 | POS MC | USCONNECT CRH CA CONNELLSVILLE   PA | 7.30 | 08/16 | POS MC | FOXTAIL PITTSBURGH   PA | 163.40 |
| 08/10 | POS MC | USCONNECT CRH CA CONNELLSVILLE   PA | 1.23 | 08/16 | POS MC | APPLE.COM/BILL 1111111111   CA | 4.80 |
| 08/10 | POS MC | USCONNECT CRH CA CONNELLSVILLE   PA | 7.41 | 08/16 | POS MC | LOCAL BAR & KITC PITTSBURGH   PA | 6.99 |
| 08/11 | POS MC | PPAP SMITHFIELD PITTSBURGH   PA | 6.00 | 08/16 | POS MC | APPLE.COM/BILL 866-712-7753   CA | 13.97 |
| 08/11 | POS PIN | GET GO #3 4900 S Pittsburgh   PA | 25.96 | 08/16 | POS MC | MAMMA LUCIA PIZZ WEXFORD   PA | 19.58 |
| 08/12 | ATM | PAI ISO     4524 LIBERTY PITTSBURGH   PA | 42.50 | 08/16 | POS MC | CHIPOTLE ONLINE 1800244768   CA | 27.72 |
| 08/12 | POS MC | USCONNECT CRH CA CONNELLSVILLE   PA | 5.42 | 08/16 | POS MC | EXXONMOBIL    47 ANNAPOLIS   MD | 0.29 |
| 08/12 | POS MC | USCONNECT CRH CA CONNELLSVILLE   PA | 6.91 | 08/16 | POS | EXXONMOBIL    47 | 0.13 |



1674652324

PAGE 2

---

REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

|   | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

ACCOUNT BALANCES MAINTAINED DURING JULY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $0.01 | $98.10 | $0.00 | $0.00 | $98.10 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

BANKING CARD ACTIVITY FOR JULY

|  | CHECKING # OF USES | CHECKING TOTAL CHARGED | SAVINGS # OF USES | SAVINGS TOTAL CHARGED |
|---|---|---|---|---|
| ATM ACTIVITY (ATM) |  |  |  |  |
| -DOLLAR ATM ACTIVITY | 1 | .00 |  |  |
| -NON-DOLLAR ATM ACTIVITY | 3 | 7.50 |  |  |
| POINT OF SALE PURCHASE TRANSACTIONS (POS) |  |  |  |  |
| -PIN-BASED PURCHASES (PIN) | 8 | .00 |  |  |
| -MASTERCARD PURCHASES (MC) | 24 | .00 |  |  |
| THE TOTAL CHARGE: | 36 | 7.50 |  |  |

PLEASE NOTE: BANKING CARD ACTIVITY INCLUDES CASH WITHDRAWALS, TRANSFERS, DEPOSITS, AND INQUIRIES AT BANKING MACHINES, AND POINT OF SALE (POS) PURCHASE TRANSACTIONS. ACTIVITY IS REVIEWED BY CALENDAR MONTH, SO YOU MAY NEED TO REFER TO YOUR PREVIOUS STATEMENT FOR THE COMPLETE RECORD OF TRANSACTIONS FOR JULY.

IF YOU MAKE A WITHDRAWAL AT A BANKING MACHINE OWNED BY ANOTHER FINANCIAL INSTITUTION, THAT INSTITUTION MAY CHOOSE TO ADD A SURCHARGE TO THE WITHDRAWAL AMOUNT. THIS IS NOT A DOLLAR BANK CHARGE, AND THEREFORE CANNOT BE WAIVED.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK