HISTORIC SUMMARY – 2020

| Post Petition Periods | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Cash Flow from Operations: | 0.00 | $18,018 | $5,481 | $49,088 | $7,302 | $14,011 | $8,411 | $7,011 | $7,498 | $8,094 | $8,594 | $8,496 |
| Less Total Disbursements Excluding PMTS to Creditors In a Plan | 0.00 | $19,013 | $8,391 | $11,203 | $19,427 | $20,886 | $7,498 | $5,229 | $5,476 | $17,878 | $7,268 | $5,709 |
| Total Net Cash Flow | 0.00 | ($995) | ($2,910) | $37,885 | ($12,125) | ($6,875) | $913 | $1782 | $2,022 | ($9,784) | $1,326 | $2,787 |

2021

| Post Petition Periods | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Cash Flow from Operations: | $4,086 | $4,086 | $8,022 | $42,220 | $6,065 | $5,958 | $54,534 | $1.00 | $17,867 | $9,000 | $9,000 | N/A |
| Less Total Disbursements Excluding PMTS to Creditors In a Plan | $9,718 | $3,195 | $10,227 | $12,091 | $15,043 | $15,072 | $12,567 | $40,344 | $14,443 | $13,467 | $7,399 | |
| Total Net Cash Flow | ($5,632) | $891 | ($2,205) | $30,129 | ($9,007) | ($9,114) | $41,967 | ($40,343) | $3,424 | ($4,467) | $1,601 | |