# PROCEEDING MEMO

**Date: 01/11/2022 11:00 am**

**In re:    Lois Joyce Evans**

Bankruptcy No. 20-20387-CMB
Chapter: 11 - (NOT A SMALL BUSINESS)
Doc. # 196

**Appearances:  BY ZOOM:  Brent Lemon;  Larry Wahlquist**

**Nature of Proceeding:** #196 Continued Hearing on Amended Disclosure Statement To Accompany Amended Chapter 11 Plan Dated 11/12/2021

**Additional Pleadings:** #195 Amended Chapter 11 Plan Dated 11/12/2021
#197 Summary of Amended Chapter 11 Plan Dated 11/12/2021
#203 Objection by United States Trustee
#204 Proceeding Memo from 12/14/2021 Hearing Held - Continued to 01/11/2022 at 11:00 a.m. via Zoom.  Monthly Operating Reports to be filed on or before 12/30/2021.  Court will consider converting case if matters not resolved.
#211 Exhibit - Historical Summary - Exhibit to Disclosure Statement

**Judge's Notes:**

**Outcome:**  Hearing Held.  U.S. Trustee continues to question feasibility of Plan. Court will continue to consider Converting Case if Plan is not confirmed.   Order to be entered approving Disclosure Statement.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
1/11/22 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA