**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**Lois Joyce Evans** | Case No. 20-20387-CMB<br>Chapter: 11<br>Related to Document Nos. 195, 196, 197<br>Hearing Date: <u>**March 8, 2022 – 10:00 am**</u> |

**ORDER APPROVING DISCLOSURE STATEMENT,
SETTING DEADLINES AND
SCHEDULING HEARING ON PLAN CONFIRMATION**

      **AND NOW**, this <u>***11th***</u>  day of  <u>**January, 2022,**</u>  after hearing on the approval of the  Disclosure Statement, filed by the Debtor on <u>November 12, 2021,</u> (Document No.<u>196</u>), under Chapter 11 of the Bankruptcy Code and it having been determined, after notice and hearing, that the Disclosure Statement contains adequate information,

      IT IS **ORDERED**, **ADJUDGED** and **DECREED** that:

(1)    The Disclosure Statement filed by the Debtor, dated <u>November 12, 2021</u>, is **APPROVED.**

(2)    **On or before** <u>January 18, 2022</u>**,** the Disclosure Statement, Plan, Plan Summary, a copy of this Order, and a Ballot conforming to *Official Form No. 14* shall be mailed by the Plan Proponent to all creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in *Fed.R.Bankr.P. 3017(d)*.

(3)    <u>***February 25, 2022***</u>**,** is the last day for:

(a) filing written ballots by creditors, either accepting or rejecting the plan referred to above, pursuant to 11 U.S.C. §1126(a);

(b) filing claims not already barred by operation of law, rule or order of this Court; and,

(c) filing and serving written objections to confirmation of the plan, pursuant to *Fed.R.Bankr.P. 3020(b)(1)*.

(4) **March 8, 2022**, is the last day for filing a complaint objecting to discharge, if applicable, pursuant to *Fed.R.Bankr.P. 4004 (a)*.

(5) On **March 4, 2022,** the Plan Proponent shall file a **Summary** of the balloting referred to in Paragraph (3)(a), above.***

(6) On **March 8, 2022, at 10:00 a.m.,** a Zoom plan confirmation hearing for the *Plan* filed by the Debtor at Document No. **195** is scheduled via Zoom Video Conference Application. To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

FILED
1/11/22 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cm: Brian C. Thompson, Esquire

*** The Summary shall be filed using the attached form. The Summary shall include a list of claims and interests, the amount of each, and whether the holder of a claim or interest voted to accept or reject the Plan. The Summary shall also include a list of the classes of claims and interests, identification of whether the class is impaired or unimpaired, and whether the class voted to accept or reject the Plan. The Summary shall also clearly state whether a cramdown hearing is requested. In the event a Plan Proponent fails to comply with these requirements, confirmation of the Plan may be delayed.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | ) | Bankruptcy No. _____ -CMB |
|---|---|---|
|  | ) |  |
| _____, | ) | Chapter 11 |
|  | ) |  |
|  | ) |  |
| Debtor. | ) | Related to Doc. No. _____ |

**PLAN BALLOT SUMMARY**

1. Have all impaired classes accepted the plan in satisfaction of 11 U.S.C. §1129(a)(8) for confirmation?    △ Yes    △ No
2. Is a cramdown requested?    △ Yes    △ No
3. Identify unimpaired classes by class numbers: _____
4. Identify impaired classes by class numbers: _____
5. Has any impaired class accepted the Plan?    △ Yes    △ No
   If yes, specify which class or classes: _____
6. Below is a summary of the ballots by claim:

| **Name** | **Class** | **Amount** | **Vote** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

See attached continuation page.

7. Pursuant to 11 U.S.C. §1126, only the actual ballots cast are counted to determine whether a given class has voted to accept or reject the Plan. Section 1126(c) provides that a class of claims will have accepted the Plan if voting creditors in such class holding **at least two-thirds in amount** and **more than one-half in number** have voted to accept the Plan. Class acceptance by a class of interests is governed by §1126(d), requiring that holders of interests holding **at least two-thirds in amount** accept the Plan.

The following is a summary by creditor class of the ballots:

| Class | Impaired? | NUMBER | | | AMOUNT | | |
|---|---|---|---|---|---|---|---|
| | | Total number of claims voted by members of class (N) | Number of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ N) | Aggregate dollar amount of claims voted by members of class (Amt) | Dollar amount of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ Amt) |
| | | (N) | (A)<br>(R) | ____% | | (A)<br>(R) | ____% |
| | | (N) | (A)<br>(R) | ____% | | (A)<br>(R) | ____% |
| | | (N) | (A)<br>(R) | ____% | | (A)<br>(R) | ____% |
| | | (N) | (A)<br>(R) | ____% | | (A)<br>(R) | ____% |
| | | (N) | (A)<br>(R) | ____% | | (A)<br>(R) | ____% |
| | | (N) | (A)<br>(R) | ____% | | (A)<br>(R) | ____% |
| | | (N) | (A)<br>(R) | ____% | | (A)<br>(R) | ____% |

See attached continuation page.

<u>Additional Comments</u>:

Date: _____

                                    Signature

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20387-CMB |
| Lois Joyce Evans | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Jan 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | |
| | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | |
| | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Jill Locnikar | |
| | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Larry E. Wahlquist | |
| | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Jan 11, 2022 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK N.A. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Thomas Song
    on behalf of Creditor PNC Bank National Association, et.al. pawb@fedphe.com


TOTAL: 10