IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**LOIS JOYCE EVANS,**<br><br>Debtor.<br><br>---<br><br>**COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE,**<br><br>Movant,<br><br>v.<br><br>**NO RESPONDENT.** | Bankr. Case No. 20-20387-CMB<br><br>Chapter 11<br><br>Related to: Document No. 216 |

## ORDER

AND NOW, this 24th day of February, 2022, upon consideration of the Commonwealth of Pennsylvania, Department of Revenue's *Motion to Withdraw the Appearance of Anthony T. Kovalchick and Enter the Appearance of Lauren A. Michaels* (the "<u>Motion</u>"), it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED;

2. The appearance of Anthony T. Kovalchick, Deputy Attorney General, is WITHDRAWN on behalf of the Commonwealth of Pennsylvania, Department of Revenue; and

3. The appearance of Lauren A. Michaels, Deputy Attorney General, is ENTERED on behalf of the Commonwealth of Pennsylvania, Department of Revenue.

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
2/24/22 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Lois Joyce Evans  
    Debtor

Case No. 20-20387-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Feb 24, 2022     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
|  | | Anthony T. Kovalchick, Esq., PA Office of Atty Gen., Mezzanine Level, Pittsburgh, PA 15222 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC Mortgage A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Lauren Michaels
    on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor PNC Bank  National Association, et.al. pawb@fedphe.com

TOTAL: 11