**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Lois Joyce Evans, | : | Bankruptcy Case No.: 20-20387-CMB |
| Debtor. | : | Chapter 7 |
| Lois Joyce Evans, | : | Document No.: |
| Movant, | : | Related to Document No.: 226 |
| v. | : | **Hearing Date and Time:** |
| No Respondents, | : | April 4, 2022, at 2:00 p.m. |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Maya Rowe, Paralegal, hereby certify that a copy of Order Converting Case Under Chapter 11 to Case Under Chapter 7 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on March 10, 2022, on the parties listed below.

Maria D. Stromple, Partner, CPA, MST
Wilke & Associates, LLP
Certified Public Accountants and Small Business Advisors
1721 Cochran Road-Suite 200
Pittsburgh, PA  15220

Dated:  March 10, 2022          /s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com