# PROCEEDING MEMO

**Date:** 03/08/2022 10:00 am

**In re:** Lois Joyce Evans

                                                 Bankruptcy No. 20-20387-CMB
                                                 Chapter: 11-(NOT A SMALL BUSINESS)
                                                 Doc. # 222

**Appearances:** BY ZOOM: Brent Lemon; Larry Wahlquist

**Nature of Proceeding:** #222 Motion To Withdraw Chapter 11 Plan Dated 11/12/2021

**Additional Pleadings:** #195 Amended Chapter 11 Plan Dated 11/12/2021
                           #196 Disclosure statement To Accompany Plan Dated 11/12/2021
                           #197 Summary of Amended Chapter 11 Plan Dated 11/12/2021
                           #212 Proceeding Memo from 01/11/2022 Zoom Hearing on #196 Disclosure Statement.  U.S. Trustee continues to question feasibility of Plan. Court willl continue to consider Converting Case if Plan is not confirmed.   Order to be entered Approving Disclosure Statement.
                           #213 Order Signed 01/11/2022 Approving Disclosure Statement and Scheduling Hearing on Plan Confirmation.  Confirming Hearing to be held on 03/08/2022 at 10:00 a.m. via Zoom.
                           #219 Objection to Confirmation of Amended Plan by U.S. Trustee
                           #223 TEXT ORDER Signed 03/03/2022 - The Confirmation Hearing on #195 - Amended Chapter 11 Plan Dated 11/12/2021 scheduled for 03/08/2022 at 10:00 a.m. is CANCELLED.  A Hearing on #222 - Motion To Withdraw Chapter 11 Plan Dated 11/12/2021 is scheduled  for 03/08/2022 at 10:00 a.m. via Zoom.

**Judge's Notes:**

**Outcome:** Hearing Held.  Allowed Withdrawal of Plan.  U.S. Trustee requests conversion to Chapter 7.  Case Converted to Chapter 7.  Order to be entered.

                                                 Carlota Böhm
                                                 Chief U.S. Bankruptcy Judge

                                                 FILED
                                                 3/8/22 3:05 pm
                                                 CLERK
                                                 U.S. BANKRUPTCY
                                                 COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20387-CMB |
| Lois Joyce Evans | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 10, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Lauren Michaels | on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor PNC Bank  National Association, et.al. pawb@fedphe.com

TOTAL: 10