IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
Lois Joyce Evans                    :
                                    :       Bankruptcy Case No. 20-20387-CMB
                                    :
           Debtor(s),                :

### ORDER CONVERTING CASE UNDER
### CHAPTER 11 TO CASE UNDER CHAPTER 7

After Hearing Held on March 8, 2022, on Motion To Withdraw Chapter 11 Plan Dated November 12, 2021, it is **ORDERED, ADJUDGED and DECREED** that:

(1) This Chapter 11 case is **CONVERTED** to a case under Chapter 7.

(2) The Debtor (for the period in which it operated as a debtor-in-possession) and the Chapter 11 Trustee (for the period in which it served as trustee) shall:

(a) *forthwith* turn over to the Chapter 7 Trustee all records and property of the estate under its custody and control as required by Bankruptcy Rule 1019(4);

(b) *within 14 days* of the date of this Order, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case, as required by Bankruptcy Rule 1019(5), and a list of all post-petition claimants with their names and addresses. **The Clerk shall reject for filing any list of claimants which is not filed in matrix format**;

(c) *within 14 days* of the date of this order, file a Financial Report (or reports) covering the period from the last filed financial report through the date of Conversion; and,

(d) *within 30 days* of the date of this Order, file an accounting of all receipts and distributions made;

(e) **it is Counsel for Debtor's responsibility to insure that the above reports are timely filed and failure to do so may result in sanctions against counsel. See paragraph 6 below.**

(3) *Within 14 days* of the date of this *Order,* the Debtor shall file the **Statements** and **Schedules** required by *Bankruptcy Rules 1019(1)(A) & 1007(b)*, if such documents have not already been filed.

(4) If the case is Converted after the Confirmation of a Plan, *within 30 days* of the date of this Order, the Debtor shall file a:

    (a)    ***Schedule of all property*** not listed in the *Final Report and Account* of the Debtor-In-Possession or Chapter 11 Trustee which was acquired after the commencement of the Chapter 11 case but before the entry of this Conversion Order;

    (b)    ***Schedule of Executory Contracts and Unexpired Leases entered*** into or assumed after the commencement of the Chapter 11 case but before the entry of this Conversion Order;

    (c)    ***Schedule of Unpaid Debts*** not listed in the *Final Report and Account* of the Debtor-In-Possession or Chapter 11 Trustee which were incurred after the commencement of the Chapter 11 case but before the entry of this Conversion Order, as required by *Bankruptcy Rule 1019(5)*;

    (d)    ***Statement of Intention*** with respect to retention or surrender of property securing consumer debts, as required by *11 U.S.C. §521(2)(A)* and *Bankruptcy Rule 1019(1)(B)*, and conforming to *Official Form 8*.

(5) It is **FURTHER ORDERED** that the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*. If the report per Paragraph 2(b) is filed in time for the Clerk to include post-petition creditors in the *§341 Notice* mailing, the Clerk shall so include the post-petition creditors in that mailing. If the report per Paragraph 2(b) is not filed in time for inclusion of the post-petition creditors in the *§341 Notice* mailing, the Clerk shall send, within ten (10) days of the filing of the Paragraph 2(b) report, the notice required by *Bankruptcy Rule 1019(6)*.

(6) It is **FURTHER ORDERED** that ***within forty-five (45) days*** hereof all Chapter 11 fee petitions by any professional shall be filed with the Clerk of the Bankruptcy Court and the hearing shall be self-scheduled on Judge Böhm's motions calendar.

(7) It is **FURTHER ORDERED** Counsel for Debtor shall ***immediately*** serve a copy of this *Order* on any professional of record in the above case and shall file a certificate of service with the Clerk of the Bankruptcy Court within ten (10) days hereof.

cc:    Debtor, Debtor's Counsel
       Office of U.S. Trustee

Carlota M. Böhm   glb
Chief United States Bankruptcy Judge

FILED
3/8/22 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20387-CMB |
| Lois Joyce Evans | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net  PA59@ecfcbis.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 08, 2022 | Form ID: pdf900 | Total Noticed: 1

Lauren Michaels
    on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor PNC Bank  National Association, et.al. pawb@fedphe.com

TOTAL: 11