**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Bankruptcy Case No.: 20-20387-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| Lois Joyce Evans, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 239 |
| v. | : | |
| | : | **Hearing Date and Time:** |
| No Respondents, | : | May 2, 2022 at 3:00 p.m. |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Maya Rowe, Paralegal, hereby certify that a Notice of Rescheduled 341(a) Meeting of Creditors in accordance with Text Order at Document No. 239 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on April 6, 2022 on the party listed below:

**Lois Joyce Evans**
**113 Burry Avenue**
**Bradford Woods, PA 15015**
**LJoy.Evans@gmail.com**

Dated: April 6, 2022

/s/Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com