## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Lois Joyce Evans, | : | Bankruptcy No. 20-20387-CMB |
| | : | |
| Debtor. | : | |
| _____ | : | Chapter 13 |
| Lois Joyce Evans, | : | |
| | : | |
| Movant, | : | Document No.: |
| | : | |
| v. | : | Related Document No.: |
| | : | |
| No Respondents | : | |
| | : | |

### STATEMENT REGARDING REQUIRED DOCUMENTS UNDER
### RULE 1019 FOR A CASE CONVERTED TO CHAPTER 7

AND NOW comes the Debtor by and through her attorney Brian C. Thompson, Esquire

and Thompson Law Group, P.C., and files this Statement Regarding Required Documents Under

Rule 1019 for a Case Converted to Chapter 7 representing as follows:

1. In accordance with Bankruptcy Rule 1019(5)(A)(i), Upon information and belief,

   Debtor has not incurred any additional unpaid debts after the commencement of the

   Chapter 11 case and before conversion.

2. In accordance with Bankruptcy Rules 1019(1)(A) and 1007(b), Debtor has filed all

   required statements and schedules.

3. In accordance with 11 U.S.C. §521(2)(A) and Bankruptcy Rule 1019(1)(B), Debtor

   has filed a Statement of Intention on April 21, 2022.

4. This case was converted prior to the confirmation of a plan.

Date:  April 21, 2022                    /s/Brian C. Thompson
                                         Brian C. Thompson, Esquire
                                         PA I.D. # 91197
                                         Thompson Law Group, P.C.
                                         400 Warrendale-Bayne Road, Suite 200

Warrendale, PA 15086
724-799-8404 Telephone
724-799-8409 Facsimile
bthompson@thompsonattorney.com