## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Lois Joyce Evans, | Bankruptcy No. 20-20387-CMB |
| Debtor. | Chapter 11 |
| Maria Stromple, CPA, and Wilke & Associates, CPAs & Business Advisors | |
| Applicant, | Document No. |
| vs. | Related to Document No. 242, 243 |
| No Respondent, | Hearing Date & Time:<br>**June 9, 2022, at 1:30 p.m.** |

**CERTIFICATION OF NO OBJECTION REGARDING THE FEE APPLICATION OF MARIA STROMPLE, CPA, AND WILKE & ASSOCIATES, CPAs & BUSINESS ADVISORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT TO DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 18, 2022, at Document No. 242 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 243, Objections were to be filed and served no later than May 5, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 242 be entered by the Court.

Date: May 6, 2022

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com