# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Lois Joyce Evans, | Bankruptcy No. 20-20387-CMB |
| Debtor. | Chapter 11 |
| Maria Stromple, CPA, and Wilke & Associates, CPAs & Business Advisors | |
| Applicant, | Document No. |
| vs. | Related to Document No. 242 |
| No Respondent, | Hearing Date & Time: June 9, 2022, at 1:30 p.m. |

**ENTERED BY DEFAULT**

## ORDER APPROVING FIRST FEE APPLICATION OF MARIA STROMPLE, CPA, AND WILKE & ASSOCIATES, CPAs & BUSINES ADVISORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT TO DEBTOR

This matter having come before the Court upon the Fee Application of Maria Stromple, CPA and Wilke & Associates, CPAs & Business Advisors, for Allowance of Compensation and Reimbursement of Expenses as Accountant to Debtor (the "Application"), with notice for objecting to these fees having been given and no objections thereto having been received, and this Court being otherwise sufficiently advised, for cause shown it is hereby:

ORDERED, ADJUDGED and DECREED:

1. That the Application be and hereby is APPROVED and that the accountants' fees sought by Maria Stromple, CPA and Wilke & Associates, CPAs & Business Advisors for the period from December 31, 2020 through and including January 31, 2022 (the "Period") in the amount of $11,605.00 is allowed.

2. It is further ORDERED, ADJUDGED and DECREED that Debtor shall immediately pay Maria Stromple, CPA and Wilke & Associates, CPAs & Business Advisors the fees and expenses as contemplated in the retention application, including from funds being held in escrow.

DATED: 5/6/2022

_____
CARLOTA M. BOHM    dmk
UNITED STATES BANKRUPTCY JUDGE

FILED
5/6/22 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20387-CMB |
| Lois Joyce Evans | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Accountant Maria Stromple bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net  PA59@ecfcbis.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Lauren Michaels
    on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor PNC Bank  National Association, et.al. pawb@fedphe.com

TOTAL: 12