**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-20387-CMB** |
| **Lois Joyce Evans** : | **Chapter 7** |
| : | |
| **Debtor(s)** : | |
| : | **Date and Time of Hearing** |
| **PNC Bank, N.A.** : | **July 19, 2022 at 10:00 a.m.** |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Lois Joyce Evans** : | |
| **Samuel E Evans** : | |
| : | |
| **Jeffrey J. Sikirica** : | |
| **Respondents.** | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF PNC BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 113 BURRY AVE, BRADFORDWOODS, PENNSYLVANIA 15015 (DOCUMENT NO. 264)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay on First Mortgage for Real Property Located at 113 Burry Ave, Bradfordwoods, Pennsylvania 15015 ("Motion") filed on May 16, 2022 at Document No. 264 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 2, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)

20-020888_RNT1

        Adam B. Hall (323867)
        Edward H. Cahill (0088985)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Stephen R.
        Franks.
        Contact email is srfranks@manleydeas.com

20-020888_RNT1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-20387-CMB** |
| **Lois Joyce Evans** : | **Chapter 7** |
| : | |
| **Debtor(s)** : | |
| : | **Date and Time of Hearing** |
| **PNC Bank, N.A.** : | **July 19, 2022 at 10:00 a.m.** |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Lois Joyce Evans** : | |
| **Samuel E Evans** : | |
| : | |
| **Jeffrey J. Sikirica** : | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION REGARDING MOTION OF PNC BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 113 BURRY AVE, BRADFORDWOODS, PENNSYLVANIA 15015 (DOCUMENT NO. 264)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __06/03/2022__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __06/03/2022__

By: __/s/Stephen R. Franks__
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611

20-020888_RNT1

Phone No.
0075345
List Bar I.D. and State of Admission

20-020888_RNT1

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Jeffrey J. Sikirica, Chapter 7 Trustee, 121 Northbrook Drive, Pine Township, Gibsonia, PA 15044, trusteesikirica@zoominternet.net (notified by ecf)

Brian C. Thompson, Attorney for Debtor, Thompson Law Group, P.C., 125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086, bthompson@ThompsonAttorney.com (notified by ecf)

Lois Joyce Evans, Debtor, 113 Burry Avenue, Bradfordwoods, PA 15015 (notified by regular US Mail)

Samuel E Evans, Party of Interset, 113 Burry Ave, Bradfordwoods, PA 15015 (notified by regular US Mail)

Internal Revenue Service, Party of Interest, PO Box 7346, Philadelphia, PA 19101 (notified by regular US Mail)

North Allegheny School District, Party of Interest, 200 Hillvue Lane, Pittsburgh, PA 15237 (notified by regular US Mail)

Pennsylvania Department of Revenue, Party of Interest, PO Box 280946, Harrisburg, PA 17128 (notified by regular US Mail)

PNC Bank National Association, Party of Interest, 3232 Newmark Drive, Miamisburg, OH 45342 (notified by regular US Mail)

20-020888_RNT1