**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-20387-CMB** |
| **Lois Joyce Evans** | : | **Chapter 7** |
| | : | |
| **Debtor(s)** | : | |
| | : | **Date and Time of Hearing** |
| **PNC Bank, N.A.** | : | **July 19, 2022 at 10:00 a.m.** |
| **Movant,** | : | |
| | : | |
| vs | : | |
| | : | |
| **Lois Joyce Evans** | : | |
| **Samuel E Evans** | : | |
| | : | |
| **Jeffrey J. Sikirica** | : | |
| **Respondents.** | | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION OF PNC BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 113 BURRY AVE, BRADFORDWOODS, PENNSYLVANIA 15015 (DOCUMENT NO. 270)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __06/06/2022__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __06/06/2022__

By: __/s/Stephen R. Franks__
Signature
__Stephen R. Franks, Esquire__
Typed Name
__P.O. Box 165028, Columbus, OH 43216-5028__
Address
__614-220-5611__
Phone No.

20-020888_RNT1

0075345
List Bar I.D. and State of Admission

20-020888_RNT1

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Jeffrey J. Sikirica, Chapter 7 Trustee, 121 Northbrook Drive, Pine Township, Gibsonia, PA 15044, trusteesikirica@zoominternet.net (notified by ecf)

Brian C. Thompson, Attorney for Debtor, Thompson Law Group, P.C., 125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086, bthompson@ThompsonAttorney.com (notified by ecf)

Lois Joyce Evans, Debtor, 113 Burry Avenue, Bradfordwoods, PA 15015 (notified by regular US Mail)

Samuel E Evans, Party of Interset, 113 Burry Ave, Bradfordwoods, PA 15015 (notified by regular US Mail)

Internal Revenue Service, Party of Interest, PO Box 7346, Philadelphia, PA 19101 (notified by regular US Mail)

North Allegheny School District, Party of Interest, 200 Hillvue Lane, Pittsburgh, PA 15237 (notified by regular US Mail)

Pennsylvania Department of Revenue, Party of Interest, PO Box 280946, Harrisburg, PA 17128 (notified by regular US Mail)

PNC Bank National Association, Party of Interest, 3232 Newmark Drive, Miamisburg, OH 45342 (notified by regular US Mail)

20-020888_RNT1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: :
: Case No.: 20-20387-CMB
Lois Joyce Evans : Chapter 7
: Judge: Carlota M. Bohm
Debtor(s) :

PNC Bank, N.A. : Related to: Document No. 264
:
Movant, : **ENTERED BY DEFAULT**
vs :
:
Lois Joyce Evans :
Samuel E Evans :
:
Jeffrey J. Sikirica :
Respondents.

### ORDER OF THE COURT

AND NOW, to wit, this __3rd__ day of __June__, 20__22__, upon consideration of the Motion for Relief from the Automatic Stay on First Mortgage for Real Property Located at 113 Burry Ave, Bradfordwoods, Pennsylvania 15015 filed by PNC Bank, N.A., it is hereby **ORDERED, ADJUDGED AND DECREED**, that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of the Creditor in and to the property located at 113 Burry Ave, Bradfordwoods, Pennsylvania 15015 and more particularly described in the Mortgage, recorded September 21, 2004 at Instrument Number 2004-182319.

~~IT IS FURTHER ORDERED that Creditor may take all actions necessary to enforce its rights in the Property under state law. Additionally, the Court orders that the Fed. R. Bankr. P. 4001(a)(3) is waived, and this order is effective immediately.~~

~~IT IS FURTHER ORDERED that the compliance with Fed. R. Bankr. P. 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay.~~

Date: __June 3, 2022__

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
6/3/22 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA