## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 20-20387-CMB** |
| **Lois Joyce Evans** | **Chapter 7** |
| **Debtor(s)** | |
| | **Date and Time of Hearing** |
| **JPMorgan Chase Bank, N.A.** | **July 19, 2022 at 10:00 a.m.** |
| **Movant,** | |
| vs | |
| **Lois Joyce Evans** | |
| **Jeffrey J. Sikirica** | |
| **Respondents.** | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN CHASE BANK, N.A. TO REPOSSESS THE 2017 FORD EXPLORER WITH THE VEHICLE IDENTIFICATION NUMBER 1FM5K8DH3HGD37582 (DOCUMENT NO. 273)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on June 21, 2022 at Document No. 273 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 8, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

20-008674_EJS1

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

20-008674_EJS1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-20387-CMB** |
| **Lois Joyce Evans** | : | **Chapter 7** |
| | : | |
| **Debtor(s)** | : | |
| | : | **Date and Time of Hearing** |
| **JPMorgan Chase Bank, N.A.** | : | **July 19, 2022 at 10:00 a.m.** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Lois Joyce Evans** | : | |
| | : | |
| **Jeffrey J. Sikirica** | : | |
| **Respondents.** | : | |

### CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN CHASE BANK, N.A. TO REPOSSESS THE 2017 FORD EXPLORER WITH THE VEHICLE IDENTIFICATION NUMBER 1FM5K8DH3HGD37582 (DOCUMENT NO. 273)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 07/11/2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 07/11/2022

By: /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028

20-008674_EJS1

Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

20-008674_EJS1

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Jeffrey J. Sikirica, Chapter 7 Trustee, 121 Northbrook Drive, Pine Township, Gibsonia, PA 15044, trusteesikirica@zoominternet.net (notified by ecf)

Brian C. Thompson, Attorney for Debtor, Thompson Law Group, P.C., 125 Warrendale Bayne Road, Suite 200, Warrendale, PA  15086, bthompson@ThompsonAttorney.com (notified by ecf)

Lois Joyce Evans, Debtor, 113 Burry Avenue, Bradfordwoods, PA  15015 (notified by regular US Mail)

20-008674_EJS1