# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 20-20387-CMB |
| **Lois Joyce Evans** | : Chapter 7 |
| | : |
| **Debtor(s)** | : |
| | : Date and Time of Hearing |
| **JPMorgan Chase Bank, N.A.** | : July 19, 2022 at 10:00 a.m. |
| **Movant,** | : |
| vs | : |
| | : |
| **Lois Joyce Evans** | : |
| | : |
| **Jeffrey J. Sikirica** | : |
| **Respondents.** | : |

## CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION FOR RELIEF FROM STAY REGARDING 2017 FORD EXPLORER, VIN 1FM5K8DH3HGD37582

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date)   07/13/2022
.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:   first-class mail and electronic notification
.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:   07/13/2022

By:   /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.

20-008674_EJS1

                                                                                             0075345
                                                                                             List Bar I.D. and State of Admission

20-008674_EJS1

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Jeffrey J. Sikirica, Chapter 7 Trustee, 121 Northbrook Drive, Pine Township, Gibsonia, PA  15044, trusteesikirica@zoominternet.net (notified by ecf)

Brian C. Thompson, Attorney for Debtor, Thompson Law Group, P.C., 125 Warrendale Bayne Road, Suite 200, Warrendale, PA  15086, bthompson@ThompsonAttorney.com (notified by ecf)

Lois Joyce Evans, Debtor, 113 Burry Avenue, Bradfordwoods, PA  15015 (notified by regular US Mail)

20-008674_EJS1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Lois Joyce Evans<br><br>Debtor(s)<br><br>JPMorgan Chase Bank, N.A.<br>Movant,<br><br>vs<br><br>Lois Joyce Evans<br><br>Jeffrey J. Sikirica<br>Respondents. | Case No.: 20-20387-CMB<br>Chapter 7<br><br>Related to: Document No. 276<br><br>**ENTERED BY DEFAULT** |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY REGARDING 2017 FORD EXPLORER, VIN 1FM5K8DH3HGD37582**

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by JPMorgan Chase Bank, N.A. ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net

20-008674_EJS1

proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: July 12, 2022

FILED
7/12/22 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

CC:

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Jeffrey J. Sikirica, Chapter 7 Trustee, 121 Northbrook Drive, Pine Township, Gibsonia, PA 15044, trusteesikirica@zoominternet.net (notified by ecf)

Brian C. Thompson, Attorney for Debtor, Thompson Law Group, P.C., 125 Warrendale Bayne Road, Suite 200, Warrendale, PA  15086, bthompson@ThompsonAttorney.com (notified by ecf)

Lois Joyce Evans, Debtor, 113 Burry Avenue, Bradfordwoods, PA  15015 (notified by regular US Mail)

20-008674_EJS1