# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-20387-CMB** |
| **Lois Joyce Evans** | : | **Chapter 7** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s)** | : | |
| | : | |
| **PNC Bank, National Association** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **January 17, 2023 at 01:30 p.m.** |
| | : | |
| **Lois Joyce Evans** | : | |
| | : | |
| **Jeffrey J. Sikirica** | : | |
| **Respondents.** | : | |

## NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE
## REGARDING MOTION OF PNC BANK, NATIONAL ASSOCIATION FOR RELIEF
## FROM AUTOMATIC STAY WITH 30-DAY WAIVER

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than December 18, 2022 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. The Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed."

You should take this Notice and the Motion to a lawyer at once.

*A Zoom Video Conference Hearing* will be held on January 17, 2023, at 01:30 p.m. before Judge Carlota M. Bohm via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's

22-033717_EJS1

Chambers at 412-644-4328. ***All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at [https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf](https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf).*** Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: __12/1/2022_____

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

22-033717_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 20-20387-CMB** |
| **Lois Joyce Evans** | **Chapter 7** |
| | **Judge Carlota M. Bohm** |
| **Debtor(s)** | |
| | |
| **PNC Bank, National Association** | **Date and Time of Hearing** |
| **Movant,** | **Place of Hearing** |
| **vs** | **January 17, 2023 at 01:30 p.m.** |
| | |
| **Lois Joyce Evans** | |
| **Samuel E. Evans** | |
| | |
| **Jeffrey J. Sikirica** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY WITH 30-DAY WAIVER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 12/1/2022
.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification
.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 12/1/2022

By: /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028

22-033717_EJS1

Address
<u>614-220-5611                                       </u>
Phone No.
<u>0075345                                            </u>
List Bar I.D. and State of Admission

22-033717_EJS1

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Jeffrey J. Sikirica, Chapter 7 Trustee, Jeffrey J Sikirica, ESQ, PO Box 13426, Pittsburgh, PA 15243, TrusteeSikirica@gmail.com (notified by ecf)

Brian C. Thompson, Attorney for Debtor, Thompson Law Group, P.C., 125 Warrendale Bayne Road, Suite 200, Warrendale, PA  15086, bthompson@ThompsonAttorney.com (notified by ecf)

Lois Joyce Evans, Debtor, 113 Burry Avenue, Bradfordwoods, PA  15015 (notified by regular US Mail)

Samuel E. Evans, Codebtor, 113 Burry Ave, Bradfordwoods, PA  15015 (notified by regular US Mail)

Internal Revenue Service, Party of Interest, PO Box 7346, Philadelphia, PA  19101 (notified by regular US Mail)

North Allegheny School District, Party of Interest, 200 Hillvue Lane, Pittsburgh, PA  15237 (notified by regular US Mail)

Pennsylvania Department of Revenue, Party of Interest, PO Box 280946, Harrisburg, PA 17128 (notified by regular US Mail)

PNC Bank National Association, Party of Interest, 3232 Newmark Drive, Miamisburg, OH 45342 (notified by regular US Mail)

22-033717_EJS1