IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-20387-CMB |
| Lois Joyce Evans | : Chapter 7 |
| | : Judge Carlota M. Bohm |
| Debtor(s) | : |
| | : |
| PNC Bank, National Association | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : January 17, 2023 at 01:30 p.m. |
| | : |
| Lois Joyce Evans | : re doc. 281 |
| | : |
| Jeffrey J. Sikirica | : |
| Respondents. | : |

**ENTERED BY DEFAULT**

**ORDER OF THE COURT**

AND NOW, to wit, this **22nd** day of **December**, 20**22**, upon consideration of the Motion for Relief from the Automatic Stay on Third Mortgage for Real Property Located at 113 Burry Ave, Bradfordwoods, PA 15015 filed by PNC Bank, National Association, it is hereby **ORDERED, ADJUDGED AND DECREED**, that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of the Creditor in and to the property located at 113 Burry Ave, Bradfordwoods, PA 15015 and more particularly described in the Mortgage, recorded July 18, 2006 at Instrument Number 2006-78347.

Prepared by: Stephen R. Franks

Date: 12/22/2022

*Carlota M. Böhm* —dmk
JUDGE CARLOTA M. BOHM
UNITED STATES BANKRUPTCY JUDGE
FILED
12/22/22 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

22-033717_EJS1

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Lois Joyce Evans  
    Debtor

Case No. 20-20387-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Dec 22, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Accountant Maria Stromple bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Jill Locnikar | |

      on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Larry E. Wahlquist
      on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Lauren Michaels
      on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
      on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Stephen Russell Franks
      on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

Stephen Russell Franks
      on behalf of Creditor PNC BANK N.A. amps@manleydeas.com

Thomas Song
      on behalf of Creditor PNC Bank National Association, et.al. pawb@fedphe.com

TOTAL: 12