Form 319

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Lois Joyce Evans**  :  Case No. 20−20387−CMB
*Debtor(s)*  :
  :  Chapter: 7

## ORDER

    In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a **Statement of Completion** evidencing completion of a personal financial management course, or alternatively, a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

    In this case, the Debtor(s) failed to timely file a Certification substantially conforming to *Official Form No. 423*, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

    **AND NOW**, this ***The 2nd of August, 2023***, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order.** Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated: August 2, 2023

cm: Debtor

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-20387-CMB

Lois Joyce Evans  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Aug 02, 2023      Form ID: 319      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois Joyce Evans, 113 Burry Avenue, Bradfordwoods, PA 15015-1239 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| acc | + | Maria Stromple, Wilke & Associates, LLP, 1721 Cochran Rd., Ste. 200, Pittsburgh, PA 15220-1000 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 15193380 | + | AAS Debt Recovery, 2526 Monroevilee Blvd Ste 205, Monroeville, PA 15146-2371 |
| 15193384 | + | First Credit Services, Inc., 371 Hoes Lane, Suite 300 B, Piscataway, NJ 08854-4143 |
| 15260096 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15193386 | + | Global Connections, 5320 College Blvd, Overland Park, KS 66211-1621 |
| 15193388 | + | James C. Warmbrodt, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15193389 | + | North Allegheny School District, 200 Hillvue Lane, Pittsburgh, PA 15237-5391 |
| 15193391 | | Phelan Hallinan Diamond Jones, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15193394 | + | Ralph Minto, Esquire, 603 Stanwix Street, Pittsburgh, PA 15222-1425 |
| 15193395 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15193381 | Email/PDF: bncnotices@becket-lee.com | Aug 03 2023 05:31:55 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 15219323 | Email/PDF: bncnotices@becket-lee.com | Aug 03 2023 05:31:55 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15481793 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2023 05:21:39 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15193382 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2023 05:21:41 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15197598 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2023 05:21:41 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15193385 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 03 2023 05:19:00 | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15193387 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2023 05:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15193383 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 03 2023 05:21:41 | Chase Auto Finance, PO Box 78050, Phoenix, AZ 85062 |
| 15220172 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 03 2023 05:21:42 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15193392 | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 20-20387-CMB    Doc 290    Filed 08/04/23    Entered 08/05/23 00:27:00    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: 319 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 03 2023 05:19:00 | PNC Bank National Assocation, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15193393 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 03 2023 05:19:00 | PNC Bank National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15254293 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 03 2023 05:19:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15193390 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2023 05:19:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15213336 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2023 05:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15238522 | | Email/Text: BNCnotices@dcmservices.com | Aug 03 2023 05:19:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15238523 | | Email/Text: BNCnotices@dcmservices.com | Aug 03 2023 05:19:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15473541 | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 03 2023 05:19:00 | United States Trustee, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | PNC BANK, N.A. |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association, et.al. |
| cr | | PNC Mortgage, A Division Of Pnc Bank, National Ass |
| 15260619 | | PNC BANK, N.A. |
| cr | * | American Express Travel Related Services Company,, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2023                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | |

Case 20-20387-CMB    Doc 290    Filed 08/04/23    Entered 08/05/23 00:27:00    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: 319 | Total Noticed: 30 |

| | |
|---|---|
| | on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |
| | on behalf of Accountant Maria Stromple bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Jeffrey J. Sikirica | |
| | TrusteeSikirica@gmail.com PA59@ecfcbis.com |
| Jill Locnikar | |
| | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Larry E. Wahlquist | |
| | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Lauren Michaels | |
| | on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Stephen Russell Franks | |
| | on behalf of Creditor PNC BANK N.A. amps@manleydeas.com |
| Stephen Russell Franks | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Stephen Russell Franks | |
| | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| Thomas Song | |
| | on behalf of Creditor PNC Bank National Association, et.al. pawb@fedphe.com |

TOTAL: 12